

### Contact

www.linkedin.com/in/animesh-dutta-2726218 (LinkedIn)
www.circuitronix.com (Company)

### Top Skills

Business Strategy
Accounting
Team Leadership

### Certifications

Financial Literacy: Reading Financial Reports
Managing and Analyzing Data in Excel 2010
Introduction to Data Science
Machine Learning
Machine Learning: Decision Trees

# Animesh Dutta

Business Operations Manager

## Summary

Senior Business Manager with a comprehensive knowledge of complex contract drafting and negotiations primarily in the high-tech industry including, hardware, software consulting and purchasing, and procurement. Reputed for excellent problem solving and analytical skills, strong work ethic, and quickly mastering new roles and responsibilities. Demonstrated capability in successfully contributing to overall business excellence by utilizing cost minimization and workflow optimization.

## Experience

**Circuitronix,LLC**
Business Manager
November 2002 - Present

• Managing IT infrastructure & enterprise resource planning solutions such as Netsuite for procurement and business development.
• Establishing effective relationships with vendors to address OEM and CEM requirements for qualification of the organization as a Tier 2 and Tier 3 supplier.
• Setting up third party warehousing program as a competitive strategy to support the company's offering of vendor managed inventory.
• Establishing supply chain logistics for moving materials by air and sea to meet planned and just-in-time requirements for the company's major accounts.
• Monitoring, evaluating, and reviewing costs of out-sourced services.
• Developing internal office management processes and procedures.
• Ensuring all statutory compliance.
• Review contracts & other business agreements

**Hero Motors**
General Manager
December 1999 - October 2002 (2 years 11 months)

Plaintiffs' Trial Exhibit
PX- 001



• Planned a new business start up by establishing CAD/CAM infrastructure for Hero Global Design Services, an associate company.
• Prepared comprehensive business plans outlining business growth strategy, including internal and external marketing strategies.
• Assisted management in operational review by scheduling, coordinating, and tracking review meetings for senior management.
• Developed methodology for performance reviews.
• Mapped workflow in functional areas for cost reduction.
• Enabled implementation of information technology to automate routine transactions in the organization.
• Interviewed prospective candidates for various positions within the company and conducted preliminary assessment for senior positions.
• Interfaced with the press and provided communication support, including initiating discussions with US universities for cooperating and establishment of a Center for Engineering Studies in India.

## Dalal Consultants & Engineers Limited
### Senior Consultant
June 1996 - December 1999 (3 years 7 months)

• Designed enhanced research methodologies to facilitate the preparation and completion of feasibility studies and surveys.
• Provided direction, project leadership, and maintained responsibility for project from concept to execution.
• Upgraded and supplemented the organization database.
• Responsible for final report presentation.

## Alfa Laval Limited
### Senior Executive
June 1981 - June 1996 (15 years 1 month)

• Booked the largest order for lube oil centrifuges for the Indian Navy frigate project.
• Responsible for business targets in the marine sector.
• Conceived and developed various new systems and products including closed loop cooling system, turbine oil storage, transfer, and purification system, and crude oil heat recovery system.
• Created customer bases and established various markets for the new products including pharmaceutical companies, induction furnace



manufacturers, state electricity authorities, and major oil exploration companies.

• Assisted in drafting the annual marketing plan.

## Education

Indian Institute of Management Bangalore
PGDM, Financial Management · (1979 - 1981)

Indian Institute of Technology, Kharagpur
B.Tech., Naval Architecture and Marine Engineering · (1970 - 1975)

| From: | David Pizzoferrato <davidp@circuitronix.com> |
|---|---|
| To: | rishik@circuitronix.com |
| Sent: | 12/2/2005 5:05:07 PM |
| Subject: | 12/02/05 Weekly Sales Report |
| Attachments: | NOV 2005 Weekly Sales Report.xls |

Hello Rishi,

Attached is my weekly sales report for week ending 12/2/05.

Based on advice from both you and Mike, I have picked up my stride a bit. I am targeting 30 - 50 new calls starting next week.

Regards,
Dave Pizzoferrato
Circuitronix, Michigan Office
989.227.5810 - Office
517.281.5110 - Mobile
305.675.7710 - FAX
davidp@circuitronix.com



Plaintiffs' Trial Exhibit

PX- 002

**Document Produced Natively**

Defendants-00039724

Week of          4-Nov-05

**Cold Calls**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| 1-Nov | | True Heat | | 269-673-2145 - does not buy PCBs |
| 4-Nov | | Behr America Group | | Diana Turner, buyer - Diana was a buyer at Jabil. Diana is now with Behr. Emailed Diana. I expect a return call. I know her quite well. |
| 4-Nov | | Jabil MI | | 248 292 6296 - Tom Peters, program manager. Chat, catch up, say hello, pick Tom's brain |
| 4-Nov | | Visteon | | (734)-710-2685 - Craig Weidner, proram manager not involved with electronics. Directed me to Nate Black as a possible contact @ 734.710.4175 |
| 1-Nov | | Malibu Technology | | 586-598-9900 - Derek Cebulski, Small CM /ODM, not a fit. Low volume proto CM only |
| 4-Nov | | Hella Electronics Corporation | | 618.662.4402 - Branch Offices in MI, called and was redirected to corporate in ILL, Connie Jones at 618.662.4402. Contacted Connie Jones. Redirected me to Burl Taylor, and Penny Taylor. Penny not in today. Call back next week. |
| 4-Nov | | Sanmina, Kanata | | 613 592 5461- Spoke with Susan Neveu (susan.neveu@sanmina-sci.com). Explained that we are Sanmina approved supplier. There are no commodity mngrs at this location, only program managers. Send Susan an email and she will distrubute to all program managers. Follow up next week. |
| | | | | |
| | | | | |
| | | | | |
| 2-Nov | | | | Out of the office traveling to Fleetwood  Wednesday 2 NOV |
| 3-Nov | | | | Out of the office traveling to JCI  Thursday  3 NOV |

248-292-6385

**Follow up calls with potential customers**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 2-Nov | | Fleetwood Group Inc | | 616-396-1142 - Randy Klinenburg. Met with Randy at Fleetwood facility in Holland MI, Made presentation. Low to med volume?? Would not disclose spend, but has projects that require 100K - 500K pcs per year. Will send me RFQs in a few weeks. Current supplier is domestic with off shore partner. Expects 4 week LT to dock. |
| 4-Nov | | Jabil MI | | Several more follow up calls with Jabil eng group. Might be getting a quote package. |
| 1-Nov | | Evans Tempcon Inc | | 616-361-2681- Spoke with Kris to follow up. CMs are doing the sourcing, but asked me to stay in touch. |
| 4-Nov | | PGF Technology Group | | 248-852-2800 Tim Nieman, CM, buys domestic (with an Asian partner) asked me to give himn a call back early Friday morning. **Set appt to meet with Tim Nieman on Tuesday 8 NOV at 10:00 AM** |
| 4-Nov | | Lear | | 248.447.5185 - follow up for plant audit... No call yet from coordinator..but it is confirmed that we are in the Q to be set up. Sent revised price matrix to Matt. |
| 3-Nov | | JCI | | Met at JCI with JCI team and Rishi - Signed NDA, RFQs to follow. Follow up with Rick Dejonge for meeting and plant audit. |
| | | | | |

**Follow up calls with existing customers ad projects**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Week of          11-Nov-05

**Cold Calls**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| 7-Nov | | Jabil Michigan | 248-292-6385 - Jason Sieloff, leaving current position as regional commodity mgr for PCB. Replacement yet to be named. |
| 7-Nov | | Jabil Michigan | (248) 292-6557 - Elio Giacomantonio, Material Supervisor. Appt to see Elio at Jabil MI on TUE 8 NOV, right after visit to PGF in the AM. |
| 7-Nov | | Jabil Michigan | 248 292 6296 - Tom Peters, program manager. Chat, catch up, say hello, pick Tom's brain. |
| 11-Nov | | CME Corp (American Mitsuba | 810.225.2458 - Lisa in purchasing, does not buy PCBs |
| 10-Nov | | Behr America Group | Diana Turner, buyer - Diana was a buyer at Jabil, I know her well. Diana is now with Behr. Diana is not in PCBs but will try to hook me up with PCB group. |
| 10-Nov | | Delphi | 248-813-2087 -  Carol Miller, voice mail only. Will keep trying. |
| 8-Nov | | Traveling | Travel to PGF Technology and Jabil MI. |
| 11-Nov | | Hella Electronics Corporation | 618.662.4402 - Burl Taylor, PCB purchasing. Hella sources out of Germany, but has PCB guy in Asia. Email Burl (burl.taylor@hna.hella.com)and he will email me contact info for his guy in Asia. |
| | | | |

**Follow up calls with potential customers**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| 9-Nov | | PGF Technology Group | 248-852-2800 Tim Nieman, Met with Tim 8 NOV. Received RFQ 9 NOV. Waiting for Rishi to quote |
| 11-Nov | | Paragon Miquest | 616-456-9220 - Lisa Kolakowski, Follow up call, still on her radar for RFQs, she is very swamped right now, follow up when I return from China |
| 8-Nov | | Jabil MI | Met with Elio at Jabil. Waiting for evidence of Kinwong audit from Rishi and/or Wenwu. Should make getting into Jabil MI a lot easier. |
| 10-Nov | | Lear | 248.447.5185 - follow up for plant audit... Paper work got lost during personell change in audit group. Matt resubmitted for audit request. Waiting to hear from coordinator |
| 10-Nov | | Lear | 248.447.5185 -Samples built were received in Ohio. Our parts arrived later than supplier X. Our parts may or may not get built up as a result. Will follow up closely |
| 10-Nov | | Saturn | Spoke to Erez. Looking good so far for the Whirlpool parts. Must pass plant audit. However we lost the "Stay Healthy" business to pre-qualified supplier for 2 reasons. 1) Supplier was pre-qualified and we are not yet qualified, and 2) they were lower price than us. **PN 607333 REV 03** We were $.351 ocean, they were $.34 ocean. **PN 607404 REV 03** we were $.766 ocean, they were $.73 ocean. |
| 11-Nov | | Saturn | Spoke to Erez - Joe Grella and team from Glory Faith visited Saturn looking for business. Erez told them to "take a number".... Erez also mentioned to me that he understands that we also represent "other" PCB suppliers (probably learned this from Grella) and that it is important for us to understand that we must only build his parts at Kinwong. i assured him this would of course be the case and there is no cause for concern. |
| 9-Nov | | JCI | Spoke with Tanu to clarify questions on RFQ. |

**Follow up calls with existing customers ad projects**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Week of          18-Nov-05 **Week of 18 NOV, in China all week**

**Cold Calls**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Follow up calls with potential customers**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Follow up calls with existing customers ad projects**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Week of         25-Nov-05 **Short week due to Holiday**

**Cold Calls**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| | | | 248.813.2087 - Talked with Carol Miller, purchasing. Send CTX  info via email and follow up in a few weeks. carol.miller@delphi.com. Good start. (Talked at length about child rearing... 2 yr old |
| 23-Nov | | Delphi | daughter adopted from Russia. ) |
| 23-Nov | | Coilcraft | 847-516-5541 - On a teleconference, call back next week |
| | | | (248) 821-8575 Dana Coin - Global biz Manager for automotive. (used to be global auto manager for Jabil) Called to re-establish contact and to wish happy holiday. Follow up after holiday. May start |
| 23-Nov | | Celestica | doing biz with Lear....? Try to leverage our position. |
| 23-Nov | | Roush Industries Inc | 734-779-7000 - Matt in purchasing. Too busy to talk. Call back next week. |
| | | | 989-732-6244 - Spoke to Sue in MI plant. MI does not source PCBs, but the plant in Hibbing MN does. Contact Cindy Vana @ 218.263.8971. Called Cindy, got voice mail only. Follow up next |
| 23-Nov | | Reptron Electronics Inc | week. |
| | | | 248-435-0700  Spoke to Ken, refered me to Roger Welch, PCB commodity Manager @ extension |
| 23-Nov | | Ametek Patriot Sensors | 170. Left VM for Roger. (division of Ametek Dixson) |
| 24-Nov | | | Holiday |
| 25-Nov | | | Holiday |

**Follow up calls with potential customers**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| | | | Spoke with Tanu to follow up on recent quote. Caught her going into meeting. Will call me back |
| 22-Nov | | JCi | later today? Follow up after the busy holiday. |
| 21-Nov | | Saturn | Spoke with Erez. Informed him we passed the audit. Offered to build free samples for Saturn. |
| | | | Dave Gabel officially leaving Phoenix. This WED is his last day. Gerry Tillman taking his place. I |
| 21-Nov | | Phoenix | will start working with Gerry... |
| | | | Called Gerry Tillman. Gerry will be sending me a quote package. (might be the same one we did recently, not sure) Gerry DOES NOT provide potential suppliers with 2nd oportunity to quote so 1st quote must be best quote. Will schedule a visit to Phoenix in Fargo to present CTX to Gerry, |
| 22-Nov | | Phoenix | probably for early December. |
| | | | Called to get status update on samples. Lear has our samples, along with some of our competition samples. Matt trying to schedule line time, and allocate components for sample builds. Lear in trouble with Hyundai on this assembly. The mask dams that were thought to have solved their problnes apparently have not. Dendrite growth is present. Lear using ourside lab to help solve the problem... Likely related to the components, and/or assembly opperations, not the PCB. Will |
| 22-Nov | | Lear | continue to follow up... |
| | | | Spoke with Tom Matichuk - requested IPC1710. I had already sent to Erez on 20 SEP, but resent to |
| 22-Nov | | Saturn | Tom. Tom will submit 1710 to Whirlpool for their perusal. |
| 23-Nov | | Saturn | Provided quote for Ford program. Also, sample order for 2 WHP PNs sent to Jaun. |
| | | | |
| 23-Nov | | Jabil Michigan | (248) 292-6557 - Elio Giacomantonio, Material Supervisor. Where is the AVL info I promised Elio? |

**Follow up calls with existing customers ad projects**

| Date of Call | | Company | Description of Call |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Week of          2-Dec-05

**Cold Calls**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| 29-Nov | | Aerospace Display Systems In | | 484-902-1100 - Jackie Hartzel, CPM, not interested in new suppliers at this time. In fact they are reducing supplier base. |
| 29-Nov | | Allstar Corp | | 610-873-6900 - Bob in purch. QT only and small runs. Not a fit. |
| 30-Nov | | American Cable Co | | 215-456-0700 - Spoke with Colleen in purchasing. She is clueless. Asked me to Email her boss, Rolando Sanchez (rsanchez@americancableco.com) as he is virtually impossible to get on the phone. |
| 1-Dec | | Jabil FLA | | 727.803.3534 - Dan Tillman, Jabil corporate **commodity manager plastics.** Spoke today, refered by Tom Peters Jabil MI. Asked for literature. Emailed. Will forward on to appropriate local groups within Jabil, as this commodity is most often locally sourced. |
| 1-Dec | | Roush Industries Inc | | 734-779-7000 - Matt in purchasing, volume too low. |
| 1-Dec | | Yazaki NA | | Frank Roberts - Talked with Frank at length. Going to MX this month for strategy meeting for PCBs. I sold him hard on CTX price competitive nature. Got his attention. Will try to send us RFQs. Asked me to follow up with him after Xmas. |
| 1-Dec | | Delfield Co | | 989-773-7981 - Spoke with Anita Moffatt Purchasing Director, reditrected me to John Wauchek PCB buyer. Called Johns, got VM, left msg. Per Anita volumes are low, but I will follow up with John anyway. |
| 2-Dec | | Altec Lansing Technologies | | 866-570-5702 talked to Ken in purch in PA. All PCBs are sourced out of HK office. Contact Andy Choy at Altec Lansing HK office to persue further. Pass this on to CTX HK office? (WEB address is http://www.alteclansing.com/) Maufactures speakers and audio equipment. |
| 2-Dec | | Ametek Patriot Sensors | | 248-435-0700#170 Spoke with Roger Welch. Mild interest. Happy with current China supplier, getting 3 weeks LT to dock!, Send CTX info to roger.welch@ametek.com . May send us RFQs to test our pricing. Sold him hard on CTX total cost model, best in class… |
| 2-Dec | | Reptron | | 989-732-6244 - Cindy Vana, Spoke with Cindy. She has been working with Fred. Talked at length. 3 locations, Michigan, Minnesota and FLA. Did not tell her Fred left the company. I assume this acct has been turned over to Mike Craven?? |
| 2-Dec | | Brite Computers | | 570-662-7515 - Spoke to Jonathan, does not buy PCBs any longer. That part of the company was sold off. |
| 2-Dec | | Brooks Electronics Inc | | 215-969-3803 - Plant closed, moved to CT |
| 2-Dec | | Deltron Inc | | 215-699-9261 - Craig Kolb, Senior Buyer, buys offshore and domestic, volumes low. Not mcuh interest. |
| 2-Dec | | Electric Materials Co | | 814-725-9621 - Ann in purchasing. Does not buy PCBs. Harris data base in error |

| 2-Dec | | Electronic Manufacturing Serv | | 717-764-0002 - Peggy Bair, not interested in new suppliers, low volume. |
|---|---|---|---|---|
| 2-Dec | | Elwyn Inc | | 610-891-2000 - No longer in assembly business, does not buy PCBs. Harris data base error. |
| 2-Dec | | GE Inspection Technologies | | 717-242-0327 - Spoke with John Ake at GE in PA. Broad supply base in US. High mix low volume. Estimate 30-50 pns @ $1m in spend, technology ranges from 2 to 12 layers, L/S as low as 4/4mil, just starting to look at Flex. Send info and follow up in 30 - 60 days. If we are already approved with GE this will help a lot. Are we? |
| 2-Dec | | Achieva - ARC Allegheny | | 412-995-5000 - Spoke with Dave in puch. Buys veery low volume. Not a match. |
| 2-Dec | | Powell Electronics Inc | | 215-365-1900 - Dan Bradshaw, does not buy PCBs. Error in Harris data base. |
| | | | | |
| | | | | |

Follow up calls with potential customers

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| 29-Nov | | JCI | | Spoke with Tanu to follow up on recent quote. She is still fighting west nile virus. Missing a lot of work as a result, but feedback from her today is our quotes look good. Expect more RFQs. Internal talk at JCI is concern that we are a broker… Explained again that we have equilty share in VW. |
| 28-Nov | | Saturn | | Erez - Where is our commit dates for WHP samples? Saturn has asked us for this twice as of this writing. |
| 28-Nov | | Saturn | | Erez - Sample orders in process for 2 WHP parts. NC PO received. Quoted 2 new projects for Saturn/Ford. Our quotes were used in the BOM to Ford. Saturn has a good chance but need firther cost reductions to help Saturn win the biz. These are MY 07 projects (SOP JUL 06, DV and PV builds as ealry as Q1 2006?) Very large volume. |
| 28-Nov | | Lear | | Spoke with Matt. Expressed concern that we only scored 83 out of 100 on the audit. Need min of 90 to move ahead. Need to get a copy of the audit report and meeting details from Rishi. Need to review action plan and time line for improvement. Matt wants us to implement improvement plan before 30 DEC if possible. |
| 1-Dec | | JCI | | (616) 394-8438 - Spoke to Rick Dejonge, Quality Director. Firmed up appt to meet at JCI on 15 DEC. Must sell Rick on CTX. Need to have detailed capability info for him. |
| 1-Dec | | Jabil MI | | |
| 1-Dec | | Jabil MI | | 248 292 6296 - Spoke with Tom Peters a long time. Picked his brain. Gave me lead into plastics at Jabil FLA. Tom not sure who are new commodity manager (replacing Jason Sieloff). Jabil MI is at this moment ALL low volume high mix work. Jabil MI showed a small profit last quarter, after being in the red for the last 6 quarters. |
| 1-Dec | | Saturn | | Tom Matichuk, program Manager for Saturn/WHP - Set up meeting at Saturn for 14 DEC |
| 2-Dec | | Lear | | Matt Flenar - Near oportunity coming up. Matt will send me data. Trying hard to get us some work quickly. Also, our last quote looked good |

**Follow up calls with existing customers ad projects**

| Date of Call | | Company | | Description of Call |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **From:** | Rishi Kukreja <rishik@circuitronix.com> |
| **To:** | 'Einstein' |
| **CC:** | 'animeshd@circuitronix.com' |
| **Sent:** | 4/29/2005 6:16:43 AM |
| **Subject:** | FW: Correction |

Dear Einstein

Details for Purchase Order for P/N 10488000A1 are below :

Animesh : Please set up a new vendor in the system :

Commodity : PCB

Vendor Name : Kinwong Electronic Shenzen Company Limited

Veristrong Industrial Center
36 Au Pui Wan Street
Fo Tan
Hongkong

Phone : 852-2687-2088
Fax :    852-2688-0309

Please let me know if you have any questions or concerns.

Thank you.

Regards/Rishi Kukreja

---

**From:** Rishi Kukreja [mailto:rishik@circuitronix.com]
**Sent:** Thursday, April 28, 2005 7:23 PM
**To:** 'mafio@kinwong.com'
**Cc:** 'James ( Well On )'; 'NK Lai'
**Subject:** Correction

Dear Mafio

You would be receiving the gerber files for the following P/N from our engineer today.

P/N 104588000a1 : FR-4; 62 mil; 1/1 Oz finish; 2L; 7.875" * 9.774" (4);
15/10 mil; 21 mil (hole); SMOBC; 1SS; HASL;

Unit-price for 21k pieces with a  five calendar day turn is : $0.76
Unit-price for 7k pieces with a two week turn and future unit-price : $0.635
NRE ( includes Setup, Etest and Punch Tool ) : $1000

**Plaintiffs' Trial Exhibit**

**PX- 003**

Defendants-00089837

Please be requested to use this email to start production of the boards and confirm a five day delivery leadtime.


Thank you.


Regards/Rishi Kukreja

---

**From:** Rishi Kukreja [mailto:rishik@circuitronix.com]
**Sent:** Thursday, April 28, 2005 7:17 PM
**To:** 'mafio@kinwong.com'
**Cc:** 'James ( Well On )'; 'NK Lai'; 'wenwuj@circuitronix.com'
**Subject:** FW: Circuitronix : Printed Circuit Boards

Dear Mafio

You would be receiving the gerber files for the following P/N from our engineer today.

P/N 104588000a1 : FR-4; 62 mil; 1/1 Oz finish; 2L; 7.875" * 8.774" (4);
15/10 mil; 21 mil (hole); SMOBC; 1SS; HASL;

Future unit-price : $0.635
Current unit-price for 16k pieces with a  five calendar day turn is : $0.76
NRE ( includes Setup, Etest and Punch Tool ) : $1000


Please be requested to use this email to start production of the boards and confirm a five day delivery leadtime.


Thank you.


Regards/Rishi Kukreja

---

**From:** Rishi Kukreja [mailto:rishik@circuitronix.com]
**Sent:** Wednesday, April 27, 2005 11:47 AM

ATTORNEYS' EYES ONLY

Defendants-00089838

**To:** 'mafio@kinwong.com'
**Cc:** 'james@wellon-ind.com'; 'NK Lai'
**Subject:** Circuitronix : Printed Circuit Boards

Dear Mafio

Thank you for affording the time to meet with James, NK and myself today. You have built a beautiful and well –organized factory and it is my hope that we can build a strong relationship with Kinwong in the future. Keeping that in mind I would like to bring the following opportunity to Kinwong :

1.NCR P/N:497-0427870
FR-4; 62 mil; 0.5/1/1/0.5 Oz Base; 4L; 2.8" * 2.8" (1); 6/9 mil; 16 mil (hole); SMOBC; 1SS; HASL;

EAU  : 50K
Target unit-price :  $0.4625
NRE : waived

2.NCR P/N:497-0407507
FR-4; 62 mil; 0.5/1/1/0.5 Oz Base; 4L; 11.25" * 16.5" (6);  8/7 mil; 20 mil (hole); SMOBC; 1SS; HASL;

EAU  : 50K
Target unit-price :  $1.61
NRE : waived

3. NCR P/N:497-0408744
FR-4; 62 mil; 0.5/1/1/0.5 Oz Base; 4L; 11.25" * 16.5" (4); 18 * 24 (2); 8/7 mil; 20 mil (hole); SMOBC; 2SS; HASL;

EAU  : 50K
Target unit-price :  $2.41
NRE : waived

4.NCR P/N:497-0409617
FR-4; 62 mil; 0.5/0.5 Oz Base; 2L; 11.25" * 16.5" (24); 18 * 24 (2);10/10 mil; 20 mil (hole); SMOBC; 1SS; HASL;

EAU  : 50K
Target unit-price :  $0.40
NRE : waived

5.NCR P/N:497-0417476
FR-4; 62 mil; 0.5/1/1/0.5 Oz Base; 4L; 11.25" * 16.5" (3); 18 * 24 (2); 6/6 mil; 16 mil (hole); SMOBC; 2SS; HASL;

EAU  : 50K
Target unit-price :  $3.22
NRE : waived

6.NCR P/N:497-0421432
FR-4; 62 mil; 0.5/1/1/0.5 Oz Base; 4L; 11.25" * 16.5" (6); 18 * 24 (2); 8/7mil; 20 mil (hole); SMOBC; 1SS; HASL;

ATTORNEYS' EYES ONLY

EAU  : 50K
Target unit-price :  $1.61
NRE : waived


Please provide your feedback immediately so that we can start the project.


Thank you.


Regards/Rishi Kukreja

ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Rishi Kukreja <rishik@circuitronix.com> |
| **To:** | 'wenwuj@circuitronix.com' |
| **Sent:** | 10/17/2005 8:03:05 PM |
| **Subject:** | RE: Kimball Electronics Group inquiry - URGENT |

Kinwong

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Monday, October 17, 2005 11:54 AM
**To:** 'Rishi Kukreja'
**Subject:** FW: Kimball Electronics Group inquiry - URGENT
**Importance:** High

Dear Rishi,

Would you please suggest which vendor should we use?

Regards!

Wenwu Jiang

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Tuesday, October 11, 2005 10:11 AM
**To:** 'rishik'
**Subject:** FW: Kimball Electronics Group inquiry - URGENT
**Importance:** High

Dear Rishi,

Do we use Kinwong for another division of Kimball?

Regards!

Wenwu Jiang

**From:** Animesh Dutta [mailto:animeshd@circuitronix.com]
**Sent:** Monday, October 10, 2005 8:44 PM
**To:** wenwuj@circuitronix.com
**Subject:** FW: Kimball Electronics Group inquiry - URGENT
**Importance:** High

Dear Wen,

We have submitted a completed questionnaire to Kimball based on Kinwong. This is another questionnaire for Kimball's division in Poland. Please discuss with Rishi and get the questionnaire completed based on the vendor suggested by Rishi.

Thanks and regards,

Animesh Dutta

Plaintiffs' Trial Exhibit

**PX- 004**

ATTORNEYS' EYES ONLY

Defendants-00098686

**From:** Fred Dykema [mailto:freddy@circuitronix.com]
**Sent:** Monday, October 10, 2005 10:59 AM
**To:** 'Animesh Dutta'
**Cc:** 'Einstein'; 'Rishi Kukreja'
**Subject:** FW: Kimball Electronics Group inquiry - URGENT
**Importance:** High

Dear Animesh,

Please see e-mail below from Anna Skwirzynska (PCB Commodity Mgr.) at Kimball Poland and sign the attached NDA asap which is specific to TRW following her instructions.

Also please complete the attached Supplier questionnaire with more business related questions about us.  **Need this completed by 10/21 at the latest.**  Thank you

Fred

Fred Dykema
Circuitronix
85 Christina Circle
Wheaton, IL  60187
Ph: 630-462-9400
eFax: 305-503-6762
Mobile: 630-650-3322
freddy@circuitronix.com
www.circuitronix.com

**From:** Anna Skwirzynska [mailto:Anna.Skwirzynska@kimball.com]
**Sent:** Monday, October 10, 2005 6:32 AM
**To:** Fred Dykema
**Subject:** RE: Kimball Electronics Group inquiry

*Dear Mr. Dykema,*

*I would like to ask you to sign NDA specifically for TRW since I want you to quote one of their boards (please find attached NDA).IF you could review and sign it please send it scaned. so I could send you document package. Than if you could send me signed original in two copies. we would sign it from our side and send you back.*

*Also attached please find Supplier questioner. That will give us closer look into company but also more general and business related than self survey. Please let me know if you would have any questions. I understand filling this may take longer time, but if you could send it by 21.10.05 I would really appreciate.*

*Best regards,*

Anna Skwirzynska
Sourcing Section
　　　-----Original Message-----
　　　**From:** Fred Dykema [mailto:freddy@circuitronix.com]
　　　**Sent:** Friday, October 07, 2005 5:53 PM
　　　**To:** Anna Skwirzynska
　　　**Subject:** RE: Kimball Electronics Group inquiry

Dear Ms. Skwirzynska,

I forwarded the signed Kimball NDA to you that we sent to Jasper previously.  Let me know if you did not receive it. Attached are the Supplier Quality and Business Survey Worksheet sent to Tom Burrell last month.

ATTORNEYS' EYES ONLY                                                                    Defendants-00098687

Also attached is the quote we did for Gene Weeks.  Please let me know if you need anything else.  I would be glad to quote any other boards for you.

Regards,
Fred

Fred Dykema
Circuitronix
85 Christina Circle
Wheaton, IL 60187
Ph: 630-462-9400
eFax: 305-503-6762
Mobile: 630-650-3322
freddy@circuitronix.com
www.circuitronix.com

---

**From:** Anna Skwirzynska [mailto:Anna.Skwirzynska@kimball.com]
**Sent:** Friday, October 07, 2005 9:44 AM
**To:** freddy@circuitronix.com
**Subject:** Kimball Electronics Group inquiry

*Dear Mr. Dykema,*

*I have received your request from Mr Thomas Burrell. My name is Anna Skwirzynska and I am part of Kimball Global Strategic Sourcing Department, responsible for PWB.*

*We would like to learn more about Circuitronix, therefore I would like to send you some material for quoting and also Supplier Questionare. However before I do that, we request from every of our potential supplier to sign non-disclousure agreement.*
*If you could please send me detailed address of your company I could follow with NDA and technical documentation.*

*If you have any question please do not hesitate to contact me.*

Best regards,

Anna Skwirzyńska
Sourcing Section

Phone: +48 61 860 9664
Fax:  +48 61 867 5618
e-mail: Anna.Skwirzynska@kimball.com

ATTORNEYS' EYES ONLY

| From: | wenwuj@circuitronix.com |
|---|---|
| To: | Animesh Dutta |
| Sent: | 7/30/2005 1:12:53 AM |
| Subject: | Fw: Kinwong sales -Danso Survey |

Dear Animesh,

| Year 2002 | USD  8,570,000 |
|---|---|
| Year 2003 | USD 11,500,000 |
| Year 2004 | USD 20,000,000 |
| Year 2005 | USD 25,000,000 |

Regards!

Wenwu Jiang
----- Original Message -----
**From:** James Cheung
**To:** WenWu Jiang
**Cc:** tonyn@circuitronix.com
**Sent:** Saturday, July 30, 2005 12:06 AM
**Subject:** Fw: Kinwong sales

Dear Wenwu,

Please see the reply as below.

Regards,
James

----- Original Message -----
From: 贺英
To: James Cheung
Cc: cherry_he
Sent: Saturday, July 30, 2005 8:40 AM
Subject: Kinwong sales

Dear James,

Please find below reply for your attention!

| Year 2002 | USD  8,570,000 |
|---|---|
| Year 2003 | USD 11,500,000 |
| Year 2004 | USD 20,000,000 |
| Year 2005 | USD 25,000,000 |

Thanks!

Rgds
Cherry

======= 2005-07-29 22:59:22 您在来信中写道： =======

Dear Cherry,

Plaintiffs' Trial Exhibit

PX- 005

CONFIDENTIAL

Defendants-00000997

Please provide the information what WenwuJiang asked for to me by tomorrow.

Thanks,
James

----- Original Message -----
From: wenwu@circuitronix.com
To: james@wellon-ind.com
Cc: tonyn@circuitronix.com
Sent: Friday, July 29, 2005 10:02 PM
Subject: Kinwong sales

Dear James,

In one of the survey conducted before, Kinwong didn't provide sales data. Would you please help to get the Gross sales revenue  for 2002, 2003,2004 and projected sales for 2005?

Regards!

Wenwu Jiang

贺英

礼！

贺英
cherry_he@kinwong.com
2005-07-30

CONFIDENTIAL

Defendants-00000998

## Manufacturer's Agreement

Agreement made this 4<sup>th</sup> day of May, 2005 by and between circuitronix, llc , a Florida limited liability company having its principal place of business at 201 South Biscayne Blvd; Suite 2856; Miami; Fl 33131 ("circuitronix"), and Capital Profit Development Ltd. (Manufacturer) having its principal place of business at Rm 502, 5/f, Block B. Veristrong Industrial Center, 36 Au Pui Wan Street, Fo Tan , HongKong

WHEREAS, MANUFACTURER. and/or its affiliates, is engaged in the manufacture of Printed Circuit Boards.

WHEREAS, MANUFACTURER desires using circuitronix to help to develop demand for and Bare Printed Circuit Boards subject to the terms and conditions as set forth in this Agreement.

NOW THEREFORE, in consideration of the mutual covenants and promises contained herein, and other consideration, the receipt and adequacy of which is hereby acknowledged by the parties, circuitronix and MANUFACTURER agree as follows:

**1.** MANUFACTURER grants circuitronix the exclusive right to promote and sell its products to all customers/accounts introduced by circuitronix. Such customers/accounts are identified by circuitronix on Exhibit "1" attached to this Agreement or will be identified at such time as circuitronix requests a price quotation from the Manufacturer. Such customers/accounts are identified by circuitronix on Exhibit "1" attached to this Agreement or will be identified at such time as circuitronix  provides Manufacturer with the name , city and state of the identified customer in writing.. Once Manufacturer confirms that the identified customer poses no conflict of interest with the Manufacturer. Circuitronix would be allowed to handle the account exclusively for a period of  12 (twelve) months. If during the 12(twelve) months Circuitronix fails to receive a  Purchase Order from the identified customer. Manufacturer is allowed to pursue this customer independently. On the other hand should circuitronix succeed in receiving a Purchase Order from the identified customer  the account would be handled exclusively by circuitronix for a period of two year from the date of the last Purchase Order.   Such customers/accounts shall be exclusively handled by circuitronix. circuitronix shall conduct all of its business in its own name maintaining independent sales staffs / offices in the territory, bearing all established and incidental office cost related thereto.



**2.** The term "Product" in this Agreement shall mean  any Contract Manufacturing related work or services provided by MANUFACTURER or any associated entities.

**3.**  The term "Territory" in this Agreement shall primarily mean the geographic regions of the United States of America ("USA"), Canada, Mexico and South America.

**4.** In so far as MANUFACTURER may directly sell its Product to certain of its customers within the Territory, MANUFACTURER covenants that it shall not directly or indirectly enter into any contract with the customers/accounts of circuitronix to promote and/or solicit orders for the sale of Product. Further. should any customer/account of circuitronix have communication with MANUFACTURER or its affiliates with intent to enter into business, MANUFACTURER  to immediately refer said customer/account to circuitronix. Likewise, circuitronix agrees



1

Plaintiffs' Trial Exhibit

**PX- 006**

to not interfere in any business relationship that MANUFACTURER may have with its customers.

**5.**

5.1 circuitronix will diligently solicit and promote sales of Product in consideration of the terms herein contained, and shall not offer any price quotations, accept any orders, or make any commitments on behalf of the MANUFACTURER, without prior approval. circuitronix shall also undertake responsibility for releasing a Purchase Order (PO) to MANUFACTURER, along with necessary specifications or drawings, etc., as may be required for providing full and clear inputs for manufacturing, packaging, and forwarding supplies

5.2 circuitronix will inform MANUFACTURER in writing about acceptance/rejection of Products by customer/account and will release payment (in part or in full on accepted products) and instruct MANUFACTURER in writing for rework/cancellation, as the case may be. circuitronix agrees to document in writing reasons for any rejections and have the customer/account bear responsibility for improper use or handling of Products.

5.5 MANUFACTURER will be obliged to accept orders as per the pricing/payment/delivery terms agreed upon by the parties. Manufacturer has to provide Circuitronix a six month written notice in the event it plans to change any prices.

5.6 circuitronix agrees not to contact any of the Manufacturer's suppliers /vendors directly for a component requirement for a project which has been awarded to the Manufacturer unless :

   a) Manufacturer is not able to meet their obligations vis-à-vis quality, service and delivery and circuitronix decides not to pursue the project further with Manufacturer.
   b) Manufacturer provides the mandatory six month notice for any price increase and it is found to be unacceptable to circuitronix.

**6.** MANUFACTURER acknowledges that circuitronix is expending substantial monies on advertising, marketing, technology, and in the development of potential customers/accounts. MANUFACTURER further agrees that the identity of circuitronix customers/accounts, the specifications of their orders and pricing thereof, are considered confidential and proprietary in nature, a valuable asset of circuitronix, and are deemed to be "Trade Secrets" of circuitronix.




6.1 MANUFACTURER agrees not to make any commercial use of confidential information and/or Trade Secrets of circuitronix regarding the customer's specifications or otherwise without obtaining prior written consent from circuitronix. MANUFACTURER recognizes that immediate and irreparable damage will result to circuitronix if MANUFACTURER breaches any of the terms and conditions of Section 6 of this Agreement, and accordingly, MANUFACTURER consents to the entry by any court of competent jurisdiction of an injunction in favor of circuitronix (without bond or other security being required) to restrain any such breach, in addition to any other remedies or claims which circuitronix may seek.



KIN0006059

6.2 This section of the Agreement is considered by the parties to be an integral part of this Agreement, and shall survive for a period of 2 years from the date of termination of this Agreement.

**7. Terms & Conditions.**
7.1 MANUFACTURER will confirm to circuitronix, in writing, the extent to which it can execute all orders.

7.2 Terms of Payment. circuitronix agrees to pay MANUFACTURER 60 days AMS (60 days from the date of receipt of monthly statement) terms on all timely Product shipments.

7.3 Packaging & Documentation. Packages must bear the circuitronix order number and show quantity, part number, net and gross weights and country of origin. Export worthy containers or corrugated boxes shall be used, and each carton shall contain a packaging slip clearly marked. Copies of AWB, Packing List and Invoice shall be faxed to circuitronix on shipment of Product.

7.4 Delivery. Delivery date shall imply date of delivery at port of entry. If MANUFACTURER fails to adhere to quality standards and delivery schedule as per the Purchase Order terms, circuitronix reserves the right of procurement elsewhere, with recovery of procurement expenses and any other consequential damages from MANUFACTURER.

**8.** MANUFACTURER agrees to indemnify and hold circuitronix harmless from and against any action, legal suit, claim, or demand, and for any costs and expenses, including reasonable attorney's fees, that circuitronix may incur, or become liable to pay for, or by reason of, any claim or suit, for breach of an express, or implied warranty, product liability, or patent infringement of the Product produced by the MANUFACTURER, and sold by circuitronix. MANUFACTURER agrees to protect, indemnify and hold harmless circuitronix from suits or proceedings instituted against circuitronix insofar as the same are based on the infringement of United States patents by the Products which MANUFACTURER shall design and construct pursuant to this Agreement, provided that circuitronix gives MANUFACTURER immediate notice in writing of any charge of infringement or institution of any suit or proceeding relating to such patents, the right to defend such suit or proceeding and any information, assistance and authority MANUFACTURER may require in the exercise of the right to defend the suit or proceeding.



**9. Term of Agreement.** This Agreement shall be effective, as of the date first written above, and shall continue in force and effect for a period of 2 years, with provision for automatic renewal for additional 1 year periods thereafter, unless terminated by written notice from either party to the other, not less than 90 days prior to the end of the initial term, or any subsequent term.

**10. Termination.** This Agreement may also be terminated by either party under the following conditions:
     i. either party's failure to perform the material terms and conditions of this Agreement and written notice of such failure having been given to the defaulting party within a period of 60 days which the defaulting party fails to comply herewith; or

     ii. by written agreement signed by both parties.



3

KIN0006060

**11. Governing Law and Recovery of Legal Fees.** This Agreement shall be governed by and interpreted in accordance with the laws of Hong Kong.

**12. Consequences of Termination.** The expiration or termination of this Agreement will not relieve or release either party from accrued rights and liabilities that may be owing to either party under the terms of this Agreement.

**13. Waivers.** Any waiver of any provision of this Agreement or the full and timely performance of any duties arising hereunder shall be in writing and shall be effective only in the specific instance and only for the purpose for which given. No failure or delay on the part of either party in exercising any right, power or privilege arising hereunder shall operate as a waiver thereof, nor shall any partial exercise of any right, power or privilege arising hereunder preclude any other or further exercise thereof or the exercise of any right, power or privilege. Except where otherwise specified herein, the provisions of this Agreement may be waived, varied, modified or amended only by a written instrument executed by and on behalf of circuitronix and MANUFACTURER.

**14. No Oral Understandings.** This Agreement embodies the entire agreement between the parties hereto with respect to the subject matter hereof and cancels and supersedes any and all prior or contemporaneous, oral or written understandings, negotiations or communications on behalf of such parties. If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or otherwise unenforceable, the remaining provisions of this Agreement will nevertheless continue in full force and effect.

IN WITNESS WHEREOF each of the parties hereto has caused this Agreement to be signed on its behalf by a duly authorized individual or officer and has caused its seal to be hereunto affixed, the day and year first written above.

SIGNED AND SEALED BY

circuitronix llc

BY: _____

TITLE: BUSINESS MANAGER

SIGNED AND SEALED BY

Capital Profit Development Ltd.

BY: _____

TITLE: President
            19/5/05



KIN0006061

EXHIBIT A

Last update : 05/04/05

Keytronic EMS

N. 4424 Sullivan Road
Spokane, WA 99214





KIN0006062

EXHIBIT A

Last update : 03/27/2006

Keytronic EMS ( Global Locations)

Lear Corporation ( Global Locations)

Saturn Electronics ( Global Locations)

General Electric  ( Global Locations)

ITRON Corporation ( Global Locations)

NCR Corporation ( Global Locations)

PKG ( Global Locations)

ADTRAN ( Global Locations)

Kimball Electronics ( Global Locations)

Honeywell Corporation  ( Global Locations)

Johnson

KIN0006063

| | |
|---|---|
| **From:** | James ( Well On ) <james@wellon-ind.com> |
| **To:** | Rishi Kukreja |
| **CC:** | nklai@wellon-ind.com; mafio@kinwong.com |
| **Sent:** | 4/18/2005 11:25:41 PM |
| **Subject:** | Re: Manufacturer's Agreement |

Dear Rishi,

Mafio is the President and owner of Kinwong Electronics ( Shenzhen ) Co.,Ltd. The registered name in HK call "Capital Profit Development Ltd."
It is a common thing like Olympic,TatChun or others PCB board shops.

Regarding the content of agreement,we suggest to discuss about it when visit Kinwong directly.

Dear Mafio,

Mr.Rishi is one of the owner of Circuitronix ( the USA customer which we talked about ).Please go through his comments as following about the agreement.

Should you have any questions,please feel free to contact us.

With best regards,
James
----- Original Message -----
From: Rishi Kukreja
To: 'James ( Well On )'
Cc: nklai@wellon-ind.com
Sent: Tuesday, April 19, 2005 3:33 AM
Subject: RE: Manufacturer's Agreement

Dear James

Please be advised as follows :

- Does Mafio work directly for Kinwong or is he from another agent company ( What is Capital-Profit) ? I would like to work directly with the factories as much as possible.
- Exhibit 1 is blank today. We would start filling it only once we sign the manufacturers agreement with Kinwong and only after we advise Kinwong our intention

Plaintiffs' Trial Exhibit

**PX- 007**

ATTORNEYS' EYES ONLY

to introduce a customer to them and they let us know that there is no conflict of interest.
- The following is the verbiage on the initial contract :

Quote

MANUFACTURER agrees to indemnify and hold circuitronix harmless from and against any action, legal suit, claim, or demand, and for any costs and expenses, including reasonable attorney's fees, that circuitronix may incur, or become liable to pay for, or by reason of, any claim or suit, for breach of an express, or implied warranty, product liability, or patent infringement of the Product produced by the MANUFACTURER, and sold by circuitronix.  MANUFACTURER agrees to protect, indemnify and hold harmless circuitronix from suits or proceedings instituted against circuitronix insofar as the same are based on the infringement of United States patents by the Products which MANUFACTURER shall design and construct pursuant to this Agreement, provided that circuitronix gives MANUFACTURER immediate notice in writing of any charge of infringement or institution of any suit or proceeding relating to such patents, the right to defend such suit or proceeding and any information, assistance and authority MANUFACTURER may require in the exercise of the right to defend the suit or proceeding

Unquote

The following is meant by the above :

a) Should the manufacturer take the customer  manufacturing inputs and use it in any way which is considered as infringement of United States patents Circuitronix would not be responsible for it and the manufacturer would have to expend the attorney fees to defend its position.
b) Should the manufacturer use materials and manufacturing processes which are deviant from what is specified in the the customers manufacturing inputs ( example customer requires High Tg FR4 and the manufacturer uses regular FR4) and this causes field failures or rejections Circuitronix would not be responsible for any product liability or warranty costs which arise because of this deviance.

If the manufacturer has no intentions of doing the above I feel that they should not be concerned at all.

Thank you.

Regards/Rishi Kukreja

ATTORNEYS' EYES ONLY

**From:** James ( Well On ) [mailto:james@wellon-ind.com]
**Sent:** Monday, April 18, 2005 2:16 AM
**To:** Rishi Kukreja
**Cc:** nklai@wellon-ind.com
**Subject:** Fw: Manufacturer's Agreement

Dear Rishi,

Below is a feedback from Kinwong for your reference.

Any question,please advise.

Regards,
James

----- Original Message -----
From: sales
To: james@wellon-ind.com
Sent: Monday, April 18, 2005 3:08 PM
Subject: Manufacturer's Agreement

Dear James,

After going through the agreement, there are several points that need to be discussed:

1. We have to receive the Exhibit "1" (which is not yet attached) in advance to double check whether there is any conflict regarding the customer list with our currently on-business customers.

2. Regarding the point 8, please amend as follows : "Manufacturer will not be responsible from and against any action, legal suit, claim, or demand......etc for breach of an express, or implied warranty, product liability, or patent infringement of the product sold by Circuitronix. Manufacturer should also not be responsible for and suits or proceedings resulting from the infringement of United States patents by the products which MANUFACTURER shall design and construct pursuant to this Agreement, based on the fact that all the products design and patents etc are just OEM production with information/specifications being provided by Circuitronix."

B. rgds
Mafio

ATTORNEYS' EYES ONLY

Defendants-00099268

| | |
|---|---|
| **From:** | Kanwar Sandhu <kps@sandhu.com> |
| **To:** | Animesh Dutta |
| **Sent:** | 8/31/2005 11:19:45 PM |
| **Subject:** | Re: Kinwong presentation file - guidelines |

Hi Sir,

IN two days, we could not possibly create a whole new presentation from scratch. Our mandate was to spruce up the presentation - which we aimed to do by changing the background, we have used a PCB based background. We have formatted the entire material and added effects in every slide. There is a color coordinated introductory slide that has been placed in the beginning. All the headings have been reviwed and corrected. Many of them were grammatically incorrect - others were complete misnomers.

IN terms of professionalism, I see an almost 10x difference in the earlier presentation and the one we delivered. We are yet to add the page numbers on every page, and can add certain generic pictures. There are certain pictures we hae identified (generic) that can be added to general slides like HR policies, Quality system, etc. You may advise further.

We could even redo the entire presentation in flash, but then its usually linear and will just run through on its own pace. Professional and corporate presenters never really like that.

The circuitronix-kinwong one team idea has been shown through the logos on the top. Otherwise, another idea we could implement is develop a small flash snippet which keeps showing Kinwong and Circuitronix coming together and the outward text is 'world class PCB products'. That flash snippet will be small in size and shall keep on running in the bottom bar throughout the presentation. Please let us know about your feedback.

Other changes that you desire, you may let us know.

Best Regards,

Kanwar
++9198111 27721

## ExperMedia Communications
*...the Right Appraoch to DESIGNING your SUCCESS*

*tel: ++91 120 243-3131, 243-3130*
*fax: ++91 120 243-1317*
*email: sales@exper-media.com*
*Please Visit us at www.exper-media.com*

# EXCELLENCE BY DESIGN
# MAKE SOMETHING HAPPEN TODAY!!!

----- Original Message -----
**From:** Animesh Dutta
**To:** 'Kanwar Sandhu'
**Sent:** Wednesday, August 31, 2005 11:28 PM
**Subject:** RE: Kinwong presentation file - guidelines

Plaintiffs' Trial Exhibit

**PX- 008**

Dear Kanwar,

Reviewed the presentation uploaded on the ftp site. Our comments, after comparing with the original, are as follows:

- Do not see any explicit change from the original sent earlier – it is not any (or very) different from the original.
- There is nothing in the presentation establishing Circuitronix and Kinwong as one team.

In conclusion, we see very little value addition from Expermedia. Please respond.

Regards,

Animesh Dutta

---

**From:** Kanwar Sandhu [mailto:kps@sandhu.com]
**Sent:** Wednesday, August 31, 2005 10:01 AM
**To:** Animesh Dutta
**Subject:** Re: Kinwong presentation file - guidelines

Hi Sir,

We have uploaded the first cut of the presentation. It is avaiable on the same ftp site in a folder called kinwong-circuitronix.

Look forward to receiving your comments.

Best Regards,

Kanwar
++91 98111 27721

## ExperMedia Communications
### ...the Right Appraoch to DESIGNING your SUCCESS

*tel: ++91 120 243-3131, 243-3130*
*fax: ++91 120 243-1317*
*email: sales@exper-media.com*
*Please Visit us at www.exper-media.com*

# EXCELLENCE BY DESIGN
## MAKE SOMETHING HAPPEN TODAY!!!

----- Original Message -----
**From:** Kanwar Sandhu
**To:** Animesh Dutta
**Sent:** Tuesday, August 30, 2005 11:21 PM
**Subject:** Re: Kinwong presentation file - guidelines

Hi Sir,

I have received the file and studied it. We will be sprucing up the presentation as per your guidelines.

Our charges for doing this would be USD 150.

The first cut will be uploaded by us tomorrow evening (9 pm IST).

Best Regards

Kanwar
++91 98111 27721

## ExperMedia Communications
### ...the Right Appraoch to DESIGNING your SUCCESS

CONFIDENTIAL

*tel: ++91 120 243-3131, 243-3130*
*fax: ++91 120 243-1317*
*email: sales@exper-media.com*
*Please Visit us at www.exper-media.com*

# *EXCELLENCE BY DESIGN*
## *MAKE SOMETHING HAPPEN TODAY!!!*

----- Original Message -----
**From:** Animesh Dutta
**To:** 'Kanwar Sandhu'
**Sent:** Tuesday, August 30, 2005 10:40 PM
**Subject:** Kinwong presentation file - guidelines

Dear Kanwar,

The file has been uploaded on your ftp site. Following are the guidelines for sprucing up the presentation and giving it a professional touch:

- Circuitronix-Kinwong logos indicating the association between the two companies should appear very subtle – not bold or direct.
- Correct grammatical and spelling errors as required.

Let us know when you can upload the first cut for review and approval.

Thanks and regards,

Animesh Dutta

**From:** Kanwar Sandhu [mailto:kps@sandhu.com]
**Sent:** Thursday, June 30, 2005 8:26 AM
**To:** Animesh Dutta
**Subject:** ftp access to the site for uploading of the file

Hi Sir,

You can upload the file in this area

ftp url - experseo.com
or alternatively you can use the IP - 70.86.36.2

ftp uid - experseo

pwd - exp12seab

Best Regards

Kanwar
++91 98111 27721

## ExperMedia Communications
### *...the Right Appraoch to DESIGNING your SUCCESS*

*tel: ++91 120 243-3131, 243-3130*

CONFIDENTIAL                                                                          Defendants-00009690

*fax: ++91 120 243-1317*
*email: sales@exper-media.com*
*Please Visit us at www.exper-media.com*

# EXCELLENCE BY DESIGN
## MAKE SOMETHING HAPPEN TODAY!!!

----- Original Message -----
**From:** Kanwar Sandhu
**To:** Animesh Dutta
**Sent:** Friday, August 26, 2005 12:13 PM
**Subject:** Will be in Hong Kong from the 6th to the 10th.

Hi Sir,

With reference to our telecon, I have confirmed my ticket for Hong Kong. I will be there from the 6th to the 10th.

Please advise on yours as well as Mr Kukreja's schedule.

Best Regards

Kanwar
++91 9811127721

## ExperMedia Communications
*...the Right Approach to DESIGNING your SUCCESS*

*tel: ++91 120 243-3131, 243-3130*
*fax: ++91 120 243-1317*
*email: sales@exper-media.com*
*Please Visit us at www.exper-media.com*

# EXCELLENCE BY DESIGN
## MAKE SOMETHING HAPPEN TODAY!!!

----- Original Message -----
**From:** Animesh Dutta
**To:** 'Kanwar Sandhu'
**Sent:** Tuesday, July 19, 2005 6:24 AM
**Subject:** Visit by a Project Manager

Dear Kanwar,

Circuitronix wants to develop the capability of accelerating and simplifying the following functions, using currently available IT tools:

- Preparation of quotations.
- Forecasting customer requirements and initiating orders on the factories based on open purchase orders, consumption and available inventory of finished goods.

In order to understand our requirements completely, we suggest that an experienced Project Manager be deputed for detailed discussions with us in Miami. The cost of air travel (Economy class), hotel, food & local travel will be borne by

CONFIDENTIAL

Defendants-00009691

Circuitronix based on either of the following:

   If Circuitronix goes ahead with the proposal with Expermedia, then it will be included in the cost of the project/deliverables.

   Or, if Circuitronix is unable to come to an agreement to use the services of Expermedia, then the costs will be reimbursed on actuals.

Please let us know if you need any other information. to undertake the proposed travel for discussions with us on the requirements indicated above.

Thanks and regards,

Animesh Dutta

CONFIDENTIAL

| | |
|---|---|
| **From:** | Rishi Kukreja <rishik@circuitronix.com> |
| **To:** | 'Johnson, Margaret' |
| **Sent:** | 1/24/2006 6:42:50 PM |
| **Subject:** | RE: Copy of presentation |
| **Attachments:** | CTX_IT.PDF |

Dear Ms. Johnson

Please find attached the Circuitronix Presentation. Please let me know if you have any questions or concerns.


Thank you.


Regards/Rishi Kukreja

---

**From:** Johnson, Margaret [mailto:Margaret.Johnson@itron.com]
**Sent:** Tuesday, January 24, 2006 11:34 AM
**To:** Rishi Kukreja
**Subject:** Copy of presentation

Rishi,

Can you send me a copy of the presentation you gave during our visit to the China facility?

We would like to have a copy to put with the audit.

Thanks,
Margaret

2401 North State Street
Waseca, MN 56093
Phone: 507-837-4322
Fax   507-837-4400
Email: margaret.johnson@itron.com

Plaintiffs' Trial Exhibit

**PX- 009**

CONFIDENTIAL

Defendants-00008982



# circuitronix



CONFIDENTIAL

Defendants-00008983

# A Quality Oriented Global Team











## ISO 14000 certified







CONFIDENTIAL

Defendants-00008984

# Contents

| | Description | Page |
|---|---|---|
| 1. | Company & Factory Location | 1-2 |
| 2. | Historic Milestones | 3 |
| 3. | Company Information | 4 |
| 4. | Resource Plans | 5 |
| 5. | Factory Layout– 1st Floor to 3rd Floor | 6-8 |
| 6. | Capacity Management | 9 |
| 7. | Organizational Structure | 10 |
| 8. | Technological Capabilities | 11-14 |
| 9. | Quality Orientation and Certifications | 15 |
| 10. | Quality Control System | 16 |
| 11. | Quality Policy | 17 |
| 12. | SPC Control | 18 |
| 13. | HR Policies and Management | 19 |
| 14. | Delivery Schedules | 20 |
| 15. | Specifications (Laminates) | 21 |
| 16. | Production Capacity (Normal PCBs) | 22 |



**circuitronix**

CONFIDENTIAL

Defendants-00008985

# Contents

| | Description | Page |
|---|---|---|
| 17. | Production Capacity (Aluminum / Flexible PCBs) | 23 |
| 18. | Major Customers/Layer count/Sectoral Distribution | 24-26 |
| 19. | Infrastructure and Equipment | 27-29 |
| 20. | Factory Infrastructure | 30-33 |
| 21. | ISO-9001 : 2000 Certification | 34 |
| 22. | QS-9000 Certification | 35 |
| 23. | ISO 14001:1996 | 36 |
| 24. | SGS Report | 37-38 |
| 25. | IPC Membership and Certification | 39 |
| 26. | UL Approval | 40 |





CONFIDENTIAL

Defendants-00008986

## Company & Factory Location (1/2)

**China Factory**

**No.166 Shuiku Road, Tiegang Village,**

**Xixiang Town, Baoan, Shenzhen, China**

 



**circuitronix**

1

CONFIDENTIAL



## Company & Factory Location (2/2)

CONFIDENTIAL



# Historic Milestones

| Year | |
|---|---|
| 2006 | TS16949, target 12 DEC 2005 |
| 2005 | ERP System set up and finished in 1st Quarter of 2005 |
| 2004 | ISO 14000 has been got in December 2004 |
| 2003 | Plant Relocation Completed. Achieved ISO 9001:2000 & QS-9000 — Flexible Circuits |
| 2002 | New Plant Project Commenced |
| 2001 | Company Reconstructed, Additional Capital of HKD 20 millon, — 8 to 12 Layers PCB |
| 2000 | Installation of Automatic Plating Production Line Completed |
| 1999 | Aluminum PCBs |
| 1998 | 6 to 8 Layers PCBs |
| 1997 | Achieved ISO 9002:1994 — 4 Layers PCB |
| 1996 | Facility Expansion Completed |
| 1993 | Company Established, Capital of HKD 5 million — Double Layers PCB |

Progress

3

circuitronix

CONFIDENTIAL

Defendants-00008989

## Company Information

- Company Established in March 1993

- Moved to New Factory in Shenzhen (China), with new facilities in March 2003

- Paid-up Capital in HKD 50 million

- Factory GFA : 30,000 sqm



- Factory Head Count : 1500

- Factory  Built up Area : 30,000 sq metres or 300,000 sq feet

- Factory Strengths : - 100% processes done in-house
  - Clean Room Facilities
  - Automatic Plating Lines

4




circuitronix

CONFIDENTIAL

Defendants-00008990

# Factory Layout- 1st Floor





CONFIDENTIAL

Defendants-00008991



Factory Layout - 2nd Floor




CONFIDENTIAL

Defendants-00008992



Factory Layout - 3rd Floor



circuitronix

CONFIDENTIAL

Defendants-00008993

## Capacity Management

Fundamental Premise :70% capacity / 30% standing extra capacity
Unit  :  Square Feet per month

| | 2003 | 2004 | 2005 | TARGET 2006 |
|---|---|---|---|---|
| Double Sided | 160,000 | 280,000 | 330,000 | 450,000 |
| Multi-layer | 20,000 | 120, 000 | 220,000 | 450,000 |
| Aluminum-backed board | 5,000 | 30,000 | 80,000 | 180,000 |
| Special Lay-up Boards | 2,000 | 6,000 | 8,000 | 10,000 |
| Blind vias/ Buried vias PCB | \ | 10,000 | 20,000 | 100,000 |
| FPC | 5,000 | 10,000 | 20,000 | 30,000 |

8





CONFIDENTIAL

Defendants-00008994

## Capacity Expansion Details & Timing

| EQUIPMENT | QUANTITY | INSTALLATION END-DATE |
|---|---|---|
| AOI | 4 sets | 12/1/2005 |
| Soldermask Exposure | 2 sets | 12/1/2005 |
| Additional Electroless PTH Copper Line for HDI Boards | 1 | 12/1/2005 |
| Immersion Silver | 1 | 12/1/2005 |

9





CONFIDENTIAL



CONFIDENTIAL

Defendants-00008996

# Technological Capabilities (1/4)

**As of May 2004**

| | | |
|---|---|---|
| 1. | Number of Layers | : Double Side PCB,  Multi-layer PCB, up to 10 layers |
| 2. | Max. Unit Area | : Double Side & Multi-layer  -  630mm × 530mm |
| 3. | Material Capabilities | : FR-4,  FR-4 High Tg, CEM-3, CEM-1 、 Aluminum-backed High Frequency |
| 4. | Line Width/Spacing | : Au (0.1mm) 、  Sn/HAL (0.127mm) |
| 5. | Finished PTH Hole Size | : Minimum hole: 0.2mm |
| 6. | Impedance Control | : ± 10% |
| 7. | Finishing | : Gold plating,  Tin plating panel, HAL (Hot Air Leveling), Peelable Solder Mask, FPC, Immersion Silver & Immersion Gold. |

11



**circuitronix**

CONFIDENTIAL

## Technological Capabilities (2/4)

| 8. | CNC V-Cut | : Degree — 30 degree, 35degree, 45degree<br>Depth — Panel's thickness: 1/3<br>Minimum size — 100mm×150mm |
| --- | --- | --- |
| 9. | Profiling | : Punching, NC Routing |
| 10. | Board thickness | : 0.4mm — 3.4mm |
| 11. | Copper foil thickness | : 12 μ 、 18μ 、 35μ 、 70μ 、 105 μ 、 140 μ 、 175 μ |
| 12. | Coating of the hole side | : Minimum hole 0.2mm, board thickness/drilling hole < or = 6, Copper foil thickness 15~50microm |
| 13. | Conductor width | : Maximum conductor width: gold plating board: 0.10mm, Solder plating board: 0.13mm |
| 14. | Spacing of the conductor | : Minimum spacing of the conductor : gold plating board: 0.10mm Solder plating board 0.127mm |

12



circuitronix

CONFIDENTIAL

## Technological Capabilities (3/4)

15. Tolerance of conductor width : 1/2 oz solder coating board: 0.03mm,
    1 oz solder coating board ±0.04mm,
    2 oz solder coating board: ±0.06mm,
    1/2 oz gold coating board ±0.02mm,
    1 oz gold coating board ±0.02mm.

16. Routing : Minimum distance line to the edge：0.15mm,
    Minimum distance hole to the edge： 0.2mm,
    Minimum outline tolerance：±0.10mm

17. Punching : Minimum hole diameter：1.5mm
    Maximum panel：300mm×300mm
    Minimum distance hole to the edge：2.0mm
    Minimum distance line to the edge：1.0mm
    Minimum outline tolerance：  -
    Panel's thickness: 0.51~1.00mm ±0.15mm
    ＞ 1.00mm ± 0.20mm

18. Socket's chamfer : Degree：30, 45, 60; Depth:1－3mm

**13**





CONFIDENTIAL

## Technological Capabilities (4/4)

19.   On-off test

: Maximum test area ：400mm×300mm
Maximum test point ：6000 points
Highest test voltage ：300 Volts
Maximum insulation resistance ：100M Ohms



14





CONFIDENTIAL

Defendants-00009000

## Quality Orientation and Certifications

**Certification**



- ISO 9001, 2000 version

- QS 9000 Certified

- IPC Standards and IPC Member

- UL Approved Facilities : Single, Double, Multi-layer PCB

- ISO 14000, achieved in December 2004

**Achieved rejection rate of less than 80 ppm in 2004.**

15



**circuitronix**

CONFIDENTIAL

Defendants-00009001

# Quality Control System



- Incoming Quality Check

- In-Process Quality Check

- Process Control Auditing – Station to Station

- 100% Electrical Testing

- 100% Final Inspection (For Cosmetic)

-  Pre-shipment Audit

16





CONFIDENTIAL

## Quality Policy



We strive to continuously improve and manufacture the best products
and
Our aim is to satisfy our customers with the best quality and service

**Our goal is to achieve customer rejection rate of less than 60 ppm.**

17





CONFIDENTIAL

## SPC Control

聂旺电子(深圳)有限公司

管制图编号 :031201

### X-R 管 制 图

| 工序名称 | FQA | | | | | | 规 格 | 标 准 | 子组大小 | | 管 制 | X̄ 图 | R 图 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 管制项目 | 板厚 | | | | | | 上限 USL | 1.75 | 5 | | 上 限 UCL | 1.68 | 0.10 |
| 设 备 | 千分尺/卡尺 | | | | | | 中心限 CL | 1.60 | 子组数大小 | | 中心限 CL | 1.65 | 0.05 |
| 抽样频率 | 1次/批 | | | | | | 下限 LSL | 1.45 | 31 | | 下 限 LCL | 1.62 | 0.00 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 样 | X 1 | 1.64 | 1.67 | 1.65 | 1.68 | 1.67 | 1.65 | 1.68 | 1.65 | 1.65 | 1.62 | 1.64 | 1.65 | 1.63 | 1.68 | 1.64 | 1.62 | 1.62 | 1.65 |
| 本 | X 2 | 1.65 | 1.65 | 1.64 | 1.62 | 1.65 | 1.68 | 1.64 | 1.66 | 1.62 | 1.64 | 1.67 | 1.62 | 1.68 | 1.65 | 1.67 | 1.67 | 1.63 | 1.66 |
| 测 | X 3 | 1.62 | 1.66 | 1.67 | 1.63 | 1.68 | 1.63 | 1.67 | 1.68 | 1.67 | 1.68 | 1.65 | 1.65 | 1.65 | 1.66 | 1.64 | 1.68 | 1.63 | 1.67 |
| 定 | X 4 | 1.63 | 1.65 | 1.63 | 1.64 | 1.66 | 1.63 | 1.67 | 1.63 | 1.66 | 1.63 | 1.64 | 1.63 | 1.63 | 1.68 | 1.63 | 1.68 | 1.65 | 1.62 |
| 值 | X 5 | 1.67 | 1.64 | 1.65 | 1.64 | 1.65 | 1.64 | 1.66 | 1.65 | 1.64 | 1.64 | 1.66 | 1.64 | 1.62 | 1.65 | 1.64 | 1.65 | 1.64 | 1.63 |
| | X 6 | | | | | | | | | | | | | | | | | | |
| | X 7 | | | | | | | | | | | | | | | | | | |
| | X 8 | | | | | | | | | | | | | | | | | | |
| | X 9 | | | | | | | | | | | | | | | | | | |
| | X10 | | | | | | | | | | | | | | | | | | |
| | Σ X | 8.21 | 8.27 | 8.24 | 8.21 | 8.31 | 8.23 | 8.32 | 8.27 | 8.24 | 8.21 | 8.26 | 8.19 | 8.22 | 8.27 | 8.22 | 8.30 | 8.17 | 8.23 |
| | X̄ | 1.64 | 1.65 | 1.65 | 1.64 | 1.66 | 1.65 | 1.66 | 1.65 | 1.65 | 1.64 | 1.65 | 1.64 | 1.64 | 1.65 | 1.64 | 1.66 | 1.63 | 1.65 |
| | R | 0.05 | 0.03 | 0.04 | 0.06 | 0.03 | 0.05 | 0.04 | 0.05 | 0.05 | 0.06 | 0.04 | 0.03 | 0.06 | 0.05 | 0.04 | 0.06 | 0.03 | 0.05 |

X̄ 管制图

| 1.70 |
| 1.68 |
| 1.66 |
| 1.64 |
| 1.62 |
| 1.60 |
| 1.58 |

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

R 管制图

| 0.12 |
| 0.10 |
| 0.08 |
| 0.06 |
| 0.04 |
| 0.02 |
| 0.00 |

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

原因分析：

circuitronix

18

CONFIDENTIAL

Defendants-00009004



ROOT CAUSE ANALYSIS, CONTAINMENT ACTION & CORRECTIVE ACTION PROCEDURE

Defendants-00009005



CONFIDENTIAL

Defendants-00009006

# HR Policies and Management

**Company Culture**

- Create an attitude focused on Quality

- Hire and Retain the right people

- Be driven and ensure projects are boot strapped

- Provide development opportunities to the right personnel

**Processes & Methods:**

- Training on core competency / specific job knowledge
- Training on safety, handling and housekeeping
- Certification of specific tasks
- Incentive

21



**circuitronix**

Defendants-00009007

# Delivery Schedules

## Sample (Days)

|  | | Routing Sample | Tooling Sample |
|---|---|---|---|
| Double side | : | 4~6 | 14 |
| Multi-layer | : | 7~10 | 14 |
| Aluminum PCBs | : | 14 | 18 |
| Flexible PCBs | : | 14 | 18 |

## Mass Production

| | |
|---|---|
| Double side | 3 weeks |
| Multi-layer | 4 weeks |
| Aluminum PCBs | 4 weeks |
| Flexible PCBs | 4 weeks |

22





CONFIDENTIAL

## Specifications (Laminates)

- Laminates Available : FR-4, CEM-3, CEM-1 、Aluminum-backed 、High Frequency

- Thickness : 0.2mm~3.2mm  Normal:2.0mm 、1.6mm 、1.2mm 、1.0mm 、0.8mm

- Copper : 0.5 oz ~ 6 oz

- Supplier : -

| | | | |
|---|---|---|---|
| (a) | For FR-4 | : | Sheng Yi, King Board, Nan Ya, Hitachi & Matsushita |
| (b) | For CEM-1 & CEM 3 | : | Sheng Yi, King Board |
| (c) | For Aluminum-backed | : | Berquist, Totking |
| (d) | For High Frequency : | | Sheng Yi |
| (e) | For UV Cure | : | Tamura, Chang Xing ( * Available colour :Green) Solder for Single Side |
| (f) | For Liquid Photo | : | Tayio,Tao Yang, Chuan Yu ( * Available colours : White,      Imaginable Solder Yellow, Red, Blue, Green, Black) Resist (Wet Film) |

23



circuitronix

CONFIDENTIAL

Defendants-00009009



CONFIDENTIAL



CONFIDENTIAL

Defendants-00009011

# Major Customers

| Company | Type of End-Products | End Customer |
|---|---|---|
| Mingyu | Metering Devices (Automobile) | GM<br>Ford<br>Chrysler |
| Radio Shack | Communication | Motorola, Radio Shack |
| Magnetek | Power | Magnetek |
| Emerson | Network Power, Thermal Products | AL PCBs, Emerson |
| AOC | TFT, LCD/CTR Monitor | Dell, IBM, Sony, Siemens, AOC, BOE, Envision |

26




CONFIDENTIAL

Defendants-00009012

# Distribution of products by layer count



27

 circuitronix

CONFIDENTIAL



CONFIDENTIAL

## Infrastructure and Equipment (1/3)

| Process | Quantity | Equipment |
|---|---|---|
| Drill | 15 | CNC drilling machine |
| Inner-layer processing | 1<br>1 | Inner layer Pre-treatment<br>Inner layer Etching line |
| Electric plating | 2<br>1<br>2 | PTH line<br>Automation plating (copper )<br>Automation plating (Tin) |
| Etching | 2 | Etching line |
| Dry film | 2<br>4 | Developing line of Dry film<br>Exposure machine |

29





CONFIDENTIAL

## Infrastructure and Equipment(2/3)

| Process | Quantity | Equipment |
|---------|----------|-----------|
| Solder mask | 12 | Screen machine |
| | 4 | Exposure machine |
| | 2 | Developing line of Solder mask |
| | 3 | Ovens |
| Surface Treatment | 1 | Electroplating gold line |
| | 1 | Immersion gold line |
| | 1 | Organic solder protection, Entek |
| | 1 | Hot air leveling, HAL |
| Routing | 3 | Gold fingers chamfer machine |
| | 3 | CNC routing machine |
| | 1 | V-score |
| | 1 | Cleaning machine |

30




CONFIDENTIAL

## Infrastructure and Equipment (3/3)

| Process | Quantity | Equipment |
|---|---|---|
| E-test | 14<br>1 | Open / Short tester<br>Flying probe tester |
| I Q C | 1 | Copper thickness measuring equipment |
| Surface treatment | 1<br>1<br>1 | X-ray Inspection Scope<br>Microsectioning Microscope<br>Hole Copper thickness Inspection Scope |
| FQC | 1<br>20 | High voltage tester<br>Microscope |

31



**circuitronix**

CONFIDENTIAL

Defendants-00009017

# Factory Infrastructure (1/4)



Punching Guild-holes Drilling
( leaser positioning)



Punching Holes & Outline



Electrical test O/S



Entek & Flux coating

32





CONFIDENTIAL

# Factory Infrastructure (2/4)



Target Hole Drill



C.N.C. Drilling



Deburring



P.T.H. & Desmear



Panel Plating



Outer Image Transfer

33



circuitronix

CONFIDENTIAL

Defendants-00009019

# Factory Infrastructure (3/4)



Board cut



Board edge Trimming



Image Transfer (inner) Layers



AOI



Brown Oxide/ Black



Press

34



circuitronix

CONFIDENTIAL

Defendants-00009020

# Factory Infrastructure (4/4)



Pattern Plating



Etching



SolderMask (WetFilms)



Routing



E-testing



Ionograph

35



circuitronix

CONFIDENTIAL

Defendants-00009021



## ISO - 9001 : 2000 Certification



**DNV**

# DET NORSKE VERITAS
## MANAGEMENT SYSTEM CERTIFICATE

Certificate No. 3224-2-2003-AQ-ROT-RvA (Rev. 1)

This is to certify that
the Quality Management System
of

## (1) CAPITAL PROFIT DEVELOPMENT LTD.
## (2) KINWONG ELECTRONIC (SHENZHEN) CO., LTD.

at

Supporting Address: Room 502-513, Block B, Veristrong Industrial Centre, 36 Au Pui Wan Street, Fo Tan, Hong Kong
Manufacturing Address: No. 166 Shuku Road, Longgang Village, Nixiong Town, Baoan Shenzhen, P.R. China

has been found to conform to the Quality Management System Standard
### ISO 9001:2000

This Certificate is valid for the following product or service ranges:

### MANUFACTURE OF PRINTED CIRCUIT BOARDS

Original Certification date              Place and date
17th January 2003                        Rotterdam, 4th March 2004

This certificate is valid until          for the Accredited Unit
17th January 2006                        DNV CERTIFICATION B.V.,
                                         THE NETHERLANDS

Compliance to the Standard in respect to the selected scope is
subject to the DNV approval approval team Leader
Li Yan                                   Ron J. Meijer
Lead Auditor                             Management Representative

MGMT SYS
RvA C 024

36



**circuitronix**

CONFIDENTIAL

Defendants-00009022

## QS - 9000 Certification



# DET NORSKE VERITAS
# MANAGEMENT SYSTEM CERTIFICATE

Certificate No. 32247-2003-AQ-ROT-RvA (Rev. 1)

This is to certify that
the Quality Management System
of

## (1) CAPITAL PROFIT DEVELOPMENT LTD.
## (2) KINWONG ELECTRONIC (SHENZHEN) CO., LTD.

at

Registered Address: Room 502, 5/H., Block B, Veristrong Industrial Centre, 36 Au Pui Wan Street, Fo Tan, Hong Kong
Manufacturing Address: No. 196 Shukru Road, Tiegang Village, Xixiang Town, Baoan, Shenzhen, P.R. China

has been found to conform to the Quality Management System Standard and the requirements of

**QS 9000:1998** (based on and including **ISO 9002:1994**)
and has been audited in accordance with the requirements of
**QS-9000 Appendix B, Code of Practice**

This Certificate is valid for the following product or service ranges:

### MANUFACTURE OF PRINTED CIRCUIT BOARDS

(The QS-9000 system is only applied for those customers who subscribe to it or request for it.
For those customers not asking for the QS-9000 implementation, the ISO 9000 is followed.)

Original Certification date
17th January 2003

Place and date
Rotterdam, 9th March 2004

This Certificate is valid until
17th January 2006



MCMT SYS
RvA C024

for the Accredited Unit
DNV CERTIFICATION B.V.,
THE NETHERLANDS

Conformance to the Standard in respect to the indicated scope is
verified by the DNV appointed registered Team Leader

Li Yan
Lead Auditor

Ron J. Meijer
Management Representative

37



circuitronix

CONFIDENTIAL



# ISO -14001:1996

Certificate CH04/0836

SGS

The management system of

**Kinwong Electronic (Shenzhen) Co., Ltd.**

No. 166 Shuiku Road, Tiegang Village, Xixiang Town, Baoan,
Shenzhen City, Guangdong Province, China

has been assessed and certified as meeting the requirements of

## ISO 14001:1996

For the following activities

**Manufacture of printed circuit boards**

This certificate is valid from 14 December 2004 until 13 December 2007
Issue 1. Certified since December 2004

Authorised by

SGS Société Générale de Surveillance SA  Systems & Services Certification
Technoparkstrasse 1  8005 Zurich  Switzerland
t +41 (0)1 445-16-80  f +41 (0)1 445-16-88  www.sgs.com

Accreditation No. 024

Page 1 of 1

38

**circuitronix**

CONFIDENTIAL

Defendants-00009024

# SGS Report (1/2)

## SGS

**Test Report**   No: 23873991.0    Date: Jul 08 2004    Page 1 of 2

KINWONG ELECTRONIC (SHENZHEN) CO., LTD
NO 186 SHUI KU ROAD
VILLAGE JUXIANG TOWN HAJIAN
SHENZHEN

Report on the submitted samples said to be PCB (OSP, 1/2)

| | |
|---|---|
| SGS Job No | 1566280 |
| SGS Ref No | SZEC004060700EC 2.2 |
| Manufacturer | KINWONG ELECTRONIC (SHENZHEN) CO LTD |
| Sample Receiving Date | JUN 29 2004 |
| Testing Period | JUN 29 JUL 07 2004 |

Test Requested
1) To determine the Cadmium content in the submitted sample
2) To determine the Lead content in the submitted sample
3) To determine the Mercury content in the submitted sample
4) To determine the Hexavalent Chromium content in the submitted sample
5) Determination of PBBs (polybrominated biphenyls) PBDEs (Polybrominated diphenylethers) of the submitted sample

Test Method      1-3) In House Method
Analysis was performed by Inductively Coupled Argon Plasma - Atomic Emission Spectrometry (ICP-AES) or Atomic Absorption Spectrometry
4) As specified in EPA Method 3060A & 7196A
The sample was alkaline digested by using EPA Method 3060A and then analyzed by using Colorimetric method 7196A
5) With reference to SGS in house method. Analysis was performed by GC/MS

Test Results      5) Please refer to next page

Signed for and on behalf of
SGS Hong Kong Ltd

Lee Fung Mei, Miranda
Senior Manager

## SGS

**Test Report**   No: 23873991.0    Date: Jul 05 2004    Page 1 of 2

KINWONG ELECTRONIC (SHENZHEN) CO LTD
NO 186 SHUI KU ROAD
VILLAGE JUXIANG TOWN
SHENZHEN

Report on the submitted samples said to be PCB (1/2)

| | |
|---|---|
| SGS Job No | 1566278 |
| SGS Ref No | SZEC004060709OEC 2.1 |
| Manufacturer | KINWONG ELECTRONIC (SHENZHEN) CO LTD |
| Sample Receiving Date | JUN 28 2004 |
| Testing Period | JUN 29 JUL 07 2004 |

Test Requested
1) To determine the Cadmium content in the submitted sample
2) To determine the Lead content in the submitted sample
3) To determine the Mercury content in the submitted sample
4) To determine the Hexavalent Chromium content in the submitted sample
5) Determination of PBBs (polybrominated biphenyls) PBDEs (Polybrominated diphenylethers) of the submitted sample

Test Method      1-3) In-House Method
Analysis was performed by Inductively Coupled Argon Plasma - Atomic Emission Spectrometry (ICP-AES) or Atomic Absorption Spectrometry
4) As specified in EPA Method 3060A & 7196A
The sample was alkaline digested by using EPA Method 3060A and then analyzed by using Colorimetric method 7196A
5) With reference to SGS in house method. Analysis was performed by GC/MS

Test Results      5) Please refer to next page

Signed for and on behalf of
SGS Hong Kong Ltd

Lee Fung Mei, Miranda
Senior Manager



**39**

**circuitronix**

Defendants-00009025

## SGS  Report (2/2)



**Test Report**

*(text illegible)*

**Test Report**

*(text illegible)*

**Test Report**

*(text illegible)*



## IPC Membership and Certification

### Kinwong Electronic (Shenzhen) Co., Ltd

is an IPC member facility in good standing,
entitled to the full benefits of such membership,
subject to the rules and regulations of the Association.

In Witness Whereof, we have caused this certificate
to be executed by the duly authorized Officers of the Association.



**IPC**
ASSOCIATION CONNECTING
ELECTRONICS INDUSTRIES

41



**circuitronix**

CONFIDENTIAL

Defendants-00009027

# UL Approval

## Wiring, Printed - Component

**KINWONG ELECTRONIC (SHENZHEN) CO LTD** E243951

166 SHUIKU RD TIEGANG VILLAGE, XIXIANG TOWN SHENZHEN, BAO'AN GUANGDONG 518102, CHINA

| Type | Cond Width Min mm(in) | Min Edge mm(in) | Cond Thk mic(mil) | SS/ DS | Max Area Diam mm(in) | Solder Limits C | sec | Max Oper Temp C | Flame Class | Meets UL796 DSR | CTI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metal-based single-sided printed wiring boards. | | | | | | | | | | | |
| 9 | 0.33(0.013) | 0.38(0.015) | 139.7(5.50) | SS | 50.8(2.0) | 288 | 20 | 120 | V-0 | - | - |
| Multilayer printed wiring boards. | | | | | | | | | | | |
| 8* | 0.05(0.002) | 0.15(0.006) | 17(0.67) | DS | 25.4(1.0) | 288 | 20 | 130 | V-0 | All | - |
| Single layer printed wiring boards. | | | | | | | | | | | |
| 1* | 0.18(0.007) | 0.33(0.013) | 17(0.67) | DS | 25.4(1.0) | 260 | 20 | 105 | V-0 | All | - |
| 2* | 0.13(0.005) | 0.15(0.006) | 34(1.34) | SS | 25.4(1.0) | 260 | 10 | 105 | HB | All | - |
| 3* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | DS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 4* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | SS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 5* | 0.05(0.002) | 0.18(0.007) | 17(0.67) | DS | 50.8(2.0) | 288 | 20 | 130 | V-0 | All | - |
| 6* | 0.3(0.012) | 0.51(0.020) | 34(1.34) | DS | 25.4(1.0) | 260 | 10 | 105 | V-0 | All | - |

* - CTI PLC is marked on individual board.

Marking: Company name or tradename "CP" or trademark [trademark symbol] and type designation. May be followed by a suffix to denote factory identification.

circuitronix

Thank You

Thank you for your time

43



circuitronix

CONFIDENTIAL

Defendants-00009029

| | |
|---|---|
| **From:** | wenwuj@circuitronix.com |
| **To:** | 'Animesh Dutta' |
| **CC:** | 'Rishi Kukreja' |
| **Sent:** | 5/29/2006 3:43:00 AM |
| **Subject:** | FW: ISO9001 – KinWong |
| **Attachments:** | ISO9001-1.jpg; ISO9001-2.jpg |

Dear Animesh,

Enclosed is the updated ISO9001 certificate from Kinwong.

Regards!

Wenwu Jiang

Plaintiffs' Trial Exhibit

**PX- 010**

Defendants-00009925

 

# C E R T I F I C A T E   O F   R E G I S T R A T I O N

## Q u a l i t y   M a n a g e m e n t   S y s t e m

*This is to certify that:*

**Kinwong Electronic (Shenzhen) Co., Ltd.**

**No. 166 Shuiku Road,Tiegang Village**

**Xixiang Town, Bao An**

**Shenzhen**

**Guangdong Province 518102**

**P. R. China**

景旺电子（深圳）有限公司

中国广东省深圳市宝安区西乡镇铁岗村水库路166号

邮编：518102

*Hold Certificate No:* **FM 98319**

*and operate a Quality Management System which complies with the requirements of* **BS EN ISO 9001:2000** *for the following scope:*

> The manufacture of printed circuit boards.
> 印刷电路板的制造。



*For and on behalf of BSI:*



*Certification Manager, Systems Assessment*

*Originally registered:* **18 May 2006**       *Latest issue:* **18 May 2006**       *Page:* 1 **of 2**



This certificate remains the property of BSI and shall be returned immediately upon request. This certificate does not expire.
To check its validity telephone +44 (0)20 8996 9001 or visit http://www.bsi-global.com/ClientDirectory
Further clarifications regarding the scope of this certificate and the applicability of ISO 9001:2000 requirements may be obtained by

Management




# C E R T I F I C A T E   O F   R E G I S T R A T I O N

Q u a l i t y   M a n a g e m e n t   S y s t e m

*Certificate No:* **FM 98319**

| *Location* | *Registered Activities* |
|---|---|
| Kinwong Electronic (Shenzhen) Co., Ltd. No. 166 Shuiku Road,Tiegang Village Xixiang Town, Bao An Shenzhen Guangdong Province 518102 P. R. China 荣旺电子（深圳）有限公司 中国广东省深圳市宝安区西乡镇铁岗村水库路 166 号 邮编：518102 | The manufacture of printed circuit boards. 印刷电路板的制造。 |
| Capital Profit Development Limited. Rm. 502 Blk B 5/F. Fung Shing Ind Ctr 34-36 An Pui Wan St. Fotan Shatin NT Hongkong 京裕发展有限公司 香港新界沙田火炭安背湾街 34-36 号 丰裕工业中心 B 座 502 室 | Purchasing activity support to the site. 为生产地点提供采购支持。 |

*Originally registered:* **18 May 2006**          *Latest issue:* **18 May 2006**          *Page:* **2 of 2**

**BSi**
Management

This certificate remains the property of BSI and shall be returned immediately upon request. This certificate does not expire. To check it's validity telephone +44 (0)20 8996 9001 or visit http://www.bsi-global.com/ClientDirectory Further clarifications regarding the scope of this certificate and the applicability of ISO 9001:2000 requirements may be obtained by

CONFIDENTIAL

Defendants-00009927

| | |
|---|---|
| **From:** | wenwuj@circuitronix.com |
| **To:** | mikec@circuitronix.com |
| **CC:** | 'Animesh Dutta' |
| **Sent:** | 12/18/2006 5:00:06 PM |
| **Subject:** | FW: FW: FW: Syncro Supplier Questionnaire |
| **Attachments:** | circuitronix profile.pdf; ET WI.doc |

Dear Mike,

Enclosed is the presentation material and E-test marking instruction
customer requested during their visit. Please let me know should you have
any concern.

Regards!

Wenwu Jiang

-----Original Message-----
From: Animesh Dutta [mailto:animeshd@circuitronix.com]
Sent: Tuesday, December 12, 2006 11:55 AM
To: mikec@circuitronix.com; 'Daisy'
Cc: wenwuj@circuitronix.com
Subject: Syncro Supplier Questionnaire

Mike,

The Supplier Questionnaire is re-sent with minor corrections.

Daisy - Please carry a hard copy version of all the attachments for Syncro
representatives' reference.

Thanks and regards,

Animesh Dutta

Plaintiffs' Trial Exhibit

PX- 011

Defendants-00041268



circuitronix



circuitronix

Defendants-00041269



Defendants-00041270

# Contents

| | Description | Page |
|---|---|---|
| 1. | Company & Factory Location | 1 |
| 2. | Historic Milestones | 2 |
| 3. | Company Information | 3 |
| 4. | Resource Plans | 4 |
| 5. | Factory Layout– 1st Floor to 3rd Floor | 5-7 |
| 6. | Capacity Management | 8 |
| 7. | Organizational Structure | 9 |
| 8. | Technological Capabilities | 10-13 |
| 9. | Quality Orientation and Certifications | 14 |
| 10. | Quality Control System | 15 |
| 11. | Quality Policy | 16 |
| 12. | SPC Control | 17 |
| 13. | HR Policies and Management | 18 |
| 14. | Delivery Schedules | 19 |
| 15. | Specifications (Laminates) | 20 |
| 16. | Production Capacity (Normal PCBs) | 21 |

circuitronix

Defendants-00041271

# Contents

| | Description | Page |
|---|---|---|
| 17. | Production Capacity (Aluminum / Flexible PCBs) | 22 |
| 18. | Major Customers/Layer count/Sectoral Distribution | 23-25 |
| 19. | Infrastructure and Equipment | 26-28 |
| 20. | Factory Infrastructure | 29-32 |
| 21. | Factory Equipments View | 33-37 |
| 22. | ISO-9001 : 2000 Certification | 38 |
| 23. | TS16949 | 39 |
| 24. | QS-9000 Certification | 40 |
| 25. | ISO 14001:1996 | 41 |
| 26. | SGS  Report | 42-43 |
| 27. | IPC Membership and Certification | 44 |
| 28. | UL Approval | 45 |

circuitronix

Defendants-00041272



Defendants-00041273



Defendants-00041274



Company Information

- **Company Established** — March, 1993
- **Investment** — US$ 26 Million
- **Factory Size** — 300,000 SQFT
- **Employees** — 1200
- **Capability** — 0.6million SQFT/month
  Target 0.8million SQFT/Q4'06
- **Quality Standards** — IPC-A-600G
- **UL File No.** — E243951
- **ISO 9001** — March, 2003
- **ISO 14001** — December, 2004
- **QS 9000** — March, 2004
- **ISO-TS16949:2002** — May 2006

circuitronix

3

Defendants-00041275



Defendants-00041276



Factory Layout- 1st Floor

circuitronix

Defendants-00041277



Factory Layout - 2nd Floor

circuitronix

Defendants-00041278



Factory Layout - 3rd Floor

circuitronix

Defendants-00041279

## Capacity Management

Unit : Square Feet/Month

| | 2005 | TARGET 2006 | TARGET 2007 |
|---|---|---|---|
| Double Sided | 330,000 | 360,000 | 400,000 |
| Multi-layer | 220,000 | 300,000 | 400,000 |
| Aluminum-backed board | 80,000 | 180,000 | 300,000 |
| Special Lay-up Boards | 8,000 | 10,000 | 20,000 |
| Blind vias PCB | 3,000 | 6,000 | 10,000 |
| FPC | 20,000 | 30,000 | 40,000 |

8

**circuitronix**

Defendants-00041280



Defendants-00041281

## Technological Capabilities (1/4)

**As of Apr. 2006**

1.  **Number of Layers**     : Double Side PCB,  Multi-layer PCB, up to 10 layers

2.  **Max. Unit Area**     : Double Side & Multi-layer  -  630mm x 530mm

3.  **Material Capabilities**     : FR-4,  FR-4 High Tg, CEM-3, CEM-1 、 Aluminum-backed High Frequency

4.  **Line Width/Spacing**     : Au (0.1mm) 、 Sn/HAL (0.127mm)

5.  **Finished PTH Hole Size**     : Minimum hole: 0.2mm

6.  **Impedance Control**     : $\pm$ 10%

7.  **Finishing**     : Gold plating,  Tin plating panel, HAL (Hot Air Leveling), Peelable Solder Mask, FPC, Immersion Silver & Immersion Gold.

10

**circuitronix**

Defendants-00041282

## Technological Capabilities (2/4)

8.  **CNC V-Cut**  : Degree      - 30 degree, 35degree, 45degree
    Depth       - Panel's thickness: 1/3
    Minimum size  - 100mm×150mm

9.  **Profiling**  : Punching, NC Routing

10. **Board thickness**  : 0.4mm — 3.4mm

11. **Copper foil thickness**  : 12 μ、18μ、35μ、70μ、105 μ、140 μ、175 μ

12. **Coating of the hole side**  : Minimum hole 0.2mm, board thickness/drilling
    hole < or = 6, Copper foil thickness
    15~50microm

13. **Conductor width**  : Maximum conductor width: gold plating board:
    0.10mm, Solder plating board: 0.13mm

14. **Spacing of the conductor**  : Minimum spacing of the conductor : gold plating
    board: 0.10mm Solder plating board 0.127mm

11

**circuitronix**

Defendants-00041283



## Technological Capabilities (3/4)

| 15. | Tolerance of conductor width | : 1/2 oz solder coating board: 0.03mm,<br>1 oz solder coating board ±0.04mm,<br>2 oz solder coating board: ±0.06mm,<br>1/2 oz gold coating board ±0.02mm,<br>1 oz gold coating board ±0.02mm. |
| --- | --- | --- |
| 16. | Routing | : Minimum distance line to the edge : 0.15mm,<br>Minimum distance hole to the edge : 0.2mm,<br>Minimum outline tolerance : ±0.10mm |
| 17. | Punching | : Minimum hole diameter : 1.5mm<br>Maximum panel : 300mmx300mm<br>Minimum distance hole to the edge : 2.0mm<br>Minimum distance line to the edge : 1.0mm<br>Minimum outline tolerance : -<br>Panel's thickness: 0.51~1.00mm ±0.15mm<br>> 1.00mm ± 0.20mm |
| 18. | Socket's chamfer | : Degree : 30, 45, 60; Depth:1—3mm |

12

**circuitronix**

Defendants-00041284



## Technological Capabilities (4/4)

19.   On-off test          : Maximum test area : 400mm×300mm
                              Maximum test point : 6000 points
                              Highest test voltage : 300 Volts
                              Maximum insulation resistance : 100M Ohms

13

circuitronix

Defendants-00041285



## Quality Orientation and Certifications

**Certification**

- **TS16949  May 2006**

- **ISO 9001, 2000 version**

- **QS 9000 Certified**

- **IPC Standards and IPC Member**

- **UL Approved Facilities : Single, Double, Multi-layer PCB**

- **ISO 14000, achieved in December 2004**

**Achieved rejection rate of less than 100 ppm in 2005.**

14

circuitronix

Defendants-00041286



Defendants-00041287



Defendants-00041288



SPC: Material Thickness & Plating & Etching & ENIG

Defendants-00041289



## HR Policies and Management

**Company Culture**

- Create an attitude focused on Quality

- Hire and Retain the right people

- Be driven and ensure projects are boot strapped

- Provide development opportunities to the right personnel

**Processes & Methods:**

- Training on core competency / specific job knowledge

- Training on safety, handling and housekeeping

- Certification of specific tasks

- Incentives and Penalty

18

circuitronix

Defendants-00041290



## Delivery Schedules

**Sample (Days)**

| | | Routing Sample | Tooling Sample |
|---|---|---|---|
| Double side | : | 4~6 | 14 |
| Multi-layer | : | 8~12 | 14 |
| Aluminum PCBs | : | 14 | 18 |
| Flexible PCBs | : | 14 | 18 |

**Mass Production**

| | |
|---|---|
| Double side | 2 weeks |
| Multi-layer | 3 weeks |
| Aluminum PCBs | 3 weeks |
| Flexible PCBs | 3 weeks |

19

circuitronix

Defendants-00041291

## Specifications (Laminates)

- Laminates Available : FR-4, CEM-3, CEM-1 、 Aluminum-backed 、 High Frequency

- Thickness : 0.2mm~3.2mm Normal:2.0mm 、 1.6mm 、 1.2mm 、 1.0mm 、 0.8mm

- Copper : 0.5 oz ~ 6 oz

- Supplier : -

| | | | |
|---|---|---|---|
| (a) | For FR-4 | : | Sheng Yi, King Board, Nan Ya, Hitachi & Matsushita |
| (b) | For CEM-1 & CEM 3 | : | Sheng Yi, King Board |
| (c) | For Aluminum-backed | : | Berquist, Totking |
| (d) | For High Frequency | : | Sheng Yi |
| (e) | For UV Cure | : | Tamura, Chang Xing ( * Available colour :Green) Solder for Single Side |
| (f) | For Liquid Photo | : | Tao Yang, Chuan Yu ( * Available colours : White,    Imaginable Solder Yellow, Red, Blue, Green, Black) Resist (Wet Film) |

20

**circuitronix**

Defendants-00041292



Production Capacity (Normal PCBs)

Output to :   140,000   185,000   230,000   270,000   400,000   550,000   660,000

Production Percentage : 60% on 2 Layers, 40% on 4-10 Layers

21

circuitronix

Defendants-00041293



Defendants-00041294





Defendants-00041296



Distribution of products by sectors

| | |
|---|---|
| Telecom | 22% |
| Network/IT | 27% |
| Automotive | 3.9% |
| Power | 30.3% |
| Indust./Medical | 8.3% |
| Office/Consumer | 8.5% |

25

circuitronix

Defendants-00041297

## Infrastructure and Equipment (1/3)

| Process | Quantity | Equipment |
|---|---|---|
| Drill | 35 | CNC drilling machine |
| Inner-layer processing | 1<br>1 | Inner layer Pre-treatment<br>Inner layer Etching line |
| Electric plating | 2<br>1<br>2 | PTH line<br>Automation plating (copper )<br>Automation plating (Tin) |
| Etching | 2 | Etching line |
| Dry film | 2<br>4 | Developing line of Dry film<br>Exposure machine |

26

circuitronix

Defendants-00041298

## Infrastructure and Equipment(2/3)

| Process | Quantity | Equipment |
|---|---|---|
| Solder mask | 12 | Screen machine |
| | 4 | Exposure machine |
| | 2 | Developing line of Solder mask |
| | 3 | Ovens |
| Surface Treatment | 1 | Electroplating gold line |
| | 1 | Immersion gold line |
| | 1 | Organic solder protection, Entek |
| | 1 | Hot air leveling, HAL |
| Routing | 3 | Gold fingers chamfer machine |
| | 20 | CNC routing machine |
| | 3 | V-score |
| | 1 | Cleaning machine |

27

circuitronix

Defendants-00041299

## Infrastructure and Equipment (3/3)

| Process | Quantity | Equipment |
|---------|----------|-----------|
| E-test | 14 <br> 3 | Open / Short tester <br> Flying probe tester |
| I Q C | 1 | Copper thickness measuring equipment |
| Surface treatment | 1 <br> 1 <br> 1 | X-ray Inspection Scope <br> Microsectioning Microscope <br> Hole Copper thickness Inspection Scope |
| FQC | 1 <br> 20 | High voltage tester <br> Microscope |

28

circuitronix



Factory Infrastructure (1/4)

Punching Guild-holes Drilling
( leaser positioning)

Punching Holes & Outline

Electrical test O/S

Entek & Flux coating

29

circuitronix

Defendants-00041301



Defendants-00041302



Factory Infrastructure (3/4)

Board cut

Board edge Trimming

Image Transfer (inner) Layers

AOI

Brown Oxide/ Black

Press

31

circuitronix

Defendants-00041303



Defendants-00041304



Defendants-00041305



Defendants-00041306



Defendants-00041307





Defendants-00041309

## ISO - 9001 : 2000 Certification



Defendants-00041310



Defendants-00041311



QS - 9000 Certification

DET NORSKE VERITAS

MANAGEMENT SYSTEM CERTIFICATE

**(1) CAPITAL PROFIT DEVELOPMENT LTD.**
**(2) KINWONG ELECTRONIC (SHENZHEN) CO., LTD.**

QS 9000:1998 (based on and including ISO 9002:1994)

QS-9000 Appendix B, Code of Practice

**MANUFACTURE OF PRINTED CIRCUIT BOARDS**

40

circuitronix

Defendants-00041312



**ISO -14001:1996**

**SGS**

Certificate CH04.0436

The management system of

**Kinwong Electronic (Shenzhen) Co., Ltd.**

No. 166 Shuiku Road, Tiegang Village, Xixiang Town, Baoan
Shenzhen City, Guangdong Province, China

has been assessed and certified as meeting the requirements of

**ISO 14001:1996**

For the following activities

**Manufacture of printed circuit boards**

This certificate is valid from 14 December 2004 until 13 December 2007
Issue 1 Certified since December 2004

Page 1 of 1

41

**circuitronix**

Defendants-00041313



SGS Report (1/2)

Defendants-00041314



SGS Report (2/2)

Defendants-00041315



Defendants-00041316



## UL Approval

### Wiring, Printed – Component

KINWONG ELECTRONIC (SHENZHEN) CO LTD

166 SHUIKU RD TIEGANG VILLAGE, XIXIANG TOWN SHENZHEN, BAO'AN GUANGDONG 518102, CHINA

S212950

| Type | Cond Width Min mm(in) | Min Edge mm(in) | Cond Thk mic(mil) | SS/ DS | Max Area Diam mm(in) | Solder Limits °C sec | Max Oper Temp °C | Flame Class | Meets UL796 DSR | C T I |
|---|---|---|---|---|---|---|---|---|---|---|
| Metal-based single-sided printed wiring boards. | | | | | | | | | | |
| 9 | 0.33(0.013) | 0.38(0.015) | 139.7(5.56) | SS | 50.8(2.0) | 288  20 | 120 | V-0 | | |
| Multilayer printed wiring boards. | | | | | | | | | | |
| 8* | 0.05(0.002) | 0.15(0.006) | 17(0.67) | DS | 25.4(1.0) | 288  20 | 130 | V-0 | All | |
| Single layer printed wiring boards. | | | | | | | | | | |
| 1* | 0.19(0.007) | 0.33(0.013) | 17(0.67) | DS | 25.4(1.0) | 260  20 | 105 | V-0 | All | |
| 2* | 0.13(0.005) | 0.15(0.006) | 34(1.34) | SS | 25.4(1.0) | 260  10 | 105 | V-0 | All | |
| 3* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | DS | 24.9(1.0) | 260  10 | 130 | V-0 | All | |
| 4* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | SS | 24.9(1.0) | 260  10 | 130 | V-0 | All | |
| 5* | 0.05(0.002) | 0.18(0.007) | 17(0.67) | DS | 50.8(2.0) | 288  20 | 130 | V-0 | All | |
| 6* | 0.3(0.012) | 0.51(0.020) | 34(1.34) | DS | 25.4(1.0) | 260  10 | 105 | V-0 | All | |

* – CTI PLC is marked on individual board.

Marking: Company name or tradename "CK" or trademark and type designation. May be followed by a suffix to denote factory identification.

45

**circuitronix**

Defendants-00041317



Defendants-00041318

| | 文件名： | 测试工序测板操作规范 | | |
|---|---|---|---|---|
| 文件类别：<br>作业指导书 | 文件编号： | PD-ET-02 | 页　数： | 第 8 页　共 9 页 |
| | 版 本 号： | B | 生效日期： | |

## 7.0 测试中的常见问题现象及排除：

7.1 固定开路：当测试中遇到二块或二块以上测试板故障数据为同一数据时，先暂停测试，此现象多为测试针或导电胶问题，解决方法是清洁其接触点或将其更换掉，问题排除后再开始测试。

7.2 固定短路：此现象多为测试光金(铜)板时出现，其原因为保护板表面粘上金碎或铜碎，将其清洁即消除此现象；其余原因可能是测试机或针床本身存在问题，此时应找班组长或技术人员解决处理。

7.3 测试中遇到的问题，其原因比较广泛，或测试机，或针床，或测试板；当测试人员遇到不明原因及不能解决问题时，找工程部技术人员解决，不能自行处理。

## 8.0 测试后合格板与不合格板处理方法.(The disposal methods for the conformance and non-conformance PCBs after E-test))

8.1 合格板处理(Methods for the conformance PCBs)

合格板要注明在流程卡中，单元测试合格品必须在板短边的位置划上测试工号线后流入下一工序。整板测试需在卡中由领班签名。The E-test passed PCBs should be recorded on the Lot card. The passed unit should be scored on the short edge of board, and then go ahead to the next process. If the test is on the entire panel, it should be signed on the lot card by the foreman.

8.2 不合格板处理(Methods for the non-conformance PCBs)

测试员工将不合格板送往故障板修理处，修理员找出坏点进行修理，修理好的所有板必须通过返测测到"PASS"后，才能做合格板并在板短边划线出货。如故障缺陷超标无法修复作报废处理．The operator of E-test process should send the non-conformance PCBs to the repairing workshop. The repair person checks out the defect and conducts repairing. The repaired PCB should be scored on the short edge of board and then go to next process after re-tested "PASS". If the defect can not berepaired, the PCB should be scraped.

8.3 不良品流转、追朔及注意事项 (The transferring, tracking and precaution of defect board)

8.3.1 不良品流转和追溯规定(Definition for the transferring and tracking of defect board. )

Defendants-00041319



Defendants-00041320

| | |
|---|---|
| **From:** | wenwuj@circuitronix.com |
| **To:** | 'Animesh Dutta' |
| **Sent:** | 10/27/2006 1:22:58 PM |
| **Subject:** | FW: FW: FW: Circuitronix's Profile - Simpletech |
| **Attachments:** | ISO FILE2.jpg; ISO9001-1.jpg; ISO9001-2.jpg; Management Manual---English.doc; QF0041.doc; TS16949证书.jpg; UL(E243951).jpg |

Dear Animesh,

Enclosed is the completed file.

Some supporting document was requested. For 7.1 and 7.2, Kinwong do not want to provide. Should we provide ours?

For 7.1 – 7.6, they are attached with this mail.

| | | | |
|---|---|---|---|
| 7.1 | Administrative Flow for Order Processing | - | **Please Attach** |
| 7.2 | Administrative Flow for Customer Complaints / Material Returns | - | **Please Attach** |
| 7.3 | Process/ Assembly/Wafer Sort/ ATE test Flow | - | **Please Attach** |
| 7.4 | Quality System Registration (ISO9001,14001) | - | **Please Attach** |
| 7.5 | UL Registrations (for all materials) | - | **Please Attach** |
| 7.6 | Quality Manual | - | **Please Attach** |

**Documents requested in section 8.0 – 8.12 is not provided. Kinwong will not release these files. They only allow customer to review at their site.**

**Regards!**

**Wenwu Jiang**

---

**From:** Joe Yeo [mailto:joey@circuitronix.com]
**Sent:** Friday, October 13, 2006 11:44 AM
**To:** 'Animesh Dutta'; 'Juan Castano'
**Cc:** wenwuj@circuitronix.com
**Subject:** FW: Circuitronix's Profile

Hello Animesh,
Attached, please help to fill up the survey form for Kinwong. Thanks.

Wen wu,
Please have the plant review the specifications and let me know if there is any issue.
Best Regards/JOE YEO
Circuitronix
Office: (916)682 2042
Cell:(925)487 8035

**From:** Robert Jackson [mailto:rjackson@simpletech.com]
**Sent:** Friday, October 13, 2006 8:32 AM
**To:** joey@circuitronix.com
**Cc:** Abdi Hessami; Shane Mortazavi; Jose Del Valle; Peter Spellman; Eddie Martinez; Patrick Ng
**Subject:** RE: Circuitronix's Profile

Plaintiffs' Trial Exhibit

**PX- 012**

Defendants-00041200

Mr. Yeo,

Per request, attached please find SimpleTech documentation QF0041, Supplier Qualification Survey, and EP0009, High Density Printed Wiring Board Fabrication Specification. Please do your best to complete and return the Qual. Survey within reasonable time frame.

Please do not hesitate to contact me should you have any questions or comments.

Robert J

---

**From:** Peter Spellman
**Sent:** Friday, October 13, 2006 6:52 AM
**To:** Robert Jackson; Eddie Martinez; Patrick Ng
**Cc:** Abdi Hessami; Shane Mortazavi; Jose Del Valle
**Subject:** FW: Circuitronix's Profile

Robert,

Please send a survey and our PCB fab spec EP0009 to Joe Yeo of Circuitronix. he represents
Kinwong a board house in China. I am going to have them make Qualification lots for the CF board 10000-01186-211.

Patrick I have attached the company profile. you can contact Joe Yeo and he can set up a tour of the plant.

Joes e-mail is Joey@circuitronix.com

Pete

Defendants-00041201

Certificate CH04/0836



The management system of

# Kinwong Electronic (Shenzhen) Co., Ltd.

No. 166 Shuiku Road, Tiegang Village, Xixiang Town, Baoan,
Shenzhen City, Guangdong Province, China



has been assessed and certified as meeting the requirements of

# ISO 14001:1996

For the following activities

Manufacture of printed circuit boards

This certificate is valid from 14 December 2004 until 13 December 2007
Issue 1. Certified since December 2004

Authorised by



SGS Société Générale de Surveillance SA   Systems & Services Certification
Technoparkstrasse 1   8005 Zurich   Switzerland
t +41 (0)1 445-16-80   f +41 (0)1 445-16-88   www.sgs.com

Accreditation No. 024

Page 1 of 1






# C E R T I F I C A T E   O F   R E G I S T R A T I O N

## Q u a l i t y   M a n a g e m e n t   S y s t e m

*This is to certify that:*

**Kinwong Electronic (Shenzhen) Co., Ltd.**
**No. 166 Shuiku Road, Tiegang Village**
**Xixiang Town, Bao An**
**Shenzhen**
**Guangdong Province 518102**
**P. R. China**

景旺电子（深圳）有限公司
中国广东省深圳市宝安区西乡镇铁岗村水库路 166 号
邮编: 518102

*Hold Certificate No:* **FM 98319**

*and operate a Quality Management System which complies with the requirements of* **BS EN ISO 9001:2000**
*for the following scope:*

The manufacture of printed circuit boards.
印刷电路板的制造。

*For and on behalf of BSI:*



*Certification Manager, Systems Assessment*

*Originally registered:* **18 May 2006**          *Latest issue:* **18 May 2006**          *Page:* **1 of 2**

```
UKAS
QUALITY
MANAGEMENT
003
```

This certificate remains the property of BSI and shall be returned immediately upon request. This certificate does not expire.
To check its validity telephone +44 (0)20 8996 9001 or visit http://www.bsi-global.com/ClientDirectory
Further clarifications regarding the scope of this certificate and the applicability of ISO 9001:2000 requirements may be obtained by



Management

Defendants-00041203




# C E R T I F I C A T E   O F   R E G I S T R A T I O N

## Q u a l i t y   M a n a g e m e n t   S y s t e m

*Certificate No:* **FM 98319**

| Location | Registered Activities |
| --- | --- |
| Kinwong Electronic (Shenzhen) Co., Ltd.<br>No. 166 Shuiku Road, Tiegang Village<br>Xixiang Town, Bao An<br>Shenzhen<br>Guangdong Province 518102<br>P. R. China<br>京旺电子（深圳）有限公司<br>中国广东省深圳市宝安区西乡镇铁岗村水库路 166 号<br>邮编：518102 | The manufacture of printed circuit boards<br>印刷电路板的制造. |
| Capital Profit Development Limited.<br>Rm. 502 Blk B 5/F.<br>Fung Shing Ind Ctr 34-36 An Pui Wan St.<br>Fotan Shatin NT<br>Hongkong<br>京裕发展有限公司<br>香港新界沙田火炭安沛湾街 34-36 号<br>丰盛工业中心B座 502 室 | Purchasing activity support to the site.<br>为生产地点提供采购支持. |

*Originally registered:* **18 May 2006**       *Latest issue:* **18 May 2006**       *Page:* **2 of 2**



This certificate remains the property of BSI and shall be returned immediately upon request. This certificate does not expire
To check its validity telephone +44 (0)20 8996 9001 or visit http://www.bsi-global.com/ClientDirectory
Further clarifications regarding the scope of this certificate and the applicability of ISO 9001:2000 requirements may be obtained by

Defendants-00041204

| Title of Procedure：ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number：**KW-MM-01** |
|---|---|---|
| Version：A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 1/55 |
| | | |

# Management Manual

**Based on ISO/TS16949: 2002＆ISO9001:2000＆ISO14001:2004**

**Document No: KW-MM－01**

**Version: A1**

Defendants-00041205

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 2/55 |
| | | |

**0.1 Approved by**

# Manual approval

| Department | Reviewed by✓ | Signature |
|---|---|---|
| President | ✓ | |
| Operation   President | ✓ | |
| Management representative | ✓ | |
| Vice   President | ✓ | |
| General Engineer | ✓ | |
| Quality Department | ✓ | |
| Engineering Department | ✓ | |
| Equipment Department | ✓ | |
| Drilling & Routing Factory | ✓ | |
| Technology Department | ✓ | |
| Production Department | ✓ | |
| Purchasing   Department | ✓ | |
| Marketing Department | ✓ | |
| Executive /Human resource Department | ✓ | |
| Cost Control Department | ✓ | |
| Flex PCB plant | ✓ | |
| Finance   Department | ✓ | |

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 3/55 |
| | | |

## The manual takes effect from 2005-07-01.

**Prepared by**               **Reviewed by**                        **Approved by**

Document Control Center        Management representative              President

**0.2 Manual Distribution**

| Duplicate No. | Manual Holder |
|---|---|
| 01 | President |
| 02 | Vice President |
| 03 | Administration Office |
| 04 | Quality Department |
| 05 | Engineering Department |
| 06 | Marketing Department |
| 07 | Purchasing Department |
| 08 | Production Department |
| 09 | Drilling and Routing Factory |
| 10 | Equipment Department |
| 11 | Technology/R&D Department |
| 12 | Accounting Department |
| 13 | Human Resource Department |
| 14 | H.K Capital Company |

Defendants-00041207

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 4/55 |
| | | |

| 15 | Flex PCB Plant |
|---|---|
| 17 | Cost Control Department |

**0.3 Catalogue**

| Chapter | Subject | Page |
|---|---|---|
| 0.1 | Issued by President | 2 |
| 0.2 | Manual Holder | 3 |
| 0.3 | Catalog | 4 |
| 0.4 | Management policy | 5 |
| 0.5 | Management Manual Modification Record | 6 |
| 0.6 | Company Profile | 6-7 |
| 1 | Scope | 7 |
| 2 | Quote    Standard | 7 |
| 3 | Terms | 7 |
| 4 | Management System | 8-10 |
| 5 | Management responsibility | 10-19 |
| 6 | Resource Management | 19-21 |
| 7 | Production Achievement | 21-35 |
| 8 | Measurement, Analysis and Improvement | 35-45 |

Defendants-00041208

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 5/55 |
| | | |

| | | |
|---|---|---|
| 9 | Appendix 1: Organization Chart | 45-46 |
| | Appendix2: Management Representative Authorized Certification | 47-48 |
| | Appendix3: Management Manual and Managing Procedure Function Form | 49-51 |
| 10 | Appendix1: Process Relation Chart | / |
| | Appendix2: Key Process Information List | / |
| | Appendix 3: COP Chart | / |

**0.4 Management Policy**

# Quality Policy

    **Starting from me, build excellent products, provide the best product and service for customer.**

# Environmental Policy

    **Protect environment on earth, contribute to building the society with continuous development.**

    **Environmental Policy Established:**

Defendants-00041209

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 6/55 |
| | | |

**Follow the environment protection law, save energy, reduce consumption and decrease waste, produce under the clean and safe condition, improve continuously and create well homestead.**

President: Mr.Liushaobo

2005/06/30

**0.5** Management Manual Modification Record

# Modification History

| Version | Specification | Written by | Effective Date | Approved by |
|---|---|---|---|---|
| A | Issued by | Yitian | | LiuShaoBo |
| A1 | Modified "process relation chart", modified Page9, change quality management representative authorization | Yitian | | LiuShaoBo |

## 0.6 Company Profile

Kinwong is located at the No.166 Shuiku Road, Tiegang Village, Xixiang Town of Baoan district, just adjacent to the Technological Innovation Center. Capital Profit Development (HK) Ltd is located at Rm.502, 5/F, Block B, Veristrong Ind. Center, 36 Au Pui Wan Street, Fo Tan, Hong Kong.

Our company is foreign capital enterprises and specialized in producing PCB. Totally production area is 30,000sq meter with about 1500 employees. PCB output capability will reach 900,000 sq.ft monthly, and FPCB capability will reach 180000 sq.ft monthly. Minimum line width and space is 0.08mm and Kinwong is producing Aluminum-backed, high frequency, PCB with carbon key in large quantity. Nowadays, all the material and goods have already gone through the qualification of SGS and have met the requirements of RoHs and

Defendants-00041210

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 7/55 |
| | | |

WEEE.

Kinwong has completed equipments and supporting facilities and all the procedures for producing multilayer PCB are made by itself, which guarantees good quality and delivery date.

Kinwong always insists the Spirit of the Enterprise "Belief on loyalty, trust and mutual winning development" and Business Goal "Building foundation on human, producing precise products, exploring the enterprise and contributing to the society". In terms of quality, Kinwong wins the good graces from oversea and internal famous enterprises through its practical action.

Formally found in 1993.

(1) Qualified UL certification in 1994.
(2) Certified   ISO9002 at the end of 1997.
(3) Finished reconstruction in 2001, increased the capital by total USD 2.6 million and monthly output reached 170 thousand sq.ft.
(4) Qualified ISO9001:2000 and QS-9000 at the early of 2003, and at the same time Kinwong finished the factory relocation. The monthly output reached 350 thousand sq.ft.
(5) Qualified ISO14001 in 2004 and at the same year Kinwong has been certificated as High Technology Corporation by Shenzhen science and technology bureau. Implemented ISO/TS16949 and ISO14001:96 reversion 2004 and incorporate documents in 2005. Successfully implemented ERP system simultaneously.

Kinwong Electronic(Shenzhen) Co.,Ltd.                    Capital Profit Development Ltd.

**1. Scope**

  -- General Specification

  This manual specifies management system terms and all the quality and environmental requirements based on KinWong's management policy, ISO9001:2000&ISO/TS16949:2002 and ISO14001:2004. As Kinwong's fundamental document,   includes quality and environmental aspects, the manual should be strictly followed and implemented. In the same time, the manual also is the document to guarantee to provide good goods for customers.

  -- Application

  Management Manual is the same for S/S, D/S and multilayer PCB and FPCB producing.. ( FPCB produces based on ISO9001:2000&ISO14001:2004)

  -- Specification Cancellation

  Kinwong has no design and development in the aspect of PCB and FPCB printing, so cancel the specification in this aspect.

Defendants-00041211

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 8/55 |
| | | |

## 2. Quality Standard

ISO9000:2000 Quality Management System---Foundation and Terms

ISO9000:2000 Quality Management System---Requirements

ISO14001:2004 Environmental Management System--—Criterion and using guide

ISO/TS16949:2002 Quality Management System----Special requirements in auto industry

ISO9001:2000ISO9001:2000

ISO14001:2004 ISO/TS16949:2002

## 3. Terms

The manual introduces ISO9000-2000&ISO/TS16949:2002 management system----fundamental and terms.

## 4、 Management System

4.1 General requirements

Kinwong established management system and edited "Management Manual" "Program File" and relevant supporting file based on the requirements of ISO9001:2000&ISO/TS1649:2002& ISO/TS1649:2002 and ISO 14001:2004 (FPCB management system is established only according to the requirements of ISO9001:2000& ISO14001:2004 ). All the departments should abide by the manual and improve continually to meet the customer's needs and expectation. In order to achieve above goal, the manual should be:

A. Kinwong confirms the process control, the correlation in process and the function in management system through the scheme of management system (Details see Process Mode Relationship Chart). Kinwong classifies the process as Company operational procedure (COP), supporting files (SP), Quality and Environment record (MP)  and identifies it aim at ISO/TS16949 requirements to make sure the validity about auto customer's satisfaction (Details see Process identification Schedule).

B. Kinwong clarifies each responsibility and requirements for each department in the process through the establishment of management policy and cause management process.

C. In order to carry out the process, Kinwong have to establish relevant program and Standard Work Instruction and management system.

D. Kinwong provide sufficient labor forces, production surroundings, equipments, tooling and assure the necessary resource and information through the ways of customer satisfaction investigation, marketing research, internal communication and so on.

E. Kinwong monitors the validity of the process through the ways of customer situation investigation, internal inspection, management review, process and production quality monitoring.

F. Kinwong always analyzes the data, adopts Corrective and Preventive Measure to unconformable products, and improves management system continually and meets customer's requirements constantly.

Defendants-00041212

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 9/55 |
| | | |

G. For the outsourcing process, Kinwong control it through Management Manual and Program File and assure this process not free from customer's requirements.

4.2 File Requirements

4.2.1 General Principles

Kinwong's management system includes:

a. Management Manual

b. Program File (Details see appendix "Program File List")

c. Supporting File

d. Quality and Environment record

4.2.2 Management Manual

The intention is to describe company operation, management policy and quality good, environmental index and the promise to customers. Kinwong edits management manual with actual situation based on ISO9001:2000&ISO/TS16949:2002& ISO 14001:2004 (FPCB only based on ISO9001:2000& ISO14001:2004).

4.2.3 Document Control

Kinwong constitutes "File and Date Control procedure" and assure the applicability, integrity, and validity for all the documents.

★Process Input Information:

ISO/TS16949 is including documents application in editing and modification aspect.

★:Process Management Description

4.2.3.1 Document Approval and Release

a. The approval and release of the entire document should be carried out according to "File and data Control procedure"

b. "Management Manual", management policy, quality goal and environmental index should be released upon approval of President.

c. "Program File" should be edited by relevant department and approved by manager and released upon the approval of management representative.

d. Supporting Document: Edited by relevant department and released upon manager approval

e. External Document Release: Confirmed by relevant department and then released. Details see "Document and File Control procedure"

4.2.3.2 All the department should use the documents with effective version and establish updated document schedule. Ineffective document should be reclaimed from the department who possessed before.

Defendants-00041213

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 10/55 |
| | | |

4.2.3.3 Document should be easily identified with clean and tidy.

4.2.3.4 For the standard from external, Document Control Center should in charge of the release and reclamations.

4.2.3.5 Document Control Center should in charge of the release and reclamations and then register and mark it in order to reclaim ineffective documents in time.

4.2.3.6 When the document is ineffective; it should be updated according to the final confirmation and then releases it.

4.2.3.7 The modification rights for documents should be consistent with review rights and the modification should be conducted according to Document and Data Control procedure.

4.2.3.8 Management representative should in charge of checking the validity of management system

4.2.3.9 Engineering department evaluates all received customer project standard/regulations and alteration of customer's timetable in time based on *Controlling Procedure of Engineering Document* (within two weeks) and releases & implements these documents.

4.2.3.10 For the engineering changes, our Engineering Department should mark down the effective date and keep the relevant Engineering Changing Requisition.

4.2.3.11 Engineering Changing results in the other changes, such as PPAP, drawings, WI , Engineering department and relevant department would update these document in time.

★Process Output Information:

Approval, distribution and application for all the documents; Review, distribution and application for external documents; Management, record keep for the technical documents; All this aspects should be carried out according to "Documents and Data Control procedure" "Engineering File Control procedure"

4.2.4 Record Control

Kinwong established "Record Control procedure" in order to monitor records, provide good proofs which meet the management requirements and trace producing process

★Process Input Information:

ISO/TS16949 requests the application of the records, forms and management system kept before.

★Process Managements Description:

4.2.4.1 The format of record: formally form；

4.2.4.2 Record marking, kept, maintenance, searches, storage life and treatment should be conducted according to "Record Control procedure"；

4.2.4.3 Record should be kept with clear handwritings, integrity, easily identification；

4.2.4.4 Record should be kept in proper environment and prevented from encountering   damage, deteriorates, lose；

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 11/55 |
| | | |

4.2.4.5 Record should be easily kept, researched. The storage life should be clearly marked down in the record;

4.2.4.6 Record changes: Not allows anybody to change the record randomly. Any modification should be approved by stamp and signature;

4.2.4.7 Record control should comply with the relevant rules and laws.

★Process Output Information:

Keeping record according to specifications

Carrying record Control procedure

**5、 Management Responsibility**

5.1 Management Promise

5.1.1 Kinwong president adopts different activities to let all the employees to pay much attention to these idea s about improving quality and environment, enterprise's mission is to meet customer's requirements and comply with rules and regulations. Kinwong president constitutes the management policy based on these ideas

5.1.2 Kinwong adopts different activities, such as training, internal newspaper, lectures, meeting, exhibition and so on , to publicize customers' requirements and rules to employees who can well understand the importance of their routine work.

5.1.3 Kinwong president develops following activities except above aspects to establish, implement management system and make it continually effective.

5.1.3.1 Management Policy Construction

5.1.3.2 Assure to construct quality goal, environmental goal.

5.1.3.3 Conduct management review and implement Management Review Program.

5.1.3.4 Guarantee the procurement of resources.

5.1.4 Kinwong has to review production recognition process and supporting process to make sure of the efficiency.

5.2 Focus on the customer requirements.

Providing good products to customer is the basis of company existing and development and Kinwong always persists to meet customer's requirements through following activities.

5.2.1 Confirm customer's needs and expectation: Identify the customer's requirements through the marketing analysis, forecast, communication with customers, review and identification.

5.2.2 Transform customer's needs to products specifications:

--Provide good products for customers through transforming customer's needs and requirements to products' characteristic.

--Realize the goal focusing on customers through transforming customer's needs to company management policy and relevant goal, and implementing management system.

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 12/55 |
| | | |

5.2.3 Confirm the transformation realization: Investigate customer's satisfaction to the products which provide by Kinwong, and adopt corresponding measurement to meet customer's needs.

5.4 Plot

5.4.1 Quality/Environmental Goal:

Analyze the implementation situation of all terms regularly based on company quality goal, environmental goal/target and conduct annual evaluation of the suitability & effectiveness of quality goal/environmental goal/target even amend these goals when it is necessary.

Kinwong should work out formal, documented and all-around operation plan and confirm measurement of quality object. The quality object and measuring method ought to be included in the operation plan.

★ Input Information of Operation Planning Process:

Customer expectation /satisfaction forecast, Market analysis, company developing direction etc.

★ Output Information of Operation Planning Process

-Increase Forecast

-Factory/facility Plan

-Target Cost

-Human Resource Development

-Research & Development Plan/Term and Outlay Budget

-Expected Saleroom

-Quality Object

-Customer Satisfaction Plan

-Key Target of Internal Quality and Operating Ability

-Health, Safety and Environment Issues

Environmental Object/Target/Scheme

A Set up environmental object/target based on management policy

B Consider laws/regulations and important environmental factors when management representatives set up environmental object/target

C Consider technical scheme and requirements of finance and operation for all objects/targets

D Consider pollution-preventing promise for all objects/targets and regularly evaluates their effectiveness

E Management representatives ought to works out and keep at least one environmental management scheme of environmental object/target recognition in order to:

a. Regulate concrete responsibility of related function level to realize environmental object/target

b. Arrange concrete method and implementation time to realize object/target

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 13/55 |
| | |

c. Emend related scheme when there is a term coming down to new development & alteration to assure the consistency between environmental management scheme and this term

5.4.2 Management System Planning

5.4.2.1 Kinwong president should assure that management system can meet the requirement of management policy & object all alone during the process of planning, implementing and improving management system. The planning result ought to form management manual, procedure document and related supporting document. Moreover it is necessary to guarantee proper resource distribution.

5.4.2.2 Needed Process of Management System in the Organization: Managing Process, Resource Distributing Process, Product Realizing Process and Monitoring & Improving Process

Managing process: Related Requirement——Organizational Policy & Object——Management and Distribution of Responsibility & Rights——Internal Communication——Management Evaluation

Resource Distribution: Need for resource——Recruitment & training of human resource——Facility distribution——Working environment description

Product Recognition Process: Identification of customer's requirement——Evaluation of product requirement——Design/Development——Purchase——Production & service operation——Protection——Delivery——Maintenance

Improving Process Monitoring: Conduct internal check and management evaluation to assure effective operation of management system; conduct measurement and monitoring of process & product to control unqualified product and conduct data analysis, correcting measure & preventive action to keep continuous improvement and customer satisfaction.

5.4.2.3 Describe the sequence, mutual relation, sub-process rules and controlling method of the process above through related terms in the manual and procedure document.

5.4.2.4 Applying quality management system is one tactical decision of Kinwong. In order to meet quality object, Kinwong president makes plan of company management system based on ISO9001:2000&ISO14001:2004&ISO/TS16949:2002 and the practical situation, sets up and implements & keeps effective operation of management system.

5.5 Responsibilities, Rights and Communication

5.5.1 Responsibilities and Rights

**President**

- Work out, approve and carry out implement management policy and object
- Set up quality assurance system and monitor its operation
- Approve management manual and other related documents
- Organize management evaluation based on *Management Evaluating Procedure*

Defendants-00041217

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO.,LTD. | 14/55 |
| | | |

- Evaluate important measures for improvement of product quality & and ability assurance and effectively organize implementation
- Appoint management representatives and authorize corresponding duties and rights.
- Organize meetings for operation team
- Own the highest executive right of the company, appoint management personnel above intermediate level, authorize corresponding duties & rights and organize regular examination of their work

**Management Representatives**
- Organize and develop inspection activity about internal quality/environment system
- Monitor each department to adopt effective and preventative measure and assure continually quality environment improvements.
- In charge of leading documents control work.
- Assist and monitor all the factor in process, carry out quality/environment system based on International Quality /Environment System Standard.
- Report to president and responsible for quality/environment system running situation.

**Vice President**
- In charge of all the work in production department

**General Engineer**
- In charge of solving engineering, and technical problem, improving technique.
- Assist president to manage Engineering and Technology Department work.
- Optimize Engineering and Technology flow, advance efficiency and reduce cost..
- In charge of examining employee's performance.

**Quality Department**
- In charge of editing the inspection criterion for incoming material and finished goods, checking incoming material, procedure and finished goods partly to assure that martial and products comply with the regulated criterion, and keeping quality record.
- In charge of quality statistic analysis, preventing potential quality problem and making corrective measure.
- In charge of measure tooling management and establishing relevant file.
- In charge of customer's complaints and products return..
- Participating in supplier evaluation.
- In charge of unqualified goods segregation and treatment.
- In charge of collecting and release of all the system documents and engineering documents.

Defendants-00041218

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 15/55 |
| | |

- In charge of implementing employee training about quality aspects.
- Edit quality plan, implement it and follow the results based on special requirements.
- In charge of statistics of customer satisfaction degree
- Implement effective monitoring of production process to assure control of process quality
- Help the Purchase Dept, the Production Dept, the Technics Dept and other Dept. to evaluate supplier (including out-sourcing contractor) and to train supplier
- Sign & distribute correcting & preventive action list,, confirm responsible Dept. and follow improvement result
- In charge of stopping terms inconsistent with quality standard
- In charge of measurement and SPC work in the physical lab
- In charge of evaluation of engineering information
- In charge of organizing evaluation of product and process

**Marketing Department**
- In charge of marketing investigation, researching, forecast and regulate the sales strategy.
- In charge of visualizing corporation, publicizing products, developing well brand products.
- In charge of establishing sales channel, doing service, collecting and feedback customer's requirements to product quality.
- In charge of contract review, collecting and review customer's file and material.
- In charge of customer's complaint and then conducting further trace.
- In charge of making contracts with customers and following the implementation of contracts.
- In charge of investigating of customer's satisfaction.

**Purchasing Department**
- In charge of evaluating supplier and choosing proper supplier.
- Regulate purchase plan, review purchase documents and assure to provide good material in time.
- In charge of organizing, monitoring purchase, moving, storage and release material and marking each material.
- In charge of material ratio management and cost reducing.
- Capital purchaser is in charge of the material purchasing from overseas.

**Executive Office/Human Resource Department**
- In charge of training and editing training plan.
- In charge of establishing and keeping training file.
- In charge of planning human resource and recruitments.
- In charge of employee's commission

Defendants-00041219

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1     KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 16/55 |
| | |

- In charge of constructing and pushing enterprise culture.
- In charge of examining employee's performance and improvements.
- Assist to push company decision-making, plan administration &labor and capital
- Monitor and examine the implementation of factory regulations.
- Study out administration file and report to General Manager, and monitor the implementation of this document.
- In charge of employee's benefits and solving their real difficulties based on the relevant regulations and actual situation.
- Usually feedback relevant information to President

**Equipment Managing Department**
- In charge of editing and revising management document and monitoring implementation.
- Eliminate equipment failure and keep record
- Maintain equipment.
- Plan to maintain equipment fittings.
- Plan the working schedule and examination in internal department

**Engineering Department**
- In charge of making and alteration of all kinds of production preparation information
- In charge of drill chart and artwork.
- In charge of test-point choice and making, adjusting & maintaining of test frame
- Take part in evaluation of material supplier
- In charge of communicating and negotiating with developing personnel of customer as well as examining and transforming customer's original information
- In charge of following sample production schedule, shortening sample production period and the problem feedback.
- In charge of maintaining company computer
- Help other Dept. to complete work related to engineering.
- In charge of increasing base material utilization rate and confirming producing technology to reduce cost
- Engineering manager, as customer representative, represents customer's need when expatiating QS-9000 requirements.

**Production Department**
- In charge of implementing production plan to assure production schedule
- Organize process personnel to conduct self-check and mutual check to assure product quality

Defendants-00041220

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 17/55 |
| | |

- In charge of implementing staff training plan
- In charge of production statistics
- Assure that personnel conduct production according to related WI.
- In charge of quality check of in-processed product to assure that all products are consistent with regulated standard and making quality record.
- Take part in contract evaluation and suitably arrange the making of WIP according to customer's requirement
- In charge of arranging out-sourcing production and following production schedule
- Help the Quality Dept, Engineering Dept and purchase Dept to conduct evaluation of out-sourcing contractor
- In charge of product warehouse management.
- In charge of working out out-sourcing production form of production plan organization.
- Control material consumption to reduce cost.

**Technology Department**
- To maintain the Technology stabilization & resolve technical problem in time
- To improve the technical parameter & optimize the technical flow
- To push new Technology trial so as to improve the efficiency or reduce the cost
- To estimate & make trial run for new material to improve the efficiency & quality or reduce the cost
- To assist training other department staff for reaching the technical knowledge requirement
- To assist purchasing department, production depart and quality department, etc for estimating base material supplier & outsourcing enterprise
- To organize estimating and upgrading products manufacture capability
- To manage the Chemical lab and waste water disposure station

**Drilling & Routing Factory**
- Take charge the internal drilling, routing and CNC V-CUT
- Take charge the incoming drilling, routing and CNC V-CUT
- Take charge the outsourcing drilling, routing and CNC V-CUT
- To estimate the outsourcing drilling & routing enterprise
- Take charge the production cost controlling for itself
- Take charge the internal quality controlling

**Accounting Department**

Defendants-00041221

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 18/55 |
| | | |

- Handle the financial activity of Kinwong
- Check and calculate the economical cost, analyze the economical benefit
- To cancel the account after verification, checkup every expenditure. Make sure to be reasonable expenditure and wiping out
- Handle related Stat and provide the report forms to related department
- Balance the relationship with bank and tax affairs department, declare & pay for all kinds of taxes
- Fulfill other proceedings from company

**FPC Factory**

- Take charge the production and quality control of FPC
- Control the material consuming and production cost
- Assist HR for FPC staff training

**Cost Controlling Department**

- Work out cost control process, policy & methods according to company practicality, supervise and implement after approved by President Office
- Take part the 2 grade check of process, be entitled to bring forward oppugn and suggestion for the rationality of all task. Even ask related department to take action for the improvement
- Take part purchasing (construct) projects estimation
- Take part the validity review and contract assess of the suppliers & outsourcing enterprise
- Conduct checking all kinds of resource and business, be entitle to bring forward advice for illogicality and out of line issues, and ask related department to make improvement for it

**R&D Department**

- Take charge open out new Technology & technology for satisfying market requirement
- Push new Technology & technology in trial so as to improve company competition capability
- To optimize operating tools & technical flow for improve quality or reduce cost
- Assist training other department staff, make sure they are acknowledge new Technology & new technology and the development condition of PCB
- Collect & train new material & new Technology information

5.5.3 Inside and outside management information intercommunion

★ Process input information

Inside and outside collected information

★ Process management

5.5.3.1 We have worked out 《Information communicate & control procedure》 so as to ensure the validated

Defendants-00041222

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 19/55 |
| | | |

operating of management system, to realize quality target and environmental target. For details, implement 《Information communicate & control procedure》

5.5.3.2 Document control center should take charge of communication & management of environmental information

    A. Should set up the internal information communication among all levels and all function

    B. Should set up the external information receiving, returning and resolving results

    C. Should record the related communication results

★Process output information

Relevant information disposure and record decision

5.6 Management review

5.6.1 General

5.6.1.1 Kinwong has compiled 《Management Review Procedure》 so as to implement management review efficiently

5.6.1.2 In order to ensure the management system be continuously in order, validity & sufficiency, Kinwong governor representative has organized all departments prepared according to 《Management Review Procedure》

5.6.1.3 Annual managing review is called in by governor representative and emceed by president. All department managers should take part of it

5.6.2 Review input

Managing review must face all results of quality managing system requirements, even include:

--Internal and external review results

--Customer feedbacks include customer satisfaction and communicated results

--Process control and performance & products quality

--The validity of implementing corrective & preventive actions

--Anciently managing review following actions

--Inside and outside condition changing and the analysis may affect the quality managing system changing

--Quality target achievement

--Timely    report & estimation of poor quality cost

--Performance trend

--Quality policy in order

--Happened and potential market invalidation analysis and the affection of quality, safety & environment from it

--Improvement suggestions from all department and staff or related person

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 20/55 |
| | | |

5.6.3 Review export

--Managing review is in meeting format and emceed by president according to the prescribed procedure. Managing review system engineer should coordinate the report for it of in which include any related decision and action as below

--Quality managing system and its validity improvement in process

--Product improvement related to customer

--Resource requirement

--All departments should implement and apply the decision & action of managing review according to the requirements. Document control center should follow it and submit the report to president

5.6.4 Refer to file 《Management review procedure》

**6、Resource Management**

6.1 Resource offering

We should provide necessary resource as human, equipment, environment & capital so as to implement & keep the managing system and continuously improve its validity. Further, we should ensure providing the customer satisfied products continuously.

6.2HR

★Process input information

Requirements include company human resource developing/personnel consciousness & performance/positional qualification

★Process managing description

6.2.1 General

6.2.1.1 HR department should arrange relevant certificated and qualified personnel mount guard according to the actual production requirement so as to ensure all staff be on to the importance of himself and the position in organization

6.2.1.2HR department should arrange training the employees of meet company requirement according to 《Training procedure》 for meet company development and policy

6.2.2Ability, Consciousness & Training

6.2.2.1 HR department should make sure the training requirement for meeting actual requirement according to 《Training procedure》, trains the related personnel in order and plan for meeting requirement, meanwhile, to validate the validity of the training

6.2.2.2Conduct review & estimating for the ability, quality consciousness, environmental consciousness & the training result timely or nonscheduled

Defendants-00041224

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: **KW-MM-01** |
|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 21/55 |
| | | |

6.2.2.3 Qualification requirement for engaging special missionary

HR department should arrange the necessary education, training and/or experience qualification check according to the requirement for the special required personnel (as inner reviewer, measurer and electrician, etc). And the proper qualification check record must be saved and kept.

6.2.2.4 On guard training

All departments should arrange the on guard training for the new comer or position changed personnel of affecting the quality issue. Quality control department should inform the personnel of affecting the quality issue by meeting, training or propagandizing for realizing the aftereffect caused by failing complying quality requirement

6.2.2.5 Employee prompting

President office should mobilize the staff enthusiasm and improve their quality consciousness via all kinds of activities so as to ensure the staff realizing the direct & indirect relationship & importance of the quality activity with the process & products quality. Also ensures the staff to be acknowledged the quality target & quality activity requirement of root department & themselves, push the staff to be aware of how to contribute for realizing the quality target.

President office should arrange the staff satisfaction survey & estimating according to the procedure yearly, so as to scale & estimate if the staff have realized the relativity & importance of their work, and the comprehension degree of the quality target, also how to contribute for realizing the quality target.

★Process export information

Training plan & implementation result/qualification approval/staff prompting result & validity estimating

6.2.3 Found and keep the training record of the staff by implementing 《Training procedure》

6.3 Basic equipment & facilities

6.3.1 Kinwong should identify and provide & maintain the required equipment in order to ensure the products and environment complies with requirement. Kinwong should found 《Equipment maintaining and managing procedure》 & Environmental factor identifying estimation and registration procedure for managing all kinds of equipment & facilities itself.

6.4 Working circumstance

Kinwong has provided the staff the working circumstance for reaching the products complying requirement. For example, both safe and efficient working area of meeting products requirement and manufacturing requirement, working conditions comply with the rule of law, etc. Production department and president office must keep the production locale be clean and orderly, conduct the maintenance according to the products and manufacture process requirements as well.

Defendants-00041225

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 22/55 |
| | | |

6.5 Factory, Equipment &Facility machinating

APQP team should conduct machinating as one part of APQP for the required new equipment, facilities and frocks when necessary.

Engineering department should organize the representative of workshop, quality and technology to layout the production area and reduce the material conveying as they can by applying Multi-demonstration Methods, so as not only to realize the in-phase process for the material, but also to use the ground space farthest.

Equipment estimating team should work out and estimate the methods for estimating current operation and process validity

6.6 Plan for meeting an emergency

Equipment maintenance department should ensure the products delivery issue by compiling plan for meeting an emergency such as common equipment supplying paused, short of workers, in shorting equipment broken and marketing returning, etc.

6.7 Personnel safety

**7、Products Implementation**

★Products implementation process machinating input information

Customer requirement description

★Products implementation process machinating process management description

7.1.1 General

Products Implementation process is the main process of quality managing system. Kinwong achieves the required process according to 《Products Quality Advance Plan control procedure 》 plan and products implementation developing. Products implementation plan should be accorded with other quality managing system process plan(see 4.1） . All new items must be planned by products implementation before mass production.

--Engineering department should take charge the products developing and sample making, the other departments should cooperate with it. Engineering dept. should arrange planning for products implementation according to contract and customer requirements. And have worked out the relevant procedure document and supporting document for developing process, purchasing process, production process and delivery process

--There should be compiled quality plan for the customer special required contract and products

--Quality plan content

Products quality target and requirement

Confirm the required process and sub-process of products implementation for products. Confirm the

Defendants-00041226

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 23/55 |
| | | |

required resource for founding process document and implemental process.

--Necessary validating, confirming, supervising, checking and testing activity of products. And products receiving rule

--Necessary records for the evidence of implementing process and products satisfying requirement

--Confirm the incept rule

Special project team takes charge the incepting rule. The incept rule should be complied customer requirement or approved by customer while required. Sampling the accounting data of motor products by applying 0% defects

7.1.2 Non-disclosure

Engineering department prepares the project non-disclosure system and implements it. Non-disclosure team member should provide the formal acceptance to ensure non-disclose of the in process developing project and related products information

7.1.3 Products & Process Changing

--Engineering department should conduct review for the affection of the changing as long as there is product or process changing (include supplier provided changing. Further, pay attention to below points:

--For products design changing review, it must include estimating the affection of products composed parts and delivered parts from the changing

--All design such as outlining, cooperation and function, should be reviewed by customer

--The changing should be implemented after validated & approved while reviewed. If the changing touched customer requirement, the changing should be approved

--The effective date of the changing must be recorded on changing note and saved

--We should satisfy customer additional validating/identifying requirements as the customer required

7.1.4 Products implementation machinating export

The export format of the plan should be available for company operating. For details, refer to 《Products quality advance plan controlling procedure》

7.1.5 Environmental managing requirement such as cleanness production, etc, should be considered in process of products implementation plan

★Products implementation process plan exporting information

Relevant quality planning and changed result

7.2 Process concerned customer

7.2.1 We should found 《Contract review & changing control procedure》 to identify customer requirement and review products environmental requirements include below information:

7.2.2 Identify customer requirement includes:

Defendants-00041227

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 24/55 |
| | | |

--Customer requirement of products environment includes the requirements of practicability, delivery and support

--Customer requirement without describing but expected or prescribed purpose

--Duties related to products environment, this includes law and the rule of law requirements

--Review products environmental requirement includes: (I.e. the bidding cost breakdown, contract acceptance and purchasing order, etc)

--Define the united requirements of sample and environment

--Once there is no formal requirement from customer, it means these requirements have been confirmed before accepted

--Any inconsistent specification or requirement such as bidding note, contract and order has been resolved

--Kinwong can satisfy customer requirements

7.2.3 Customer appointed special characteristics

For customer appointed special characteristics, Kinwong should mark it on document and show it on FMEA, control plan, inspection criterion, process applied WI and technical flow chart for satisfying customer requirement

7.2.4 To review the requirement related to products circumstance -renew

Marketing department should inform customer in time while the products and environmental requirement changing been taken. The changing can be done after customer confirmed. It must be re-estimated and approved by customer as long as any changing been taken.

7.2.5 To ensure the requirement related to products

7.2.5.1 Requirement related to products

a. Customer appointed requirement

b. Necessary requirement for appointed purpose or known purpose of products

c. Rule of law & law requirement related to products

d. Enterprise assured additional requirement

e. Kinwong must comply with customer appointed special characteristics in special characteristics selecting, documenting and controlling.

7.2.5.2 Document control center should organize the related departments conduct the management and implementation of circumstance factors

--The environmental affection factors caused in confirming, analyzing & estimating production and administrating activity

--Environmental factors collecting and estimating means should be confirmed

--Important environmental factors for founding aim/target

Defendants-00041228

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1     KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 25/55 |
| | |

--Estimate the environmental factors in order as long as there is new equipment, activity and other factors

For details, implement according to 《Environmental factors identify and register procedure》

7.2.5.3 Document control center and governor representative should confirm internal law and rule of law, and

--Confirm the related environmental law & the rule of law of company activity and products

--Comply with related statute

--President office should get the related environmental protection statute information from local environmental department timely

--Document control center should estimate the implementation in order timely

For details, implement according to 《Environmental law &statute and other requirement control procedure》

7.2.6 Review the requirement related to products

Kinwong should implement review to ensure providing customer satisfactory products before promise customer. For details, please implement related procedure.

★Products related requirement review process input information

Customer required description/order or contract

★Products related requirement review process managing description

Review mode: marketing department takes charge for organizing related department to review according to 《Contract review & Changing control procedure》

Review occasion: before accept contract/order, before contract/order changing

Review content

a. All requirements should be prescribed clearly and compiled to document. The customer oral/phone mode requirements should be ensure agreed before accepted

b. Whether Kinwong can satisfy customer requirement or not （Include function requirement, technical requirement, delivery implementation and service）

c. Dispose the abhorrent old contract/order

The related records should be compiled for the review of products requirements

7.2.7 Contract requirement modification

a.Kinwong products requirement revise should be approved by department manager (review when necessary), implemented after received customer formal approval

b. Customer required products requirement revise should be reviewed according to 《Contract review & changing control procedure》 and compiled to formal document

c. Marketing department should give the information to related department and personnel after contract

Defendants-00041229

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 26/55 |
| | | |

changing made

★Products related requirement review process export information

Contract review result satisfaction & feasibility estimate/contract review changing implementing

Refer to 《Contract review and changing control procedure》

7.2.3 Customer communication

★Customer communication/customer complaint disposure process inputting information

Relevant customer information and customer complaint

★Customer communication/customer complaint disposure process managing description

--Kinwong quality/marketing/engineering departments are the mostly communicating ones with customer.

--Marketing department should take charge communicating with customer for delivery issue, and let customer know the internal production information in time. Quality department should take charge communicating with customer for quality issue, and disposing the quality problem in time. Engineering department should take charge communicating with customer for technical issue

--The related personnel should reply customer query and work out precept according to customer requirement so as to be complied with customer requirement

--Related department should appoint civil servant to communicate with customer for production and delivery issue. Document should be compiled when necessary.

--Quality dept. manager should arrange related personnel to resolve customer's required service, request or complaint

--Kinwong should be able to transfer necessary information and data according to customer requirement. customer required language and customer appointed format

★Customer communication/customer complaint disposal process export information

Disposed results after communicated with customer, customer complaint & related corrective action

7.3 Design &Exploitation

★Design &Exploitation process input/output/management

7.3.1 Multi-demonstration Methods

Kinwong applies Multi-demonstration Methods for conduct products process plan. Multi-demonstration Methods was applied to special characteristics developing/final decision and supervision, FMEA developing and measuring, validating, confirming, etc.

7.3.2 Design & Exploitation Plan

Project team takes charge planning and controlling the products process and development according to 《Products Quality Advance Plan Control procedure》. Actions should be taken in process of design and development

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: **KW-MM-01** |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 27/55 |
| | |

--Confirm the process design and developing step according to products process characteristics & the complexity

--Confirm every process design& developing process review, validate and confirm activities

--Confirm process design and developing responsibility and purview, define the divided work for departments or staff

--Project team takes charge prescribing and managing for the connecter of the different department or personnel of designing & developing. Define the function and dividing for the connecter to ensure available of joining and communicating

--Design and develop plan export should be compiled to plan and related document. The export should be revised as the design and developing improved

7.3.3 Design & Exploitation input

7.3.3.1 Process design input

APQP ensure the process design and developing inputting according to customer and products requirement, the input should be included:

a. Products design export data

b. Productivity, process capability & cost target

c. Customer requirement （If customer has requirement for process）

d. Advanced process developing experience

7.3.3.2 Special characteristics requirement (Refer to 7.3.3.1.)

Project team should confirm special characteristics by applying products sorting and products characteristics. All special characteristics should be included in control plan. Process control document such as chart, FMEA, control plan and WI, must be marked on customer special characteristics symbol or internal equivalent symbol or mark so as to indicate the affected process by special characteristics

7.3.3.3 Review input

Project team takes charge reviewing the input so as to ensure the input is sufficiency and in order. The input information should be completed, clear and non-self-contradiction.

7.3.4 Design &Exploitation export

7.3.4.1 Process design export should include as:

a. Specification and drawing

b. Process flow chart/floor plane laying chart

c. Process FMEA：

d. Control plan

e. WI

f. Process approval receiving rule

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 28/55 |
| | | |

    g. Data about quality, reliability, maintainability and measurability

    h. Preventive actions（when propriety）

    i. Fast exploration and feedback methods for unqualified of products manufacture process

    j. Others

7.3.5 Process design and developing review project team takes charge organizing systemic review according to the plan arrangement. The targets are:

    --Estimate the capability of design and development result of satisfying sample, criterion and other requirements

    --Identify the existed problem related to manufacture, inspection and something else for bringing forward the necessary disposal action

    --Design and developing review can adopt meeting review mode. The attendee should include related department representative of design and developing review. All review results & necessary records should be kept in engineering department

7.3.6 Project team should confirm, supervise and analyze the stated scale target of design and development process. The targets may include quality venture, cost, lead time, key path and other proceedings

7.3.7 Process design and developing validating

    Project team conducts validating the design and developing according to plan arrangement so as to ensure the design and developing export satisfy design input requirement. The validated result and any necessary action records should be safekeeping by project team.

7.3.8 Prodess design and developing confirmation

    Project team should conduct confirming for the trial run sample and related data include the marketing analysis similar according to customer project schedule before mass production. The confirmation must be complied with customer requirement. Confirmed result and improving requirements & actions been taken should be safekeeping by project team.

7.3.9 Sample requirement

    Project team should work out the sample plan and control plan as customer required. Project team should adopt the same supplier, equipment and produce process as mass production for trial-produce the sample

    Project team should follow all the performance and function testing of the sample so as to supervise finished in time and complied with requirement

    Project team should arrange someone to take charge the outsourcing service and provide technical instruction as long as the sample outsourced to be manufactured or test

7.3.10 Products approval procedure

    ★Products approval procedure process input information

    Customer provided requirement/grade and related products information

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1                KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 29/55 |
| | |

★Products approval procedure process management

Kinwong should conduct approval for the products and process approval procedure approbated by customer after it has been confirmed. For details, refer to 《Production parts approval control procedure》. The procedure should be approved as customer required. Otherwise, should be approved by internal customer representative. This procedure should be applied for supplier.

★Products approval procedure process export information

　　Report be submitted/approved condition

7.3.11 Design & development changing control

Kinwong engineering dept. takes charge identifying the design & development changing, controlling according to 7.1.7 requirements. The changed, reviewed, validated and confirmed records & taken actions records should be kept safely by engineering dept..

7.4 Purchase

7.4.1 Purchase process

★Purchase process input information

　　Internal customer requirement (Project and/or internal team)/relevant purchase requirement

★Purchase process managing description

7.4.1.1 We have constituted《Purchase and purchasing document control procedure》so as to ensure the purchased product and outsourced product be met contract stated requirement, and to satisfy marked environmental factors & the related supplier. The in charging department should select and estimate supplier. Related technical department provide special support.

7.4.1.2 Purchasing department conducts the review once a season according to 《Purchase and purchasing document control procedure》& 《Supplier review procedure》, compiles the timely supplier estimating report, qualified suppliers list, and selects purchasing/outsourcing supplier from qualified supplier list strictly

7.4.1.3 All Kinwong applied purchasing product or material for product should be satisfied relevant requirement of rule of law. If it was indicated on contract (customer chart, criterion, etc.), Kinwong should purchase products, material or service from the customer approved supplier. Kinwong will conduct controlling for the products, material and service from customer appointed supplier and ensures the quality.

7.4.1.5 We should make the target of developing quality managing system of supplier by complying ISO/TS16949: 2002 and review the supplier timely. But firstly, the supplier must achieve third party attestation of ISO9001: 2000

7.4.2 Purchasing information

7.4.2.1 Other departments should arrange purchasing issue after examined and approved according to 《Purchase

Defendants-00041233

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 30/55 |
| | |

and purchasing document control procedure》.

7.4.2.2 If the outsourcing is required, production planner, drilling & routing factory should provide outsourcing plan, outsourcing plan should be clearly prescribed for the quality requirement, criterion, chart, equipment requirement and incept standard of engineering/product. Outsourcing plan should be implemented after approved by vice president and the contract/agreement been signed with outsourcing enterprise

For details, implement to《Purchase and purchasing document control procedure》 & 《Supplier review procedure》

7.4.3 Purchasing products' validation

7.4.3.1 If it is required to be validated in supplier side, the validating arrangement and product discharging methods should be prescribed on purchasing contract

7.4.3.2 Incoming inspection: should be conducted by related department according to 《Inspection criterion》 of relevant product, equipment and material. Product can be devoted using or machining after checked out. Unqualified products should be marked according to 《Unqualified product control procedure》

7.4.3.3 Customer check: customer should validate the supplier quality if it is prescribed on contract, but this can not instead of Kinwong incoming check for the product by related department. Customer check can neither release Kinwong responsibility of providing acceptable material nor exclude the thenceforth rejection of customer.

7.4.3.4 Kinwong conducts controlling the incoming material in one or more methods as below

-Inspection and/or test

-Conduct second party or third party audit for supplier process once there is acceptable quality record

-Estimate the received Stat. data

-Parts should be evaluated by appointed lab

-Other methods approved by customer

7.4.3.5 Production plan team should conduct prescribing for the validating arrangement in signed contract with supplier, purchase order or other format, and product discharging methods while the required process validation implementing from Kinwong or customer.

7.4.4 Supplier supervision

The production plan and control team should supervise the supplier performance according below target:

-Delivered parts quality performance

-Customer production interruption caused by failure

-Comply delivery schedule performance（include additional freight charge）

-Customer notice caused by special status related to quality and delivery issue

Defendants-00041234

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 31/55 |
| | |

-Production plan and control team should prompt the supplier supervising and improving performance

★Purchase process exporting information

Qualified supplier and develop condition/relevant purchasing order/validated result of purchasing products

Refer to below documents

《Purchase and purchase document control procedure》

《Incoming material quality control procedure》

7.5 Production & service offering

7.5.1 Control of production & service offering

★Production and service offering control process input information

Customer requirement description/customer requirement

★Production & service offering control process managing description

7.5.1.1 Conduct effective control for internal products production, keeping, delivery and service process to ensure all processes in good condition of controlling

7.5.1.2 Technology dept. should take charge compiling related document and organizing implementation according to products different characteristics

7.5.1.3 Kinwong implement 《Measure gauge control procedure》 for internal application and management of the measuring equipment

7.5.1.4 Control plan

Project team should consider the FMEA, compile the trial-produce and mass production control plan for all parts of products system, sub-system, components and material. Control plan content must include below information:

a. Control methods applied in process of production

b. Supervising methods of special characteristics

c. Reaction plan while process unstable or without Stat. capability

d. Customer required information（if existed）

APQP team should arrange proper review and revise for control plan when products and process changed

7.5.1.5 Production and service providing controlled condition

A. The supervision and measuring equipment for proper using, maintaining from workshop and quality department. Supervision and measurement of prescribed implementing products characteristics and process characteristics.

B. Document control center takes charge providing or transferring the related products chart, control plan, WI, etc of the products requirement to all workshop so as ensure all related staff got the information of stating products characteristics. WI should be easy gained

C. Equipment dept. managing personnel should continuously improve the efficiency and validity of production equipment

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 32/55 |
| | | |

by using forecasting maintenance methods, conduct complete preventive maintenance in planning and provide proper resource of it for key equipment. Complete preventive maintenance include timely maintenance according to plan, prepare & keep proper spare parts for key equipment, provide packing and defending procedure for equipment, frock and instrument, confirm, estimate and improve the maintaining target

D. Kinwong defines implementing frock managing system and provides proper technical resource include: equipment and personnel for maintaining and repairing, storing and renewing, frock preparing, easy broken tool and changing plan, changing of tool design, tool changing & other revise of document, confirmation of frock condition. Outsourcing team of production department should conduct following and supervising for some part or all of the outsourcing.

E. Production plan team takes charge working out the production plan according to sales plan and sends or forwards the production plan and customer special requirement to related department in time

F. Workshops should conduct validation of operating preparation any time (For example, firstly operation of work, changing of material and operation changing). Operator should be easy got the WI. For validation of operating preparation, the first and first/final part comparing methods should be considered firstly. Stat. Methods should be adopted for validating when necessary.

G. All processes release the product according to specs, any un-checked and tested or unqualified product is not allowed to be released

H. Marketing department takes charge delivering product and conducting the after service activity

I. Service information feedback

Kinwong should found and keep the process of related manufacturing, engineering and designing information be communicated with internal departments.

J. Service agreement with customer

Quality department should validate below validity as long as there is service agreement with customer

--Service center of any organization

--Special tool or measuring equipment

--Service personnel training

7.5.1.6 Environmental operation control

President office should conduct environmental operating control management and:

Sets up all maintenance of environmental protection

President office should found related procedure such as 《fire preventing equipment managing procedure》, 《Chemical substance managing procedure》& 《Castoff disposal procedure》 for the operation of lacking instruction and may cause departing managing policy

-Prescribe related operating criterion for all criterion

-Control all mark-able environmental factors

Defendants-00041236

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1    KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 33/55 |
| | |

-Conduct and control related supplier according to 7.4.1 of this manual

7.5.1.7 Influence preparing for meeting an emergency

President office should conduct implementing the potential accident or emergency in process of production and prepare the response to prevent or reduce the concomitant environmental influence may be caused, and:

-Work out the methods and plan for meeting an emergency

-Make test timely or without day.

The governor representative should conduct estimating the prescribed methods and procedure for meeting an emergency when it happened, revise it when necessary. For details, implement 《Preparation and response control procedure for meeting an emergency》

7.5.2 Confirmation of production and service process

7.5.2.1 Engineering department takes charge identifying and confirming the process in process of all production and service providing. The process include special process（the export of this process can't be validated by after-coming supervision and measurement, or caused problem after products been used）. Quality dept. & engineering dept. confirm the process together with Technology dept.. The process includes the approval by prescribed rule, and the approval of the equipment and personnel qualification requirement. The confirmed result should be recorded by engineering dept.

7.5.2.2 The process should be re-confirmed as the process conditions as material, equipment and personnel changed.

7.5.3    Marking and the traceability

7.5.3.1 Marking methods: Kinwong product is marked and identified by using badge, label, etc. For details, implement 《Product marking and tracing procedure》

7.5.3.2 Relevant department confirm and design the marking and identifying methods according to the realty

7.5.3.3 Products estates identify and sort

a. Waiting inspecting

b. In process of inspecting

c. Check up after inspected

d. Nonconformance after inspected

7.5.3.4 Products estates identification is realized via the forming of inspection    record,    label,    etc.

7.5.3.5 Backward

a. We can trace the historic record of every product/equipment via the only mark of product/equipment

b. We can trace the product or equipment production batch number, production hour and implementing process via the marking and recording of production and delivery process

7.5.3.6 Management of marking

Defendants-00041237

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 34/55 |
| | | |

a. All marks should be both clear and easy identified

b. When the losing, broken and inconsistent found, the related department should arrange re-marking and recording for the original record after verified

7.5.4    Customer belongings

7.5.4.1 In order to ensure the final quality of product, Kinwong must conduct marking, validating, protecting and maintaining for the customer belongings of provided or included in product

7.5.4.2 The customer provided material should be incept and safekeeping according to storing procedure and the incomings quality should be taken charge by customer（If it is indicated no needing Kinwong check）

7.5.4.3 Quality department manager should freeze related product and inform customer for disposure as long as there is problem or maladjustment

7.5.4.4 Kinwong validation will not lighten the responsibility of customer provided product

All IP, products, material, re-cycle packing, frock are customer belongings. We should mark customer belongings obviously. All customer belongings should be marked for good for defining the belonging relationship

7.5.5 Product safety

7.5.5.1 Kinwong conducts proper protection in process of production and delivery for product characteristics and customer requirement to ensure satisfying contract requirement in delivering to customer

7.5.5.2 Product safety includes: marking, conveying, packaging and protecting. Refer to《Conveying, storing, packaging, protecting and delivery control procedure》

7.5.5.3 Product marking and identifying refer to《Product marking and tracing procedure》

7.5.5.6 Storage

Implement《Conveying, storing, packaging, protecting and delivery control procedure》for the storage of product, material, semi finished articles, finished goods

7.5.6.7 Protection: related department should check the products to be delivered in process and finished goods, adopt proper protecting action

7.5.6.8 Warehouse should use inventory managing system include first in first out mode to optimize inventory turnover term

★Production and service provided control process export information

Ship the customer satisfactory product to customer in stated schedule

7.5.6.8 Refer to《Gauge control procedure》

《Product marking and tracing procedure》

7.6 Supervising and measuring equipment control

7.6.1 Engineering & QA department take charge the accounting management of supervision and measuring

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 35/55 |
| | | |

equipment

7.6.2 Kinwong supervising and measuring equipment class

    a. Equipment testing tool: multi-meter, figure grip meter, pressure bear tester

    b. Product test tool: calipers, micrometer, hole gauge, plugging meter, height meter

    c. Environment performance measurer be applicable

7.6.3 Selected: the selected test equipment should be used after emendated according to《Gauge control procedure》

7.6.4 Check and calibration: quality dept. should check and calibrate the test equipment timely according to 《Gauge control procedure》 and compile emendation certificate

7.6.5 Maintenance and renewing: the test equipment applied department should conduct maintaining the test equipment timely and renew the inapplicable test equipment. The renewed test tool should be estimated/checked before use

7.6.6 The estimated/checked test equipment should be marked

7.6.7 Test equipment should be used under the condition been scribed on using indication

7.6.8 The user should estimate and record the validity of the former measured result when the test equipment is not agreed with requirement, and take proper action for the equipment or affected product

7.6.9 Quality depart takes charge the savage of all estimation and calibration records, found and safekeeping the test equipment record

7.6.10 Measuring system notified in control plan should be analyzed and investigated annually. All analyzing methods and incept rule should be implemented according to MSA. Other methods and incept rules can be used as customer approved

7.6.11 Calibrating/validating record

    The calibrating/validating record of supervising and measuring equipment should include:

    a. Equipment appraisal include equipment calibrating measurement criterion

    b. Revision caused by engineering changing

    c. Any departed reading records in process of calibrating/validating

    d. Evaluation for the affected condition besides criterion

    e. Related specs comply with criterion after calibration/validation

    f. The conditions informed customer as long as any shady material or products been delivered

7.6.12 Refer to document 《Measuring gauge control procedure》

                   《Measuring system analysis control procedure》

7.6.12 Lab requirement

7.6.12.1 Lab quality system

    Kinwong compiles and implements 《Lab manual》 to ensure lab testing scope , to ensure the inspection,

Defendants-00041239

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 36/55 |
| | | |

testing and calibrating activity in scope input document, and quality policy, system, procedure, WI and the results input document as well

7.6.12.2 Lab personnel

The staff required diathesis & knowledge, experience should be trained, the staff can be on guard after checked out

7.6.12.3 For the sample receiving, marking, conveying, protecting, keeping or disposing, the operations should follow 《Lab manual》 requirement.

7.6.12.4 It must be prescribed and kept available environmental situation for special required technical activity. For example, the environmental situation may affect the test result, so it must be implemented supervising and recording

7.6.12.5 Lab should confirm test methods according to related criterion so as to ensure correct testing capability. If there is a method exceed criterion must be approved by customer. The experiment methods should be compiled to WI.

7.6.12.6 Experiment personnel should record the result according to the procedure after experiment, sign after review

7.6.12.7 If there is an external lab used, the lab must be confirmed by customer or got ISO/IEC17025 or equated natural criterion. Further, we should find out whether the approved experiment making scope meets Kinwong requirement

8、Measurement, Analysis & Improvement

8.1 General

8.1.1 Governor representative takes charge organizing all departments machinate & implement Kinwong measurement, Analysis & Improvement

8.1.2 Kinwong ensures the accord and validity of its managing system each year via constitute & check the managing policy & target, survey customer satisfaction, internal review & managing review, and continuously improvement activities as well

8.1.3 Kinwong has compiled related document for supervising & improve the products quality，even validated the accord of products

8.1.4 Kinwong finds defect or nonconformance/disqualifying trend and works out the corrective & preventive actions to improve the validity of the managing system by analyzing customer satisfaction & products checked data and applying data Stat. Methods.

8.1.5 Factors should be considered in machinating

A. Ensure the projects, content, methods, frequency and necessary record for supervising, measuring,

Defendants-00041240

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 37/55 |
| | | |

analyzing and improving.

    B. The application of Stat. Tech for ensuring the available methods & applied level, this including ensuring available facilities in APQP process and recorded in control plan

    C. The plan export format should be suit for operating and compiling in necessary document

8.1.7 Kinwong staff should be acknowledged and familiar with the base Stat concept as tolerance, control (stability), processing capability and over adjustment

8.2 Supervise and measure

8.2.1 Customer satisfaction

    ★Customer satisfaction process input information

      Inner/outer customer satisfaction supervise requirement

    ★Customer satisfaction process description

8.2.1.1 Consider customer satisfaction level as one of Kinwong company measurement managing system performance methods, and ensure the required improving area accordingly

8.2.1.2 Quality dept./President office should take charge compiling the collected customer satisfaction level information and conducting the implementation

8.2.1.3 All departments should assist collecting customer satisfaction level information

8.2.1.4 Quality department and president office should take charge analyzing the collected information and estimating

8.2.1.5 Methods for collecting customer satisfaction information

    a. Customer feedback or complaint related to customer products quality, delivery & service

    b. Customer or market visiting and studying（for example, questionnaire, meeting & telephone, etc.）

    c. Customer or market requirement changing

    d. Caste report

    e. Customer report

    f. All kinds of media and industrial investigative activities

    g. Internal information from different department

8.2.1.6 Performance target base on but not limited to below parameter:

    --Delivered parts quality performance

    --Customer discontinuity disturbing in process & complaint caused

    --Shipping performance include on time delivery and excess freight cost been caused

    --The relevant special condition notice caused by quality or delivery issue

    ★Customer satisfaction process output information

     Inside and outside customer satisfactory analyzed colligation data & result

Defendants-00041241

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: **KW-MM-01** |
|---|---|
| Version: A1      KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 38/55 |
| | |

8.2.1.7 Refer to file 《Customer satisfaction survey and review procedure》

8.2.2 Interior review

★Output Information of Interior review Process

Need of System Review/Process Review/Product Review

★Description of Interior review Process Management

8.2.2.1 The purpose of internal management system is to test and verify the consistency & effectiveness of management system operation and to continuously improve & perfect this system.

    a. Review of quality management system: to check if the quality management system is consistent with the arrangement of product recognition planning, ISO9001&ISO14001standard, ISO/TS16949: 2002 technical regulation as well as any additional management system requirement and to check if this system is effectively implemented and gets maintenance.

    b. Process Review: to test and verify the effectiveness of production process control

    c. Product Review: to assure that the product meets all regulated requirements (such as product dimension, function, package and mark etc.) through review in the proper phase of production and delivery.

    d. Draft annual interior review plan aiming at quality system review, product review and process review. Before implementing these reviews, work out an interior review implementing plan that covers all processes, activities related to quality management and shifts, set up an interior review team and choose qualified internal examiners who cannot examine themselves.

8.2.2.2 Organizational Review

    a. The company conducts centralized examining work of internal management system. Management representatives or appointed persons are in charge of working out the *Controlling Procedure of Interior review* and the implementation of this procedure.

    b. Management representatives are in charge of leading & planning examining work of internal management system, approving annual review plan, adding review plan, approving members of review team and checking & approving annual interior review report.

    c. Management representatives are in charge of managing examining work of internal management system, confirming the member roll of review team, arranging review sequences based on reality and importance, working out annual review plan and adding review plan. These plans must be implemented after the presidential approval.

8.2.2.3 Implementation of Review

    a. The Document Control Center works out Implementing Plan of Interior review and reports to management representatives for approval.

    b. The Document Control Center is in charge of sending a written review notice to examinees 5 days before

Defendants-00041242

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: KW-MM-01 |
|---|---|
| Version: A1   KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 39/55 |
| | |

the implementation.

    c. The review team implements review according to Controlling Procedure of Interior review.

    d. Examiners fill in *Nonconformity Terms of Interior review and Corrective and Preventive Action Report* by collecting objective evidence and making just conclusion through analysis. Examiners hand in the report to review principal and the principal of examining unit sign his name on the report to confirm nonconformity terms.

8.2.2.4 Review Report

The Document Control Center is in charge of working out Interior review Report in the regulated form after finishing all reviews and handing in the report to management representatives. After management representatives read the report, the Document Control Center sends it to president as management evaluation evidence.

8.2.2.5 Corrective action and Following Validation

    a. The principal of examined part drafts Corrective action based on Corrective action advice proposed by examiners and writes the measure in *Interior review Nonconformity Terms and Corrective and Preventive Action Report.*

    b. The examined unit carries out Corrective action within regulated period.

8.2.2.6 Examines are in charge of testing and verifying the effectiveness of Corrective and Preventive Action applied by different Dept. and follow their implementation until reaching regulated requirement.

8.2.2.7 Review Record

The Document Control Center should collect all Plan Notice, Checking Form, record, Nonconformity Terms Report, Review Report, conclusion and other original information and deals with related matters in accordance with *Record Controlling Procedure* by neatening such information.

    ★ Output Information of Interior review Process

    Interior review plan and result of implementation /Related evaluation of effectiveness

8.2.2.8referential document: Controlling Procedure of Interior review

8.2.3 Process Investigation and Measurement

8.2.3.1 The purpose of process investigation is to conduct investigation to check if operation result of all processes meets expected object and to apply Corrective action for nonconformity conditions, in order to maintain the effectiveness of system operation and to continuously meet customer's requirement of product & service.

8.2.3.2 The Process Monitoring includes Two Aspects:

Monitoring of Product Recognition Process: Set up checking point according to PDCA cycle requirement in every process planning. Every responsible Dept is in charge of implementing these plans and making record through evaluation, validation, check and modulation

Defendants-00041243

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 40/55 |
| | | |

Monitoring of Management Process: Implemented through interior review and daily check.

8.2.3.3 Considered Factors of Process Monitoring

-- Customer's requirement, finishing and implementing situation of process planning object

--If every Dept undertakes related responsibility and transmit necessary information during process activities.

--If the resource used in the process meets activity requirement.

8.2.3.4 Apply effective Corrective and Preventive Action for any problem discovered in the process, implement the measure according to 8.3, 8.4 & 8.5 and validate its result.

8.2.3.5 Production Process Monitoring & Measurement

a. The Quality Dept. is in charge of conducting process research of new production process to validate process ability and to offer complementarities to process control. There should be document for process research result and guiding regulations of production method, measurement, experiment and maintenance. All documents must include object of process ability, reliability, maintainability & accessibility and their receiving regulations.

b. The company must strictly implement controlling plan & process, which includes regulating implementation measuring technology, sample-choosing plan, receiving regulation and implementing reaction plan for any inconsistent condition of receiving regulation in order to maintain process ability that exceeds customer's production requirement.

c. Mark important process event and alteration on controlling chart.

d. The Production Dept. must apply reaction plan when there is unstable characteristic and incapacity in controlling plan, such as product prevention & 100% check. The Production Dept. must work out Corrective action plan to assure the process stability and capacity and let customer evaluate and approve this measure plan when it is necessary.

8.2.3.6 Environment Monitoring and Measurement

The Document Control Center/President Office conducts monitoring & measurement of activities that may seriously influence environment, which includes those below:

--All environmental exhibition, such as waste gas, wastewater and noise etc.

--All operation controlling activities

--Consistency situation of environmental object/target.

--Implementing effectiveness and obeying situation of laws/regulations

--All monitoring equipment is used according to 7.6 of this manual

All are implemented based on *Controlling Procedure of Monitoring & Measurement*

8.2.3.7 Law-abidance Evaluation

The Document Control Center conducts evaluation of the abidance of laws and regulations.

Defendants-00041244

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 41／55 |
| | | |

8.2.4 Product Monitoring & Measurement

★ Output Information of Product Monitoring & Measurement Process

Need of product monitoring & measurement/ check plan

★ Description of product monitoring & measurement process management

8.2.4.1 In order to assure that the product can meet contract requirement, the company works out related procedure to guide product check/test.

8.2.4.2 In-coming Check and Experiment

a. Related responsible Dept. organizes in-coming check based on correlative product check regulation. In accordance with *Controlling Procedure of Nonconformity Product*, use or process the in-coming after the check-up and mark nonconformity product as well.

b. If there is need for production/developing emergency, the Quality Dept makes definite mark on unchecked incoming and makes a record of it as well as checking chosen samples to get back or change nonconformity in-coming.

8.2.4.3 Product Process Check and Experiment

Related Responsible Dept organizes process check based on correlative product check and experiment regulation.

8.2.4.4 Final Check and Experiment

Related responsible Dept. organizes final check based on correlative product check and experiment procedure and conducts final check and experiment under the condition that all regulated in-coming check & process check have been completed and the result can meet regulated requirement.

The final product check is implemented according to Final Product Checking and Examining Procedure and the examiner must fill in correlative record after the check.

8.2.4.5 Check and Experiment Record

Make a written record for all check and experiment activities, which must be signed and confirmed by customer & company principal. Check and experiment record is neatened by different responsible Dept respectively.

8.2.4.6 All-dimension Check and Functional Experiment

The Quality Dept conducts all-dimension check and functional experiment for all auto products according to the regulated frequency, customer's project information and functional standard and offers evaluation based on customer's requirement

8.2.4.7 Cosmetic Terms

If the product is appointed by customer in the "cosmetic terms", the company must conduct control from aspects below:

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: **KW-MM-01** |
|---|---|
| Version: A1        KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 42/55 |
| | |

      a.  There must be proper lighting and other equipment for cosmetic check.

      b.  There must be standard sample with proper color, .vein, polish, structure and clear image in the checking zone.

      c.  Maintain and control standard sample and check equipment.

      d.  Check the qualification of cosmetic checkers.

   ★ Input Information of Product Monitoring & Measurement Process

      Check report/Product passing result

8.2.4.8 Referential Documents:

      *Controlling Procedure of In-coming Quality*

      *Controlling procedure of Process Quality*

      *Final Product Checking and Examining Procedure*

8.3 Nonconformity Product Control

   ★ Input Information of nonconformity Product Control Process

      Confirmed nonconformity product

   ★ Description of Nonconformity Product Control Process Management

8.3.1 In order to assure that the company product quality is consistent with standard or customer's requirement, identify and control produced nonconformity products in phases of purchase, development, production and delivery to avoid misusing or delivering these nonconformity product.

8.3.2 It is necessary to control marking, recording, evaluating, isolating and treating of nonconformity product and inform related responsible Dept. For details, please see *Controlling Procedure of Nonconformity Product.*

8.3.3 Evaluation and Treating of Nonconformity Product

8.3.3.1 The Quality Dept organizes MRB to treat all nonconformity products.

8.3.3.2 Treating Method

     a. Selecting

     b. Reject or change product

     c. Repair:

     d. Rework

     e. Concessible    reception

     f. Scrap

8.3.3.3 All re-produced or repaired products must be re-checked, re-confirmed and marked.

8.3.3.4 Concession reception: When the product can meet functional need but has slight difference, Quality manager should bring forward concession application to customer and the concession must be implemented with the agreement between the two parties.

Defendants-00041246

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 43/55 |
| | | |

8.3.3.5 Nonconformity product discovered by customer during its using process should be changed if the problem is resulted by the company until customer satisfied

8.3.3.6 The check result of nonconformity product treatment should be neatened and pigeonholed by every responsible Dept respectively.

8.3.3.7 The Quality Dept. is in charge of identifying and controlling doubtful product (including waste product) in accordance with *Controlling Procedure of Nonconformity Product* to avoid unexpected use or delivery.

8.3.3.8 The treating methods of nonconformity product in the company include rework, repair, scrap, rejection (reject the product to supplier) and concession reception. For rework and repair, the Quality Dept. should works out rework and repair WI, containing re-check requirement, and conduct re-check of re-produced or repaired product

8.3.3.9 If nonconformity product is delivered, the Quality Dept. must inform customer immediately.

8.3.3.10 Customer Concession

For any difference of product or process, the company needs to inform customer and to get the concession approval (including the product purchased from contractors and service). The Quality Dept. should reserve the record of approval date and quantity and assure that the production is consistent with original or replaced regulations when the authorized period is over. Properly mark packing box when approved product is packed and delivered.

Result of nonconformity product treatment/corresponding Corrective action

8.3.3.11 Referential document: *Controlling Procedure of Nonconformity Product*

8.4 Data Analysis

8.4.1 In order to maintain the suitability & effectiveness of management system and to offer evidence for quality improvement, the management representatives organize all related Dept. to collect & analyze proper data regularly and to works out & supervise the implementation of plans (understand analyzing purpose, content, responsible Dept. etc.)

8.4.2 Data Collection

8.4.2.1 Data related to product quality: market investigation, check record, nonconformity product information, and customer's complaint etc.

8.4.2.2 Data related to operating ability: process measurement and monitoring information, developing process control, interior review conclusion, and management evaluation output etc.

8.4.2.3 Data related to management system achievement: information of customer satisfaction,.

8.4.2.4 Data Source: customer satisfaction investigation, product check/test record, competitors, related process record etc.

8.4.2.5 Statistical Methods Applied for Data Analysis: collocation chart, cause & effect chart, columniation chart,

Defendants-00041247

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 44/55 |
| | | |

pie chart, and countermeasure list etc.

8.4.2.6 All Dept. offer the information below for the suitability & effectiveness of management system through data analysis:

    a. Customer satisfaction

    b. Consistency of the supplied product and customer's requirement

    c. Changing trend of product characteristics

    d. Related product process and system information of supplier

8.4.2.7 Based on the result of data analysis, management representatives confirm the improving direction.

8.4.3 Analysis and Use of Achievement Data

    The company confirms achievement data that is shown in the trend chart and reflects quality & operation, compares such data with operation object, competitors and proper basic standard data, applies measures to preferentially solve customer-oriented problem, confirms the key trend and mutual relation with customer to support situation evaluation, policy & long-term planning and reports the information feedback system of in-processed product in time.

8.4.4 All related Dept. should finish statistics in accordance with regulations on time and offer related report form filled in practically to management representatives. Management representatives conduct data analysis regularly in accordance with regulations and inform general manager and all Dept. about analysis result.

8.5 Improvement

8.5.1 Continuous Improvement

8.5.1.1 Purpose of Continuous Improvement

    a. Continuously increase the effectiveness & efficiency of management system operation.

    b. Continuously improve & manage all processes of management system operation to maintain the recognition of managing policy and object.

8.5.1.2 Classes and Terms of Continuous Improvement

    a. Continuous improvement runs through all processes, which is divided into daily improvement activity (such as correcting and preventive action) and important long-term improving program (such as alteration of current process & product and resource need).

    b. Daily improvement is realized through management policy & object, review result, data analysis, Corrective and Preventive Action and management evaluation activity. Related Dept should propose improving terms to promote continuous improvement of management system.

8.5.1.3 Planning and Management of Improved Terms

    a. Responsible Dept. investigates, measures and analyzes locale to fix on improved terms and improving object.

Defendants-00041248

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 45/55 |
| | | |

b. Investigate possible causes and find out key cause through data analysis.

c. Study, evaluate and fix on improvement scheme to assure the recognition of confirmed improving object.

d. Implement confirmed improvement scheme.

e. Test & verify improvement result to confirm the result and add the confirmed effective improving measure in related document.

8.5.1.2 Improvement of Production Process

It is necessary to consider the implementation of continuous improvement when the production process is capable and stable or the product characteristics can be forecasted to meet customer's requirement. The improvement must in consistent with the control of product characteristics & production process parameter difference.

8.5.2 Correcting Measure

8.5.2.1 In order to avoid re-generation of nonconformity product & defection and to promote management system improvement, all Dept. should regularly analyze nonconformity product information related to product process and their own Dept as well as implementing *Correcting and Preventive action Procedure*.

8.5.2.2 Sources of Nonconformity Product Information Treatment: customer complaint, internal check report of nonconformity product, requirement of management evaluation,, result of data analysis, customer satisfaction, and result of product & process measurement.

8.5.2.3 The Quality Dept. gathers customer complaint, nonconformance & defection information and all quality problems in the management system operation and organizes related personnel to analyze and evaluate such information as well as informing corresponding responsible Dept.

8.5.2.4 The Quality Dept. organizes corresponding responsible Dept to analyze the cause of problem and makes a record.

8.5.2.5 After receiving notice, responsible Dept must work out and seriously implement correcting measure. The Quality Dept. organizes effectiveness evaluation of Corrective action and inputs important Corrective action as management evaluating standard.

8.5.2.6 The Quality Dept follows, checks and evaluates the implementing situation of Corrective and Preventive Action as well as making a record.

8.5.2.7 The Quality Dept. should make feedback of the effect of Corrective and Preventive Action implementation to customer when it is necessary.

8.5.2.8 Alteration of management system document resulted by Corrective action should be implemented in accordance with *Controlling Procedure of Document and Information*.

8.5.2.9 Problem Solving

The company defines identifying problem, analyzing problem, temporary countermeasure and long-term

Defendants-00041249

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 46/55 |
| | | |

countermeasure, Corrective action for in-process product, re-generation-preventive action, effect confirmation and other management modes to solve problems. (such as 5 core tools,  8D, 5MIE, P.D, C.A and other effective management tools) In addition, the company must avoid generation of fundamental cause and maintains consistency with customer information communication format and language to assure accuracy, punctuality and effectiveness of information.

8.5.2.10 The company applies product or production process design and special development in the implementing process of Corrective action to avoid generation of nonconformity product.

8.5.2.11 Corrective action affect: the company implements Corrective action and its implementation control to eliminate cause   that result nonconformity in similar process and product.

8.5.2.12 Experiment and Analysis of Rejected Product

The company formulates and implements customer complaint procedure to control experiment & analysis of rejected product. In order to avoid re-generation of nonconformity product, it is necessary to regulate treating process & activity of rejected product experiment and analysis. Moreover the company must conduct analysis and experiment of rejected product in time and formulate & pigeonhole related record.

8.5.3 Preventive action

8.5.3.1 In order to eliminate causes that result in nonconformity product and to prevent their generation, all Dept. should regularly analyze the information related to themselves in the aspects of product, process and customer. For details, please see *Correcting and Preventive action Procedure*.

8.5.3.2 The Quality Dept. organizes all related Dept. to analyze information source of market analysis, all production processes & operation, concession, management system, service report and customer's complaint etc. to find out potential causes resulting in nonconformity product, which will be informed of to supervisors and related Dept.

8.5.3.3The Quality Dept. fixes on applied preventive action with other related Dept. aiming at potential causes. Input important preventive action as management evaluation.

8.5.3.4 Related responsible Dept. implements preventive action.

8.5.3.5 The Quality Dept. supplies management evaluation to check if the preventive action is effective. Any alteration of management system document resulted by preventive action must be implemented in accordance with *Controlling Procedure of Document and Information*.

8.5.4 Environmental Inconsistency and Corrective and Preventive Action

Management representatives adjust & deal with environmental inconsistency and:

--Apply related Corrective action for all environmental inconsistency.

--Any Corrective and Preventive Action must be consistent with problem seriousness.

--Implement all Corrective and Preventive Actions in accordance with 8.5.2 & 8.5.3.

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: **KW-MM-01** |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 47/55 |
| | | |

--Make a record of the result of Corrective and Preventive Action implementation for inconsistent environment..

9.Appendixes:

    Organizational Structure Chart

    Authorized Certification for Management Representative

    Procedure Document List

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 48/55 |
| | | |

# Company Organizational Structure Chart



Defendants-00041252

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | Procedure Number: **KW-MM-01** |
|---|---|
| Version: A1      KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 49/55 |
| | |

**Date: June 30, 2005**

## Authorized Certification for Environment Management Representative

Through researches, the company decides to appoint Mr. Huazhan Wang as management representative for company's ISO14000 environmental management system, who will be fully in charge of setting up & implementing environmental management system in accordance with ISO14001 international standard and maintaining the continuous & effective operation of this system.

President: Liu Shaobo

Defendants-00041253

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 50/55 |
| | | |

**Date: Oct.10, 2005**

## Authorized Certification for Quality Management Representative

Through researches, the company decides to appoint Mr. ChengJie Zhao as management representative for the company's quality management and quality assurance system, who will be in charge of all promoting and managing work related to ISO/TS16949: 2002 & ISO9001: 2000 quality system.

President: Liu Shaobo

Defendants-00041254

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 51/55 |
| | | |

## Management Manual and Management Procedure Function

| Sequence No | Document No | Document Name | Dept | Engineering Dept | Quality Dept | Purchase Dept | Dept Marketing | Dept Production | Equipment Dept | Technics Dept | President Office | HR Dept | Financial Dept | Drilling & auxiliar Factory | FPC Factory | Cost Control Dept | Developing | Control Center Technology | MR/Document | Capital |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KW-MV-01 | Management Manual | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | ▲ | △ |
| 2 | KW-OP01 | Management Evaluating Procedure | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | ▲ | △ |
| 3 | KW-OP02 | Controlling Procedure of Contract Evaluation & Alteration | △ | △ | △ | ▲ | △ | | | | | | | | △ | | | | |
| 4 | KW-OP03 | Controlling Procedure of Production Plan | △ | △ | △ | | ▲ | | | | | | | | △ | | | | △ |
| 5 | KW-OP04 | Controlling Procedure of Document & Information | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | ▲ | △ |
| 6 | KW-OP05 | Controlling Procedure of Engineering Document | ▲ | △ | | △ | | | | | | | | | △ | | | △ | |
| 7 | KW-OP06 | Evaluating Procedure of Supplier | | △ | ▲ | | △ | | △ | | | | | | △ | | | | △ |
| 8 | KW-OP07 | Controlling Procedure of Purchase & Purchasing Document | | △ | ▲ | | | | △ | | | | | | △ | | | | △ |
| 9 | KW-OP08 | Controlling Procedure of Customer-supplied product | △ | △ | | ▲ | △ | | | | | | | | △ | | | | |
| 10 | KW-OP09 | Product Mark & retroactive Procedure | △ | ▲ | △ | | △ | | | | | | | | △ | ▲ | | | |
| 11 | KW-OP10 | Equipment Repair, maintenance & Management Procedure | | | | | | ▲ | | | | | | | | | | | |
| 12 | KW-OP11 | Controlling Procedure of Sample Making | ▲ | △ | | △ | △ | | | | | | | | △ | | | | |

Defendants-00041255

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 52/55 |
| | | |

| No. | Code | Procedure | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | KW-OP12 | Controlling Procedure of Producing Process | △ | ▲ | | △ | △ | △ | △ | | | | △ | ▲ | | | | |
| 14 | KW-OP13 | Managing Procedure of Environmental Substance | | ▲ | △ | | △ | | ▲ | | | | △ | △ | | | △ | |
| 15 | KW-OP14 | Controlling Procedure of In-coming Quality | △ | ▲ | △ | | | △ | | | | | | ▲ | | | | |
| 16 | KW-OP15 | Controlling Procedure of Process Quality | | ▲ | | | △ | | | | | | | ▲ | | | | |
| 17 | KW-OP16 | Final Product Checking & Examining Procedure | | ▲ | | | | | | | | | | ▲ | | | | |
| 18 | KW-OP17 | Controlling Procedure of Measurement Device | △ | ▲ | | | △ | △ | | | | | △ | △ | | | | |
| 19 | KW-OP18 | Controlling Procedure of Checking & Experimental Condition | | ▲ | | | | | | | | | | ▲ | | | | |
| 20 | KW-OP19 | Controlling Procedure of Noncomformity product | | ▲ | | | △ | | | | | | △ | ▲ | | | | |
| 21 | KW-OP20 | Corrective and Preventive Action Procedure | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ | ▲ | △ | |
| 22 | KW-OP21 | Controlling Procedure of Moving, Storing, Packing, Protecting & Delivering | | | ▲ | | △ | | | | | | △ | | | | | |
| 23 | KW-OP22 | Record Controlling Procedure | △ | △ | △ | △ | △ | △ | △ | △ | △ | | | | △ | ▲ | △ | |
| 24 | KW-OP23 | Controlling procedure of Interior review | △ | △ | △ | △ | △ | △ | △ | △ | | | | | △ | ▲ | △ | |
| 25 | KW-OP24 | Training Procedure | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ | △ | △ | | | | |
| 26 | KW-OP25 | Treating Procedure of Customer Complaint | △ | ▲ | △ | △ | | △ | | | | | △ | ▲ | | | | |
| 27 | KW-OP26 | Statistical technology Choice & Use Guide | | ▲ | | | △ | | △ | | | | | ▲ | | | | |
| 28 | KW-OP27 | Managing Procedure of Operation Plan | △ | △ | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | △ | | △ | | |
| 29 | KW-OP28 | Controlling Procedure of Company Level-data Analysis & Continuous Improvement | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | | | | | |
| 30 | KW-OP29 | Investigating & Evaluating Procedure of Customer Satisfaction | △ | △ | △ | ▲ | △ | △ | △ | △ | | | | | | | | △ |
| 31 | KW-OP30 | Controlling Procedure of Product Quality Pre-planning | △ | △ | | | △ | | | | | | | | | | ▲ | |
| 52 | KW-OP31 | Control Planning Procedure | △ | △ | | | △ | △ | ▲ | | | | | | | | △ | |
| 53 | KW-OP32 | PFMEA Controlling Procedure | △ | △ | | | △ | △ | ▲ | | | | | | | | △ | |

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 53/55 |
|  |  |  |

| Sequence No. | Document No. | Document Name | Engineering Dept | Quality Dept | Purchase Dept | Marketing Dept | Production Dept | Equipment | Technics Dept | President Office | HR Dept | Financial Dept | Molding Factory & | Drilling & | FPC Factory | Cost Control Dept | Developing | Control Center | MRO Document | Capital |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | KW-OP33 | Controlling Procedure of Production Document Approval | ▲ | △ |  | △ | △ |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 35 | KW-OP34 | Controlling Procedure of Facility Equipment and the Effectiveness of Process Planning | △ | △ |  |  | △ | ▲ | △ |  |  |  |  | △ | △ |  |  |  |  |  |
| 36 | KW-OP35 | 5S Managing Procedure | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ |  | △ | △ | △ | △ | △ | △ | △ |
| 37 | KW-OP36 | Controlling Procedure of Emergency Plan | △ | △ |  | △ | △ | ▲ | △ | △ | △ | △ |  | △ | △ |  |  |  |  |  |
| 38 | KW-OP37 | Lab Manual |  | ▲ |  |  |  |  | △ |  |  |  |  |  |  |  |  |  |  |  |
| 39 | KW-OP38 | Controlling Procedure of Measurement System Analysis |  | ▲ |  |  | △ |  |  |  |  |  |  | △ | △ |  |  |  |  |  |
| 40 | KW-OP39 | Evaluating & Registering Procedure of Environmental Factor Identification | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ |  | △ | △ |  |  |  | ▲ |  |
| 41 | KW-OP40 | Controlling Procedure of Environment Laws & regulations and Other Requirements | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ |  | △ | △ |  |  |  | ▲ |  |
| 42 | KW-OP41 | Controlling Procedure of Environmental Object & Target |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | ▲ |  |

Defendants-00041257

| Title of Procedure: ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number: KW-MM-01 |
|---|---|---|
| Version: A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 54/55 |
| | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | KW-OP42 | Controlling Procedure of Environmental Management Scheme | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | | | ▲ | |
| 44 | KW-OP43 | Controlling Procedure of Information Communication | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | △ | ▲ | |
| 45 | KW-OP44 | Managing Procedure of Air Pollution Prevention | | △ | | | △ | △ | | ▲ | | | △ | △ | | | | |
| 46 | KW-OP45 | Managing Procedure of Water Pollution Prevention | △ | △ | | | △ | | | ▲ | | | | △ | | | | |
| 47 | KW-OP46 | Managing Procedure of Noise Pollution Prevention | | | | | △ | | | ▲ | | | △ | △ | | | | |
| 48 | KW-OP47 | Managing Procedure of Soil Pollution Prevention | △ | △ | △ | | △ | △ | | ▲ | | △ | △ | | | | | |
| 49 | KW-OP48 | Waste Treating Procedure | △ | △ | △ | | △ | △ | | △ | | ▲ | | | | | | |
| 50 | KW-OP49 | Managing Procedure of Chemicals | △ | △ | △ | | △ | △ | ▲ | | | | △ | | | | | |
| 51 | KW-OP50 | Evaluating Procedure of New Equipment, Material & technology | | | | | | ▲ | △ | | | | | | | | | |
| 52 | KW-OP51 | Evaluating Procedure of Factory Construction Environment | | | | | | △ | | ▲ | | | | | | | | |
| 53 | KW-OP52 | Controlling Procedure of Water Economy & Electricity Economy | △ | △ | △ | △ | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | △ | △ | |
| 54 | KW-OP53 | Controlling Procedure of Paper Economy | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | |
| 55 | KW-OP54 | Environment Managing Procedure for Related Parties | | | ▲ | △ | | | | △ | | | | | | | △ | |
| 56 | KW-OP55 | Controlling Procedure of Emergency Preparation & Reaction | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ | △ | △ | △ | | | |
| 57 | KW-OP56 | Managing Procedure of Fire-fighting Equipment | | | | | | | ▲ | | △ | | | | | | | |
| 58 | KW-OP57 | Controlling Procedure of Monitoring & Measurement | △ | △ | △ | △ | △ | △ | △ | ▲ | △ | △ | △ | △ | △ | △ | △ | |
| 59 | KW-OP58 | Controlling Procedure of Process Evaluation | | ▲ | | | △ | | △ | | | | △ | ▲ | | | | |
| 60 | KW-OP59 | Controlling Procedure of Product Quality Review | | ▲ | | | | | | | | | | | | | | |

| Title of Procedure：ISO14001&ISO/TS16949&ISO9001:2000 Management Manual | | Procedure Number：**KW-MM-01** |
|---|---|---|
| Version：A1 | KINWONG ELECTRONIC (SHENZHEN) CO., LTD. | 55/55 |
| | | |

## 10. Appendixes:

Process Relation Chart (Appendix I)

Key Process Information (Appendix II)

COP Chart（Appendix III）

Defendants-00041259

Page 1 of 6

**CONFIDENTIAL**

# SimpleTech

## SUPPLIER QUALIFICATION SURVEY

Date: _____

| | |
|---|---|
| Company Name: | Circuitrnix LLC |
| Company Address: | NO.166,Shuiku Road,Tiegang Village, Xixiang Town,Baoan,Shenzhen,Guangdong,China. |
| Company Phone No: | 305 913 1341     Company Fax No:   305 468 3943 |
| General Manager or President: | Shen Jitang |
| Quality Assurance Manager: | |

### Type of Major Equipment Used

| | |
|---|---|
| AOI Equipment | HASL Equipment |
| Plating Cu/Sn Equipment | E-Test Equipment |
| Plating Ni/Au Equipment | OSP Equipment |

### Supplier Representatives

| Name | Position |
|---|---|
| Martin Bernstein | Business Manager |
| | |
| | |

### SimpleTech Survey Team

| Name | Position |
|---|---|
| | |
| | |
| | |

Date of Survey: _____     Date of Last Survey: _____

1.0    Supplier Profile:

SUPPLIER QUALIFICATION SURVEY
DOC_CTRL ON 'SIMPLE' \ORIGINALS\QC\FORMS\QF0041                    060104

Defendants-00041260

Page 2 of 6

# CONFIDENTIAL

1.1  Describe Products Designed, Manufactured or Serviced: Double sided and multilayer PCB

Names of other major customers presently serving: _MingYu, Radio Shack, Magnetek, Emerson, AOC____

1.2  Parts/ Assemblies being considered: _____

1.3  Capability:
       A - Ramp Up Time: _____
       B – Plans for expansion: _____

2.0  When was the company founded?    1993 year

3.0  Number of Employees:

| | | Shift | 1st | 2nd | 3rd |
|---|---|---|---|---|---|
| 3.1 | Administrative Management | | 20 | | |
| 3.2 | Production | | 1100 | | |
| 3.3 | Quality Inspection | | 95 | | |
| 3.4 | Manufacturing Engineering | | 20 | | |
| 3.5 | Quality Assurance Engineering | | 23 | | |
| 3.6 | Design Engineering | | 90 | | |
| 3.7 | Reliability Engineering | | 2 | | |

4.0  Number of Manufacturing Plants:

       Location(s):

       1        NO.166,Shuiku Road,Tiegang Village,
                XixiangTown,Baoan,Shenzhen,Guangdon
                g,China

5.0  Number of square footage:

| 5.1 | Total facility | 500000 | Sq.ft |
|---|---|---|---|
| 5.2 | Manufacturing Area | 300000 | Sq.ft |

6.0  Type of Environment Controls:

| Type of Control | Location/ Area |
|---|---|
| ISO14001:2004 | NO.166,Shuiku Road,Tiegang Village, Xixiang Town,Baoan,Shenzhen,Guangdong,China |

7.0  Please attach the following

SUPPLIER QUALIFICATION SURVEY
DOC_CTRL ON 'SIMPLE' \ORIGINALS\QC\FORMS\QF0041                    060104

Defendants-00041261

Page 3 of 6

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 7.1 | Administrative Flow for Order Processing | - | **Please Attach** |
| 7.2 | Administrative Flow for Customer Complaints / Material Returns | - | **Please Attach** |
| 7.3 | Process/ Assembly/Wafer Sort/ ATE test Flow | | **Please Attach** |
| 7.4 | Quality System Registration (ISO9001,14001) | - | **Please Attach** |
| 7.5 | UL Registrations (for all materials) | - | **Please Attach** |
| 7.6 | Quality Manual | - | **Please Attach** |

7.7 ☒ Private Held ☐ Partnership ☐ Publically Held _____

7.8 Unique Operations or Machinery: Printed Circuit Board Manufacturing.

7.9 ☐ Union ☒ Non-Union

8.0 Documentation:

| | | | |
|---|---|---|---|
| 8.1 | Product Development Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.2 | Product Manufacturing Flow Chart | ☒ Yes | ☐ No **Please Attach** |
| 8.3 | Production Engineering Document Manual | ☒ Yes | ☐ No **Please Attach** |
| 8.4 | Product Characterization/Validation Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.5 | Quality Assurance Procedures | ☒ Yes | ☐ No |
| 8.6 | Maverick Lot Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.7 | Product/Process/Assembly Qualification Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.8 | Reliability Monitoring Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.9 | Statistical Process Control System & Charted Data | ☒ Yes | ☐ No **Please Attach** |
| 8.10 | Lot Traceability Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.11 | Failure Analysis Procedure | ☒ Yes | ☐ No **Please Attach** |
| 8.12 | Vendor/Supplier Qualification Procedure | ☒ Yes | ☐ No **Please Attach** |

9.0 Supplier Survey - Instructions:
The person conducting the survey shall check the box, to the right of the survey question, which best represents the actual control in place at the time of this survey. (1, 2, 3, 4, NA)

| 1 | - | The system is inadequate | (Disapproved) |
| 2 | - | The system is in use but not documented | (Disapproved) |
| 3 | - | The system is in use with minor enhancement required | (Approved) |
| 4 | - | The system is in full compliance | (Approved) |
| NA | - | The system in not applicable | |

9.1 Product Development

| | | 1 2 3 4 NA |
|---|---|---|
| A | Integration of customer requirements in product development | ☐ ☐ ☐ ☒ ☐ |
| B | Design Reviews with clear milestones and documentation | ☐ ☐ ☐ ☒ ☐ |
| C | Design verification and modeling | ☐ ☐ ☐ ☒ ☐ |
| D | IC fabrication technology selection | ☐ ☐ ☐ ☒ ☐ |
| E | Do you out source IC fabrication | ☐ Yes ☒ No |
| F | List fabrication site for products purchased by SimpleTech | |
| G | IC package technology selection | ☐ ☐ ☐ ☐ ☒ |
| H | Do you out source IC package assembly | ☐ Yes ☒ No |
| I | List assembly site for products purchased by SimpleTech | |

SUPPLIER QUALIFICATION SURVEY
DOC_CTRL ON 'SIMPLE' \ORIGINALS\QC\FORMS\QF0041          060104

Page 4 of 6

**CONFIDENTIAL**

| | | | Yes | No |
|---|---|---|---|---|
| J | IC Wafer Sort and Final Test selection | ☐ ☐ ☐ ☒ | | |
| K | Do you out source IC wafer sort and final test | ☐ Yes ☒ No | | |
| L | List test site(s) for products purchased by SimpleTech | | | |
| M | Quality Assurance involvement in product development | ☐ ☐ ☐ ☒ ☒ | | |

Formatted: Font: (Default) MS Gothic

**9 2    Vendor/Supplier Management**

| | | NA | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| A | Vendor/Supplier audits | | ☐ | ☐ | ☐ | ☒ | ☐ |
| B | Identification and monitoring of critical process parameters | | ☐ | ☐ | ☐ | ☒ | ☐ |
| C | Defined target yield and monitoring of yield | | ☐ | ☐ | ☐ | ☒ | ☐ |
| D | Defined lot acceptance criteria | | ☐ | ☐ | ☐ | ☒ | ☐ |

**9 3    Incoming Inspection:**

| | | NA | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| A | Written instructions used to inspect purchased material | | ☐ | ☐ | ☐ | ☒ | ☐ |
| B | Eng drawing / specifications | | ☐ | ☐ | ☐ | ☒ | ☐ |
| C | Calibration labels and other means of identifying test equipment / measuring | | ☐ | ☐ | ☐ | ☒ | ☐ |
| D | Accept / reject records | | ☐ | ☐ | ☐ | ☒ | ☐ |
| E | Rejection system, written procedure | | ☐ | ☐ | ☐ | ☒ | ☐ |
| F | Stockroom inventory control system       (FIFO) | | ☐ | ☐ | ☐ | ☒ | ☐ |
| G | Material handling | | ☐ | ☐ | ☐ | ☒ | ☐ |
| H | Are suppliers test records used for acceptance | | ☐ | ☐ | ☐ | ☒ | ☐ |
| I | Is there an inspection planning / sampling system (AQL) used? | | ☐ | ☐ | ☐ | ☒ | ☐ |
| J | Is a process performed by a subcontractor?  If yes, does the primary supplier perform a survey of that process? | | ☐ | ☐ | ☐ | ☒ | ☐ |
| K | Is incoming inspection properly located in the factory? | | ☐ | ☐ | ☐ | ☒ | ☐ |

**9 4    Material Review Board (MRB)**

| | | 1 | 2 | 3 | 4 | NA |
|---|---|---|---|---|---|---|
| A | Criteria used for nonconforming material disposition | ☐ | ☐ | ☐ | ☒ | ☐ |
| B | Material review reports | ☐ | ☐ | ☐ | ☒ | ☐ |
| C | Current MRB roster | ☐ | ☐ | ☐ | ☒ | ☐ |
| D | Corrective action (internal) written | ☐ | ☐ | ☐ | ☒ | ☐ |
| E | Corrective action (supplier) written | ☐ | ☐ | ☐ | ☒ | ☐ |
| F | Scrap control, reported to management | ☐ | ☐ | ☐ | ☒ | ☐ |
| G | Material handling | ☐ | ☐ | ☐ | ☒ | ☐ |
| H | Rejected customer supplied material, written corrective action | ☐ | ☐ | ☐ | ☒ | ☐ |

**9 5    Manufacturing Process Control**

| | | 1 | 2 | 3 | 4 | NA |
|---|---|---|---|---|---|---|
| A | Process capability analysis | ☐ | ☐ | ☐ | ☒ | ☐ |
| B | Process control procedure | ☐ | ☐ | ☐ | ☒ | ☐ |
| C | Workmanship standards, written/visual | ☐ | ☐ | ☐ | ☒ | ☐ |
| D | Manufacturing assembly instructions | ☐ | ☐ | ☐ | ☒ | ☐ |
| E | Manufacturing inspection instructions | ☐ | ☐ | ☐ | ☒ | ☐ |
| F | Manufacturing test instructions | ☐ | ☐ | ☐ | ☒ | ☐ |
| G | Corrective action procedure | ☐ | ☐ | ☐ | ☒ | ☐ |
| H | MRB procedure (material) | ☐ | ☐ | ☐ | ☒ | ☐ |
| I | Process flow diagram | ☐ | ☐ | ☐ | ☒ | ☐ |
| J | Inspection planning / sampling procedure (AQL) | ☐ | ☐ | ☐ | ☒ | ☐ |
| K | Inspection records | ☐ | ☐ | ☐ | ☒ | ☐ |
| L | Statistical process control | ☐ | ☐ | ☐ | ☒ | ☐ |
| M | Manufacturing records | ☐ | ☐ | ☐ | ☒ | ☐ |

**9 6    Facilities**

| | | 1 | 2 | 3 | 4 | NA |
|---|---|---|---|---|---|---|
| A | Temperature / humidity/particle control | ☐ | ☐ | ☐ | ☒ | ☐ |
| B | Cleanliness | ☐ | ☐ | ☐ | ☒ | ☐ |
| C | Static electricity control (ESD) | ☐ | ☐ | ☐ | ☒ | ☐ |
| D | Space utilization | ☐ | ☐ | ☐ | ☒ | ☐ |

Defendants-00041263

Page 5 of 6

**CONFIDENTIAL**

| | E | Physical layout | |
| | F | Lighting | |
| | G | Automation | |

| 9.7 | Adequate Equipment to perform the process |
|-----|--------------------------------------------|

**1 2 3 4 NA**

| | A | Manufacturing |
| | B | Test |
| | C | Wafer Sort |
| | D | Characterization |
| | E | Inspection |
| | F | Hand tools |
| | G | Fixtures |
| | H | Toolroom capability |

| 9.8 | Material Identification and Process Tracking |
|-----|----------------------------------------------|

**1 2 3 4 NA**

| | A | Manufacturing |
| | B | Test |
| | C | Inspection |
| | D | Hand tools |

| 9.9 | Qualification and Reliability |
|-----|-------------------------------|

**1 2 3 4 NA**

| | A | Product Qualification |
| | B | IC Fabrication Qualification |
| | C | Assembly Qualification |
| | D | Target MTBF |
| | E | Product DPPM |
| | F | Test coverage/accuracy and reliability |

**10.0** Supplier Survey Summary      **(This Section To Be Completed By SimpleTech)**

10.1   Based on information collected, will SimpleTech continue Supplier Qualification?

☐ Continue Supplier Approval          ☐ File With No Further Action

_____                    _____
Quality Assurance                                                    Date

Comments

10.2   Based on the survey results, does the process control system at this supplier meet approval?

☐ Approved          ☐ Temp Approval          ☐ Not Approved

10.2.1   If PCB Board Supplier, approval is for the following board family;

☐ DRAM Boards _____ _____          ☐ Stack Boards _____ _____
                              Date      QA Initial                            Date      QA Initial

SUPPLIER QUALIFICATION SURVEY
DOC_CTRL ON 'SIMPLE' \ORIGINALS\QC\FORMS\QF0041                    060104

Defendants-00041264

Page 6 of 6

**CONFIDENTIAL**

☐ Flash Boards _____ _____          ☐ BGA Stack _____ _____
                     Date    QA Initial                    Date    QA Initial

10.3    Signatures

Purchasing: _____    Date

Manufacturing Engineering _____    Date

Design Engineering _____    Date

Test Engineering _____    Date

Quality Assurance _____    Date

10.4    The result of the SimpleTech survey was reviewed with:

            Name _____    Date

A copy of the report was given to this individual.

10.5    A follow-up survey is required on _____ (Indicate Date)

10.6    Comments

10.7    Remarks or Corrective Actions required to meet acceptance:

            Corrective Action Required              Implementation Date

1.

2.

3.

4.

5.

6.

            If more space is required, please use the back of this sheet.

SUPPLIER QUALIFICATION SURVEY
DOC_CTRL ON 'SIMPLE' \ORIGINALS\QC\FORMS\QF0041                    060104

Defendants-00041265



# Certificate of Registration

## QUALITY MANAGEMENT SYSTEM

This is to certify that:

**Kinwong Electronic (Shenzhen) Co., Ltd.**
**No.166 Shuiku Road, Tiegang Village**
**Xixiang Town, Baoan District**
**Shenzhen**
**Guangdong Province 518102**
**P. R. China**

Holds Certificate No: **TS 99098**

and operates a Quality Management System which complies with the requirements of ISO/TS 16949:2002 for the following scope:

The manufacture of printed circuit boards.

Permitted Exclusions:
    Product design and Development

Including the following remote support function:
Capital Profit Development Limited, RM 502, 5F, Block B, Veristrong Ind. Centre, 36 Au Pui Wan Street, Hong Kong--Purchasing

For and on behalf of BSI:

Certification Manager, Systems Assessment

Originally registered  **20/04/2006**     Latest issue:  **20/04/2006**     Expiry date:  **19/04/2009**
IATF Number:      0020514

Page: 1 of 1

This certificate relates to the Management System, not to the products or services of the certified organization.
This certificate does not provide the certified organization with immunity from its legal obligations.
This certificate remains the property of BSI and shall be returned immediately upon request.
To check its validity contact BSI China at telephone: +86 10 85261241
Further clarifications regarding the scope of this certificate and the applicability of ISO/TS16949:2002 requirements may be obtained by consulting the organization. This certificate is valid only if the provided original copies are in a complete set.

IATF Contracted Office: 12110 Sunset Hills Road, Suite 200, Reston, VA20190, USA

China Headquarters: Rm 804, CITIC Building, No.19 Jianguomenwai Street, Beijing 100004, P. R. China
BSI China is a subsidiary of British Standards Institution.



Management Systems

Defendants-00041266

**ZPMV2**                    July 26, 2004

Wiring, Printed - Component

**KINWONG ELECTRONIC (SHENZHEN) CO LTD**                E243951
166 SHUIKU RD TIEGANG VILLAGE, XIXIANG TOWN
SHENZHEN, BAO'AN, GUANGDONG 518102 CHINA

| Type | Cond Width Min (mm/in) | Cond Width Via Edge (mm/in) | Cond Thk (mm/in) | SSI DS | Max Area Diam (mm/in) | Solder Limits C | Solder Limits sec | Max Oper Temp C | Flame Class | Meets UL796 DSR | C T I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metal-based single-sided printed wiring boards | | | | | | | | | | | |
| 4 | 0.15(0.013) | 0.38(0.015) | 0.76(0.30) | SS | 50.8(2.0) | 288 | 20 | 120 | V-0 | - | - |
| Multilayer printed wiring boards | | | | | | | | | | | |
| 8* | 0.05(0.002) | 1.50(0.06) | 1.70(0.67) | DS | 25.4(1.0) | 288 | 20 | 130 | V-0 | All | - |
| Single layer printed wiring boards | | | | | | | | | | | |
| 1* | 0.18(0.007) | 0.76(0.03) | 1.70(0.67) | DS | 25.9(1.0) | 260 | 20 | 105 | V-0 | All | - |
| 2* | 0.13(0.005) | 0.38(0.015) | 3.4(1.34) | SS | 25.4(1.0) | 260 | 10 | 105 | HB | All | - |
| 3* | 0.13(0.005) | 0.94(0.037) | 3.4(1.34) | DS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 4* | 0.15(0.006) | 0.94(0.037) | 3.4(1.34) | SS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 5* | 0.05(0.002) | 1.90(0.07) | 1.70(0.67) | DS | 50.8(2.0) | 288 | 20 | 130 | V-0 | All | - |
| 6* | 0.50(0.02) | 0.94(0.037) | 3.4(1.34) | DS | 25.4(1.0) | 260 | 10 | 105 | V-0 | All | - |

* - CTI PLC is marked on individual board.

2/9/2005          Underwriters Laboratories Inc.          Card 1 of 2

---

**ZPMV2**                    July 26, 2004

Wiring, Printed - Component

**KINWONG ELECTRONIC (SHENZHEN) CO LTD**                E243951

Marking: Company name or tradename "CP" or trademark Ⓤ and type designation.
May be followed by a suffix to denote factory identification.

_____

**See General Information Preceding These Recognitions**
For use only in equipment where the acceptability of the combination is determined by
Underwriters Laboratories Inc.

2/9/2005          Underwriters Laboratories Inc.          Card 2 of 2

Defendants-00041267

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | 'Rishi Kukreja' |
| **CC:** | wenwuj@circuitronix.com; 'Animesh Dutta' |
| **Sent:** | 9/8/2005 1:52:39 PM |
| **Subject:** | Kinwong File For GE Security |

Bart has done a preliminary review of the above. One of his initial questions is "who is the primary owner of the facility".

Please advise. Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

Plaintiffs' Trial Exhibit

PX- 013

Defendants-00001103

**circuitronix**

May 10, 2013

United States Consulate
5/F Tian Yu garden, Phase II
136-142 Lin He Zhong Lu'
Tianhe District, Guangzhou
China

Dear Sir/Madam,

Our FEIN is 05-0535630.

Please be requested to issue business visa to the following representative of our business associate – Kinwong Electronic (Shenzhen) Company Limited:

- Name: Cui Li
- Passport #: G55946193
- Date of Birth: May 14, 1977
- Date of issue of passport: October 9, 2010
- Date of expiry: October 8, 2021

Mr. Li will be visiting US for the purpose of meeting customers in US and undertake joint business development efforts beginning June 2013. The duration of the visit will be 20 to 25 working days.

All expenses for this visit including air travel, local travel, boarding and lodging will be borne by Kinwong Electronic (Shenzhen) Company Limited.

If any additional information is required to facilitate the issuance of the business visa, we request you to contact us.

Thanking you,

Sincerely,

Animesh Dutta
Business Manager

Plaintiffs' Trial Exhibit

**PX- 014**

3131 SW 42nd Street, Fort Lauderdale, FL 33312 USA     786. 364.4458
1.305.377.9008          sales@circuitronix.com          http://www.circuitronix.com

Confidential                                                                    SHZ-KHK0092220

| | |
|---|---|
| **From:** | Mike Craven <mikec@circuitronix.com> |
| **To:** | 'Animesh Dutta'; rishik@circuitronix.com |
| **CC:** | 'Frank Alvarez-Gil' |
| **Sent:** | 6/29/2006 8:35:56 AM |
| **Subject:** | |

GE Consumer would also like the below as it applies to Circuitronix. We have gone on record with them that CTX is a subsidiary of Kinwong.

Is this an appropriate request and should we simply comply to close the issue? Please advise, thanks.

scanned copies of your company license and tax registration

Mike Craven
256 651 3644
FAX 305 675 0820

Plaintiffs' Trial Exhibit

PX- 015

Defendants-00105219

| From: | wenwuj@circuitronix.com |
|---|---|
| To: | mikec@circuitronix.com; animeshd@circuitronix.com |
| CC: | frankg@circuitronix.com |
| Sent: | 6/26/2006 2:39:04 PM |
| Subject: | RE: GE Consumer, Info Needed |
| Attachments: | license and tax registration.pdf |

Dear Mike,

Here you go.

Regards!

Wenwu Jiang

**From:** Mike Craven [mailto:mikec@circuitronix.com]
**Sent:** Monday, June 26, 2006 2:16 PM
**To:** wenwuj@circuitronix.com; animeshd@circuitronix.com
**Cc:** frankg@circuitronix.com
**Subject:** RE: GE Consumer, Info Needed

Who has the below info and when will it be sent?

Mike Craven
256 651 3644
FAX 305 675 0820

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Thursday, June 22, 2006 6:39 AM
**To:** 'wenwuj@circuitronix.com'; 'animeshd@circuitronix.com'
**Cc:** 'rishik@circuitronix.com'; 'frankg@circuitronix.com'
**Subject:** GE Consumer, Info Needed

Please assist with getting item #2 below.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** OuYang, WanJun (GE Indust, ConsInd, consultant) [mailto:wanjun.ouyang@ge.com]
**Sent:** Wednesday, June 21, 2006 11:03 PM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix/Kinwong PCB's

Hi Mike,

Nice to hear from you.
Let's go the the primary steps first. Please check the following:
1) please send me introduction of your factory
2) please email to me the scanned copies of your company license and tax registration.

After verifying these docs, I will contact you for more information. Thanks!

Best regards,

Plaintiffs' Trial Exhibit

PX- 016

Ou Yang

GE Consumer & Industrial
Tel: +86 20 83634828 ext. 363
Fax: +86 20 83634313
Mobile: +86 13925043520
E-Mail: wanjun.ouyang@ge.com
-----Original Message-----
**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** 2006年6月21日 22:37
**To:** OuYang, WanJun (GE Indust, ConsInd, consultant)
**Subject:** Circuitronix/Kinwong PCB's

Hello Wanjun.

I was referred to you by Mr. Greg Thomas. We build bare PCB's and have had an EHS audit conducted done a few online auctions for GE (Security, Fanuc and both with excellent results) over the past 10 months. I would like to expand my presence at GE by including the consumer division. Greg explained that he is doing another job at present and that KY is trying to hire a new person to take his old job. He said I should initiate dialog with you since you are part of the sourcing team and will be involved in the decision making process.

So can you please tell me the steps necessary to become a supplier to GE Consumer?

Many thanks in advance for your reply.

Mike Craven
256-651-3644
fax 305-675-0820

CONFIDENTIAL                                                      Defendants-00001107



CONFIDENTIAL

Defendants-00001108

Defendants-00001109

编号：№ 0574729



名　　　称　景旺电子（深圳）有限公司

住　　　所　深圳市宝安区西乡镇铁岗村

法定代表人　沈继堂

注册资本　港币1500万元（实收资本：1000万元）

企业类型　独资经营（港资）

经营范围　生产经营印刷电路板及其它电子电器产品（国家限制产品除外）；在武汉设立办事处。产品80%外销。在武汉市设立分支机构。★

# 企业法人

# 营业执照

注　册　号：　企独粤深总字第 308486 号

成立日期：　一九九三年三月九日

副本数：1

登记机关　深圳市工商行政管理局

二〇〇年十月二十四

2002年度已年检

分支机构

经营期限　自　　一九九三年三月九日

　　　　　至　　二〇一三年三月九日

[每年1月1日至4月30日向登记机关申报年检，不再通知]

CONFIDENTIAL

# Tax Registration Certificate
## (Duplicate)

File No.: 14004282

State Taxation Shenzhen No. 440301618868143

Certificate Issuing Authority

Shenzhen Tax Bureau
of the State
Administration of
Taxation

★

November 20, [illegible year]

| | |
|---|---|
| Name of Taxpayer | Kinwong Electronics (Shenzhen) Co., Ltd. |
| Name of Legal Representative | Jitang Shen |
| Address | Tiegang Village, Xixiang Town, Baoan District, Shenzhen City |
| Registration Type | (Business based in Hong Kong, Macao, or Taiwan) Sole Proprietorship Company |
| Mode of Operation | Manufacturing |
| Business Scope | Main operation is the production of printed circuit boards and other electronic and electrical products (except for state-restricted products); an office is established in Wuhan. 80% of the products are for export. A branch office is established in Wuhan City. |
| | Concurrent operation |
| Operating Period | March 9, 1993 to March 9 2003 |
| Certificate Validity Period | March 9, 1993 to March 9 2003 |

Made under the supervision of the State Administration of Taxation

Confidential

No.: 0574729



| | |
|---|---|
| **Name** | Kinwong Electronics (Shenzhen) Co., Ltd. |
| **Address** | Tiegang Village, Xixiang Town, Baoan District, Shenzhen City |
| **Name of Legal Representative** | Jitang Shen |
| **Registered Capital** | HKD 15,000,000 (Actual capital received: HKD 10,000,000) |
| **Enterprise Category** | Sole Proprietorship (Capital from Hong Kong) |
| **Business Scope** | Production management of printed circuit boards and other electronic and electrical products (except for state-restricted products); an office is established in Wuhan. 80% of the products are for export. A branch office is established in Wuhan City.* |

## Enterprise Legal Person

# Business License

**Registration Number:**  Sole Proprietorship Enterprise Guangdong Shenzhen General Registration Number 308486

**Organization Date:**  March 9, 1993

**Number of Duplicates:**  1

**Registration Authority**  Shenzhen Municipal Administration for Industry and Commerce

Shenzhen Municipal Administration for Industry and Commerce ★

October 24, [illegible year]

Annual inspection completed for 2002

**Branch Office**

March 9, 1993 to March 9 2003

**Operating Period**

[Annual inspection shall be reported to the registration authority between January 1 and April 30 every year; no other notification shall be given]

Confidential

Defendants-00001109



## CERTIFICATE OF ACCURACY

The undersigned, Luis R. de la Vega, President of Protranslating, appearing on behalf of Protranslating, an ISO 9001 and 17100 certified company, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation from **Chinese** into **English** of the document(s) titled:

- **Defendants-00053202.pdf**

- **Defendants-00001106_image.pdf**

-

-

Luis R. de la Vega
President of Protranslating

State of Florida
Miami Dade County

The foregoing certificate was acknowledged before me on November 4, 2019 by Luis R. de la Vega, President of Protranslating, a Florida corporation, on behalf of the corporation. He is personally known to me.



Notary Public

My commission expires:

ANGELA C. ZARAGOZA
Notary Public - State of Florida
Commission # Ff 966872
My Comm. Expires Mar 2, 2020
Bonded through National Notary Assn

2850 Douglas Rd. Coral Gables, Fl 33134 Ph: 305.371.7887 Fax 305.371.4816
www.protranslating.com

| | |
|---|---|
| **From:** | Daisy <daisyk@circuitronix.com> |
| **To:** | 'Victor Lawrence'; 'Majd Errais'; 'Wenwu Jiang'; 'Ryan'; 'Maximilian Gonzalez'; 'Junie Milord'; 'Juan Vergara'; 'Animesh Dutta'; 'Juan Castano'; 'Andrew Barnett'; gabrielaa@circuitronix.com; kurtg@circuitronix.com; jessicac@circuitronix.com; 'toddb' |
| **Sent:** | 9/13/2007 2:52:58 AM |
| **Subject:** | RE: 12-Sept-07 CTX HK Shipment Report |
| **Attachments:** | 11-Sept-07 CTX HK Shipment Report |

Dear Victor,

Pls see the attached e-mail. The part is already shipped out.

Daisy

**From:** Victor Lawrence [mailto:victorl@circuitronix.com]
**Sent:** Wednesday, September 12, 2007 9:30 PM
**To:** 'Daisy'; 'Majd Errais'; 'Wenwu Jiang'; 'Ryan'; 'Maximilian Gonzalez'; 'Junie Milord'; 'Juan Vergara'; 'Animesh Dutta'; 'Juan Castano'; 'Andrew Barnett'; gabrielaa@circuitronix.com; kurtg@circuitronix.com; jessicac@circuitronix.com; 'toddb'
**Subject:** RE: 12-Sept-07 CTX HK Shipment Report
**Importance:** High

Dear Daisy:

Why didn't you ship Sanmina-SCI (Finland) PO# **ME59E121774**, P/N: **LFKE9758540B**, 951pcs, ship date **9/12** ??? Please advise.

Regards,

Victor

**From:** Daisy [mailto:daisyk@circuitronix.com]
**Sent:** Wednesday, September 12, 2007 4:48 AM
**To:** 'Majd Errais'; 'Wenwu Jiang'; 'Ryan'; 'Maximilian Gonzalez'; 'Junie Milord'; 'Juan Vergara'; 'Animesh Dutta'; 'Juan Castano'; 'Andrew Barnett'; gabrielaa@circuitronix.com; kurtg@circuitronix.com; jessicac@circuitronix.com; 'toddb'
**Subject:** 12-Sept-07 CTX HK Shipment Report

**From:** Daisy [mailto:daisyk@circuitronix.com]
**Sent:** Tuesday, September 11, 2007 5:05 PM
**To:** 'Majd Errais'; 'Wenwu Jiang'; 'Victor Lawrence'; 'Ryan'; 'Maximilian Gonzalez'; 'Junie Milord'; 'Juan Vergara'; 'Animesh Dutta'; 'Juan Castano'; 'Andrew Barnett'; 'gabrielaa@circuitronix.com'; 'kurtg@circuitronix.com'; 'jessicac@circuitronix.com'; 'toddb'
**Subject:** 11-Sept-07 CTX HK Shipment Report

**From:** Daisy [mailto:daisyk@circuitronix.com]
**Sent:** Monday, September 10, 2007 3:47 PM
**To:** 'Majd Errais'; 'Wenwu Jiang'; 'Victor Lawrence'; 'Ryan'; 'Maximilian Gonzalez'; 'Junie Milord'; 'Juan Vergara'; 'Animesh Dutta'; 'Juan Castano'; 'Andrew Barnett'; 'gabrielaa@circuitronix.com'; 'kurtg@circuitronix.com'; 'jessicac@circuitronix.com'; 'toddb'
**Subject:** 10-Sept-07 CTX HK Shipment Report

ATTORNEYS' EYES ONLY

Plaintiffs' Trial Exhibit

**PX-017**

Defendants-00077045

Dear Juan,

Would you pls help to check whether we can scrap the part in yellow color in the stock list? Those are the part that lying in the HK office for very long time and there is quality problem for this too. Please confirm.

Thank you

Daisy

_____ NOD32 2524 (20070912) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

ATTORNEYS' EYES ONLY

**Document Produced Natively**

ATTORNEYS' EYES ONLY

Defendants-00077065



景旺企业集团有限公司
KINWONG GROUP LIMITED
景旺电子(深圳)有限公司
KINWONG ELECTRONIC (SHENZHEN)CO.,LTD.

**TO:Circuitronix,LLC**
**ATTN: TONY**

FROM:  Kinwong Group
DATE:09-10-2007

| Packing No CTN NO. | PO # | Ship to | Description Printed Circuit Board | Quantity (PCS)@ | Net weight (KGS)@ | gross weight (KGS)@ |
|---|---|---|---|---|---|---|
| | | | | 800 | 12.5 | 13.5 |
| 1~2 | LEA-KIN-1595288SAA | HK OFFICE | 3E0070100 | 1600 | 25 | 27 |
| | | | | 16 | 1 | 2 |
| 3~3 | LEA-KIN-1595288SAA | HK OFFICE | 3E0070100 | 16 | 1 | 2 |
| | | | | 800 | 12.5 | 13.5 |
| 4~6 | LEA-KIN-1595288SBB | HK OFFICE | 3E00D0100 | 2400 | 37.5 | 40.5 |
| | | | | 800 | 12.5 | 13.5 |
| 7~17 | LEA-KIN-1595288SEE | HK OFFICE | 3E0070100 (SLOTTED) | 8800 | 137.5 | 148.5 |
| | | | | 208 | 3 | 4 |
| 18~18 | LEA-KIN-1595288SEE | HK OFFICE | 3E0070100 (SLOTTED) | 208 | 3 | 4 |
| | | | | 800 | 12.5 | 13.5 |
| 19~25 | LEA-KIN-1595288SDD | HK OFFICE | 3E00D0100 (SLOOTED) | 5600 | 87.5 | 94.5 |
| | | | | 300 | 7 | 7.5 |
| 26~26 | LEA-KIN-PCB-239419 | HK OFFICE | 3E0AL0100 | 300 | 7 | 7.5 |
| **TOTAL:26boxes** | | | | 18624 | 291.5 | 316.5 |

**FOB HongKong**

Kinwong Group Ltd.



香港九龙火炭坳背湾街36号丰盛工业中心B座502室
RM：502．5/F.,BLOCKB,BERISRONGIND.CENTRE,36AU PUI W
STREET,FO TAN,HONG KONG
TEL:(852)26872088(3 Lines)  FAX:(852)26880309
E-MAIL:market@kinwong.com

中国深圳市宝安区西乡镇铁岗村水库路166号
NO.166 SHUIKU ROAD,TIEGANG VILLAGE,XIXIANG
TOWN,BAOAN,SHENZHEN,CHINA
TEL:(86-755)27697333  FAX: (86-755)27697618
E-MAIL:market@kinwong.com

| | |
|---|---|
| **From:** | Todd Bogie <toddb@circuitronix.com> |
| **To:** | 'Animesh Dutta' |
| **Sent:** | 3/7/2008 6:51:10 PM |
| **Subject:** | Additional Customs Invoices |
| **Attachments:** | Benlida Commercial Invoice Sample__.doc; Glory Faith Custom Invoice Sample Two__.xls; IBT Olympic Custom Invoice Sample.pdf; Kinwong Sample Invoice__.xls; Titron Sample Custom Invoice.xls; Yanchuen Custom Invoice Sample.xls |

Dear Animesh,

Per your request attached are additional custom and commercial invoices.

Regards,


**Todd Bogie**
Logistics Coordinator
Direct: 786.364.4459
Fax:  305.377.9008
*CIRCUITRONIX. LLC*

Plaintiffs' Trial Exhibit

**PX- 018**

ATTORNEYS' EYES ONLY

Defendants-00073476

# 江 门 市 奔 力 达 电 路 有 限 公 司

## JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.

江门市高新技术工业园龙溪路 76 号 电话: (0750) 3962068 传真: (0750) 3962066

**NO. 76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong ,China**

## COMMERCIAL INVOICE

---------------------------------------------

TO   CIRCUITRONIX, LLC

  201 S. Biscayne Blvd. Suite 2856,

  Miami, FL 33131

  USA

DATE : Dec. 22nd, 2007

INVOICE NO.: BLD07626

P/O NO.: 7215208

FROM   JIANGMEN   TO USA VIA HK

| MARK&NO | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | PER PC | |
| CCT | B60-0464-002 REV C | 4000PCS | US$0.5500 | US$2,200.00 |
| PALLET NO.1 | | | | |
| | | | TOTAL: | US$2,200.00 |

TOTAL UNITED STATES DOLLARS TWO THOUSAND AND TWO HUNDRED ONLY

COUNTRY OF ORIGIN: CHINA

SHIPMENT: BY SEA, FROM HK TO USA

FOR CIRCUITRONIX ONLY

FOB HONGKONG

PAYMENT:

**BANKER'S NAME: The Industrial and Commercial Bank of China**

       **Jiangmen Branch**

**SWIFT: ICBKCNBJJMN**

**ADDRESS: 3/F, Gangkou Road, Jiangmen Guangdong, China**

**NAME: Jiangmen Benlida Printed Circuit Co., Ltd.**

**ACCOUNT NO.: 2012002309024511308**

     **JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.**

      **TRACY HUANG**

ATTORNEYS' EYES ONLY

**Document Produced Natively**

ATTORNEYS' EYES ONLY

Defendants-00073478

# CIRCUITRONIX, LLC

201 S. Biscayne Blvd. Suite 2856, Miami, Florida 33131
Tel: 305-913-4580     Fax: 305-468-3943

## INVOICE

**Ship To:**
Brokers Logistics, Limited
1000 Hawkins Boulevard
El Paso, TX 79915
Phone: 915-778-7751
FAX: 915-778-1358
Attn: Melissa Meraz

Date:           29-Oct-07
Invoice No:
20071015-110

Purchase Order No:
Ship Date:                 29-Oct-07
Shipment Method:           Oecan
Payment Terms:             Net 30 Days

| No. | Part No | Description | Quantity | Unit Price | Amount |
|-----|---------|-------------|----------|-----------|--------|
| 1 | B60-0486-000 Rev A | PCB | 150,000 | $0.1030 | $ 15,450.00 |
| 2 | B60-0457-000 Rev A | PCB | 10,000 | $0.1267 | $ 1,267.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **TOTAL** | | **US$16,717.00** |

*Remarks:* 1.  All prices are in United States Dollars
**FOR CIRCUITRONIX ONLY.**

Circuitronix, LLC

*Signature*

# IBT Olympic Asia Pacific Ltd.

c/o circuitronix, llc
Rm810, 8/F, Hewlett Centre, 54 Hoi Yuen Road, Kwun Tong,
Kowloon, Hong Kong
Tel: 27970186 Fax:27970663

**Invoice No.** 20070904-010

Ship Date 28-Aug-07

## *Invoice*

Invoice date 28-Aug-07

**Sold To:**

| | |
|---|---|
| Name | circuitronix, llc |
| Address | 201 South Biscayne Dr, Suite 2821 |
| City | Miami, FL 33131 |
| | USA ph (305)913-1338, fx: (305)468-3943 |

**Ship To**

| | |
|---|---|
| Name | Circuitronix,LLC |
| Address | 201, S Biscayne Boulevard, Suite#2856 |
| City | Miami FL 33131 |
| | Tel:305-9131622 Fax:305-9136454 Ctc : Erik Todc |

| Part Nbr | Units | Description | Unit Price | TOTAL |
|---|---|---|---|---|
| R19829-A | 12800 | PCPNL SKYLARK PRESET COMMON 8 UP REV C | $0.17 | 2133.33 |
| | | Customer Purchase Order: | | |
| | | PO 323461 | | |
| | | Shipment Method: By Sea | | |
| | | These boards are Bare Printed Circuit Boards PCB The | | |
| | | harmonized code is 8534.00 40 This is a 1 layer board | | |
| | | These boards are not populated. | | |
| | | **FOR CUSTOMS ONLY** | | |
| | | Made in China | | |

1) All price are in United States Dollars
2) FOB Hong Kong.

## FOR CUSTOMS ONLY

| | |
|---|---|
| **TOTAL** | $2,133.33 |

Authorized By: *Mike Norgén*

Defendants-00073479

**Document Produced Natively**

ATTORNEYS' EYES ONLY



景旺企业集团有限公司
KINWONG GROUP LIMITED
景旺电子(深圳)有限公司
KINWONG ELECTRONIC (SHENZHEN)CO.,LTD.

# INVOICE

# C-WWL-121707-021

**DATE:01/07/08**

**Sold To:**

**Circuitronix, LLC**

**2 S. Biscayne Blvd**

**Suite 3800**

**Miami, Florida 33131**

**Ship To:**

**E.P.T. Warehouses, Inc.**

**12415 Rojas Drive**

**El Paso, TX 79928**

**Attn: Elsa Galindo**

| PO Number | Part Number | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| | **Printed Circuit** | | | |
| LEA-KIN-15952888YY | 3E0070100 | 1488 | $0.44 | $654.72 |
| LEA-KIN-15952888CCC | 3E0070100 | 4912 | $0.44 | $2,161.28 |
| LEA-KIN-15952888WW | 3E00D0100 | 32768 | $0.44 | $14,417.92 |
| LEA-KIN-15952888BBB | 3E00D0100 | 758 | $0.44 | $333.52 |
| LEA-KIN-15952888BBB | 3E00D0100 | 42432 | $0.44 | $18,670.08 |
| | | | **Total** | $36,237.52 |

**FOB Hong Kong**      These boards are Bare Printed Circuit Boards PWB.The harmonized code is 853

**For Circuitronix Only**  These are 4 layer boards. These boards are not populated.

**All prices in US Dolla**  This shipment does not contain product that is packaged in solid wood container.



U.L.FILE NO. E158063

CER NO QSC-1214

香港九龙火炭坳背湾街36号丰盛工业中心B座502室
RM：502，5/F.,BLOCKB,BERISRONGIND.CENTRE,36AU PUI WAN STREET,FO TAN,HONG KONG
TEL:(852)26872088(3 Lines)   FAX:(852)26880309
E-MAIL:market@kinwong.com

中国深圳市宝安区西乡镇铁岗村水库路166号
NO.166 SHUIKU ROAD,TIEGANG VILLAGE,XIXIANG TOWN,BAOAN,SHENZHEN,CHINA
TEL:(86-755)27697333      FAX: (86-755)27697618
E-MAIL:market@kinwong.com

ATTORNEYS' EYES ONLY

Defendants-00073481

ATTORNEYS' EYES ONLY

Defendants-00073482

**Document Produced Natively**

ATTORNEYS' EYES ONLY

Defendants-00073483

# Tirtron South China Limited

c/o Circuitronix, LLC
Suite 3601-2,26/F,Skyline Tower
39 Wang Kwong Road,Kowloon Bay
Kowloon,Hong Kong.
Tel: 412-889-8266    Fax: 412-372-5117

## CUSTOM INVOICE

| Sold To: | Ship To: | Date: | 20-Nov-07 |
|---|---|---|---|
| ACS PRODUCTS-CEHS Hongeywell ACS Product | E.P.T. Warehouses, Inc. | Invoice No: | 20071120-003R00 |
| P.O.Box 981233 | 12415 Rojas Drive | | |
| El Paso, TX 79998-1233 | El Paso, TX 79928 | Page: | 1 |
| USA | United States | | |

Ship Date: 20-Nov-07
Shipment Method: OCEAN
Payment Terms: FOB Hong Kong

| No. | P.O. No. | Part No | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 67705 | 6580100048/6580100049 | Snap Link Set Inverted;Cover& Base.540 pcs to a case | 49,140 | 0.2258 | US$11,094.68 |
| 2 | 323550 | 32003728-001 | COVER-RETAIL | 23,180 | 0.1582 | US$3,667.59 |
| 3 | 323522 | 32003790-002 | MODIFICAION OF ORIGINAL DISPLAY RETAINER 32003790-001 | 7,200 | 0.0698 | US$502.39 |
| 4 | 323488 | 32003788-001 | WALLPLATE | 2,920 | 0.1599 | US$466.88 |
| 5 | 323523 | 32003787-001 | CASE BACK | 5,640 | 0.1672 | US$943.13 |
| 6 | 50764 | 32003787-001 | CASE BACK | 3,110 | 0.1672 | US$520.06 |
| | | | Made in China | | | |
| | | | | | Total | US$17,194.73 |

*Remarks:* 1) All price are in United States Dollars
2) FOB Hong Kong

# FOR CUSTOMS ONLY.

**Document Produced Natively**

ATTORNEYS' EYES ONLY

Defendants-00073484

# Yan Chuen Co., Ltd.

c/o circuitronix, llc
Flat 1404, 14/F, Fo Tan Industrial Centre, 26-28 Au Pui Wan St., Fo Tan, N.T., Hong Kong
Tel: 412.816.2218   Fax: 412.372.5117

## INVOICE

**To:**
Circuitronix, LLC.
One Biscayne Tower,
Suite #3800, 2 South Biscayne Blvd.
Miami, FL 33131, USA

Ship to:
E.P.T. Warehouses, Inc.
12415 Rojas Drive
El Paso, TX 79928
USA

Date:        13-Nov-07
Invoice No:  20071311-041R00
Customer ID:
Page:        1

Ship Date:         13-Nov-07
Shipment Method:   Sea ( Worldwide Logistics Ltd.)
Payment Terms:     Net 30 Days
Remarks:           Harmonized Tariff Code: 8537.10.9070
                   Honeywell IRS # 22-2640650-DQ
                   No Solid Wood Packing Material.

| No. | P.O. No. | Part No. | Description | Quantity | Unit Price | Amount |
|-----|----------|----------|-------------|----------|------------|--------|
|     |          |          | SILICONE RUBBER KEYPADS FOR ELECTRONICS CONTROLLERS |  |  |  |
| 1 | PO323515 | 50005454-001 | Silicone Rubber Keypad | 35,000 | 0.043 | US$1,505.00 |
| 2 | PO323524 | 50005455-001 | Silicone Rubber Keypad | 20,000 | 0.050 | US$1,000.00 |
| 3 | PO323481 | 50006358-001 | Silicone Rubber Keypad | 30,000 | 0.103 | US$3,090.00 |
| 4 | PO323525 | 50006359-001 | Silicone Rubber Keypad | 38,000 | 0.061 | US$2,318.00 |
|   |          |          | Made in China |  |  |  |
|   |          |          |              | 123,000 PCs |  | US$7,913.00 |

*Remarks:*         1.  All prices are in United States Dollars

**FOR CUSTOMS ONLY.**

Yan Chuen Co., Ltd.

*Signature*

## SETTLEMENT AGREEMENT AND LIMITED RELEASES

This Settlement Agreement and Limited Releases (the "**Settlement Agreement**," or "**Agreement**") is made and entered into between Circuitronix, LLC and Circuitronix Hong Kong, Ltd (collectively, "**Circuitronix**"), and Kinwong Group, Ltd. ("**Kinwong**") (Circuitronix and Kinwong referred to herein at times individually as a "**Party**," and collectively, as the "**Parties**"), and shall become effective as of the date it is last signed by a Party hereto (the "Effective Date").

### RECITALS

This Settlement Agreement is entered into with reference to the following facts:

A.    On or about May 4, 2005, Circuitronix and Kinwong entered into that certain Manufacturer's Agreement (the "**Manufacturer's Agreement**"), pursuant to which Circuitronix is to perform global sales and marketing for Kinwong, on an exclusive basis, for certain customers identified therein.

B.    A dispute has arisen between the Parties concerning the respective Parties' compliance with, or performance of, the terms of the Manufacturer's Agreement.

C.    Although denying and disputing liability in connection with the dispute, the Parties each desire to reach full and final settlement of the dispute, and all matters arising from the dispute, and have agreed to enter into the following Settlement Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Parties agree as follows:

### SETTLEMENT AGREEMENT

1.    *Settlement Money*.  Within three (3) business days of the Effective Date, Circuitronix shall pay to Kinwong a total of Three hundred Fourteen thousand Five hundred and Seventy Two United States dollars and 69/100 cents (US $314,572.69) (the "Settlement Money"), in accordance with instructions from Kinwong, in full and final settlement of all amounts claimed due between the Parties from the beginning of time until the Effective Date. If the payment is not transmitted within three working days of the effective date the contract will be voided.

2.    *Pricing, Lead-Time, Quality Standards and Payment Terms*.  From the Effective Date forward, pricing for new purchase orders sent by Circuitronix to Kinwong pursuant to the Manufacturer's Agreement shall be determined in accordance with the formula listed on Schedule "B". The pricing set forth on Schedule "B" can only increase and not decrease. The pricing set forth on Schedule "B" may only be increased by Kinwong if:

Plaintiffs' Trial Exhibit

PX- 019

KIN0006064

(a) The exchange rate of RMB to dollars on the Effective Date, as set forth on the Wall Street Journal, changes in such a way as to cause the value of the RMB to increase its purchasing power vis-à-vis the U.S. dollar by more than 5%; in which case the prices charged by Kinwong may be increased in an amount equal to .20% of the value of the subject order for each percent that the RMB increases in strength vis-à-vis the U.S. dollar above the initial 5%.

(b) The cost of gold increases by more than 5% from its cost on the Effective Date, as set forth on the Wall Street Journal; in which case the prices charged by Kinwong may be increased in an amount equal to cost of gold on the Effective Date plus the difference between the new cost of gold per ounce above the initial 5% increase minus the cost of gold per ounce on the Effective Date multiplied by number of ounces, or fractions thereof, of gold used to fill the order

(c) Increase in laminate costs by more than 5% from its cost on the Effective Date as set forth in Schedule "C". The increase in unit-price would be calculated based upon dividing the number which represents the cost increase greater than 5% divided by the total number of units which fit on master panel. In the event the master panel used by Kinwong is different than the one being used by Circuitronix the one which will be used for calculation purposes would be the one where the utilization is higher where utilization will be calculated based upon ( Customer Panel Size X  Number of Customer panels on a master panel) divided by  Area of the Master Panel. The above formula would apply to all material types, layer counts and thicknesses  Should laminate prices decrease from what is stated in Schedule "C" there will be no price reduction.

3.    Prices of Existing Part Numbers :  Kinwong shall not increase the prices charged for any part numbers which has been produced for Circuitronix in the past as shown in column D of Schedule "D".  When laminate prices fall back to the same level as shown in Schedule "E" the prices would be as shown in column C of Schedule "D".

4.    Fiduciary Duties: Kinwong acknowledges that Circuitronix is reposing a significant amount of trust in Kinwong to act as Circuitronix's agent vis-à-vis the companies listed on Schedule "A", and that when Kinwong has to perform an action for these companies, or when it is communicating directly with these companies, Kinwong is in a superior position than Circuitronix to affect Circuitronix's relationship with these companies.  Accordingly, Kinwong hereby acknowledges that it owes Circuitronix a contractual, common law and statutory duty of good faith, fair dealing, loyalty, and care and hereby represents and warrants that it will use its best efforts to promote and further the Circuitronix's business interests with respect to the companies listed on Schedule A.  Consistent therewith, Kinwong shall subordinate and refrain from acting upon any of its desires that may adversely affect Circuitronix's interests with the companies on Schedule A.  Without limiting the generality of the foregoing, it shall be deemed a

breach of the fiduciary duties Kinwong owes Circuitronix, as well as breach of its contractual obligation to act in good faith, if Kinwong does not permit the companies listed on Schedule A to visit its factor(ies), or perform an audit, or if Kinwong refuses to provide any other information or documentation about itself to the companies, all within a reasonable period of time, not to exceed one (1) week, upon receiving such a request.

5.    Covenant Not to Circumvent. Until May 24, 2012 or, with respect to any particular entity listed on Schedule "A," for two (2) years from the date of the last purchase order filled by Kinwong from that particular entity, whichever comes later, Kinwong, and its parent and subsidiary companies, and each of these entities' affiliates, directors, officers, servants, agents, insurers, attorneys, employees, stockholders, successors, divisions, related companies, survivors, heirs, executors and assigns shall not directly or indirectly commence negotiations to enter into any type of business transaction, or enter into any type of business transaction, with any entity listed on Schedule A, except through Circuitronix, nor shall Kinwong circumvent, attempt to circumvent, avoid, or by-pass Circuitronix in any way.   Additionally, instead if Kinwong is approached by a company listed on Schedule "A" it must inform said company that it should contact Circuitronix who is Kinwong's exclusive sales representative, and cease any further dialogue with the company.  Moreover, with respect to Kimball Electronics Corporation ("Kimball"), Kinwong shall not circumvent the intents and purposes of this Agreement by selling its products to those of Kimball's customers whom Circuitronix is selling Kinwong's product to Kimball so that Kimball will be able to satisfy its customer's requirements

6.    Liquidated Damages.  Both Kinwong and Circuitronix acknowledge that it would be impracticable and extremely difficult to ascertain the exact amount of actual damages caused to Circuitronix should Kinwong breach the covenant not to circumvent set forth in the immediately preceding paragraph, and that Circuitronix has existing or prospective business relationships with these companies that is worth millions of dollars to Circuitronix. Therefore, upon proof that Kinwong breached the covenant not to circumvent, Kinwong shall pay to Circuitronix, as liquidated damages, two million United States dollars (US$2,000,000.00) for each breach.  Kinwong and Circuitronix further agree that this liquidated damages provision represents reasonable compensation for the loss which would be incurred by Circuitronix due to any such breach.  Nothing in this section shall limit Circuitronix's right to obtain injunctive and other relief as may be appropriate. The liquidated damages clause only applies to breach of contract pertaining to  Convenant not to Circumvent, Pricing of existing P/Ns, Pricing of future P/Ns, Calculation of cost changes because of change in conversion rate, gold price, laminate price and refusal to accept a PO as per agreed upon terms and conditions. If Kinwong adheres to the terms and conditions of the contract governing to Convenant not to Circumvent, Pricing of existing P/Ns, Pricing of future P/Ns, Calculation of cost changes because of change in conversion rate, gold price, laminate price and acceptance of the Purchase Orders Circuitronix cannot claim liquidated damages.

7.    Release by Kinwong. Except for the obligations set forth in this Settlement Agreement Kinwong hereby releases and forever discharges Circuitronix, its predecessors,

successors, subsidiaries, affiliates, officers, directors, employees, attorneys, insurers, agents, representatives and assigns, past, present or future, from any and all claims, losses, liabilities, obligations, suits, debts, liens, contracts, agreements, promises, demands and damages, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, that Kinwong ever had or now has against Circuitronix.

8.  **Limited Release by Circuitronix.** Except for the obligations set forth in this Settlement Agreement Circuitronix hereby releases and forever discharges Kinwong, its predecessors, successors, subsidiaries, affiliates, officers, directors, employees, attorneys, insurers, agents, representatives and assigns, past, present or future, from any and all claims, losses, liabilities, obligations, suits, debts, liens, contracts, agreements, promises, demands and damages, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, that Circuitronix ever had or now has related to or arising out of any business transaction that refers, relates to, or involves a company listed on Schedule "A."

9.  **Manufacturing Agreement.** To the extent that the Manufacturing Agreement does not conflict with the terms of this Agreement, it shall remain in full force and effect. Should the Manufacturing Agreement conflict with the terms of this Agreement then this Agreement shall supersede and replace the terms of the Manufacturing Agreement.

10.  **Severability:** In the event that any of the terms, conditions or covenants of this Agreement are held to be unenforceable or invalid the validity and enforceability of the remaining provisions, or portions thereof, shall not be affected thereby and effect shall be given to the remaining terms, conditions or covenants. Further, to the extent permitted by law, any term, condition or covenant deemed unenforceable shall be replaced with an enforceable term, condition, or covenant that most closely accomplishes the intents and purposes of the original term, condition, or covenant

11.  **Waivers and Modifications:** The waiver by a Party of a breach of any provision of this Agreement shall not operate as a waiver of any subsequent breach. No waiver shall be valid unless placed in writing and signed by the Party waiving the breach. Any modification to this Agreement shall only bind the parties if it is in writing and signed by both Parties

12.  **Construction:** Each Party acknowledges that it has had an equal opportunity to negotiate and draft this Agreement and, therefore, that the rule that an Agreement should be construed against its drafter is inapplicable except insofar as Schedule "B" is concerned which was drafted by Kinwong and therefore should be construed against Kinwong if it contains any ambiguities. Whenever in this Agreement any pronoun is used to refer to a person or entity, natural or otherwise, the singular shall include the plural, and the masculine shall include the feminine or the neuter, as required by context. Titles are included for the reader's convenience only and do not form a part of this Agreement nor should they be used in interpreting this Agreement

13.  **Attorneys' Fees And Costs.** The prevailing party shall be entitled to its attorneys' fees and costs in any dispute between a party to this Agreement, including those

attorneys' fees and costs related to pre-litigation investigations and negotiations, as well as those attorneys' fees and costs associated with litigation, arbitration, appeals and quasi-judicial proceedings. For the purposes of this section, the word "costs" shall be deemed to include copying costs, travel costs, filing fees, government fees, those fees reasonably incurred for the retention of expert witnesses and accountants, and all other costs reasonably incurred by a party to advance its position during the dispute.

14.   **Governing Law and Venue:**   This Agreement shall be governed by and construed in accordance with the laws of the State of Florida (both its substantive and procedural laws), without giving effect to international treaties binding upon residents of Florida such as the United Nations Convention for the International Sale of Goods, which is specifically excluded. Venue shall only be proper in a court of competent jurisdiction located in Miami-Dade County, Florida. Kinwong hereby irrevocably submits to the jurisdiction of the courts in Miami-Dade County, Florida.

15   **Entire Agreement.**   This Agreement represents the parties' full and complete understanding regarding the subject matter of this Agreement. All prior agreements, covenants, representations or warranties, express or implied, oral or written, that refer or relate to the subject matter of this Agreement have either been merged into this Agreement or intentionally omitted from this Agreement. This Agreement supersedes any and all prior Agreements or understandings between Parties that refer or relate to the terms set forth herein.

16.   **Successors and Assigns.**   This Agreement shall be binding on, and shall inure to the benefit of, each of the Parties and their respective past, present and future predecessors, successors, subsidiaries, affiliates, officers, directors, employees, attorneys, insurers, agents, representatives and assigns.

17.   **Counterparts.**   This Agreement may be executed in counterparts, all of which together shall constitute one and the same agreement. Signatures delivered by facsimile or PDF email shall be deemed original signatures.

18.   **Voluntary Consent.**   This Settlement Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of the Parties hereto. The Parties acknowledge that: (a) they have read this Settlement Agreement; (b) they have been represented in the preparation, negotiation, and execution of this Settlement Agreement by legal counsel of their own choice; (c) they understand the terms and consequences of this Settlement Agreement and of the agreements it contains; and (d) they are fully aware of the legal and binding effect of this Settlement Agreement.

19.   **Authority:**   Each of the undersigned signatories represents and warrants that he or she has authority to sign this Agreement on behalf of the entity for whom he or she is signing, and the entity will thereby be fully bound by the terms of this Agreement.

20.   **Further Actions:**   Each party agrees to take all such other and further actions as may be necessary to carry out the intents and purposes of this Agreement.

21.   No Admission. This settlement is a compromise of disputed claims and is not intended to be. and is not, an admission of liability or fault by any Party.


IN WITNESS WHEREOF, the parties set forth their hands below.

**CIRCUITRONIX, LLC**                         **KINWONG GROUP, LTD.**

By:_____        By:_____
Printed:   ANIMESH DUTTA           Printed: Mr. Mario Smith
Title:   BUSINESS MANAGER          Title: Group Chief Operating Officer
Date:    JUNE 1, 2010              Date: 24th May 2010


Initials____ Circuitronix, ___ Kinwong

KIN0006069

Schedule A

24<sup>th</sup> of May, 2010

1. Lear Corporation : All Global Locations and any assigned subcontractor.

2. Kimball Electronics : All Global Locations and any assigned subcontractor.

3. TRW : All Global Locations and any assigned subcontractor.

4. GE Industrial and Consumer including Energy, Technology Infrastructure and GE Home and Business Solutions : All Global Locations and any assigned subcontractor.

KIN0006070





KIN0006071

Schedule " C "

19ᵗʰ of May, 2010

FR4,  49" x 37" :  $25,58

FR4,  49" X 41" :  $28.42

FR4,  49" X 43" :  $29.84





SCHEDULE D

19th of May, 2010

| PART NUMBER | KINWONG COST AT LAMINATE PRICES FOR MARCH, 2010 | KINWONG COST AT LAMINATE PRICES FOR MAY, 2010 |
|---|---|---|
| D-8794705KJP01-9 | 1.216 | 1.264 |
| D-8794705LRP01+10 | 0.730 | 0.730 |
| D-8794705NKP01+5 | 1.400 | 1.440 |
| D-8794705NSP01+1 | 1.000 | 1.027 |
| D-8794705PDP01+1 | 0.960 | 0.960 |
| D-8794705JXP01 Rev F | 1.350 | 1.350 |
| 3E00D0100 | 0.466 | 0.466 |
| 3E0150200 | 0.750 | 0.750 |
| 3E05Q0101 | 0.726 | 0.730 |

KIN0006073

Schedule E

19<sup>th</sup> of May, 2010

FR4, 49" X37"  :  $21.16

FR4, 49" X 41"  :  $23.51

FR4 49" X 43"  :  $24.69

KIN0006074

| From: | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
|---|---|
| To: | Rishi Kukreja |
| CC: | Lina Ochoa |
| Sent: | 3/3/2014 9:55:50 AM |
| Subject: | RE: What is going on with Trademark registration of Kinwong? |

Rishi,

Please see the filing status in the screenshot below:



The above is as of today.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Saturday, March 01, 2014 10:21 PM

CONFIDENTIAL

Plaintiffs' Trial Exhibit

**PX- 020**

Defendants-00014298

**To:** Animesh Dutta
**Cc:** Lina Ochoa
**Subject:** What is going on with Trademark registration of Kinwong?


(M) : 305(331)8581

Defendants-00014299

| From: | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
|---|---|
| To: | Rishi Kukreja |
| Sent: | 5/1/2014 4:40:50 PM |
| Subject: | RE: U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A |

Rishi,

In Chinese (Mandarin) it is pronounced as Jingwong and it means 'prosperous future in business'.

Regards,

Animesh Dutta

-----Original Message-----
From: Rishi Kukreja
Sent: Thursday, May 01, 2014 4:05 PM
To: Animesh Dutta
Subject: RE: U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A

Ask Wenwu whether KINWONG has any meaning in Chinese?

Please confirm that you have the rest of the information to provide them.

-----Original Message-----
From: Animesh Dutta
Sent: Thursday, May 01, 2014 4:04 PM
To: Rishi Kukreja
Subject: RE: U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A

Rishi,

The attorney assigned to this case is asking for clarification as follows:

'The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company. Applicant must clarify this inconsistency.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record. Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization.
If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed. Only the owner of a mark may apply to register the mark.'

AND

'Applicant must specify whether "KINWONG" or "KIN WONG" in the mark has any meaning in a foreign language. An applicant must submit an English translation of all foreign wording in a mark.

Accordingly, if the wording has meaning in a foreign language, applicant should provide the following translation statement:

The English translation of the word "KINWONG" in the mark is "_____".

Alternatively, if the wording does not have meaning in a foreign language, applicant should provide the following statement:

The wording "KINWONG" has no meaning in a foreign language.'

PLEASE REVIEW THE ABOVE & SUGGEST.

Regards,

Animesh Dutta

-----Original Message-----
From: Rishi Kukreja
Sent: Thursday, May 01, 2014 3:18 PM
To: Animesh Dutta

CONFIDENTIAL

Plaintiffs' Trial Exhibit

PX- 021

Defendants-00014292

Subject: FW: U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A

Please review and advise.

-----Original Message-----
From: DoNotReply@USPTO.GOV [mailto:DoNotReply@USPTO.GOV]
Sent: Thursday, May 01, 2014 3:11 PM
To: Rishi Kukreja
Subject: U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A

IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO ACTION HAS ISSUED ON 5/1/2014 FOR SERIAL NO. 86170773

Please follow the instructions below to continue the prosecution of your application:

TO READ THE ACTION: Go to http://tsdr.uspto.gov/ and enter the application serial number
to access the action.

PLEASE NOTE: The action may not be immediately available, but will be viewable within 24 hours
of this e-mail notification.

Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail a response, as the
USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that if
responding, you should do so online using the Trademark Electronic Application System
Response Form (http://www.uspto.gov/teas/eTEASpageD.htm).

HELP: For technical assistance in accessing the action, please e-mail TDR@uspto.gov. Please
contact the assigned examining attorney with questions about the action.

WARNING
Failure to file any required response by the applicable deadline will result in the ABANDONMENT
(http://www.uspto.gov/ebc/trademark/abandonment.htm) of your application.

This email has been scanned by the Symantec Email Security.cloud service.

Defendants-00014293

| | |
|---|---|
| **From:** | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
| **To:** | Rishi Kukreja |
| **Sent:** | 9/10/2014 6:09:44 PM |
| **Subject:** | RE: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG |

Rishi,

The submission requested will not get processed till the six month period from 8/26/2014 expires. Therefore I was waiting for your return to discuss and then take action.

Second, I need your guidance as to what document we should submit as proof of 'statement of use'. Every time a submission is made there is a charge and hence it is better to think through before any document is furnished to USPTO. Please let me the know the following so as to complete this requirement:

- Document type – quotation, invoice, packing list, letter, or any other document
- Document date
- To which customer/entity the document should be addressed, etc.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Wednesday, September 10, 2014 10:28 AM
**To:** Animesh Dutta
**Subject:** RE: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

Where is ur follow up on this?

**From:** Animesh Dutta
**Sent:** Tuesday, August 26, 2014 10:51 AM
**To:** Rishi Kukreja
**Subject:** RE: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

We will also have to submit a document (Quotation, Invoice, or Packing List – commercial document) along with the response showing KINWONG in the document.

**From:** Rishi Kukreja
**Sent:** Tuesday, August 26, 2014 10:49 AM
**To:** Animesh Dutta
**Subject:** Re: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

I think we should say from 2005.

**From:** Animesh Dutta
**Sent:** Tuesday, August 26, 2014 10:47 AM
**To:** Rishi Kukreja
**Subject:** RE: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

Today.

**From:** Rishi Kukreja
**Sent:** Tuesday, August 26, 2014 10:45 AM
**To:** Animesh Dutta

Plaintiffs' Trial Exhibit

**PX- 022**

Defendants-00014276

**Subject:** Re: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

When did we first get this request?

**From:** Animesh Dutta
**Sent:** Tuesday, August 26, 2014 10:41 AM
**To:** Rishi Kukreja
**Subject:** RE: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

Rishi,

We have to respond to the following highlighted requirement within six months of 8/26/2014:

An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);

In case it is not being used then an extension has to be filed every six months until a 'statement of use' (SOU) is filed.

We have to provide evidence (including a copy of the commercial document) that KINWONG is being used in commerce and also provide the date (approximate) when we started using it.

This was required when we filed for the Circuitronix trade mark.

Therefore please provide guidance to electronically respond to this pending requirement.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Tuesday, August 26, 2014 3:43 AM
**To:** Animesh Dutta
**Subject:** Fw: Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

Please confirm this is being addressed.

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Tuesday, August 26, 2014 12:05 AM
**To:** Animesh Dutta
**Reply To:** TMOfficialNotices@USPTO.GOV
**Cc:** Rishi Kukreja
**Subject:** Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Aug 26, 2014

Serial Number: 86170773
Mark: KINWONG
Docket/Reference Number:

No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can

CONFIDENTIAL

Defendants-00014277

issue. Please read below for important information regarding the applicant's pending six (6) month deadline.

SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); OR

- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. WARNING: An SOU may not be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

How to file SOU and/or Extension Request:
Use the Trademark Electronic Application System (TEAS). Do NOT reply to this e-mail, as e-mailed filings will NOT be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the 'INTENT-TO-USE (ITU) FORMS' category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.

REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the 'Post-Publication Amendment' form under the 'POST-PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) FORMS' category, available at http://www.uspto.gov/teas/index.html. Do NOT reply to this e-mail, as e-mailed filings will NOT be processed.

Serial Number: 86170773
Mark: KINWONG
Docket/Reference Number:

Owner: KINWONG, LLC
3131 SW 42nd Street
Fort Lauderdale, FLORIDA 33312

Correspondence Address: KUKREJA, RISHI
3131 SW 42ND ST
FORT LAUDERDALE, FL 33312-6802


This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO Section 1(b): YES Section 44(e): NO

GOODS/SERVICES BY INTERNATIONAL CLASS

009 - Circuit boards
-- FIRST USE DATE: NONE: -- USE IN COMMERCE DATE: NONE

CONFIDENTIAL                                                                                  Defendants-00014278

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

Fraudulent statements may result in registration being cancelled: Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

Additional information: For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

Checking status: To check the current status of your application, go to Trademark Status and Document Retrieval (TSDR)(http://tsdr.uspto.gov/). Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov /search.action?sn=86170773 . NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

This email has been scanned by the Symantec Email Security.cloud service

CONFIDENTIAL

Defendants-00014279

| From: | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
|---|---|
| To: | Rishi Kukreja |
| Sent: | 12/5/2014 5:44:58 PM |
| Subject: | RE: Notice of Allowance, KINWONG trademark |

Rishi

We are in the process of building the website. This should be completed before 12/20/2014. Thereafter we will file a response to the USPTO query and this will be completed before 12/31/2014.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Friday, December 05, 2014 6:32 AM
**To:** Animesh Dutta
**Subject:** FW: Notice of Allowance, KINWONG trademark

What is going on with this?

**From:** customer.service@mytrademarkia.com [mailto:customer.service@mytrademarkia.com]
**Sent:** Friday, December 05, 2014 5:14 AM
**To:** Animesh Dutta
**Subject:** Notice of Allowance, KINWONG trademark

Dear Rishi,

I am contacting you because you are the legal correspondent on a U.S. trademark filing. I work in customer service at Trademarkia.com. I see that you have received a Notice of Allowance for your KINWONG trademark from the United States Trademark office on August 26, 2014. **Congratulations!** This means that the government will give you your trademark if you submit a proof of use that shows that you are currently using your trademark

Trademarkia can help you **submit the proof of use** for the KINWONG trademark, or file an extension of time if you are currently not using it yet. The government has given you the deadline of February 26, 2015 to respond.

We can help you respond to the government through this link :

http://www.trademarkia.com/trademark_statement/authorize.aspx?mid=232e41b1-3ff8-4700-99c8-831ef824b1dc&auth=eaf2691EA&seid=3545400&sid=86170773&em=animeshd@circuitronix.com

Trademarkia is the world's largest trademark website. We are based in Silicon Valley, and are available to answer any questions you have.

Please feel free to give me a call at the number below or email me here and we can answer any questions you may have regarding your trademarks.

Kind regards,

Plaintiffs' Trial Exhibit
**PX- 023**

William Burnett Cleere

Trademarkia, Inc.
customer.Service@trademarkia.com
www.trademarkia.com
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
877-794-9511 (U.S. Toll Free)
+650-390-6400 (U.S. Local/International)

Your privacy is important to us. Read our Privacy Policy to see how we protect it: http://www.trademarkia.com/about-trademarkia/Privacy.aspx

**NOTE:** This is a commercial, public-service notice and advertisement in compliance with federal and state laws. You can quickly opt out of receiving any notices like this one in the future by clicking this link: Unsubscribe >>

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

Defendants-00014275

| From: | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
|---|---|
| To: | Rishi Kukreja |
| Sent: | 3/18/2015 11:26:01 AM |
| Subject: | RE: Notice of Allowance, KINWONG trademark |

Rishi,

From USPTO's website – below screenshot provides the status of the application:

### ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 25, 2015 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 19, 2015 | ASSIGNED TO EXAMINER | 82413 |
| Feb. 10, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 19, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 26, 2014 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

As informed earlier, I spoke to Ms. Toby Bulloff on 2/25/2015. In fact she called to walk me through the completion process all over again because the earlier action was giving an incorrect status owing to a glitch on the USPTO's website. After the process was completed, she stated that the pending requirements were met and it would take another two months to complete the process.

We have not received any further communication from USPTO after 2/25/2015.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Wednesday, March 18, 2015 5:15 AM
**To:** Animesh Dutta
**Subject:** FW: Notice of Allowance, KINWONG trademark

I know all formalities were completed but have we received the necessary confirmations.

**From:** customer.service@mytrademarkia.com [mailto:customer.service@mytrademarkia.com]
**Sent:** Wednesday, March 18, 2015 5:07 AM
**To:** Animesh Dutta
**Subject:** Notice of Allowance, KINWONG trademark

Dear Rishi,

I am contacting you because you are the legal correspondent on a U.S. trademark filing. I work in customer service at Trademarkia.com. I see that you have received a Notice of Allowance for your KINWONG trademark from the United States Trademark office on August 26, 2014. **Congratulations!** This means that the government will give you your trademark if you submit a proof of use that shows that you are currently using your trademark.

Trademarkia can help you **submit the proof of use** for the KINWONG trademark, or file an extension of time if you are currently not using it yet. The government has given you the deadline of February 26, 2015 to respond.

**Plaintiffs' Trial Exhibit**

# PX- 024

Defendants-00014263

We can help you respond to the government through this link :

http://www.trademarkia.com/trademark_statement
/authorize.aspx?mid=232e41b1-3ff8-4700-99c8-831ef824b1dc&auth=eaf2691EA&seid=3545400&
sid=86170773&em=animeshd@circuitronix.com

Trademarkia is the world's largest trademark website. We are based in Silicon Valley, and are available to answer any questions you have.

Please feel free to give me a call at the number below or email me here and we can answer any questions you may have regarding your trademarks.

Kind regards,

William Burnett Cleere

Trademarkia, Inc.
customer.Service@trademarkia.com
www.trademarkia.com
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
877-794-9511 (U.S. Toll Free)
+650-390-6400 (U.S. Local/International)

Your privacy is important to us, Read our Privacy Policy to see how we protect it: http://www.trademarkia.com
/about-trademarkia/Privacy.aspx

**NOTE:** This is a commercial, public-service notice and advertisement in compliance with federal and state laws. You can quickly opt out of receiving any notices like this one in the future by clicking this link: Unsubscribe >>

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

Defendants-00014264

| | |
|---|---|
| **From:** | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
| **To:** | Rishi Kukreja |
| **Sent:** | 1/27/2015 2:34:24 PM |
| **Subject:** | RE: Notice of Allowance, KINWONG trademark |

Rishi,

Received a call from Ms. Toby Bulloff, who will review the application in absence of Ms. Corwin.

She requested to upload pictures of the goods bearing the mark <KINWONG>.

Please suggest how should we handle this requirement.

Regards,

Animesh Dutta

**From:** Animesh Dutta
**Sent:** Tuesday, January 27, 2015 12:14 PM
**To:** Rishi Kukreja
**Subject:** RE: Notice of Allowance, KINWONG trademark

Rishi,

The patent attorney assigned to this case is Ms. Charlotte Corwin. I had tried to contact her last week (1/23/2015) and left a message.

Today, I tried to call her again. Her answering machine informs that she will be out for an extended period and suggested to contact James Golden. I have left a message requesting a call back.

However, I will continually try to contact James Golden to discuss the response submitted.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Tuesday, January 27, 2015 6:31 AM
**To:** Animesh Dutta
**Subject:** FW: Notice of Allowance, KINWONG trademark

Have you checked whether the information provided by us is sufficient?

**From:** customer.service@mytrademarkia.com [mailto:customer.service@mytrademarkia.com]
**Sent:** Tuesday, January 27, 2015 5:14 AM
**To:** Animesh Dutta
**Subject:** Notice of Allowance, KINWONG trademark

Dear Rishi,

I am contacting you because you are the legal correspondent on a U.S. trademark filing. I work in customer service at Trademarkia.com. I see that you have received a Notice of Allowance for your KINWONG trademark from the United States Trademark office on August 26, 2014. **Congratulations!** This means that the government

**Plaintiffs' Trial Exhibit**

**PX- 025**

Defendants-00014270

will give you your trademark if you submit a proof of use that shows that you are currently using your trademark.

Trademarkia can help you **submit the proof of use** for the KINWONG trademark, or file an extension of time if you are currently not using it yet. The government has given you the deadline of February 26, 2015 to respond.

We can help you respond to the government through this link :

http://www.trademarkia.com/trademark_statement /authorize.aspx?mid=232e41b1-3ff8-4700-99c8-831ef824b1dc&auth=caf2691EA&scid=3545400& sid=86170773&em=animeshd@circuitronix.com

Trademarkia is the world's largest trademark website. We are based in Silicon Valley, and are available to answer any questions you have.

Please feel free to give me a call at the number below or email me here and we can answer any questions you may have regarding your trademarks.

Kind regards,

William Burnett Cleere

Trademarkia, Inc.
customer.Service@trademarkia.com
www.trademarkia.com
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
877-794-9511 (U.S. Toll Free)
+650-390-6400 (U.S. Local/International)

Your privacy is important to us, Read our Privacy Policy to see how we protect it: http://www.trademarkia.com /about-trademarkia/Privacy.aspx

**NOTE:** This is a commercial, public-service notice and advertisement in compliance with federal and state laws. You can quickly opt out of receiving any notices like this one in the future by clicking this link: Unsubscribe >>

This email has been scanned by the Symantec Email Security.cloud service.

Generated on: This page was generated by TSDR on 2019-10-08 18:43:22 EDT

Mark: KINWONG

KINWONG

US Serial Number: 86170773

US Registration 4736271
Number:

Register: Principal

Mark Type: Trademark

TM5 Common Status
Descriptor:



Application Filing Jan. 21, 2014
Date:

Registration Date: May 12, 2015

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: May 12, 2015

Publication Date: Jul. 01, 2014

Notice of Aug. 26, 2014
Allowance Date:

## Mark Information

Mark Literal KINWONG
Elements:

Standard Character Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Claim:

Mark Drawing 4 - STANDARD CHARACTER MARK
Type:

Translation: The English translation of "KINWONG" in the mark is "prosperous future in business".

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Circuit boards

International 009 - Primary Class
Class(es):

U.S Class(es): 021, 023, 026, 036, 038

Class Status: ACTIVE

Basis: 1(a)

First Use: Dec. 11, 2014

Use in Commerce: Dec. 11, 2014

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | | Currently Use: Yes |
| Filed ITU: Yes | | Currently ITU: No |
| Filed 44D: No | | Currently 44E: No |
| Filed 44E: No | | Currently 44E: No |
| Filed 66A: No | | Currently 66A: No |
| Filed No Basis: No | | Currently No Basis: No |

## Current Owner(s) Information

Plaintiffs' Trial Exhibit

PX- 026

KIN0752215

Owner Name:  KINWONG, LLC

Owner Address:  3131 SW 42nd Street
Fort Lauderdale, FLORIDA UNITED STATES 33312

Legal Entity Type:  LIMITED LIABILITY COMPANY            State or Country  FLORIDA
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Docket Number:  Frank Herrer

### Correspondent

Correspondent  Frank Herrera
Name/Address:  H New Media Law
809 North Dixie Highway
Suite 202
West Palm Beach, FLORIDA UNITED STATES 33401

Phone:  5618416380                              Fax:  5618416380

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 02, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 12, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 10, 2015 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 09, 2015 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 2015 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| Feb. 25, 2015 | USE AMENDMENT FILED | 76538 |
| Mar. 30, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| Feb. 25, 2015 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 19, 2015 | ASSIGNED TO EXAMINER | 82413 |
| Feb. 10, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 19, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 26, 2014 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 01, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 01, 2014 | PUBLISHED FOR OPPOSITION | |
| Jun. 11, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 29, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| May 29, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 29, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68171 |
| May 29, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68171 |
| May 16, 2014 | ASSIGNED TO LIE | 68171 |
| May 05, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 01, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 01, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| May 01, 2014 | NON-FINAL ACTION WRITTEN | 82415 |
| Apr. 24, 2014 | ASSIGNED TO EXAMINER | 82415 |
| Jan. 31, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

TM Staff Information - None

### File Location

Current Location:  PUBLICATION AND ISSUE SECTION        Date in Location:  Apr. 09, 2015

## Proceedings

**Summary**

Number of    1
Proceedings:

| Type of Proceeding: Opposition | |
|---|---|

| Proceeding Number: | 91241137 | Filing Date: | May 07, 2018 |
|---|---|---|---|
| Status: | Suspended | Status Date: | Sep 27, 2019 |
| Interlocutory Attorney: | MARY CATHERINE FAINT | | |

**Defendant**

| Name: | Shenzhen Kinwong Electronic Co., Ltd. |
|---|---|
| Correspondent Address: | JACQUELINE V BROUSSEAU<br>GREENBERG TRAURIG LLP<br>77 WEST WACKER DR STE 3100<br>CHICAGO IL UNITED STATES , 60601 |
| Correspondent e-mail: | chiipmail@gtlaw.com , brousseauj@gtlaw.com , wadykas@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KINWONG | Opposition Pending | 79212641 | |

**Plaintiff(s)**

| Name: | Kingwong, LLC |
|---|---|
| Correspondent Address: | JORGE ESPINOSA<br>ESPINOSA MARTINEZ PL<br>1428 BRICKELL AVE STE 100<br>MIAMI FL UNITED STATES , 33131 |
| Correspondent e-mail: | jespinosa@etlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KINWONG | Registered | 86170773 | 4736271 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 07, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 14, 2018 | Jun 23, 2018 |
| 3 | PENDING, INSTITUTED | May 14, 2018 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Jun 22, 2018 | |
| 5 | D MOT FOR EXT W/ CONSENT | Jun 22, 2018 | |
| 6 | P APPEARANCE / POWER OF ATTORNEY | Jun 25, 2018 | |
| 7 | TRIAL DATES RESET | Jul 02, 2018 | |
| 8 | ANSWER | Jul 09, 2018 | |
| 9 | D MOT TO SUSP PEND DISP CIV ACTION | Jul 11, 2018 | |
| 10 | SUSP PEND DISP OF CIVIL ACTION | Aug 27, 2018 | |
| 11 | P CHANGE OF CORRESP ADDRESS | Aug 29, 2018 | |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Aug 26, 2019 | Sep 25, 2019 |
| 13 | TRIAL DATES RESET | Sep 25, 2019 | |
| 14 | P STIP TO SUBSTITUTE COUNSEL | Sep 25, 2019 | |
| 15 | D RESP TO BD ORDER/INQUIRY | Sep 25, 2019 | |
| 16 | SUSP PEND DISP OF CIVIL ACTION | Sep 27, 2019 | |

# Change Of Correspondence Address

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86170773 |
| REGISTRATION NUMBER | 4736271 |
| LAW OFFICE ASSIGNED | LAW OFFICE 119 |
| **MARK SECTION** | |
| MARK | KINWONG (see, https://tmng-al.uspto.gov/resting2/api/img/86170773/large) |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE Florida 33312-6802<br>US<br>(786) 364-4458<br>(305) 377-9008<br>animeshd@circuitronix.com;sales@circuitronix.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Frank Herrera<br>H New Media Law<br>Suite 202<br>809 North Dixie Highway<br>West Palm Beach<br>Florida<br>United States<br>33401<br>5618416380<br>5618416380<br>fherrera@hnewmedia.com; g.ruiz-arthur@hnewmedia.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | Frank Herrer |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Frank Herrera/ |
| SIGNATORY NAME | Frank Herrera |
| SIGNATORY DATE | 11/02/2017 |
| SIGNATORY POSITION | Attorney of Record, Florida Bar |
| SIGNATORY PHONE NUMBER | 5618416380 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Nov 02 14:53:08 EDT 2017 |
| | USPTO/CCA-XX.XXX.XXX.XX-2<br>0171102145308761518-86170 |

TEAS STAMP

773-5106a4da783427297f998
310ed3256a247683eab736239
914b824f964ba3bee-N/A-N/A
-20171102145028622199

KIN0752219

# United States of America

## United States Patent and Trademark Office

# KINWONG

**Reg. No. 4,736,271**

**Registered May 12, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

KINWONG, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3131 SW 42ND STREET
FORT LAUDERDALE, FL 33312

FOR: CIRCUIT BOARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-11-2014; IN COMMERCE 12-11-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "KINWONG" IN THE MARK IS "PROSPEROUS FUTURE IN BUSINESS".

SN 86-170,773, FILED 1-21-2014.

TOBY BULLOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

KIN0752220

<div style="border:1px solid;">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

KIN0752221

**Trademark Snap Shot Publication Stylesheet**
(Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86170773 | FILING DATE | 01/21/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BULLOFF, TOBY ELLEN | L.O. ASSIGNED | 119 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/10/2015 |
| PUB DATE | 07/01/2014 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 04/09/2015 |
| LITERAL MARK ELEMENT | KINWONG |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KINWONG |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

| NAME | KINWONG, LLC |
|---|---|
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Circuit boards |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 12/11/2014 | FIRST USE IN COMMERCE DATE | 12/11/2014 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of "KINWONG" in the mark is "prosperous future in business". |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/10/2015 | SUNA | E | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 025 |
| 04/09/2015 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 024 |
| 03/31/2015 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 023 |
| 02/25/2015 | IUAF | S | USE AMENDMENT FILED | 022 |
| 03/30/2015 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 021 |
| 02/25/2015 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 020 |
| 02/19/2015 | DOCK | D | ASSIGNED TO EXAMINER | 019 |
| 02/10/2015 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |
| 01/19/2015 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 017 |
| 08/26/2014 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 016 |
| 07/01/2014 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 015 |
| 07/01/2014 | PUBO | A | PUBLISHED FOR OPPOSITION | 014 |
| 06/11/2014 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 013 |
| 05/29/2014 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 05/29/2014 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 05/29/2014 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/29/2014 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/16/2014 | ALIE | A | ASSIGNED TO LIE | 008 |
| 05/05/2014 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 05/01/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 05/01/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 05/01/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |

| 04/24/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/31/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/24/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE, FL 33312-6802 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | KINWONG, LLC |
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

KIN0752224

# KINWONG

KIN0752225

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Friday, April 10, 2015 00:13 AM |
| To: | animeshd@circuitronix.com |
| Cc: | sales@circuitronix.com |
| Subject: | Official USPTO Notice of Acceptance of SOU; U.S. Trademark SN 86170773: KINWONG |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

U.S. Serial Number:  86170773
Mark:  KINWONG
Owner:  KINWONG, LLC
Docket/Reference Number:

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86170773&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86170773&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

## Trademark Snap Shot ITU Unit Action
### (Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86170773 | FILING DATE | 01/21/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BULLOFF, TOBY ELLEN | L.O. ASSIGNED | 119 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/01/2015 |
| PUB DATE | 07/01/2014 |
| STATUS | 748-STATEMENT OF USE - TO EXAMINER |
| STATUS DATE | 03/31/2015 |
| LITERAL MARK ELEMENT | KINWONG |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KINWONG |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

KIN0752227

| NAME | KINWONG, LLC |
|---|---|
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Circuit boards |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 12/11/2014 | FIRST USE IN COMMERCE DATE | 12/11/2014 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of "KINWONG" in the mark is "prosperous future in business". |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/31/2015 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 023 |
| 02/25/2015 | IUAF | S | USE AMENDMENT FILED | 022 |
| 03/30/2015 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 021 |
| 02/25/2015 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 020 |
| 02/19/2015 | DOCK | D | ASSIGNED TO EXAMINER | 019 |
| 02/10/2015 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |
| 01/19/2015 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 017 |
| 08/26/2014 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 016 |
| 07/01/2014 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 015 |
| 07/01/2014 | PUBO | A | PUBLISHED FOR OPPOSITION | 014 |
| 06/11/2014 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 013 |
| 05/29/2014 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 05/29/2014 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 05/29/2014 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/29/2014 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/16/2014 | ALIE | A | ASSIGNED TO LIE | 008 |
| 05/05/2014 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 05/01/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 05/01/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 05/01/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 04/24/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/31/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |

| 01/24/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE, FL 33312-6802 |
| DOMESTIC REPRESENTATIVE | NONE |

### PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | KINWONG, LLC |
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

KIN0752229

# KINWONG

KIN0752230



KIN0752231

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86170773 |
| LAW OFFICE ASSIGNED | LAW OFFICE 119 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK | http://tsdr.uspto.gov/img/86170773/large |
| LITERAL ELEMENT | KINWONG |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| OWNER SECTION | |
| NAME | KINWONG, LLC |
| STREET | 3131 SW 42nd Street |
| CITY | Fort Lauderdale |
| STATE | Florida |
| ZIP/POSTAL CODE | 33312 |
| COUNTRY | United States |
| PHONE | (786) 364-4458 |
| FAX | (305) 377-9008 |
| EMAIL | animeshd@circuitronix.com |
| GOODS AND/OR SERVICES SECTION | |
| INTERNATIONAL CLASS | 009 |
| CURRENT IDENTIFICATION | Circuit boards |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 12/11/2014 |
| FIRST USE IN COMMERCE DATE | 12/11/2014 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\861\707\86170773\xml16\SOU0002.JPG |
| SPECIMEN DESCRIPTION | Image of packaging used for supplying circuit boards. |
| REQUEST TO DIVIDE | NO |
| PAYMENT SECTION | |

| | |
|---|---|
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| DECLARATION SIGNATURE | /Rishi Kukreja/ |
| SIGNATORY'S NAME | Rishi Kukreja |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 02/25/2015 |
| SIGNATORY'S PHONE NUMBER | 786-364-4458 |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Wed Feb 25 16:14:18 EST 2015 |
| TEAS STAMP | USPTO/SOU-XX.XX.XXX.XXX-2 0150225161418309710-86170 773-53014c14f837eb0645d12 b7e35db02f814418a03c29def 2343eee3f7e3429b14a1e-CC- 2699-20150225160012177530 |

KIN0752233

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** KINWONG(Standard Characters, see http://tsdr.uspto.gov/img/86170773/large)
**SERIAL NUMBER:** 86170773

The applicant, KINWONG, LLC, having an address of
    3131 SW 42nd Street
    Fort Lauderdale, Florida 33312
    United States
is submitting the following allegation of use information:

For International Class 009:
Current identification: Circuit boards

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/11/2014, and first used in commerce at least as early as 12/11/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Image of packaging used for supplying circuit boards..
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

STATEMENTS. The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. Section 1051(c) or a statement of use under 15 U.S.C. Section 1051(d), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified, and such use by the applicant's related company or licensee inures to the benefit of the applicant; that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Rishi Kukreja/    Date Signed: 02/25/2015
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
Signatory's Phone: 786-364-4458

RAM Sale Number: 86170773
RAM Accounting Date: 02/26/2015

Serial Number: 86170773
Internet Transmission Date: Wed Feb 25 16:14:18 EST 2015
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XXX-2015022516141830
9710-86170773-53014c14f837cb0645412b7e35
db02f814418a03c29def2343cee3f7e3429b14a1
e-CC-2699-20150225160012177530

KIN0752235



KIN0752236

**FEE RECORD SHEET**

Serial Number:  86170773

RAM Sale Number:  86170773

RAM Accounting Date:  20150226

Total Fees:     $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20150225 | $100 | 1 | $100 |

Transaction Date:    20150225

KIN0752237

## Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86170773 |
| **REGISTRATION NUMBER** | |
| **FORM TEXT** | |
| **FORM FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\861\707\86170773\xml15 \ROA0002.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT 16\861\707\86170773\xml15 \ROA0003.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT 16\861\707\86170773\xml15 \ROA0004.jpg |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Rishi Kukreja/ |
| **SIGNATORY'S NAME** | Rishi Kukreja |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | (786) 364-4458 |
| **DATE SIGNED** | 02/10/2015 |
| **SUBMISSION SIGNATURE** | /Rishi Kukreja/ |
| **SIGNATORY'S NAME** | Rishi Kukreja |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | (786) 364-4458 |
| **DATE SIGNED** | 02/10/2015 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **TEAS STAMP** | USPTO/ROA-XX.XX.XXX.XXX-2 0150210150937452103-86170 773-20150210145610480574- N/A-N/A-20150210145610480 574 |

## Response to Office Action

**To the Commissioner for Trademarks:**

The following is submitted for application serial number **86170773**

**FORM INFORMATION**

**FORM FILE NAME(S)**

Form File1
Form File2
Form File3

**SIGNATURE(S)**
**Declaration Signature**
The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth above are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Rishi Kukreja/    Date: 02/10/2015
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
Signatory's Phone Number: (786) 364-4458

**Submission Signature**
Signature: /Rishi Kukreja/    Date: 02/10/2015
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
Signatory's Phone Number: (786) 364-4458

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 86170773
Internet Transmission Date:
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2015021015093745
2103-86170773-20150210145610480574-N/A-N
/A-20150210145610480574

KIN0752239



KIN0752240



KIN0752241



KIN0752242

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86170773 |
| **REGISTRATION NUMBER** | |
| **FORM TEXT** | |
| The mark KINWONG has been used on our website - www.kinwongllc.com to promote the printed circuit board business. Please visit this site for reference. | |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Rishi Kukreja/ |
| SIGNATORY'S NAME | Rishi Kukreja |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | (786) 364-4458 |
| DATE SIGNED | 01/19/2015 |
| SUBMISSION SIGNATURE | /Rishi Kukreja/ |
| SIGNATORY'S NAME | Rishi Kukreja |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | (786) 364-4458 |
| DATE SIGNED | 01/19/2015 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XXX-2 0150119172758622137-86170 773-20150119170853271192- N/A-N/A-20150119170853271 192 |

# Response to Office Action

## To the Commissioner for Trademarks:

The following is submitted for application serial number. **86170773** :

## FORM INFORMATION

The mark KINWONG has been used on our website - www.kinwongllc.com to promote the printed circuit board business. Please visit this site

KIN0752243

for reference.

**SIGNATURE(S)**
**Declaration Signature**
The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth above are true; all statements made of his/her own knowledge are true, and all statements made on information and belief are believed to be true.

Signature: /Rishi Kukreja/    Date: 01/19/2015
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
Signatory's Phone Number: (786) 364-4458

**Submission Signature**
Signature: /Rishi Kukreja/    Date: 01/19/2015
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
Signatory's Phone Number: (786) 364-4458

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 86170773
Internet Transmission Date:
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2015011917275862
2137-86170773-20150119170853271192-N/A-N
/A-20150119170853271192

KIN0752244

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, August 26, 2014 00:06 AM |
| To: | animeshd@circuitronix.com |
| Cc: | sales@circuitronix.com |
| Subject: | Official USPTO Notice of Allowance: U.S. Trademark SN 86170773: KINWONG |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Aug 26, 2014

Serial Number: 86170773
Mark: KINWONG
Docket/Reference Number:

No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.

SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); OR
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. WARNING: An SOU may not be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

How to file SOU and/or Extension Request:
Use the Trademark Electronic Application System (TEAS). Do NOT reply to this e-mail, as e-mailed filings will NOT be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.

REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html. Do NOT reply to this e-mail, as e-mailed filings will NOT be processed.

Serial Number: 86170773
Mark: KINWONG
Docket/Reference Number:
Owner: KINWONG, LLC
3131 SW 42nd Street
Fort Lauderdale , FLORIDA 33312
Correspondence Address: KUKREJA, RISHI
3131 SW 42ND ST
FORT LAUDERDALE, FL 33312-6802

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO                    Section 1(b): YES                    Section 44(e): NO

GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    Circuit boards -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

Fraudulent statements may result in registration being cancelled: Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

Additional information: For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

Checking status: To check the status of an application, go to http://tarr.uspto.gov. Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=86170773. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail

KIN0752246

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, July 1, 2014 00:28 AM |
| To: | animeshd@circuitronix.com |
| Cc: | sales@circuitronix.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86170773: KINWONG |

*TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

U.S. Serial Number: 86-170,773
Mark: KINWONG
International Class(es): 009
Owner: KINWONG, LLC
Docket/Reference Number:

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jul 01, 2014.

To View the Mark in the Next Generation TMOG (eOG):

Click on the following link or paste the URL into an internet browser: http://tmog.uspto.gov/#date=2014-07-01&serial=86170773

To View the Mark in the Legacy format TMOG:

1. Click on the following link or paste the URL into an internet browser: http://www.uspto.gov/web/trademarks/tmog/20140701_OG.pdf#page=00000556 .

2. Locate your mark on the displayed page.

If the TMOG PDF file does not open to the page containing your mark (you must have an Adobe Reader installed on your workstation), click on the following link or paste the URL into an internet browser to review the Frequently Asked Questions about the Trademark Official Gazette: http://www.uspto.gov/trademarks/resources/trm_og_faqs.jsp

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

Significance of Publication for Opposition:

Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a Statement of Use or Extension Request within six (6) months after the NOA issues.)

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/search.action?sn=86170773. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Jun 11, 2014

## NOTICE OF PUBLICATION

1. Serial No.:
   86-170,773

2. Mark:
   KINWONG
   (STANDARD CHARACTER MARK)

3. International Class(es):
   9

4. Publication Date:
   Jul 1, 2014

5. Applicant:
   KINWONG, LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

animeshd@circuitronix.com
sales@circuitronix.com

KIN0752248

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Wednesday, June 11, 2014 07:40 AM |
| To: | animeshd@circuitronix.com |
| Cc: | sales@circuitronix.com |
| Subject: | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86170773: KINWONG |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 86170773) is scheduled to publish in the *Official Gazette* on Jul 1, 2014 . To preview the Notice of Publication, go to http://tdr.uspto.gov/search.action?sn=86170773. If you have difficulty accessing the Notice of Publication, contact TDR@uspto.gov.

PLEASE NOTE:
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification. If you have any questions about the content of the Notice of Publication, contact TMPostPubQuery@uspto.gov.

KIN0752249

**Trademark Snap Shot Publication Stylesheet**
(Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86170773 | FILING DATE | 01/21/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CORWIN, CHARLOTTE K | L.O. ASSIGNED | 119 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/30/2014 |
| PUB DATE | 07/01/2014 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/29/2014 |
| LITERAL MARK ELEMENT | KINWONG |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KINWONG |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

KIN0752250

| NAME | KINWONG, LLC |
|---|---|
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Circuit boards |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of "KINWONG" in the mark is "prosperous future in business". |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/29/2014 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 05/29/2014 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 05/28/2014 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/29/2014 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/16/2014 | ALIE | A | ASSIGNED TO LIE | 008 |
| 05/05/2014 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 05/01/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 05/01/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 05/01/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 04/24/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/31/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/24/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE, FL 33312-6802 |
| DOMESTIC REPRESENTATIVE | NONE |

KIN0752251

# KINWONG

KIN0752252

## Trademark Snap Shot Publication & Issue Review Stylesheet
### (Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86170773 | FILING DATE | 01/21/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CORWIN, CHARLOTTE K | L.O. ASSIGNED | 119 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/30/2014 |
| PUB DATE | 07/01/2014 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/29/2014 |
| LITERAL MARK ELEMENT | KINWONG |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KINWONG |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10 ORIGINAL APPLICANT |

KIN0752253

| NAME | KINWONG, LLC |
| --- | --- |
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
| --- | --- |
| DESCRIPTION TEXT | Circuit boards |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| TRANSLATION | The English translation of "KINWONG" in the mark is "prosperous future in business". |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 05/29/2014 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 05/29/2014 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 05/29/2014 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/29/2014 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/16/2014 | ALIE | A | ASSIGNED TO LIE | 008 |
| 05/05/2014 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 05/01/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 05/01/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 05/01/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 04/24/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/31/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/24/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| --- | --- |
| CORRESPONDENCE ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE, FL 33312-6802 |
| DOMESTIC REPRESENTATIVE | NONE |

KIN0752254

# KINWONG

KIN0752255

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86170773 | FILING DATE | 01/21/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CORWIN, CHARLOTTE K | L.O. ASSIGNED | 119 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/30/2014 |
| PUB DATE | 07/01/2014 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/29/2014 |
| LITERAL MARK ELEMENT | KINWONG |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KINWONG |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

KIN0752256

| NAME | KINWONG, LLC |
|---|---|
| ADDRESS | 3131 SW 42nd Street<br>Fort Lauderdale, FL 33312 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Circuit boards |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of "KINWONG" in the mark is "prosperous future in business". |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/29/2014 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 05/29/2014 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 05/29/2014 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/29/2014 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/16/2014 | ALIE | A | ASSIGNED TO LIE | 008 |
| 05/05/2014 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 05/01/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 05/01/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 05/01/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 04/24/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/31/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/24/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | KUKREJA, RISHI<br>3131 SW 42ND ST<br>FORT LAUDERDALE, FL 33312-6802 |
| DOMESTIC REPRESENTATIVE | NONE |

KIN0752257

# KINWONG

KIN0752258

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86170773 |
| LAW OFFICE ASSIGNED | LAW OFFICE 119 |
| **MARK SECTION** | |
| MARK | http://tsdr.uspto.gov/img/86170773/large |
| LITERAL ELEMENT | KINWONG |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Kukreja, Rishi |
| DBA/AKA/TA/Formerly | DBA KINWONG, LLC |
| STREET | 3131 SW 42nd Street |
| CITY | Fort Lauderdale |
| STATE | Florida |
| ZIP/POSTAL CODE | 33312 |
| COUNTRY | United States |
| PHONE | (786) 364-4458 |
| FAX | (305) 377-9008 |
| EMAIL | animeshd@circuitronix.com |
| **OWNER SECTION (proposed)** | |
| NAME | KINWONG, LLC |
| DBA/AKA/TA/Formerly | DBA KINWONG, LLC |
| STREET | 3131 SW 42nd Street |
| CITY | Fort Lauderdale |
| STATE | Florida |
| ZIP/POSTAL CODE | 33312 |
| COUNTRY | United States |
| PHONE | (786) 364-4458 |
| FAX | (305) 377-9008 |
| EMAIL | animeshd@circuitronix.com |
| **LEGAL ENTITY SECTION (current)** | |

| TYPE | limited liability company |
|---|---|
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |
| **LEGAL ENTITY SECTION (proposed)** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |
| **ADDITIONAL STATEMENTS SECTION** | |
| TRANSLATION | The English translation of KINWONG in the mark is prosperous future in business. |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Rishi Kukreja/ |
| SIGNATORY'S NAME | Rishi Kukreja |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 786-364-4458 |
| DATE SIGNED | 05/05/2014 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon May 05 17:23:55 EDT 2014 |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XXX-2 0140505172355549940-86170 773-50039d39e25721bb53498 50e33f3fe91665bf67e3e48d7 4d31656dd4f4c67ee-N/A-N/A -20140505170603570865 |

<!-- faint text -->

## Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **86170773** KINWONG(Standard Characters, see http://tsdr.uspto.gov/img/86170773/large) has been amended as follows:

**APPLICANT AND/OR ENTITY INFORMATION**
Applicant proposes to amend the following:
Current: Kukreja, Rishi, DBA KINWONG, LLC, a limited liability company legally organized under the laws of Florida, having an address of
3131 SW 42nd Street
Fort Lauderdale, Florida 33312
United States

animeshd@circuitronix.com
(786) 364-4458
(305) 377-9008
Proposed: KINWONG, LLC, DBA KINWONG, LLC, a limited liability company legally organized under the laws of Florida, having an address of
3131 SW 42nd Street
Fort Lauderdale, Florida 33312
United States
animeshd@circuitronix.com

(786) 364-4458
(305) 377-9008

**ADDITIONAL STATEMENTS**
**Translation**
The English translation of KINWONG in the mark is prosperous future in business

**SIGNATURE(S)**
**Response Signature**
Signature: /Rishi Kukreja/    Date: 05/05/2014
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner

Signatory's Phone Number: 786-364-4458

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 86170773
Internet Transmission Date: Mon May 05 17:23:55 EDT 2014
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2014050517235554
9940-86170773-50039d39e25721bb5349850e33
f3fe91665bf67e3e48d74d31656dd4f4c67ce-N/
A-N/A-20140505170603570865

KIN0752261

| To: | Kukreja, Rishi (animeshd@circuitronix.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A |
| Sent: | 5/1/2014 3:10:00 PM |
| Sent As: | ECOM119@USPTO.GOV |
| Attachments: | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86170773

**MARK:** KINWONG

**\*86170773\***

**CORRESPONDENT ADDRESS:**
  KUKREJA, RISHI
  KUKREJA, RISHI
  3131 SW 42ND ST
  FORT LAUDERDALE, FL 33312-6802

CLICK HERE TO RESPOND TO THIS LETTER:
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** Kukreja, Rishi

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
  N/A
**CORRESPONDENT E-MAIL ADDRESS:**
  animeshd@circuitronix.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/1/2014**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

Applicant must respond to the requirements set forth below.

**CLARIFICATION OF ENTITY TYPE REQUIRED**

The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company. Applicant must clarify this inconsistency. TMEP §803.03.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record. 15 U.S.C. §1051(a)(2); 37 C.F.R. §2.32(a)(3)(i); TMEP §§803.02(a), 803.03(a), 803.04. Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization. TMEP §§803.03(h), 803.04; *see* 37 C.F.R. §2.32(a)(2), (a)(3)(ii).

KIN0752262

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed. Only the owner of a mark may apply to register the mark. TMEP §§803.01, 803.06, 1201.02(b).

## INQUIRY REGARDING THE MEANING OF THE MARK

Applicant must specify whether "KINWONG" or "KIN WONG" in the mark has any meaning in a foreign language. *See* 37 C.F.R. §2.32(a)(9); TMEP §§809, 814. An applicant must submit an English translation of all foreign wording in a mark. 37 C.F.R. §2.32(a)(9); TMEP §809.

Accordingly, if the wording has meaning in a foreign language, applicant should provide the following translation statement:

The English translation of the word "**KINWONG**" in the mark is "_____".

TMEP §809.03.

Alternatively, if the wording does not have meaning in a foreign language, applicant should provide the following statement:

The wording "**KINWONG**" has no meaning in a foreign language.

*Id.*

## RESPONSE TO THIS ACTION

For this application to proceed toward registration, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end, the trademark will fail to register, and the application fee will not be refunded. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a), 2.209(a); TMEP §§405.04, 718.01, 718.02. Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to live status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6, 2.66(b)(1).

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/Charlotte K. Corwin/
Trademark Examining Attorney
Law Office 119
Charlotte.Corwin@USPTO.GOV
(571) 270-1532 (phone)
(571) 270-2532 (fax)

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

KIN0752263

**WHO MUST SIGN THE RESPONSE**: It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants)  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION**:  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS**:  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

KIN0752264

| To: | Kukreja, Rishi (animeshd@circuitronix.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86170773 - KINWONG - N/A |
| Sent: | 5/1/2014 3:10:01 PM |
| Sent As: | ECOM119@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 5/1/2014 FOR U.S. APPLICATION SERIAL NO. 86170773

Your trademark application has been reviewed. The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond. Please follow these steps:

(1) **READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

(2) **RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **5/1/2014**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

(3) **QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Charlotte K. Corwin/
Trademark Examining Attorney
Law Office 119
Charlotte.Corwin@USPTO.GOV
(571) 270-1532 (phone)
(571) 270-2532 (fax)

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies not associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

KIN0752266

# NOTE TO THE FILE

SERIAL NUMBER:        86170773

DATE:                 05/01/2014

NAME:                 ccorwin

NOTE:

**Searched:**
- X Google
- ___ Lexis/Nexis
- X OneLook
- X Wikipedia
- ___ Acronym Finder
- ___ Other:

**Checked:**
- ___ Geographic significance
- ___ Surname
- X Translation
- ___ , ID with ID/CLASS mailbox

**Discussed ID with:**
- ___ Senior Atty
- ___ Managing Atty

- ___ Protest evidence reviewed

**Discussed Geo. Sig. with:**
- ___ Senior Atty
- ___ Managing Atty

___ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
- ___ phone
- ___ email

___ Requested Law Library search for:

___ PRINT ___ DO NOT PRINT
Description of the mark
___ Translation statement

___ Negative translation statement
___ Consent of living individual

___ Changed TRADEUPS to:

___ OTHER:

- ___ Left message with Attorney/Applicant

- ___ Issued Examiner's Amendment and entered changes in TRADEUPS

- ___ Added design code in TRADEUPS

- ___ Re-imaged standard character drawing

- ___ Contacted TM MADRID ID/CLASS about misclassified definite ID

Sent to TICRS as Serial Number 86170773

KIN0752267

# NOTE TO THE FILE

SERIAL NUMBER:    86170773

DATE:    05/01/2014

NAME:    ccorwin

NOTE:

**Searched:**
- ___ Google
- ___ Lexis/Nexis
- ___ OneLook
- ___ Wikipedia
- ___ Acronym Finder
- ___ Other:

**Checked:**
- ___ Geographic significance
- ___ Surname
- ___ Translation
- ___ ID with ID/CLASS mailbox

___ Checked list of approved Canadian attorneys and agents

**Discussed ID with:**
- ___ Senior Atty
- ___ Managing Atty

- ___ Pretext evidence reviewed

**Discussed Geo. Sig. with:**
- ___ Senior Atty
- ___ Managing Atty

**Discussed file with**
**Attorney/Applicant via:**
- ___ phone
- ___ email

- ___ Requested Law Library search for:

- ___ **PRINT** ___ **DO NOT PRINT**
- ___ Description of the mark
- ___ Translation statement

- ___ Negative translation statement
- ___ Consent of living individual

- ___ Changed TRADEUPS to:

- ___ OTHER:

- ___ Left message with Attorney/Applicant

- ___ Issued Examiner's Amendment and entered changes in TRADEUPS

- ___ Added design code in TRADEUPS

- ___ Re-imaged standard character drawing

- ___ Contacted TM MADRID ID/CLASS about misclassified definite ID

KIN0752268

*** User:ccewin ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | $kinwong$*[bi,ti] |
| 02 | 10 | 4 | 6 | 5 | 0:01 | $*$["ckqs"1:2]{s1:2]["n"1:2]$1$["w"1:2]{v0:2]["n"1:2]g$*[bi,ti] |
| 03 | 66920 | N/A | 0 | 0 | 0:01 | $kin$*[bi,ti] |
| 04 | 198 | 107 | 91 | 88 | 0:01 | $wong$*[bi,ti] |
| 05 | 16 | 0 | 16 | 15 | 0:01 | 3 and 4 not dead[ld] |
| 06 | 1387 | N/A | 0 | 0 | 0:17 | $*$["ckqs"1:2]{v1:2]["n"1:2]*[bi,ti] and $*$["w"1:2]{v0:2]["n"1:2]g$*[bi,ti] |
| 07 | 246 | 0 | 246 | 226 | 0:01 | 6 and "009"[cc] not dead[ld] |

Session started 4/30/2014 1:01:22 PM
Session finished 4/30/2014 3:50:16 PM
Total search duration 0 minutes 23 seconds
Session duration 168 minutes 54 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 86170773

KIN0752269

## Trademark/Service Mark Application, Principal Register

Serial Number: 86170773
Filing Date: 01/21/2014

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86170773 |
| **MARK INFORMATION** | |
| *MARK | KINWONG |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KINWONG |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Kukreja, Rishi |
| DBA/AKA/TA/Formerly | DBA KINWONG, LLC |
| *STREET | 3131 SW 42nd Street |
| *CITY | Fort Lauderdale |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 33312 |
| PHONE | (786) 364-4458 |
| FAX | (305) 377-9008 |
| EMAIL ADDRESS | animeshd@circuitronix.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Circuit boards |
| FILING BASIS | SECTION 1(b) |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Kukreja, Rishi |

KIN0752270

| FIRM NAME | Kukreja, Rishi |
|---|---|
| STREET | 3131 SW 42nd Street |
| CITY | Fort Lauderdale |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 33312 |
| PHONE | (786) 364-4458 |
| FAX | (305) 377-9008 |
| EMAIL ADDRESS | animeshd@circuitronix.com;sales@circuitronix.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Rishi Kukreja/ |
| SIGNATORY'S NAME | Rishi Kukreja |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 01/21/2014 |

KIN0752271

## Trademark/Service Mark Application, Principal Register

Serial Number: 86170773
Filing Date: 01/21/2014

## To the Commissioner for Trademarks:

**MARK:** KINWONG (Standard Characters, see mark)
The literal element of the mark consists of KINWONG.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Kukreja, Rishi, DBA KINWONG, LLC, a limited liability company legally organized under the laws of Florida, having an address of

3131 SW 42nd Street
Fort Lauderdale, Florida 33312
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Circuit boards
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Correspondence Information:
    Kukreja, Rishi
    Kukreja, Rishi
    3131 SW 42nd Street
    Fort Lauderdale, Florida 33312
    (786) 364-4458(phone)
    (305) 377-9008(fax)
    animeshd@circuitronix.com;sales@circuitronix.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

## Declaration Signature

Signature: /Rishi Kukreja/   Date: 01/21/2014
Signatory's Name: Rishi Kukreja
Signatory's Position: Owner
RAM Sale Number: 86170773
RAM Accounting Date: 01/21/2014

KIN0752272

Serial Number: 86170773
Internet Transmission Date: Tue Jan 21 13:02:26 EST 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2014012113022626
8526-86170773-5001223f165b86917ca54b2407
71d06cd18e3037a473f12ad9f34713af7e3244-C
C-15872-20140121121420819687

KIN0752273

# KINWONG

KIN0752274

# KINWONG

KIN0752275

| | |
|---|---|
| **From:** | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
| **To:** | Rishi Kukreja |
| **Sent:** | 2/9/2015 12:38:27 PM |
| **Subject:** | RE: Urgent: KINWONG |

Yes.

Will be submitting additional proof ( as discussed with you) by tomorrow – 2/10/2015.

**From:** Rishi Kukreja
**Sent:** Monday, February 09, 2015 12:36 PM
**To:** Animesh Dutta
**Subject:** Fw: Urgent: KINWONG

I hope u r tracking closely.
Sent from my BlackBerry 10 smartphone.

**From:** Trademark Update <uspto@trademark-update.net>
**Sent:** Monday, February 9, 2015 12:34 PM
**To:** Animesh Dutta
**Reply To:** tmsupport@breanlaw.com
**Subject:** Urgent: KINWONG

*Call Us: 800-451-5815*

# DON'T LOSE YOUR TRADEMARK....

Rishi, congratulations, the USPTO has issued a Notice of Allowance for U.S. Serial No. 86170773 KINWONG. This means the trademark examining attorney has signed off on your application and the trademark can be registered after you demonstrate that you are using the mark in interstate commerce. Failing to file or to request a 6 month extension before will result in your mark being abandoned. Learn more.

**Plaintiffs' Trial Exhibit**

**PX- 027**

CONFIDENTIAL

Defendants-00014296

## ONE SIMPLE PRICE: $225

We can help you properly file your Statement of Use or a 6 Month Extension for a flat rate fee of $225 (this price includes $100 in government filing fees for one international class). Avoid making costly errors that can often result in you needing you to start over with a new trademark application. Get Started.

## LUKE BREAN, ESQ.

Experience Matters - Our firm has worked on over 1,000 trademarks for small businesses around the country. See Our List of Clients.

## THINKING ABOUT A NEW TRADEMARK APPLICATION? TAKE 15% OFF $375 WITH SPECIAL **NEWTM15** WHEN HIRING US.

### START YOUR NEXT TRADEMARK

*You are receiving this email because you have received a trademark Office Action at the USPTO. Click here to unsubscribe.*

*Our mailing address is: BreanLaw, LLC, P.O. Box 4120, ECM#72065, Portland, OR 97208. Call us at 800-451-5815.*

*Copyright 2014 BreanLaw, LLC All rights reserved.*

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

Defendants-00014297

| | |
|---|---|
| **From:** | Animesh Dutta </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ADUTTA> |
| **To:** | Rishi Kukreja |
| **Sent:** | 2/18/2015 10:38:21 AM |
| **Subject:** | RE: Notice of Allowance, KINWONG trademark |
| **Attachments:** | IMG_0275.JPG; IMG_1272.JPG; IMG_1280.JPG |

Rishi,

Attached photos/images were uploaded on 2/10/2015 as proof of use in promoting Kinwong, LLC's commercial interests.

Also left a voicemail for Ms. Toby Bulloff today to get an update.

Regards,

Animesh Dutta

**From:** Rishi Kukreja
**Sent:** Wednesday, February 18, 2015 8:02 AM
**To:** Animesh Dutta
**Subject:** FW: Notice of Allowance, KINWONG trademark

What is the latest on the Trademark issue?

**From:** customer.service@mytrademarkia.com [mailto:customer.service@mytrademarkia.com]
**Sent:** Wednesday, February 18, 2015 5:18 AM
**To:** Animesh Dutta
**Subject:** Notice of Allowance, KINWONG trademark

Dear Rishi,

I am contacting you because you are the legal correspondent on a U.S. trademark filing. I work in customer service at Trademarkia.com. I see that you have received a Notice of Allowance for your KINWONG trademark from the United States Trademark office on August 26, 2014. **Congratulations!** This means that the government will give you your trademark if you submit a proof of use that shows that you are currently using your trademark.

Trademarkia can help you **submit the proof of use** for the KINWONG trademark, or file an extension of time if you are currently not using it yet. The government has given you the deadline of February 26, 2015 to respond.

We can help you respond to the government through this link :

http://www.trademarkia.com/trademark_statement
/authorize.aspx?mid=232e41b1-3ff8-4700-99c8-831ef824b1dc&auth=eaf2691EA&seid=3545400&
sid=86170773&em=animeshd@circuitronix.com

Trademarkia is the world's largest trademark website. We are based in Silicon Valley, and are available to answer any questions you have.

Please feel free to give me a call at the number below or email me here and we can answer any questions you may have regarding your trademarks.

Plaintiffs' Trial Exhibit

PX- 028

Defendants-00014265

Kind regards,

William Burnett Cleere

Trademarkia, Inc
customer.Service@trademarkia.com
www.trademarkia.com
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
877-794-9511 (U.S. Toll Free)
+650-390-6400 (U.S. Local/International)

Your privacy is important to us. Read our Privacy Policy to see how we protect it: http://www.trademarkia.com/about-trademarkia/Privacy.aspx

**NOTE:** This is a commercial, public-service notice and advertisement in compliance with federal and state laws. You can quickly opt out of receiving any notices like this one in the future by clicking this link: Unsubscribe >>

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

Defendants-00014266







| | |
|---|---|
| **From:** | Kurt M. Gaensel </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KMGAENSEL> |
| **To:** | Yancheng Cai |
| **CC:** | Wen Wu Jiang; Sunny Kapoor |
| **Sent:** | 10/23/2014 12:45:06 PM |
| **Subject:** | RE: FPC PPAP -- E02701702 |

Yancheng,

Please use Kinwong Shenzen PPAP format for this PPAP.

**From:** Yancheng Cai
**Sent:** Wednesday, October 22, 2014 4:24 AM
**To:** Kurt M. Gaensel
**Cc:** Wen Wu Jiang; Sunny Kapoor
**Subject:** FW: FPC PPAP -- E02701702

Hi Kurt,

Please consider if we need to release another of a small batch to King wong.

You should have learnt that the project is built by Allfavor before , but obviously Lear only approve the factory of King wong.

We will meet a problems if we using other factory PPAP to approve the flex PCB samples, even though till now Allfavor did not submit any PPAP report to us.

We have to create a false PPAP based on other factory , but we are worrying that in case of Lear audit on site, it will come a problem,  as far as we have learnt, this is the 1<sup>st</sup> time to build the flex samples from Lear.

B.R

Yan Cheng Cai

**From:** Meagle Liu
**Sent:** Tuesday, October 21, 2014 05:08 PM
**To:** Yancheng Cai
**Cc:** Dillon Zhen; Mei Penghui; Jianjun Qin; Kurt M. Gaensel; Quotes; Meagle Liu
**Subject:** RE: FPC PPAP format

Dear  Yancheng,

I tried to get from KW system but Mr. Deng refused to provide.

I need more time, I'll try someone else but I'm not sure.

Thank you.

Meagle

**From:** Yancheng Cai
**Sent:** Tuesday, October 21, 2014 4:03 PM
**To:** Meagle Liu
**Cc:** Dillon Zhen; Mei Penghui; Jianjun Qin; Kurt M. Gaensel; Quotes
**Subject:** RE: FPC PPAP format

Meagle,



Plaintiffs' Trial Exhibit
**PX-029**

CONFIDENTIAL

Can you try to collect the control plan and PFMEA from KWLC ?

B.R

Yan Cheng Cai

**From:** Jianjun Qin
**Sent:** Tuesday, October 21, 2014 03:10 PM
**To:** Kurt M. Gaensel; Quotes
**Cc:** Yancheng Cai; Dillon Zhen; Mei Penghui; Meagle Liu
**Subject:** FPC PPAP format

Dear Kurt & Quotes,

Do you have FPC PPAP format? We are preparing the PPAP of E02701702,it is FPC board, but we have no relevant FPC PPAP format.Could you please share us a template?

Thanks!

Best Regards!

Jianjun Qin

CONFIDENTIAL

Defendants-00571139

| From: | wenwuj@circuitronix.com |
|---|---|
| To: | mikec@circuitronix.com |
| CC: | 'Rishi Kukreja'; 'Animesh Dutta' |
| Sent: | 9/8/2005 11:51:05 AM |
| Subject: | Re: KSC Letter of Invitation |
| Attachments: | Invitation letter 4.doc |

Dear Mike,

Enclosed please find the invitation letter from Kinwong. Please let us know should you have any concern.

Regards!

Wenwu Jiang
----- Original Message -----
**From:** Michael Craven
**To:** 'Rishi Kukreja' ; wenwuj@circuitronix.com ; 'Animesh Dutta'
**Sent:** Wednesday, September 07, 2005 7:56 AM
**Subject:** KSC Letter of Invitation

Please add or do a separate letter for the following person.

Need ASAP. Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Eddie Barnes [mailto:ebarnes@cstech-inc.com]
**Sent:** Wednesday, September 07, 2005 6:18 AM
**To:** mikec@circuitronix.com
**Subject:**

Mike,

I hope all is well with you.

I need to request another letter from you. We have added one person to our group, and I need a letter for her. I apologize for the lateness of this but the decision was made Tuesday. Please draft a letter of invitation for:

**Leah Chow – Interpreter /Translator – Passport # 159764398**

Please get this to me as soon as you can. I greatly appreciate your help in this matter.

Thank you,

Eddie

---

Eddie L. Barnes Jr.
*Strategic Sourcing - Electrical Engineer*
**Keihin Carolina System Technology, Inc.**
252-641-6750 ext. 2928

CONFIDENTIAL

Plaintiffs' Trial Exhibit

**PX- 030**

Defendants-00009090

252-908-1272 cell
252-824-1446 fax
ebarnes@cstech-inc.com

CONFIDENTIAL



京 裕 發 展 有 限 公 司
CAPITAL PROFIT DEVELOPMENT LTD.

**DATE:** Sep 7, 2005
**TO:** Circuitronix LLC
**ATTN: Mr.Wenwujiang**

## RE: INVITATION LETTER FOR CHINA FACTORY VISIT

WE CORDIALLY INVITE

Bryan Eric Mills --- SPQ Electrical Engineer(Passport: US 401930570)
Keith Vernon Jordan --- Manager/ Quality(Passport: US 087044524)
Eddie Lloyd Barnes Jr. --- Electrical Engineer/ Strategic Sourcing(Passport: US 403922734)
Mikihiko Osawa --- Coordinator/ Strategic Sourcing (Passport: Japan)
Donald Wayne Rupprecht --- Consultant/ Former AVP(Passport: US 152737090)
Leah Chow -- Interpreter /Translator ( Passport # 159764398)

TO VISIT OUR CHINA FACTORY "KINWONG ELECTRONIC (SHENZHEN) CO., LTD." LOCATED AT No.166 SHUIKU ROAD, TIEGANG VILLAGE, XIXIANG TOWN, BAOAN, SHENZHEN, CHINA ON OCTOBER 6TH, SO THAT WE CAN DISCUSS OUR FUTURE BUSINESS DEVELOPMENT AND PLANS IN DETAILS.

WE ARE LOOKING FORWARD TO SEEING YOU IN THE FORESEEABLE FUTURE!

YOURS SINCERELY,

CHERRY HE
SALES REPRESENTATIVE



CER NO QSC-3224

香港九龍火炭坳背灣街 36 號重盛工業中心 B座 502 室
RM., 502, 5/F., BLOCK B, VERISRONG IND. CENTRE, 36 AU PUI WAN STREET, FO TAN, HONG KONG.
TEL: (852) 2687 2088 (3 Lines)     FAX: (852) 2688 0309
E-MAIL: capital1@netvigator.com

CONFIDENTIAL



京 裕 發 展 有 限 公 司
CAPITAL PROFIT DEVELOPMENT LTD.



香港九龍火炭坳背灣街 36 號豐盛工業中心 B座 502 室
RM., 502, 5/F., BLOCK B, VERISRONG IND. CENTRE, 36 AU PUI WAN STREET, FO TAN, HONG KONG.
TEL: (852) 2687 2086 (3 Lines)        FAX: (852) 2688 0309
E-MAIL: capital1 @netvigator.com

CER NO QSC-3224

CONFIDENTIAL

Defendants-00009093

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | 'Animesh Dutta' |
| **CC:** | 'Mario Orozco'; 'Rishi Kukreja' |
| **Sent:** | 9/16/2005 10:27:17 AM |
| **Subject:** | RE: KSC Survey #2 |

Per a telecom with RK this AM, we should complete the KSC survey I sent you yesterday for Kinwong.

Please advise if questions. Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Thursday, September 15, 2005 2:04 PM
**To:** 'Animesh Dutta'; 'Rishi Kukreja'
**Cc:** 'Mario Orozco'
**Subject:** KSC Survey #2

Please see the attached survey form. From the title of Eddie's mail, I would assume this pertains to the mfg plant and not to Circuitronix. Based on telecom's with Rishi, it is not yet clear which plant we should submit answers for.

Please discuss internally and complete by the requested date. Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Eddie Barnes [mailto:ebarnes@cstech-inc.com]
**Sent:** Thursday, September 15, 2005 1:59 PM
**To:** mikec@circuitronix.com
**Subject:** CHINA PCB MANUFACTURER INFO

Hi Mike,

Please fill this out and return it to us by Thursday 9/22/2005. Thank you!

-Eddie

**From:** Mik Osawa
**Sent:** Tuesday, September 13, 2005 3:52 PM
**To:** Eddie Barnes
**Subject:** CHINA PCB MANUFACTURER INFO

EDDIE-SAN.

PLEASE SEND OUT THIS FORM TO CHINA MANUFACTURER THAT WE VISIT AND ASK THEM RETURN IT TO US BEFORE WE LEAVE FOR CHINA.

THANKS!
MIK-SAN

CONFIDENTIAL



Defendants-00009094

| | |
|---|---|
| **From:** | wenwuj@circuitronix.com |
| **To:** | mikec@circuitronix.com |
| **CC:** | 'Mario Orozco'; 'Rishi Kukreja' |
| **Sent:** | 11/24/2005 8:43:35 AM |
| **Subject:** | FW: FW: GE Fanuc Spec, UL Card, RFQ |
| **Attachments:** | UL(E243951).jpg |

Dear Mike.

Enclosed please find the Kinwong yellow card.

Regards!

Wenwu Jiang

---

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Tuesday, November 22, 2005 6:49 PM
**To:** wenwuj@circuitronix.com
**Cc:** 'Mario Orozco'; 'Rishi Kukreja'
**Subject:** GE Fanuc Spec, UL Card, RFQ

Per RK this AM, we should resubmit Kinwong's UL card to GE Fanuc. If we don't have the required level of approval, we'll simply tell GE that we will resubmit with UL if there is an interest on their part.

Please send me the UL card from Kinwong.

Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

---

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Friday, November 18, 2005 4:54 PM
**To:** 'Rishi Kukreja'; 'wenwuj@circuitronix.com'
**Cc:** 'Mario Orozco'
**Subject:** GE Fanuc Spec, UL Card, RFQ

(Please reference the below mails.)

We submitted Olympics UL card as a prerequisite for consideration at GE Fanuc. It did not have the level of certifications required by GEF and we decided to do some benchmark RFQ's to gauge pricing and interest levels. The plan was for Olympic to resubmit samples to IPC at the needed level if interest was expressed. The level of contact was elevated at GEF, a reduction of suppliers was conducted and a promise of benchmarking "in the future" was rec'd. Today, the manager indicated he will be sending out an "overseas" RFQ around 12/09. He wants to see a copy of our "yellow card" to confirm we meet his requirements.

Keeping in mind that at GE Security we are in the process of redirecting their focus from Olympic to Kinwong, what should I send to GEF? I do not know if the manager will accept "if interested, we'll resubmit to UL" and allow us to participate. Is Kinwong certified to the desired level and should we also switch GEF's focus to KW due to the "GE AVL issue" (involving the European rep) with Olympic?

Seems to me a push with KW might be a "cleaner sale" for us. But they're not GE approved as of yet. I can wait a few days to see how the KW survey goes. but I really need to send this manager something by Wed.

Your thoughts and direction, please.

CONFIDENTIAL

**Plaintiffs' Trial Exhibit**

**PX- 032**

Defendants-00010246

Mike Craven
256-651-3644
fax 305-675-0820

---

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Tuesday, March 22, 2005 2:54 PM
**To:** 'WenWu Jiang'; 'Rishi Kukreja (E-mail)'
**Subject:** GE Fanuc Spec and UL Card

Wen – The beveling tolerance has been opened up per the below mail. No change for the +/- .002 for .036 and .023 diameter holes.

Both – Per the GE Fanuc spec and telecoms with quality, we must be approved to their requirements in section 5.4. Specifically, we must be approved to

.003 min conductor width
.009 min edge thickness
5.0 max unpierced area
274c/15 sec solder limits
130c max operating temp

Olympic must resubmit samples to UL for this specific approval level if we want to do business with this division. (There are a number of reasons for this, but the bottom line is our UL card must reflect the above.)

Please advise if this is something Olympic is willing to do. If so, then I will advise my purchasing contact that we will update our approval levels. I hope that our willingness to do so will allow us to move to the RFQ benchmarking stage.

Waiting to hear, thanks.


Mike Craven
256-651-3644
fax 305-675-0820

---

**From:** Witt, Jack (GE Infrastructure) [mailto:jack.witt@gefanuc.com]
**Sent:** Tuesday, March 22, 2005 8:01 AM
**To:** mikec@circuitronix.com
**Cc:** Pace, Kathy (GE Infrastructure)
**Subject:** RE: Olympic UL Card

A max tolerance of +/-5 degrees will be acceptable. In no case can +/- 5 degrees be exceeded.
Attached is my reply to Kathy on the UL card issure. She may have sent it to you .
See 44A717155 rev 10 sheet 3. item 5.1 and 5.4 for ul requirements.
Thanks

-----Original Message-----
**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Monday, March 21, 2005 2:32 PM
**To:** Witt, Jack (GE Infrastructure)
**Cc:** Pace, Kathy (GE Infrastructure)
**Subject:** FW: Olympic UL Card

Hello Jack. Kathy asked that I forward my reply re: UL card directly to you and cc her. I would appreciate your feedback to the mail below.

We also have a question pending re: the spec. I am posting my response from 1/16 below in the event you did not get a forward from Kathy.

"The tolerance on the beveling is +/- 2 degrees. We would like +/- 5 degrees. Is this acceptable?

CONFIDENTIAL

Defendants-00010247

Where did you find +/- 2 degrees on beveling? Please send location. Jw"
The +/- 2 degrees is called out in table 5.19.1

Please let me know, thanks.


Mike Craven
256-651-3644
fax 305-675-0820

Defendants-00010248

ZPMV2                    July 26, 2004
Wiring, Printed - Component
KINWONG ELECTRONIC (SHENZHEN) CO LTD                    E243951
166 SHUIKU RD TIEGANG VILLAGE, XIXIANG TOWN
SHENZHEN, BAO'AN, GUANGDONG 518102 CHINA

| Type | Card Width Min. min(in) | Max Inter min(in) | Cord Tkk micml(il) | SN DN | Max Area Dian gm(il) | Solder Limits C | sec | Max Oper Temp C | Flam Class | Min+t CTI+s DSR | C T I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metal-based single-sided printed wiring boards. | | | | | | | | | | | |
| o | 0.33(013)8.94(035)9.03(35.9) | | | S8 | 50.8(2.0) | 265 | 25 | 120 | V-0 | — | — |
| Multilayer printed wiring boards | | | | | | | | | | | |
| o* | 11.6(60) 23. 15(0.66) | 170(67) | DS | 25.4(1.0) | 288 | 35 | 130 | V-0 | All | — |
| Single layer printed wiring boards. | | | | | | | | | | | |
| 1* | 0.15(6) 9CR 35(0.013) | 170(67) | DS | 25.4(1.0) | 240 | 55 | 105 | V-0 | All | — |
| 2* | 0.13(0.85) 26.45(0.54) | 364(54) | NS | 25.4(1.0) | 260 | 10 | 105 | HB | All | — |
| 3* | 0.13(005) 40(0.016) | 364(54) | DS | 21.8(1.0) | 260 | 10 | 130 | V-0 | All | — |
| 4* | 0.15(005) 46(0.018) | 343(34) | 38 | 21.8(1.0) | 260 | 10 | 150 | V-0 | All | — |
| 5* | 0.50(020) 1.65(025) | 270(53) | DS | 50.8(2.0) | 260 | 20 | 130 | V-0 | UI | — |
| 6* | 0.60-0.75 74(025) | 540(34) | DS | 25.4(1.0) | 260 | 10 | 105 | V-0 | All | — |

* - CTI PLC is marked on individual board.

2/9/2005           Underwriters Laboratories Inc.           Card 1 of 2 *

---

ZPMV2                    July 26, 2004
Wiring, Printed - Component
KINWONG ELECTRONIC (SHENZHEN) CO LTD                    E243951

Marking: Company name or tradename "CP" or trademark Ⓒ, and type designation.
May be followed by a suffix to denote factory identification.

See General Information Preceding These Recognitions
For use only in equipment where the acceptability of the combination is determined by
Underwriters Laboratories Inc.

2/9/2005           Underwriters Laboratories Inc.           Card 2 of 2

CONFIDENTIAL

Defendants-00010249

| | |
|---|---|
| **From:** | wenwuj@circuitronix.com |
| **To:** | mikec@circuitronix.com; rishik@circuitronix.com |
| **Sent:** | 12/7/2005 10:30:56 PM |
| **Subject:** | RE: GE Fanuc, UL Card |
| **Attachments:** | UL(E243951).jpg |

Dear Mike,

The min conductor width 0.002 and  min edge 0.006 for multilayer (including double sided) board on our UL card. It meet customer requirement of  "min conductor width 0.003

min edge 0.009".  We don't think this requirement should  apply to single sided board as well.

Regards!

Wenwu Jiang

---

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Wednesday, December 07, 2005 8:01 AM
**To:** rishik@circuitronix.com; wenwuj@circuitronix.com
**Subject:** GE Fanuc, UL Card

Wen – Please review below UL parameters and advise if you agree with GEF's findings.

Rishi – Please review below mails and advise if we want to ask KW to resubmit to UL. Account spends $5M on about 160 PN's, $2M already sourced offshore and manager says $1M more needs to be switched to offshore.

Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Clatterbuck, Mike (GE Infrastructure) [mailto:Mike.Clatterbuck@gefanuc.com]
**Sent:** Wednesday, December 07, 2005 6:50 AM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix, UL Card

Michael,

I can only quote approved UL sources.  Sorry...  If I include un-approved it will sway the end results....
-----Original Message-----
**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Tuesday, December 06, 2005 7:34 PM
**To:** Clatterbuck, Mike (GE Infrastructure)
**Subject:** RE: Circuitronix, UL Card

Plaintiffs' Trial Exhibit

**PX- 033**

Defendants-00010250

Hi Mike, thanks for the feedback.

Wow. I need to get someone to explain this UL stuff to me. I thought we exceeded the requirements on the 1st 2 items referenced below and were only hanging out on the Max unpierced area. I know just the person who can unravel the mystery for me, I'll try to catch him later this week.

In any case, we would be more than happy to submit to UL for any deficiencies. I have spoken to our folks about this aspect of UL before and it sounds like it is just a formality.

It was our hopes to get some feedback from a GEF RFQ before initiating that process. (If you recall, the feedback we rec'd from Kathy on our initial RFQ was largely favorable. But there were significant inconsistencies in "target USP's" that made us question the data/feedback provided by GEF at the time.)

That being said, I would like to ask if you would be kind enough to include us in your RFQ with this footnote in mind.

Please let me know your comments, thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Clatterbuck, Mike (GE Infrastructure) [mailto:Mike.Clatterbuck@gefanuc.com]
**Sent:** Tuesday, December 06, 2005 2:29 PM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix, UL Card

Michael,

I had our QC review your UL card.  His comments are as follows:


Circuitronix does not meet the GE Fanuc PWB requirement in the following area's.

min conductor width 0.003

min edge 0.009

Max Unpierced area 3.0 in

The solder limits temperature will be changed from 274c/15 sec to 260c/10 sec or greater.

This change will put us within the industrial standard.

-----Original Message-----
**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Monday, November 28, 2005 9:22 AM
**To:** Clatterbuck, Mike (GE Infrastructure)
**Subject:** Circuitronix, UL Card

Good morning Mike.

Please find our UL card attached. If I understand the requirement (and certifications) correctly, we meet your specification on all counts except for the max unpierced area. I must say, however, that "UL card lingo" s not my area of expertise. So please have your resident experts confirm this if you would.

If this is a critical issue for GEF, we will be more than happy to resubmit to UL (for any certifications that are lacking) assume there is an interest in moving forward with the relationship. I believe the Dec RFQ that you mentioned would be a leading indicator as to whether or not this is in our mutual best interest. I'm betting that it is.

I'll follow up with you later today/tomorrow for your comments and feedback.

Thanks.

CONFIDENTIAL

Defendants-00010251

Mike Craven
256-651-3644
fax 305-675-0820

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Thursday, November 24, 2005 7:44 AM
**To:** mikec@circuitronix.com
**Cc:** 'Mario Orozco'; 'Rishi Kukreja'
**Subject:** FW: FW: GE Fanuc Spec, UL Card, RFQ

Dear Mike,


Enclosed please find the Kinwong yellow card.


Regards!

Wenwu Jiang

CONFIDENTIAL

Defendants-00010252

ZPMV2                           July 26, 2004

Wiring, Printed - Component

KINWONG ELECTRONIC (SHENZHEN) CO LTD                    E243951
166 SHUKU RD TIEGANG VILLAGE, XINIANG TOWN
SHENZHEN, BAO'AN, GUANGDONG 518102 CHINA

| Type | Card Width | | | SS DS | Max Area Diam (mm²) | Solder Limits | | Max Oper Temp | Flamr Class | Mears UL2% DSR | C T I |
| | Min. (mm⁻¹) | Min Tolr (mm⁻¹) | Cntd Thk (mm⁻¹) | | | C° | s/s | C° | | | |
| Metal-based single-sided printed wiring boards. | | | | | | | | | | | |
| * | 0.15/0.12 | 0.05/0.15 | 0.07/0.05 | SS | 50.8/2.0 | 288 | 20 | 120 | V-0 | | |
| Multilayer printed wiring boards. | | | | | | | | | | | |
| * | 0.05/0.028 | 0.05/0.06 | 0.20/0.2 | DS | 25.4/1.0 | 288 | 20 | 120 | V-0 | SB | |
| Single layer printed wiring boards. | | | | | | | | | | | |
| 1* | 0.16/0.028 | 0.50/0.15 | 0.70/0.7 | DS | 25.4/1.0 | 260 | 20 | 105 | V-0 | SB | |
| 2* | 0.15/0.058 | 0.50/0.06 | 5.0/1.50 | SS | 25.4/1.0 | 260 | 10 | 105 | HB | SB | |
| 3* | 0.13/0.06 | 0.46/0.16 | 5.0/1.50 | DS | 25.4/1.0 | 260 | 10 | 130 | V-0 | SB | |
| 4* | 0.15/0.06 | 0.60/0.06 | 5.0/1.50 | SS | 25.4/1.0 | 260 | 10 | 130 | V-0 | SB | |
| 5* | 0.05/0.028 | 1.80/0.07 | 1.20/1.6 | DS | 50.8/2.0 | 288 | 20 | 130 | V-0 | SB | |
| 6* | 0.50/0.28 | 5.0/0.03 | 5.0/1.50 | DS | 25.8/1.0 | 260 | 10 | 130 | V-0 | SB | |

*   CTI PLC is marked on individual board.

2/9/2005            Underwriters Laboratories Inc.            Card 1 of 2

----

ZPMV2                           July 26, 2004

Wiring, Printed - Component

KINWONG ELECTRONIC (SHENZHEN) CO LTD                    E243951

Marking: Company name or trademark "CP" or trademark ⓒ and type designation.
May be followed by a suffix to denote factory identification.

See General Information Preceding These Recognitions
For use only in equipment where the acceptability of the combination is determined by
Underwriters Laboratories Inc.

2/9/2005            Underwriters Laboratories Inc.            Card 2 of 2

CONFIDENTIAL                                          Defendants-00010253

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | wenwuj@circuitronix.com |
| **CC:** | 'Rishi Kukreja'; 'Mario Orozco' |
| **Sent:** | 3/9/2006 2:43:34 PM |
| **Subject:** | Peavey, ROHSFW: Board Information |

Please see the below request. We have already passed on a UL # E243951
(Kinwong) to Peavey. So I assume we'll simply pass on the matching info.

Please advise.

Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

-----Original Message-----
From: Dan Sollie [mailto:dsollie@peavey.com]
Sent: Thursday, March 09, 2006 1:12 PM
To: Dan Sollie
Cc: Keith Varner
Subject: Board Information

We have to do a test board to ensure our PCB vendor's circuit boards
will adhere to the increased temperature required for Pb Free circuit
board manufacturing.

Please copy your response to Keith Varner, kvarner@peavey.com

If you don't respond to this, it could prevent us from ordering boards
from you.

We need to get some information from each of our current vendors as
well as a recent copy of their UL PWB cards.

Questions;
1) Minimum width conductor of configuration specified by the
fabricator.
2) Maximum diameter unpierced circular conductor that the vendor is
approved to fabricate.
3) Minimum edge conductor width the fabricator is approved to produce.
4) Minimum width conductor they are approved to fabricate.
5) Maximum width conductor they are approved to fabricate.


Thanks,
Dan Sollie
Assistant Purchasing Manager
Ph. 601-486-1230
Fax 972-892-9008
email - dsollie@peavey.com

ATTORNEYS' EYES ONLY

Plaintiffs' Trial Exhibit

**PX-034**

endants-00096005

| From: | Michael Craven <mikec@circuitronix.com> |
|---|---|
| To: | 'Rishi Kukreja' |
| CC: | 'Mario Orozco'; wenwuj@circuitronix.com; 'Animesh Dutta' |
| Sent: | 1/30/2006 5:17:01 PM |
| Subject: | Denso, Requesting Presentation Material |
| Attachments: | supplier survey-Denso.doc |

Denso's assistant purchasing manager has indicated that he would like to add 1 supplier to his AVL for 2006. He is talking with about 4 suppliers at present. CTX being one of them. He has asked for an updated presentation file. This request is compounded by the following.

3/25/05 - We initially sent the CTX presentation with the Glory Faith info blended into it, (Sales '02 – $2.5M. '03 – $15.5M, '04 – $60M).

8/19/05 – We sent a generic org chart, equipment list ppt (4 pages listing equipment, 5 pages showing photos) and the attached supplier survey. I believe this was for Kinwong, showing Xixiang, and sales of '02 - $8.5M, '03 - $11.5M, '04 - $20M. '05 - $25M.

Steve indicated the "brochures" he had went on a one way trip to Japan about a month ago, he wants the latest. (But please note he probably has all of the info in soft copy sitting on his machine.) Last we spoke, you were looking for an opportunity to solidly point them towards Kinwong. This may be it. (FYI, account is 2 – 4 layer, $10M spend, heavy control from Japan, starters, alternators, instrument clusters.) Steve believes they use NanYa laminate and he is interested in the amount of auto business we do, our Japanese customer base and our certifications.

I have a nice KW presentation file (KW referenced in the QS, ISO certs and UL membership sections) that was prepared on 9/30. Please advise if I should forward it or wait for a revision that highlights the TS16949 approval and auto customers.

Waiting to hear, thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Friday, August 19, 2005 2:41 PM
**To:** 'steve_davis@denso-diam.com'
**Cc:** 'lashelle_hamilton@denso-diam.com'
**Subject:** Circuitronix Supplier Survey

Hi Steve.

I hope life has been treating you well in the past few weeks.

Per our last telecom, please find a completed Denso supplier survey, equipment list and org chart attached for your review. Additional information of possible interest follows.

The plant is QS 9000 and ISO 9001 certified.
Preparations for TS 16949 certification are underway; we hope to have this approval by Q4 of this year.
We do some work for Japanese customers at present, but in all fairness this is a relatively minor portion of our sales.

I hope you have the time to review our package over the next week or two (and that Lashelle returns soon). I'll give you a call within the next 1 – 1 ½ weeks for your comments. In the interim, please let me know if you have any questions that need to be addressed before then.

Thanks and have a great weekend!

Mike Craven
256-651-3644
fax 305-675-0820

CONFIDENTIAL



Plaintiffs' Trial Exhibit

PX- 035

Defendants-00000991

Survey Date: 2005/7/5

GENERAL INFORMATION:

Company Name: CIRCUITRONIX.LLC

    Parent Company (list ownership percentage):

    Company Est: July 2000    Ownership: Private

Venture/Transplant

    Main Address (include street): 201 South Biscayne Boulevard,Suite #2858 Miami,FL 33131


Telephone: 305-913-1338; Fax: 305-468-3943

Manufacturing Address (include street): No.166 Shuiku Road, Tiegang Village, Xixiang Town,

Baoan, Shenzhen, China

Telephone: 305-913-1338 Fax: 305-468-3943

Remit to Address (include street): 201 South Biscayne Boulevard, Suite 2856, Miami, FL   33131

Telephone: 305-913-1779;   Fax: 305-913-6454


MINORITY / MAJORITY STATUS:

Indicate Classification: Majority:__ _ Minority:_____. If Minority, specify classification, certifying

council, & attach certification:_____


CONTACT PERSONS:

Outside Sales: Michael Craven                    Phone: 256-651-3644

Title: Business Development Manager Fax: 305-675-0820

    Inside Sales: Mario A. Orozco                    Phone: 305-913-1797

        Title: Inside Sales                    Fax: 305-675-0820

    Quality Control:  Mr.Liqiang            Phone:

      Title: Quality Manager            Fax:

    Production Control: Mr.Zhuhong            Phone:

        Title: President Assistant            Fax:

    Engineering: Mr.Liuzhiyong            Phone:

        Title: General Engineer            Fax:

    Accounting: Mr. Zhuo            Phone:

      Title: Director            Fax:

    After Hours Contact: Rishi Kukreja            Phone:305-331-8581

        Title: VP (Marketing & Sales)            Fax:305-468-3943


1/5

SENIOR MANAGEMENT:

Attach current organization chart.

President: Mr.Liushaobo

Plant Manager: Mr.Jiangweirong

Officers: Mr.Wanghuazhan

Recent Management Changes:

PERSONNEL:

Number of Employees: ___1200___ Associates:_____ Engineering: 100_____ Office:

Shifts per Day:_____2_____ Days per Week: 5

Union Affiliation Name:_____ Local: _____ Contract Expiration Date: 1year

Do you have a strike agreement?  Yes/No Conditions: No

Strike History: Date, Duration and reason for previous labor disputes: No.

Employment Levels (past three years): 2003 850people____ 2004 1000 people_____ 2005 1200people

PRODUCT INFORMATION:

Type of Manufacture: Electronic

Secondary Capability:

Main products: PCB

Production Capacity Available: ___19___ %  Limitations:

SALES /FINANCIAL:

Attach Annual Report and Financial Statement (if available).

Annual sales: 2002 $8.5M_____, 2003 $11.5M_____ , 2004 $20M_____

Forecast:      2005 $25M_____.

Major Customers:

1. ___Emerson_____      15_____% of Sales  Quality Awards:

   Contact Name: _____ Telephone:(___)

2. __KAIFA_____      10_____% of Sales  Quality Awards:

   Contact Name: _____ Telephone:(___)

3. __TCL_____      10___% of Sales  Quality Awards:

   Contact Name: _____ Telephone:(___)

2/5

CONFIDENTIAL

Defendants-00000993

SALES /FINANCIAL:

Sales to Automotive Industry: ___5___%     Direct: _____3%_____     Indirect: 2%

Business with Denso Group Companies:

Business with International Companies?  Current/Past   Company Name(s): Emerson

FACILITIES:

Structure, Type:

Total Square Feet: 602,560   Production : 451,920     Administrative:150,640

Age of Building: 2years    Condition: Good

Expansion Plans: We have already expanded factory area to 30000M.sq only for floor area and will put into production in the coming months.

EQUIPMENT

Attach equipment list and available capacity of each.

| Tooling: | 100 | %inside | 0 | %outside | 100 | %inside | 0 | %outside |
|---|---|---|---|---|---|---|---|---|
| Design | ___100%_____ | | _____ | Repair | 100%_____ | | _____ |
| Build | ___100%_____ | | _____ | Maintain | __100%_____ | | _____ |

Short/Long term plans for equipment replacement:

Do you have prototype capabilities?     Yes, we have

Do you have CAD and/or CAM?     Yes, we have.

QUALITY INFORMATION:

Attach list of lab and inspection equipment.

Number of Quality Control Employees: ___230___  Lab:___10____  Inspection: _207_____

Hours of required SPC Training: QC: 24 h;  Machine Operators: 8 h;  Tool Room: 8 h

Plans for continuous education:

Do you have a written manual of Q.C. policies and procedures for all phases of operation? **Yes**/No

Do you perform Q.C. audits at you supplier's facilities? **Yes**/No

Are all incoming materials, parts, and assemblies inspected/tested?  **100%** / Spot / No

Do you control and segregate defective material? **Yes**/No

Do you evaluate cause of defective materials? **Yes**/No

Do you have a corrective action procedure? **Yes**/No

CONFIDENTIAL

Defendants-00000994

Do you have lot/run traceability? **Yes**/No

Rejection rate: Internal:_____5_____% Returned goods___0.2_____%

Do you have raw material testing equipment? **Yes**/No  Describe:

QUALITY INFORMATION:

Do you have environmental test equipment?  **Yes**/No Describe:

Do you have functional testing equipment for parts, sub-assemblies and assemblies?  **Yes**/No

Describe:

List outside test facilities and capabilitie

Name  E-tester          Address  Hongkong                    Type MV-300-8K

DELIVERY:

JIT Delivery: Currently using : **Yes**/No      Capable: **Yes**/No

Company Trucks:  Number Type:  Age:

Major Motor Freight Line:

Major Air Freight Line:                  Nearest airport: Shenzhen Airport

On-Time Rating to Customers: 95%      From Suppliers: 100%

MISCELLANEOUS INFORMATION:

Are you a Minority Supplier? Yes/**No** Classification:_____(Attach Minority Certification)

Do you have a Minority Supplier Program?  Yes/**No**

Continuity of Supply: Is additional manufacturing facility available of association with similar

manufacturer?: (RE: transfer of tools due to strike, disaster, capacity, etc.)**Yes**

Bar Coding Available? **Yes**/No

Do you have experience with returnable packaging? **Yes**/No

Do you have EDI capability?  **Yes**/No

What is your safety record for the past three years?

SURVEY COMPLETED BY:

4/5

CONFIDENTIAL

Defendants-00000995

Name:___ Miss Tianyi _____Title:___ Engineer _____Dept:_____ Quality Dept

Name:_____ Miss Leihauyan _____Title:___ Suppervisor ____Dept:_ Human Resource Dept

Name:_____ Mr.Simon _____Title:_ Manager _____Dept:Marketing Dept

---

### DENSO MANUFACTURING TENNESSEE, INC. EVALUATION

Overall Comments:

Dunn & Bradstreet Number:_____ Dunn & Bradstreet Rating:

Workman's Compensation Experience Modifier:

Overall Rating:     (1) Excellent     (2) Good   (3) Average  (4) Poor    (5) Unacceptable

Evaluated by:

Title:

Date:

5/5

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | 'Rishi Kukreja' |
| **Sent:** | 1/31/2006 6:10:28 PM |
| **Subject:** | KW |
| **Attachments:** | CTX_KW.pdf |

Mike Craven
256-651-3644
fax 305-675-0820



CONFIDENTIAL

Defendants-00009642





CONFIDENTIAL

Defendants-00009643

# A Quality Oriented Global Team





**ISO 14000 certified**





**circuitronix**

CONFIDENTIAL

# Contents

| | Description | Page |
|---|---|---|
| 1. | Company & Factory Location | 1-2 |
| 2. | Historic Milestones | 3 |
| 3. | Company Information | 4 |
| 4. | Resource Plans | 5 |
| 5. | Factory Layout– 1st Floor to 3rd Floor | 6-8 |
| 6. | Capacity Management | 9 |
| 7. | Organizational Structure | 10 |
| 8. | Technological Capabilities | 11-14 |
| 9. | Quality Orientation and Certifications | 15 |
| 10. | Quality Control System | 16 |
| 11. | Quality Policy | 17 |
| 12. | Spc Control | 18 |
| 13. | HR Policies and Management | 19 |
| 14. | Delivery Schedules | 20 |
| 15. | Specifications  (Laminates) | 21 |
| 16. | Production Capacity (Normal PCBs) | 22 |





CONFIDENTIAL

# Contents

| | Description | Page |
|---|---|---|
| 17. | Production Capacity (Aluminum / Flexible PCBs) | 23 |
| 18. | Major Customers | 24-25 |
| 19. | Infrastructure and Equipment | 26-28 |
| 20. | Factory Infrastructure | 29-33 |
| 21. | ISO-9001 : 2000 Certification | 34 |
| 22. | QS-9000 Certification | 35 |
| 23. | ISO 14001:1996 | 36 |
| 24. | SGS  Report | 37-38 |
| 25. | IPC Membership and Certification | 39 |
| 26. | UL Approval | 40 |





CONFIDENTIAL

## Company & Factory Location (1/2)

**China Factory**

**No.166 Shuiku Road, Tiegang Village,**

**Xixiang Town, Baoan, Shenzhen, China**




**circuitronix**

1



FIDENTIAL



Company & Factory Location (2/2)

Defendants-00009648



'DENTIAL

## Company Information

• Company Established in March 1993

• Moved to New Factory in Shenzhen (China), with new facilities in March 2003

• Paid-up Capital in HKD 50 million

• Factory GFA : 30,000 sqm



• Factory Head Count : 1500

• Factory  Built up Area : 30,000 sq metres or 300,000 sq feet

• Factory Strengths : -   100% processes done in-house
  - Clean Room Facilities
  - Automatic Plating Lines

4





CONFIDENTIAL

Defendants-00009650

# Resource Plans

- **Aim to increase quality and spc policy control**

- **Employees Training Plan**





'IDENTIAL

# Factory Layout- 1st Floor





**circuitronix**

CONFIDENTIAL

## Factory Layout - 2nd Floor





**circuitronix**

CONFIDENTIAL

# Factory Layout -  3rd Floor



circuitronix

CONFIDENTIAL

Defendants-00009654

## Capacity Management

Fundamental Premise : 70% capacity / 30% standing extra capacity
Unit  :  Square Feet

|  | 2003 | 2004 | 2005 | TARGET 2006 | TARGET 2007 |
|---|---|---|---|---|---|
| Double Sided | 160,000 | 280,000 | 330,000 | 360,000 | 400,000 |
| Multi-layer | 20,000 | 120, 000 | 220,000 | 300,000 | 400,000 |
| Aluminum-backed board | 5,000 | 30,000 | 80,000 | 180,000 | 300,000 |
| Special Lay-up Boards | 2,000 | 6,000 | 8,000 | 10,000 | 20,000 |
| Blind vias PCB | \ | 1,000 | 3,000 | 6,000 | 10,000 |
| FPC | 5,000 | 10,000 | 20,000 | 30,000 | 40,000 |

9





Defendants-00009655



Defendants-00009656

## Technological Capabilities (1/4)

**As of May 2004**

1.  Number of Layers : Double Side PCB,  Multi-layer PCB, up to 10 layers

2.  Max. Unit Area : Double Side & Multi-layer  -  630mm × 530mm

3.  Material Capabilities : FR-4,  CEM-3, CEM-1 、 Aluminum-backed High Frequency

4.  Line Width/Spacing : Au (0.1mm) 、  Sn/HAL (0.127mm)

5.  Finished PTH Hole Size : Minimum hole: 0.2mm

6.  Impedance Control : ± 10%

7.  Finishing : Gold plating,  Tin plating panel, HAL (Hot Air Leveling), Peelable Solder Mask, FPC

11



**circuitronix**

Defendants-00009657

## Technological Capabilities (2/4)

8.   CNC V-Cut            : Degree       - 30 degree,  35degree,  45degree
                            Depth        - Panel's thickness: 1/3
                            Minimum size - 100mm×150mm

9.   Profiling            : Punching, NC Routing

10.  Board thickness      : 0.4mm — 3.4mm

11.  Copper foil thickness : 12 μ 、 18μ 、 35μ 、 70μ 、 105 μ 、 140 μ 、 175 μ

12.  Coating of the hole side : Minimum hole 0.2mm,  board thickness/drilling
                            hole <  or = 6, Copper foil thickness
                            15~50microm

13.  Conductor width      : Maximum conductor width: gold plating board:
                            0.10mm, Solder plating board: 0.13mm

14.  Spacing of the conductor : Minimum spacing of the conductor : gold plating
                            board: 0.10mm Solder plating board 0.127mm

12



circuitronix

Defendants-00009658

## Technological Capabilities (3/4)

15.  Tolerance of conductor width : 1/2 oz solder coating board: 0.03mm,
1 oz solder coating board ±0.04mm,
2 oz solder coating board: ±0.06mm,
1/2 oz gold coating board ±0.02mm,
1 oz gold coating board ±0.02mm.

16.  Routing : Minimum distance line to the edge : 0.15mm,
Minimum distance hole to the edge : 0.2mm,
Minimum outline tolerance : ±0.10mm

17.  Punching : Minimum hole diameter : 1.5mm
Maximum panel : 300mm×300mm
Minimum distance hole to the edge : 2.0mm
Minimum distance line to the edge : 1.0mm
Minimum outline tolerance :   -
Panel's thickness: 0.51~1.00mm ±0.15mm
 > 1.00mm ± 0.20mm

18.  Socket's chamfer : Degree : 30, 45, 60;  Depth:1－3mm

13



**circuitronix**

CONFIDENTIAL

## Technological Capabilities (4/4)

19.   On-off test

: Maximum test area：400mm×300mm
Maximum test point：6000 points
Highest test voltage：300 Volts
Maximum insulation resistance：100M Ohms





14



CONFIDENTIAL

Defendants-00009660

## Quality Orientation and Certifications

**Certification**



- ISO 9001, 2000 version

- QS 9000 Certified

- IPC Standards and IPC Member

- UL Approved Facilities : Single, Double, Multi-layer PCB

- ISO 14000, achieved in December 2004

15





CONFIDENTIAL

Defendants-00009661

# Quality Control System



- Incoming Quality Check

- In-Process Quality Check

- Process Control Auditing – Station to Station

- 100% Electrical Testing

- 100% Final Inspection (For Cosmetic)

- Pre-shipment Audit

16





CONFIDENTIAL

## Quality Policy



We strive to continuously improve and manufacture the best products
and
Our aim is to satisfy our customers with the best quality and service

17





CONFIDENTIAL



SPC Control

提旺电子(深圳)有限公司

管制图编号:031201

X−R 管制图

| 工序名称 | FQA | | | | | 规　格 | 标　准 | 子组大小 | 管　制 | X̄ 图 | R 图 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 管制项目 | 板厚 | | | | | 上限 USL | 1.75 | 5 | 上限UCL | 1.68 | 0.10 |
| 设　备 | 千分尺/卡尺 | | | | | 中心限 CL | 1.60 | 子组数大小 | 中心限 CL | 1.65 | 0.05 |
| 抽样频率 | 1次/批 | | | | | 下限 LSL | 1.45 | 31 | 下限 LCL | 1.62 | 0.00 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 样 | X 1 | 1.64 | 1.67 | 1.65 | 1.68 | 1.67 | 1.65 | 1.68 | 1.65 | 1.65 | 1.62 | 1.64 | 1.65 | 1.63 | 1.68 | 1.64 | 1.62 | 1.62 | 1.65 |
| 本 | X 2 | 1.65 | 1.65 | 1.64 | 1.62 | 1.65 | 1.68 | 1.64 | 1.66 | 1.62 | 1.64 | 1.67 | 1.62 | 1.68 | 1.65 | 1.67 | 1.67 | 1.63 | 1.66 |
| 测 | X 3 | 1.62 | 1.66 | 1.67 | 1.63 | 1.68 | 1.63 | 1.67 | 1.68 | 1.67 | 1.68 | 1.65 | 1.65 | 1.65 | 1.66 | 1.64 | 1.68 | 1.63 | 1.67 |
| 定 | X 4 | 1.63 | 1.65 | 1.63 | 1.64 | 1.66 | 1.63 | 1.67 | 1.63 | 1.66 | 1.63 | 1.63 | 1.63 | 1.64 | 1.63 | 1.63 | 1.68 | 1.65 | 1.62 |
| 值 | X 5 | 1.67 | 1.64 | 1.65 | 1.64 | 1.65 | 1.64 | 1.66 | 1.65 | 1.64 | 1.64 | 1.66 | 1.64 | 1.62 | 1.66 | 1.64 | 1.65 | 1.64 | 1.63 |
| | X 6 | | | | | | | | | | | | | | | | | | |
| | X 7 | | | | | | | | | | | | | | | | | | |
| | X 8 | | | | | | | | | | | | | | | | | | |
| | X 9 | | | | | | | | | | | | | | | | | | |
| | X10 | | | | | | | | | | | | | | | | | | |
| | Σ X | 8.21 | 8.27 | 8.24 | 8.21 | 8.31 | 8.23 | 8.32 | 8.27 | 8.24 | 8.21 | 8.25 | 8.19 | 8.22 | 8.27 | 8.22 | 8.30 | 8.17 | 8.23 |
| | X̄ | 1.64 | 1.65 | 1.65 | 1.64 | 1.66 | 1.65 | 1.66 | 1.65 | 1.65 | 1.64 | 1.65 | 1.64 | 1.64 | 1.65 | 1.64 | 1.66 | 1.63 | 1.65 |
| | R | 0.05 | 0.03 | 0.04 | 0.06 | 0.03 | 0.05 | 0.04 | 0.05 | 0.05 | 0.06 | 0.04 | 0.03 | 0.06 | 0.05 | 0.04 | 0.06 | 0.03 | 0.05 |

原因分析:

circuitronix

18

CONFIDENTIAL

Defendants-00009664

# HR Policies and Management

**Company Culture**

- Create an attitude focused on Quality

- Hire and Retain the right people

- Be driven and ensure projects are boot strapped

- Provide development opportunities to the right personnel

**Processes & Methods:**

- Training on core competency / specific job knowledge

- Training on safety, handling and housekeeping

- Certification of specific tasks

- Incentives and Penalty

19





# Delivery Schedules

## Sample (Days)

|  | | Routing Sample | Tooling Sample |
|---|---|---|---|
| Double side | : | 4~6 | 14 |
| Multi-layer | : | 7~10 | 14 |
| Aluminum PCBs | : | 14 | 18 |
| Flexible PCBs | : | 14 | 18 |

## Mass Production

| Double side | 2 weeks |
|---|---|
| Multi-layer | 3 weeks |
| Aluminum PCBs | 3 weeks |
| Flexible PCBs | 3 weeks |

20





CONFIDENTIAL

Defendants-00009666

## Specifications (Laminates)

- Laminates Available：FR-4, CEM-3, CEM-1、Aluminum-backed 、High Frequency

- Thickness：0.2mm~3.2mm  Normal:2.0mm、1.6mm、1.2mm 、1.0mm 、0.8mm

- Copper：0.5OZ~4OZ

- Supplier：-

| | | | |
|---|---|---|---|
| (a) | For FR-4 | : | Sheng Yi, King Board, Nan Ya |
| (b) | For CEM-1 & CEM 3 | : | Sheng Yi, King Board |
| (c) | For Aluminum-backed | : | Berquist, Totking |
| (d) | For High Frequency : | | Sheng Yi |
| (e) | For UV Cure | : | Tamura, Chang Xing ( * Available colour :Green) Solder for Single Side |
| (f) | For Liquid Photo | : | Tao Yang, Chuan Yu ( * Available colours : White,      Imaginable Solder Yellow, Red, Blue, Green, Black) Resist (Wet Film) |

21



**circuitronix**



Defendants-00009668



CONFIDENTIAL

Defendants-00009669

# Major Customers (1/2)

| Company | Type of End-Products | End Customer |
|---|---|---|
| Mingyu | Metering Devices (Automobile) | GM<br>Ford<br>Chrysler |
| Radio Shack | Communication | Motorola, Radio Shack |
| Magnetek | Power | Magnetek |
| Emerson | Network Power, Thermal Products | AL PCBs, Emerson |
| AOC | TFT, LCD/CTR Monitor | Dell, IBM, Sony, Siemens, AOC, BOE, Envision |

24





CONFIDENTIAL







Defendants-00009671

## Infrastructure and Equipment (1/3)

| Process | Quantity | Equipment |
|---|---|---|
| Drill | 15 | CNC drilling machine |
| Inner-layer processing | 1<br>1 | Inner layer Pre-treatment<br>Inner layer Etching line |
| Electric plating | 2<br>1<br>2 | PTH line<br>Automation plating (copper )<br>Automation plating (Tin) |
| Etching | 2 | Etching line |
| Dry film | 2<br>4 | Developing line of Dry film<br>Exposure machine |

26





CONFIDENTIAL

Defendants-00009672

## Infrastructure and Equipment(2/3)

| Process | Quantity | Equipment |
|---|---|---|
| Solder mask | 12 | Screen machine |
| | 4 | Exposure machine |
| | 2 | Developing line of Solder mask |
| | 3 | Ovens |
| Surface Treatment | 1 | Electroplating gold line |
| | 1 | Immersion gold line |
| | 1 | Organic solder protection, Entek |
| | 1 | Hot air leveling, HAL |
| Routing | 3 | Gold fingers chamfer machine |
| | 3 | CNC routing machine |
| | 1 | V-score |
| | 1 | Cleaning machine |

27





CONFIDENTIAL

## Infrastructure and Equipment (3/3)

| Process | Quantity | Equipment |
|---|---|---|
| E-test | 14<br>1 | Open / Short tester<br>Flying probe tester |
| I Q C | 1 | Copper thickness measuring equipment |
| Surface treatment | 1<br>1<br>1 | X-ray Inspection Scope<br>Microsectioning Microscope<br>Hole Copper thickness Inspection Scope |
| FQC | 1<br>20 | High voltage tester<br>Microscope |

28



circuitronix

CONFIDENTIAL

## Factory Infrastructure (1/5)



CNC Drilling Machine



CNC Routing Machine

29



circuitronix

CONFIDENTIAL

Defendants-00009675

# Factory Infrastructure (2/5)



Programmable Cu/Sn Plating Line



E-Test Machine

30



**circuitronix**

CONFIDENTIAL

# Factory Infrastructure (3/5)





Multi-layer Lamination

AOI System

31



circuitronix

## Factory Infrastructure (4/5)



CNC V-cut Machine



Flying Probe Tester

32



circuitronix

CONFIDENTIAL

## Factory Infrastructure (5/5)



Automated Screening Machine



Conveyor Oven

33



circuitronix

CONFIDENTIAL

Defendants-00009679



## ISO - 9001 : 2000 Certification



# DET NORSKE VERITAS
# MANAGEMENT SYSTEM CERTIFICATE

Certificate No. _____

This is to certify that
the Quality Management System
of

## (1) CAPITAL PROFIT DEVELOPMENT LTD.
## (2) KINWONG ELECTRONIC (SHENZHEN) CO., LTD.

_____
_____

has been found to comply with the Quality Management System Standard
### ISO 9001:2000

This Certificate is valid for the following product or service ranges:

## MANUFACTURE OF PRINTED CIRCUIT BOARDS

17 January 2005                                   Rotterdam, 4 March 2004

17 January 2005                                   DNV CERTIFICATION B.V.
                                                   THE NETHERLANDS





Le Xian                                            R. van L. Meijer

34




CONFIDENTIAL

Defendants-00009680

## QS - 9000 Certification



## DET NORSKE VERITAS
## MANAGEMENT SYSTEM CERTIFICATE

Certificate No. 99413.2003.AQ-ROT-RvA(Rev. 1)

*This is to certify that*
*the Quality Management System of*

### (1) CAPITAL PROFIT DEVELOPMENT LTD.
### (2) KINWONG ELECTRONIC (SHENZHEN) CO., LTD.

*(1) Room 505-511, Block B, Armstrong Industrial Centre, 8, So Kon Po East, Tai, Hong Kong*
*(2) ... Shajing Road, Gongming Village, Shajing Town Bao'an Shenzhen, P.R. China*

*has been found to conform to the Quality Management System Standard and the requirements of:*

### QS 9000:1998 *(based on and including* **ISO 9002:1994** *)*
*and has been audited in accordance with the requirements of:*
### QS-9000 Appendix B, Code of Practice

*The Certificate is valid for the following product(s) or service(s):*

### MANUFACTURE OF PRINTED CIRCUIT BOARDS

The QS-9000 system is only applied for those customers who subscribe to it or request for it.
For those customers not asking for the QS-9000 implementation, the ISO 9000 is followed.

| | |
|---|---|
| 15 January 2003 | Rotterdam, 5 March 2001 |
| 15 January 2006 | DNV CERTIFICATION B.V. |
| | The Netherlands |
| J. Yan | Ron I. Meijer |

circuitronix

CONFIDENTIAL

Defendants-00009681



ISO -14001:1996

Certificate CH04/0836

**SGS**

The management system of

**Kinwong Electronic (Shenzhen) Co., Ltd.**

No. 166 Shuiku Road, Tiegang Village, Xixiang Town, Baoan,
Shenzhen City, Guangdong Province, China

has been assessed and certified as meeting the requirements of

**ISO 14001:1996**

For the following activities

**Manufacture of printed circuit boards**

This certificate is valid from 14 December 2004 until 13 December 2007
Issue 1. Certified since December 2004

Authorised by

SGS Société Générale de Surveillance SA. Systems & Services Certification
Technoparkstrasse 1 8005 Zurich Switzerland
t +41 (0)1 445 16 80  f +41 (0)1 445 16 88  www.sgs.com

Accreditation No. 024

Page 1 of 1

SGS SGS

36

**circuitronix**

CONFIDENTIAL

Defendants-00009682

## SGS Report (1/2)

**SGS**

### Test Report

No: 10873961LD          Date: Jul 08 2004          Page 1 of 2

KINWONG ELECTRONIC (SHENZHEN) CO LTD
NO 188 SHLI KU ROAD
VILLAGE XIXIANG TOWN BAOAN
SHENZHEN

Report on the submitted samples said to be PCB (DSP: ICR)

| | |
|---|---|
| SGS Job No | 1560283 |
| SGS Ref. No | SZEC004060709DEC 2 2 |
| Manufacturer | KINWONG ELECTRONIC (SHENZHEN) CO LTD |
| Sample Receiving Date | JUN 29 2004 |
| Testing Period | JUN 29 - JUL 07 2004 |

Test Requested
1) To determine the Cadmium content in the submitted sample
2) To determine the Lead content in the submitted sample
3) To determine the Mercury content in the submitted sample
4) To determine the Hexavalent Chromium content in the submitted sample
5) Determination of PBBs (polybrominated biphenyls), PBDEs (Polybrominated biphenylethers) in the submitted sample

Test Method
1-3) In House Method
Analysis was performed by Inductively Coupled Argon Plasma - Atomic Emission Spectrometry / ICP-AES) or Atomic Absorption Spectrometry
As specified in EPA Method 3060A & 7196A
The sample was alkaline digested by using EPA Method 3060A and then analyzed by using Colorimetric method 7196A
5) With reference to SGS in-house method. Analysis was performed by GC/MS

Test Results
1-5) Please refer to next page

Signed for and on behalf of
SGS Hong Kong Ltd.

Lee Fung Mei, Miranda
Senior Manager

---

**SGS**

### Test Report

No: 10873961LD          Date: Jul 08 2004          Page 1 of 2

KINWONG ELECTRONIC (SHENZHEN) CO LTD
NO 188 SHLI KU ROAD
VILLAGE XIXIANG TOWN
SHENZHEN

Report on the submitted samples said to be PCB (DSP: ICR)

| | |
|---|---|
| SGS Job No | 1560283 |
| SGS Ref. No | SZEC004060709DEC 2 1 |
| Manufacturer | KINWONG ELECTRONIC (SHENZHEN) CO LTD |
| Sample Receiving Date | JUN 29 2004 |
| Testing Period | JUN 29 - JUL 07 2004 |

Test Requested
1) To determine the Cadmium content in the submitted sample
2) To determine the Lead content in the submitted sample
3) To determine the Mercury content in the submitted sample
4) To determine the Hexavalent Chromium content in the submitted sample
5) Determination of PBBs (polybrominated biphenyls), PBDEs (Polybrominated biphenylethers) in the submitted sample

Test Method
1-3) In House Method
Analysis was performed by Inductively Coupled Argon Plasma - Atomic Emission Spectrometry (ICP-AES) or Atomic Absorption Spectrometry
As specified in EPA Method 3060A & 7196A
The sample was alkaline digested by using EPA Method 3060A and then analyzed by using Colorimetric method 7196A
5) With reference to SGS in-house method. Analysis was performed by GC/MS

Test Results
5) Please refer to next page

Signed for and on behalf of
SGS Hong Kong Ltd.

Lee Fung Mei, Miranda
Senior Manager

37



**circuitronix**

# SGS Report (2/2)



## IPC Membership and Certification

**Kinwong Electronic (Shenzhen) Co., Ltd**

is an IPC member facility in good standing,
entitled to the full benefits of such membership,
subject to the rules and regulations of the Association.

In Witness Whereof, we have caused this certificate
to be executed by the duly authorized Officers of the Association.







39

**circuitronix**

CONFIDENTIAL

Defendants-00009685

# UL Approval

Wiring, Printed - Component

**KINWONG ELECTRONIC (SHENZHEN) CO LTD**

166 SHUIKU RD TIEGANG VILLAGE, XIXIANG TOWN SHENZHEN, BAO'AN GUANGDONG 518102, CHINA

E243951

| Type | Cond Width Min mm(in) | Min Edge mm(in) | Cond Thk mic(mil) | SS/ DS | Max Area Diam mm(in) | Solder Limits C | sec | Max Oper Temp C | Flame Class | Meets UL796 DSR | C T I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metal-based single-sided printed wiring boards. | | | | | | | | | | | |
| 9 | 0.33(0.013) | 0.38(0.015) | 139.7(5.50) | SS | 50.8(2.0) | 288 | 20 | 120 | V-0 | - | - |
| Multilayer printed wiring boards. | | | | | | | | | | | |
| 8* | 0.05(0.002) | 0.15(0.006) | 17(0.67) | DS | 25.4(1.0) | 288 | 20 | 130 | V-0 | All | - |
| Single layer printed wiring boards. | | | | | | | | | | | |
| 1* | 0.18(0.007) | 0.33(0.013) | 17(0.67) | DS | 25.4(1.0) | 260 | 20 | 105 | V-0 | All | - |
| 2* | 0.13(0.005) | 0.15(0.006) | 34(1.34) | SS | 25.4(1.0) | 260 | 10 | 105 | HB | All | - |
| 3* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | DS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 4* | 0.15(0.006) | 0.46(0.018) | 34(1.34) | SS | 24.9(1.0) | 260 | 10 | 130 | V-0 | All | - |
| 5* | 0.05(0.002) | 0.18(0.007) | 17(0.67) | DS | 50.8(2.0) | 288 | 20 | 130 | V-0 | All | - |
| 6* | 0.3(0.012) | 0.51(0.020) | 34(1.34) | DS | 25.4(1.0) | 260 | 10 | 105 | V-0 | All | - |

* - CTI PLC is marked on individual board.

Marking: Company name or tradename "CP" or trademark ⓒ and type designation. May be followed by a suffix to denote factory identification.

CONFIDENTIAL

Defendants-00009686



Thank you for your time

41

circuitronix



CONFIDENTIAL

Defendants-00009687

| From: | wenwuj@circuitronix.com |
|---|---|
| To: | mikec@circuitronix.com |
| CC: | 'Rishi Kukreja'; 'Animesh Dutta' |
| Sent: | 5/19/2006 12:13:34 PM |
| Subject: | New certificate for TS16949 |
| Attachments: | TS16949ᴜᴸ:Tᵗ.jpg |

Dear Mike,

Enclosed is the KInwong TS 16949 certificate.

Regards!

Wenwu Jiang

Plaintiffs' Trial Exhibit

**PX- 037**

Defendants-00009930



# Certificate of Registration

## QUALITY MANAGEMENT SYSTEM

*This is to certify that:*

**Kinwong Electronic (Shenzhen) Co., Ltd.**
**No.166 Shuiku Road, Tiegang Village**
**Xixiang Town, Baoan District**
**Shenzhen**
**Guangdong Province 518102**
**P. R. China**

*Holds Certificate No:* TS 99098

*and operates a Quality Management System which complies with the requirements of ISO/TS 16949:2002 for the following scope*

The manufacture of printed circuit boards

Permitted Exclusions
Product design and Development

Including the following remote support function:
Capital Profit Development Limited, RM 502, 5F, Block B, Veristrong Ind. Centre, 36 Au Pui Wan Street, Hong Kong–Purchasing

*For and on behalf of BSI:*

*John Browne.*

*Certification Manager, Systems Assessment*

Originally registered   **20/04/2006**      Latest issue:  **20/04/2006**      Expiry date:  **19/04/2009**
IATF Number         0020514

 

*Page: 1 of 1*

This certificate relates to the Management System, not to the products or services of the certified organization.
This certificate does not provide the certified organization with immunity from its legal obligations.
This certificate remains the property of BSI and shall be returned immediately upon request.
To check its validity contact BSI China at telephone +86 10 85261241
Further clarifications regarding the scope of this certificate and the applicability of ISO/TS16949:2002 requirements may be obtained by consulting the organization. This certificate is valid only if the provided original copies are in a complete set.

IATF Contracted Office: 12110 Sunset Hills Road, Suite 200, Reston, VA20190 USA

China Headquarters: Rm 804, CITIC Building, No.19 Jianguomenwai Street, Beijing 100004, P.R. China
BSI China is a subsidiary of British Standards Institution



Management Systems

Defendants 00009931

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | wenwuj@circuitronix.com |
| **CC:** | 'Rishi Kukreja': juanc@circuitronix.com |
| **Sent:** | 6/2/2006 1:08:30 PM |
| **Subject:** | RE: Visteon, Financials |

Kinwong

Mike Craven
256-651-3644
fax 305-675-0820

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Friday, June 02, 2006 12:05 PM
**To:** mikec@circuitronix.com
**Cc:** rishik@circuitronix.com; juanc@circuitronix.com
**Subject:** RE: Visteon, Financials

Dear Mike.

Did we provide Kinwong or Circuitronix statement or both?

Regards!

Wenwu Jiang

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Friday, June 02, 2006 6:35 AM
**To:** wenwuj@circuitronix.com
**Cc:** rishik@circuitronix.com; juanc@circuitronix.com
**Subject:** Visteon, Financials

We sent a balance sheet and income statement to Eric on 5/12. During our presentation to them (I believe the following week), we told them we were a privately held company and that additional information could be discussed during their plant audit.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Thursday, June 01, 2006 6:42 PM
**To:** mikec@circuitronix.com
**Subject:** RE: Visteon survey form

Dear Mike,

They asked for financial date (Income statement and balance sheet) during the survey. Rishi said that you have provided them the data. Would you please let me know whom you sent the data to?

Regards!

**Plaintiffs' Trial Exhibit**

**PX- 038**

Defendants-00054389

Wenwu Jiang

**From:** wenwuj@circuitronix.com [mailto:wenwuj@circuitronix.com]
**Sent:** Wednesday, May 31, 2006 7:31 PM
**To:** 'eryce@visteon.com'
**Cc:** 'emonard@visteon.com'; 'mendean1@visteon.com'; 'lxue@visteon.com'; 'tlillo@visteon.com'; 'mikec@circuitronix.com'; 'Rishi Kukreja'; 'James Cheung'; 'nklai@circuitronix.com'
**Subject:** Visteon survey form

Dear Eric,


Thanks for taking time for the audit. We sincerely hope you enjoy the journey. Enclosed please find the survey form you requested. Would you please help to send a copy to Mr. Bob Gordon? I do not have his E-mail address. Please feel free to let us know should you have any concern or if you need any help when you are traveling in China. And we are looking forward to receiving your survey report.



Regards!

Wenwu Jiang

| From: | ?? <kkfaith@kinwong.com> |
|---|---|
| To: | Rishi Kukreja; 'mafio' |
| CC: | 'James ( Well On )'; 'WenWu Jiang' |
| Sent: | 5/12/2006 3:15:06 AM |
| Subject: | Re: Visteon(Financial Kinwong) |
| Attachments: | Balance sheet.pdf; Income statement.pdf |

Rishi,

As requested.

Kangkun
2006-05-12
========= 2006-05-08 11:01:52 您在来信中写道：=========

>
>
>
>
>Dear Mafio
>
>
>
>
>I have no interest in seeing Kinwong's financial statements. I know Kinwong
>is financially a very strong company. However Visteon requires to be
>convinced of that and we need to provide them with a copy of Kinwong's
>financials. Please help us with that.
>
>
>
>
>
>Additionally please find attached a technology roadmap I created for
>Kinwong. Please raise any objections if anything is incorrect.
>
>
>
>
>
>Finally we still need a Capital Investment Plan for 2006-2010. Please help
>us with this document.
>
>
>
>
>
>I look forward to your help with the above.
>
>
>
>
>
>Thank you.
>
>
>
>
>
>Regards/Rishi Kukreja

CONFIDENTIAL

Plaintiffs' Trial Exhibit

**PX- 039**

Defendants-00009354

>
>
>
> _____
>
>From: 康廣 [mailto:kkfaith@kinwong.com]
>Sent: Saturday, May 06, 2006 12:05 AM
>To: rishik; james
>Cc: mafio; wenwuj
>Subject: Fw:Visteon(Financial Kinwong)
>
>
>
>Rishi,
>
>CC:James,
>
>
>
>On the financial aspects of our company, we have detailed data and
>statements available. But you can only provide access to, not shared with
>documentation. Because this is related to the company's top secret.
>
>
>
>When you coming on May 8, you can ask us to make those data available to the
>customer for inspection.
>
>
>
>Thanks!
>
>
>
>Kangkun
>
>5/6
>
> _____
>
>= = = = = = 下面是转发邮件 = = = = = = =
>
>原邮件发件人名字：Rishi Kukreja
>原邮件发件人地址：rishik@circuitronix.com
>
>原邮件收件人名字：'mafio'
>原邮件收件人地址：mafio@kinwong.com
>
>原邮件抄送人名字：'James \( Well On \)'；'NK Lai'；wenwuj@circuitronix.com
>原邮件抄送人地址：james@wellon-ind.com；nklai@wellon-ind.com
><mailto:%20nklai@wellon-ind.com> ; wenwuj@circuitronix.com
><mailto:%20wenwuj@circuitronix.com>
>
>
>
>
>
>
>
>
>Dear Mafio
>
>

CONFIDENTIAL

Defendants-00009355

>
>
>
>
>We are getting ready to introduce Visteon to Kinwong and have a meeting with
>them on 05/08/06. Please provide us the answers to the following questions :
>
>
>
>
>
>
>
>
>
>
>
>
>* Financial Metrics/Business Metrics
>
>– Fully published account of complete previous year – 2005 (Balance
>Sheet – to be shared previous to the meeting)
>
>– Parent Company and Unit/Revenues/Profits or Loss
>
>– Business Plan (2006-2010)
>
>– Capital Investment Plan (2006-2010)
>
>* Manufacturing Strategy/Footprint (2006-2010)
>
>– Capacity by Technology
>
>– JV/Partnership Plans
>
>– Upcoming Manufacturing process change(s)
>
>* Supplier Base Management
>
>– Raw Material
>
>– Chemical
>
>– Special Process outsource
>
>
>
>
>
>
>
>Additionally Wenwu will be working with your Quality Team to get the
>following information. Please request them to support him as much as
>possible.
>
>
>
>* Quality Tracking System
>
>* Quality Certifications (Status/Plans)
>

CONFIDENTIAL

Defendants-00009356

>* Quality History
>
>– PPM from other customers
>
>– Pareto of returns
>
>– Internal Yields (First Pass, Final)
>
>– Pareto of internal defects
>
>– Yield trends
>
>* SPC
>
>– Usage
>
>– Employee Capability
>
>* Quality Personnel
>
>* Operator Participation (Quality Circles, etc.)
>
>* Continuous Improvement Plans
>
>
>
>
>
>
>I will discuss this with you tomorrow.
>
>
>
>
>
>
>Thank you.
>
>
>
>
>
>
>Regards/Rishi Kukreja
>
>
>
>
>
>
>
>
>
>
>= = = = = = = = = = = = = = = = = = =
>
>                致
>礼！
>

Defendants-00009357

> mafio
> mafio@kinwong.com
>
> 2006-05-04
>
>
>
> _____

= = = = = = = = = = = = = = = = = = =

致

礼！

KK

kkfaith@kinwong.com

2006-05-08

CONFIDENTIAL                                                            Defendants-00009358

KINWONG ELECTRONIC (SHENZHEN) CO., LTD.

BALANCE SHEET

AT 31 DECEMBER 2005

| | RMB |
|---|---|
| **ASSETS** | |
| **NON-CURRENT ASSETS** | |
| Proferty, plant and equipment | 60,566,609.97 |
| | |
| **CURRENT ASSETS** | |
| Accounts receivable | 99,576,280.19 |
| Note receivable | 3,656,231.63 |
| Other receivable | 1,461,453.84 |
| Inventories | 24,404,428.45 |
| Cash at bank | 24,906,781.08 |
| | 154,005,175.19 |
| | |
| **CURRENT LIABILITIES** | |
| Accounts payable and accruals | 92,323,325.13 |
| Bank loan | 44,922,131.95 |
| Tax payable | 110,305.20 |
| | 137,355,762.28 |
| | |
| **NET CURRENT ASSETS** | 16,649,412.91 |
| | |
| **NET ASSETS** | 77,216,022.88 |
| | |
| **REPRESENTED BY** | |
| Capital | 14,375,500.00 |
| Reserves | 62,840,522.88 |
| | |
| **SHAREHOLDERS' FUND** | 77,216,022.88 |

CONFIDENTIAL

Defendants-00009359

**KINWONG ELECTRONIC (SHENZHEN) CO., LTD.**

**INCOME STATEMENT**

**FOR THE YEAR ENDED 31 DECEMBER 2005**

|  | RMB |
|---|---|
| Turnover | 325, 787, 520. 02 |
| Cost of Sales | (282, 666, 430. 82) |
| Gross profit | 43, 121, 089. 20 |
| Other income | 7, 547, 675. 53 |
|  | 50, 668, 764. 73 |
| General and administrative expenses | (18, 006, 048. 80) |
| Profit from operations | 32, 662, 715. 93 |
| Finance costs | (4, 438, 648. 33) |
| Profit before taxation | 28, 224, 067. 60 |
| Taxation | (1, 539, 329. 44) |
| Profit for the year | 26, 684, 738. 16 |

CONFIDENTIAL

Defendants-00009360

| | |
|---|---|
| **From:** | Michael Craven <mikec@circuitronix.com> |
| **To:** | 'Animesh Dutta' |
| **CC:** | wenwuj@circuitronix.com; marioo@circuitronix.com |
| **Sent:** | 9/14/2005 9:29:08 AM |
| **Subject:** | RE: Eaton Survey Issues, KW |

Good morning.

Per a telecom with RK this AM, it is his final decision to move forward with Kinwong for Eaton. In response to the below concerns, he mentioned that KW is planning a major expansion for Dec '05. He said that he needs to have discussion with you on those details and on how to incorporate them into our survey response.

Please be advised of the above and discuss with Rishi so we can complete the survey response in a timely manner.

Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Thursday, September 08, 2005 4:22 PM
**To:** 'Animesh Dutta'; 'Rishi Kukreja'
**Cc:** 'wenwuj@circuitronix.com'; 'marioo@circuitronix.com'
**Subject:** Eaton Survey Issues, KW

Animesh – I have just sent you the survey form back with certain sections highlighted in yellow. Those sections either have no answer, a wrong answer or the requested file/cert was not attached.

Both – Per my 8/29 mail, Eaton has already conducted a supplier search and we have a 1 time opportunity to get on the short list for consideration via our response. Therefore, I believe it is imperative that we put our best foot forward at this time, otherwise the opportunity will pass us by. Since Eaton is looking for someone to support upwards of $10M and sales were $20M, I believe a few comments about future expansion plans/possibilities is imperative (in the "other comments" section). However, with a 15% annual growth rate for the next 5 years clearly stated on the document, we should choose our words carefully if we choose to add comments. In addition, support for China (via our HKG office) is of keen interest to Eaton. Perhaps a Circuitronix org chart is in order?

Bottom line – I would not expect the Supply Chain Manager to view our initial survey response in a favorable light. We need more "horse power" to get his attention. Please discuss internally and advise your opinion on what changes, if any, are prudent at this time.

Thanks.

Mike Craven
256-651-3644
fax 305-675-0820

**Plaintiffs' Trial Exhibit**

**PX- 040**

Defendants-00001004

| From: | Mike Craven <mikec@circuitronix.com> |
|---|---|
| To: | 'Rishi Kukreja'; wenwuj@circuitronix.com; juanc@circuitronix.com |
| CC: | 'Animesh Dutta' |
| Sent: | 3/23/2007 7:24:16 PM |
| Subject: | Lear, Saturn Trip Report, 3/22 |
| Attachments: | Lear, Saturn Trip Report, 3-22-07.doc |

The attached is FYI.

Please review and advise if questions.

Mike Craven
256 651 3644
FAX 305 675 0820

**Plaintiffs' Trial Exhibit**

**PX- 041**

Defendants-00094722

The following is a brief recap for travel/customer visits on 3/22. There were no negative issues or criticisms discussed in any of the meetings, tone for all was very upbeat.

Lear - I visited Lear between the hours of 8:00 AM and 10:30 and had 3 different meetings with the following individuals. There was some overlap between the attendees (i.e. Jim left after his issues were resolved, Les stayed for the Group 2 recap of milestones meeting).

Group 1
Les Renn, Sr. SQE, Supplier Development
Jim Lotito, Sr. Hardware Engineer

Group 2
Jamie Petitprin, PCB Commodity Manager
Adam Gilreath, Sr. Buyer
Dina Song, Buyer

Group 3
Craig Elder, Sr. Engineer

Group 1: We agreed to use both a thermal shock and pull strength test in place of a specified DC Current Induced Thermal Cycling Test. This will allow for the approval of our formal deviations for the LAN and C++ cards. The specified test is a carry over from Spain for high current, heavy copper applications (which is not applicable to these 2 boards).

I gave a brief presentation on Kinwong, Jim presented an ESD Supply Base (expectations) presentations. See separate 3/23 mail. Emphasis was place on suppliers being proactive and on score card review. This was a general introduction with Jim.

Group 2: Recapped milestones of: started 5 cards (various stages) some nearing production deliveries, understanding Lear PO system (AS400, SBD and Tampa BPO's) and how they are related, comprehension and use of web based MRP system, resolution of RFQ and freight terms (DDP US via air, VMI), only minor QA issue to date (warp, thieving issue), on time delivery, and QTA support provided to date. Other notables were:

- The SDB BPO is the final authorization we need in order to support a Tampa release.
- RFQ response (quote and input on missing info) is perceived as excellent.
- Pricing is generally good.
- Dina (new product introductions) has several releases coming up.
- A review of the online Supplier Requirements Manual was recommended.
- No issues with CTX reported, no suggestions for changes/improvements to service levels

ATTORNEYS' EYES ONLY

Group 3: A review of the high volume (625K- 2M) SPD JB high current and low current boards was conducted. See separate mail from 3/22.

Action items:
Wen – Submit revised deviations for LAN and C++.
MC – F/U with Jamie re: score card data. Completed. Database from Tampa now transferring to supplier portal.
Wen/Juan – Check score card on a regular basis.
Juan – Confirm correct FAX number is posted on portal database.
MC – Distribute back up names/numbers/functions to all attendees and Tampa.
MC – Follow up with Dina for new tools.
Juan/Wen/MC – Review online Supplier Requirements Manual.

Saturn – I visited Saturn between the hours of 11:15 and 1:45. Attendees (including lunch) were:

Annette Stevens, PCB Commodity Manager
Tom Matichuk, Sr Program Manager
Yuriy Shapiro, Cost Estimator
Mark Messer, CAD Manager

We covered many unrelated issues, best recapped in bullet form.
- I advised Saturn that future orders for the high volume Taurus (currently in plot build) would require additional LT for the laminate (CTI 600).
- Delivery and potential delays of Taurus were discussed.
- Advised group that online MRP has settled down and that we finally have reports consistent with demand reported to us by MX via e-mail.
- Rumors are that Sierra may go to 400K/yr.
- Comverge was confirmed to be ramping to 100K/yr.
- Puma and Leopard will be awarded to CTX (2007 SOP).
- The extra effort/support from CTX to repanelize Sierra was noted and appreciated.
- Penguin (identified earlier by Dave) is low volume, EOL.
- The EAU (75K) on 2 card recently quoted card (Horizon, UI) was incorrect. Annette to provide targets, we're to requote.
- The final EQ on Taurus was reviewed and resolved. A potential problem with Saturn's boiler plate tolerance was discovered.
- Introductions were made with John Hiller, Sales Director and Jay Nagel, Engineer.
- **A year over year cost reduction is expected and SOP for Saturn. Annette will not implement this until next year since we are just now starting meaningful projects.**

Defendants-00094724

It should be noted that Annette said on <u>several</u> occasions and in the presence of all of the above personnel that CTX has been extremely supportive, we have gone out of our way to meet pricing targets, and that she/Saturn was trying their best to give us as much business as possible in order to build the relationship. I sensed a great deal of sincerity when she made those comments.

Action items:
MC – Get Horizon targets (requested) and requote.
Wen/MC – Review Saturn default tolerances, get blanket deviations if necessary.
MC – Review MRP LT windows with Annette to confirm they are accurate.

Please advise if questions.

MC

ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Mike Craven </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=MIKEC> |
| **To:** | Rishi Kukreja |
| **Sent:** | 5/14/2019 9:29:47 AM |
| **Subject:** | Lear - Ariel Ramirez Visti to Benlida and Kinwong Factories, Aug of '08 |
| **Attachments:** | Benlida Audit Report_08-11-08_[1].pdf; Circuitronix (Kinwong) Action List(081208)(1).xls; Kinwong Audit Report_08-12-08_[1].pdf; LEAR PCB Checklist (Belinda)_Filled(1).xls; LEAR PCB Checklist (Kinwong)_Audit_Filled(1).xls |

As requested.

Mike Craven
(256) 651 3644

**From:** Mike Craven
**Sent:** Sunday, February 28, 2016 8:57 AM
**To:** Wen Wu Jiang <WenWuJ@circuitronix.com>
**Subject:** FW: Ariel Ramirez Visti to Benlida and Kinwong Factories

Mike Craven
(256) 651 3644

Plaintiffs' Trial Exhibit

**PX- 042**

Defendants-00000482



**Quality First**

## Audit Report

| Type of Audit: | Problem Solving Audit |
|---|---|
| Standard / Date of Issue: | ISO/TS 16949:2002 |
| Audit Period (on site): | August 11, 2008 |
| Company Name of Supplier: | Jiangmen Benlida Printed Circuit Co., Ltd. |
| Address of Supplier: | No.76 LongXi Rd, High-tech Industrial Park, Jiangmen City, Guangdong Province, China. |
| Supplier Contact : | Wenwu Jiang |
| Lead Auditor: | Ariel A. Ramirez |

**General**
The audit conducted in Benlida was one day audit. To review how the production line are in place and the
The participants were the following.

| | |
|---|---|
| Audit responsible: | Wenwu Jiang – Circuitronix Representative/ Manager |
| Attendees: | Leo Fong - Circuitronix SQE Manager |
| | Xi Su – Circuitronix Engineer |
| | Daniel Woo – Circuitronix Product Engineer Manager |
| | Tracy Huang – Oversea Sales Manager |
| | Fair Wong – Sales Manager |
| | -- with 2 participants from QMS |
| Lead Auditor: | Ariel A. Ramirez – ASQE |

**Audit Scope**
The audit was based on Lear LCC PCB Checklist and only checklist used. This is audit focused on line used
for Lear Power PCB running in Benlida plant.

**Audit Summary**

For the one day audit conducted, the following need an improvement / issues found in different lines:

- *Operator in charge in Warehouse must undergo re-certification/ training.* FIFO system in the warehouse is not well implemented also monitoring of the temperature and humidity
- *Operators Training Card must be consistent and placed in their respective area. (Operator in Warehouse no training card).* Some areas in the production line, operators' training card were posted by in some area. Particular for warehouse in charge, no training card presented during the audit.
- *Monitoring of the humidity and temperature in CCL Warehouse (Some copper clad laminate supplier specified it stored in room temperature)* One of the weakness found was the monitoring of the humidity and temperature. No temperature monitoring for the copper clad laminates and in the store room for ink and dry film, humidity monitoring was not robust, humidity and temperature was very high in one end corner of the room.
- *Standard stacking height in ink and dry film warehouse, procedure and work instruction.* There were file of boxes were beyond the stocking height limit specified on the box and usual standard warehousing stocking limit. No procedure and work instruction posted.
- *Expiration should reflect in the IQC label in CCL Warehouse.* No expiration reflected IQC label of CCL, ink, pre-peg and dry film. Even though the delivery date were reflected and recorded and weekly review on the raw materials store in warehouse, reflecting the expiration will serve as an error-proofing in the daily checking activity.

Defendants-00000483



**Quality First**

- *Re-evaluate the standard basket rack used in production (prone for handling issue particular in stacking two basket racks with a panel height beyond the basket rack height).* Benlida was using different production panel size and most these beyond the height of the top brace of rack and most these rack filed on top by two. The 2ⁿᵈ rack on top base were touching the panel of the 1ˢᵗ rack which will cause deformation, bow or twist, and scratches

- *Identify/label production machine that will be used for automotive. (In Drilling, Lamination, Plating, Soldermask, Finishes, FQC line). There should be a special control in maintenance, operators orientation/training, CPK monitoring and SPC.* A production line with mixed product line (consumer board, telecommunication, automotive and computers) had different requirements and set-up but in most cases, PCB supplier with less experience for automotive PCB they just use same standards. For the 5 strategic PCB suppliers, 4 of this have an identified automotive line with special control.

- *MSA or Gage R & R for the operator and measuring (example-caliper) machine must be every 3 months.* Because of the high variability of the process, and most of the operators were multi-tasking handling different product line. MSA must be conducted quarterly.

- *Process flow, control plan, PFMEA should be align to each other.* These three documents were not aligned. Some process in the flow chart not reflected in FMEA and control plan.

- *Board handling must be improved (using gloves in final inspection).* Handling was not good especially using gloves.

- *Should have a safe launch control plan during first six months of production.* No Safe Launch control plan for this supplier and doesn't have knowledge what is a safe launch control plan.

- *Packaging Specification must be complied and approved by Lear packaging Engineer.* No approved packaging specification from Lear.

In General, most of the item found in the production line were handling and training issues. Have better focus on the two layer production and with small machines running (only 1 AOI machine- Lear required 100% AOI checking). It's risky for multi-layer PCB production because two processes were outsourced from other PCB manufacturer.

**Recommendation**

Lear must strengthen the APQP activities for this supplier and frequent visit. Need a follow up audit/visit to review the safe launch activities for the new projects. Much better somebody from Lear China who have background / experienced in PCB manufacturing. This will improve the supplier-Lear communications and alignment of requirements.

**Conclusion**

Benlida is a small PCB supplier with not so strong background and experience for automotive requirements even though they were ISO TS 16949 certified. Don't have a better technology but still expanding and setting up new machines. This supplier needs a proper APQP activities and monitoring. There is a potential risk if this activity not well executed during early stage of production or before the mass production.

**29 Aug 2008**
 Date

**Ariel Ramirez**
ASQE / SQE

CONFIDENTIAL                                                                                                Defendants-00000484

**DOCUMENT PRODUCED NATIVELY**

CONFIDENTIAL

# SDE Action List on SMT

| Supplier | Circuitronix LLC (Kinwong Group Co., Ltd) | Start Date: | 8/12/08 |
| Location | No. 166 Shui Ku Rd. Tiegang Village, Xixiang Town, BaoAn ShenZhen, China. | Rev. Date: | |

| | |
| Open Issue Coordinator: | Wenwu Jiang |
| Coordinator Phone: | 86-512--57181688 EXT.1344 |
| Coordinator E-Mail: | WenWuJ@circuitronix.com |

| G | Green - Item is on track to be closed by commitment date |
| Y | Yellow - Initial closure date missed. Additional activity needed |
| R | Red - Activities to complete item are not on track. Immediate action necessary. |
| B | Blue - Item is closed |

| | | | | | TOTAL | | TOTAL | | STATUS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **10** | | **0** | | 1 | 2 | 3 | 4 | 5 | 6 | | |
| ITEM # | ACTION ITEM | ACTION LEADER | DATE OPENED | TARGET CLOSE | ACTUAL CLOSE | LAST UPDATE | | | STATUS HISTORY Oldest ------- Most Recent | | | | | | COMMENTS / NOTES / CLOSURE | Attachment |
| Dynamic | | | | | | | | 25 Aug | 2 | 3 | 4 | 5 | 6 | | | |
| 1 | Operator incharge in Warehouse must undergo re-certification/ training | Wenwu Jiang | 8/12/08 | 9/1/08 | | | | G | | | | | | | | |
| 2 | OperatorsTraining Card must be consistent and placed in their respective area  (Operator in Warehouse no training card) | Wenwu Jiang | 8/12/08 | 9/2/08 | | | | G | | | | | | | | |
| 3 | Expiration should reflect in the IQC label in CCL Warehouse. | Wenwu Jiang | 8/12/08 | 8/12/08 | | | | Y | | | | | | | | |
| 4 | Re-evaulate the standard basket rack used in production (prone for handling issue particular in stacking two basket rack with a panel height beyond the basket rack height) | Wenwu Jiang | 8/12/08 | 9/15/08 | | | | G | | | | | | | | |
| 5 | Identify/label production machine machine that will be used for automotive. (In Drilling, Lamination, Plating, Soldermask, Finishes, FQC line). These shoud be a special control in mainteneance, operators orientation/training, CPK monitoring and SPC. | Wenwu Jiang | 8/12/08 | 9/15/08 | | | | G | | | | | | | | |
| 6 | MSA or Gage R & R for the operator and measuring (caliper) machine must be every 3 month. | Wenwu Jiang | 8/12/08 | 8/30/08 | | | | G | | | | | | | | |
| 7 | Process flow, control plan, PFMEA should be align to each other. | Wenwu Jiang | 8/12/08 | 9/3/08 | | | | G | | | | | | | | |
| 8 | Should have a *safe launch control plan* during first six months of production | Wenwu Jiang | 8/12/08 | 9/3/08 | | | | G | | | | | | | | |
| 9 | Packaging Specification must be complied and approved by Lear packaging Engineer. | Wenwu Jiang | 8/12/08 | 9/5/08 | | | | G | | | | | | | | |
| 10 | Shipping report must be implented based on LVP046-3I | Wenwu Jiang | 8/12/08 | 8/30/08 | | | | G | | | | | | | | |

**SDE Action list on SMT**

| Supplier | Circuitronix LLC (Jiangmen Benlida Printed Circuit Co., Ltd.) | Start Date: | 8/11/2008 |
|---|---|---|---|
| Location | No 76 LongXi Rd., High-tech Industrial Park, Jiangmen City, Guangdong Province, China | Rev. Date: | |

| Open Issue Coordinator: | Wenwu Jiang |
|---|---|
| Coordinator Phone: | 86-512--57181688 EXT:1344 |
| Coordinator E-Mail: | WenWuJ@circuitronix.com |

| | | |
|---|---|---|
| **G** | Green - Item is on track to be closed by commitment date | |
| **Y** | Yellow - Initial closure date missed  Additional activity needed | |
| **R** | Red - Activities to complete item are not on track  Immediate action necessary | |
| **B** | Blue - Item is closed | |

| ITEM # | ACTION ITEM | ACTION LEADER | DATE OPENED | TARGET CLOSE | ACTUAL CLOSE | LAST UPDATE | 1 | 2 | 3 | 4 | 5 | 6 | COMMENTS / NOTES / CLOSURE | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **TOTAL** 0 | | **TOTAL** 0 | | **STATUS** | | | | | | | |
| | | | | | | | Oldest | | | Most Recent | | | | |
| Dynamic | | | | | | | 11-Aug | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

# SDE Action list on SMT

| Supplier | Circuitronix LLC (Jiangmen Benlida Printed Circuit Co., Ltd.) | Start Date: | 8/112008 |
|---|---|---|---|
| Location | No.76 LongXi Rd, High-tech Industrial Park, Jiangmen City, Guangdong Province, China. | Rev. Date: | |

| Open Issue Coordinator: | Wenwu Jiang |
|---|---|
| Coordinator Phone: | 86-512--57181688 EXT:1344 |
| Coordinator E-Mail: | WenWuJ@circuitronix.com |

| | |
|---|---|
| G | Green - Item is on track to be closed by commitment date. |
| Y | Yellow - Initial closure date missed. Additional activity needed |
| R | Red - Activities to complete item are not on track  Immediate action necessary |
| B | Blue - Item is closed |

| ITEM # | ACTION ITEM | ACTION LEADER | DATE OPENED | TARGET CLOSE | ACTUAL CLOSE | LAST UPDATE | 1 | 2 | 3 | 4 | 5 | 6 | COMMENTS / NOTES / CLOSURE | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

TOTAL 0 ; TOTAL 0 ; STATUS HISTORY Oldest—Most Recent



**Quality First**

## Audit Report

| Type of Audit: | Problem Solving Audit |
|---|---|
| Standard / Date of Issue: | ISO/TS 16949:2002 |
| Audit Period (on site): | August 12, 2008 |
| Company Name of Supplier: | Kinwong Group Co., Ltd |
| Address of Supplier: | No. 166 Shui Ku Rd. Tiegang Village, Xixiang Town, BaoAn ShenZhen, China. |
| Supplier Contact : | Wenwu Jiang |
| Lead Auditor: | Ariel A. Ramirez |

**General**

The audit conducted in Kinwong was one day audit. To review how the production line are in place and the The participants were the following.

Audit responsible:  Wenwu Jiang – Circuitronix Representative/ Manager
Attendees:              Leo Fong - Circuitronix SQE Manager
                              Xi Su – Circuitronix Engineer
                              Joe Fu – Kinwong Group-Senior Marketing Manager
                              -- with 2 participants from Kinwong QMS

Lead Auditor: Ariel A. Ramirez – ASQE/SQE

**Audit Scope**

The audit was based on Lear LCC PCB Checklist and only checklist used. This is audit focused on line used for Lear Power PCB running in Kinwong plant.

**Audit Summary**

For the one day audit conducted, the following need an improvement / issues found in different lines:

- *Operator in charge in Warehouse must undergo re-certification/ training.* FIFO system in the warehouse is not well implemented also monitoring of the temperature and humidity
- *Operators Training Card must be consistent and placed in their respective area. (Operator in Warehouse no training card).* Some areas in the production line, operators' training card were posted by in some area. Particular for warehouse in charge, no training card presented during the audit.
- *Expiration should reflect in the IQC label in CCL Warehouse.* No expiration reflected IQC label of CCL, ink, pre-peg and dry film. Even though the delivery date were reflected and recorded and weekly review on the raw materials store in warehouse, reflecting the expiration will serve as an error-proofing in the daily checking activity.
- *Re-evaluate the standard basket rack used in production (prone for handling issue particular in stacking two basket racks with a panel height beyond the basket rack height).* Same with Benlida, Kinwong was using different production panel size and most these beyond the height of the top brace of rack and most these rack filed on top by two. The 2nd rack on top base were touching the panel of the 1st rack which will cause deformation, bow or twist, and scratches. For the four PCB supplier audit in Shenzhen, they were using same rack design.
- *Identify/label production machine that will be used for automotive. (In Drilling, Lamination, Plating, Soldermask, Finishes, FQC line). There should be a special control in maintenance, operators orientation/training, CPK monitoring and SPC.* A production line with mixed product line (consumer board, telecommunication, automotive and computers) had different requirements and set-up but in most cases, PCB supplier with less experience for automotive PCB they just use

Defendants-00000486



same standards. For the 5 strategic PCB suppliers, 4 of this have an identified automotive line with **Quality First** special control.

- *MSA or Gage R & R for the operator and measuring (example-caliper) machine must be every 3 months.* Because of the high variability of the process, and most of the operators were multitasking handling different product line. MSA must be conducted quarterly.
- *Process flow, control plan, PFMEA should be align to each other.* These three documents were not aligned. Some process in the flow chart not reflected in FMEA and control plan.
- *Board handling must be improved (using gloves in final inspection).* Handling was not good especially using gloves.
- *Should have a safe launch control plan during first six months of production.* No Safe Launch control plan for this supplier and doesn't have knowledge what is a safe launch control plan.
- *Packaging Specification must be complied and approved by Lear packaging Engineer.* No approved packaging specification from Lear.
- *Shipping report must be implemented based on LVP046-31.* Not implemented yet in this supplier.

Most of the issues found were the same with the other of Circuitronix manufacturing plant – Benlida.

Warpage issue is mainly contributed by the design, and supplier handling of the PCB (process handling and packaging). If possible improve the packaging (see attached presentation), PCB arrangement, and improve the board array design. There is a high probability of re-occurrence no improvement implemented on the design and packaging as a long term solution.

**Recommendation**
Lear must strengthen the APQP activities for this supplier and frequent visit. Need a follow up audit/visit to review the safe launch activities for the new projects. Much better somebody from Lear China who have background / experienced in PCB manufacturing. This will improve the supplier-Lear communications and alignment of requirements.

**Conclusion**
Kinwong is the same with Benlida,, a small PCB supplier with not so robust system in automotive. This supplier needs a proper APQP activities and monitoring. There is a potential risk if this activity not well executed during early stage of production or before the mass production.

**29 Aug 2008**
Date

**Ariel Ramirez**
ASQE / SQE

Defendants-00000487

**DOCUMENT PRODUCED NATIVELY**

CONFIDENTIAL



## Printed Wiring Board

Supplier Assessment Questionnaire

**Supplier:** Circuitronix LLC - Benlida

**Date of Assessment:** 11-Aug-08

**Contact:** Wenwu Jiang

**Telef.** (1) 786-364- 4475

**Lear auditor:** Ariel Abello Ramirez

**Telef.** +6332 3499500  local 2099



### Applicability

This questionnaire applies to all new and existing LCC suppliers of single, double sided, and multi-layer printed wiring boards

This audit is based on random process and quality management investigations, and not every aspect of the supplier's activities was necessarily covered. Non-conformities may exist which were not uncovered by this audit

### Scoring

Scoring is based on the following

0 - No evidence exists
1 - Some or little evidence exists
2 - Meets the criteria referred in the question

### Pass Criteria

Excellent    90% - 100%

Satisfactory  65% - 89%

Unacceptabl Below 65%

Unacceptabl Below 50% in any section

### Audit Requirements

**expected during the audit:**

1    A tour of the entire facility in sequential order. Tour guides should be able to answer general questions. Responsible engineers for each process should be available for detailed questions

2    Operators must be able to answer questions related to their operation
3    If any operations are performed at other facilities, provisions must be made to visit these facilities with the same requirements as above

4    The supplier will be expected to produce supporting documentation for any audited procedures
These documents must be made available before the end of the day of the audit
These will include copies of audits performed by the supplier's chemical, maintenance, service, or hardware suppliers

5    The supplier will be expected to provide objective evidence of improvements based on corrective actions or continuous improvement efforts

**LEAR**
CORPORATION

6   The supplier should expect that any corrective actions since the time of the last audit will be verified by Auditor, including findings identified by other audits such as those listed in (4) above

7   The supplier must identify any processes that use Chloro-Fluoro-Carbons (CFC"s)

8   Specific reference is made within this audit to International standards  Compliance to this specification may be audited in any applicable area

## Audit Response Requirements

A response to any findings is required within a mutually agreed time upon publication of this report
The response must include an implementation plan to achieve a mutually agreed improvement level

A SCAR (Supplier Corrective Action Request) will be issued for all major non-conformances

Guidelines for Priorities

Priority 1    A major quality/reliability exposure
                        (i e a non-compliance with a specification requirement)

Priority 2    A quality or process control improvement needed to drive
                        a PPM reduction (i e a Cpk improvement plan)

Priority 3    An overall improvement suggestion based on
                        knowledge of industry best practices

## Appendix B: Acronyms

| | | | |
|---|---|---|---|
| AOI | Automated Optical Inspection | IST | Interconnect Stress Testing |
| AVL | Approved Vendor List | MPI | Manufacturing Process Instruction |
| CAD | Computer Aided Design | MRB | Material Review Board |
| CAT | Conductive Analysis Technology | NCM | Non-Conforming Material |
| CMM | Co-ordinate Measurement Machine | NPI | New Product Introduction |
| C of C | Certificate of Compliance | OSP | Organic Solderability Preservative |
| DES | Develop Etch Strip | PPM | Parts Per Million |
| DFM | Design for Manufacturing | SCAR | Supplier Corrective Action Request |
| DIMM | Dual In-Line Memory Module | SES | Strip Etch Strip |
| DOE | Design of Experiment | SIMM | Single In-Line Memory Module |
| ENIG | Electroless Nickel Immersion Gold | WIP | Work in Process |
| FIFO | First In First Out | | |
| FMEA | Failure Mode Effects Analysis | | |
| HASL | Hot Air Solder Level | | |



| Chapter number | Chapter description | Total max. score | Score reached | Percentage achieved |
|---|---|---|---|---|
| 1.0 | Receiving | 16 | 13 | 81% |
| **2.0  Inner Layers** | | | | |
| 2.1 | Pre-Clean | 4 | 4 | 100% |
| 2.2 | Imaging | 24 | 24 | 100% |
| 2.3 | Develop – Etch – Strip | 12 | 12 | 100% |
| 2.4 | A.O.I. (inner layers) | 26 | 26 | 100% |
| 3.0 | Pre-Lamination Surface Treatment | 16 | 0 | 0% |
| 4.0 | Lamination | 26 | 0 | 0% |
| 5.0 | Drilling | 24 | 24 | 100% |
| 6.0 | Electroless Copper Plating | 10 | 10 | 100% |
| **7.0  Outer Layers** | | | | |
| 7.1 | Pre-Clean | NA | | |
| 7.2 | Imaging | 22 | 22 | 100% |
| 7.3 | Electrolytic Plating | 10 | 10 | 100% |
| 7.4 | Develop – Etch – Strip | 6 | 6 | 100% |
| 7.5 | A.O.I. (Outer layers) | 16 | 16 | 100% |
| 8.0 | Soldermask | 16 | 16 | 100% |
| 9.0 | Finishes | 74 | 74 | 100% |
| 10.0 | Routing | 16 | 16 | 100% |
| 11.0 | Electrical Test | 24 | 24 | 100% |
| 12.0 | Final Inspection | 20 | 20 | 100% |
| 13.0 | Pack and ship | 17 | 16 | 94% |



SCORE CARD



| Summary | | | |
|---|---|---|---|
| Totals | | 379 | 333 | 88% |



Summary

88%

0%   20%   40%   60%   80%   100%



## EQUIPMENT LIST SUMMARY

| | | Quantity of machines / lines | Short description for the main equipment | Age average | Older | New one |
|---|---|---|---|---|---|---|
| **2.0** | **Inner Layers** | | | | | |
| 2.1 | Pre-Clean | 1 | | 3 | 3 | 3 |
| 2.2 | Imaging | 1 | | 3 | 3 | 3 |
| 2.3 | Develop – Etch – Strip | 1 | | 3 | 3 | 3 |
| 2.4 | A.O.I. (inner layers) | 1 | Mania | 1 | 1 | 1 |
| 3.0 | Pre-Lamination Surface Treatment | 1 | | 3 | 3 | 3 |
| 4.0 | Lamination | 1 | | 3 | 3 | 3 |
| 5.0 | Drilling | 8 | CNC drilling | 4 | 8 | 1 |
| 6.0 | Electroless Copper Plating | 1 | auto | 3 | 3 | 3 |
| **7.0** | **Outer Layers** | | | | | |
| 7.1 | Pre-Clean | 1 | | 3 | 3 | 3 |
| 7.2 | Imaging | 1 | | 3 | 3 | 3 |
| 7.3 | Electrolytic Plating | 1 | auto | 7 | 10 | 3 |
| 7.4 | Develop – Etch – Strip | 1 | auto | 3 | 3 | 3 |
| 7.5 | A.O.I. (Outer layers) | 1 | Mania | 1 | 1 | 1 |
| 8.0 | Soldermask | 12 | semi-auto silkscreen printing machine | 4 | 10 | 1 |
| 9.0 | Finishes | 4 | flash gold plating, ENIG plating, HASL, OSP | 8 | 10 | 4 |
| 10.0 | Routing | 8 | CNC routing machine | 5 | 8 | 1 |
| 11.0 | Electrical Test | 19 | high voltage test machine | 3 | 4 | 1 |
| 12.0 | Final Inspection | | manualy | | | |
| 13.0 | Pack and ship | 2 | vacuum packing machine | 3.5 | 6 | 1 |

| | |
|---|---|
| Plant Area in sqm | 20,000 |
| Floor Area in sqm | 32,000 |
| Plant ages | 3 |
| Capacity Outer Layers, sqm/month | 35,000 |
| Capacity Inner Layers, sqm/month | 15,000 |
| Number of employees | 690 |
| Employees ratio direct / indirect | 80/20 |



go to summary

| 1.0 | Receiving | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 1.1 | Are general storage conditions acceptable?<br>• Environment (appropriate temperature and humidity controls)<br>• Neat, sealed, controlled stacks of material | 2 | Verified and OK | 1 | Yes, T&RH controlled, laminate placed on layered shelf |
| 1.2 | Is incoming inspection performed with actual physical verification of material?<br>• If only collecting C of C's, evidence of supplier inspection plan and results must be shown | 2 | Verified and OK | 1 | Yes, by IQC |
| 1.3 | Is inspected vs. non-inspected material properly segregated?<br>• Material awaiting inspection must be separated from inspected material, and labeled as such | 2 | Verified and OK | 1 | Yes, segregated in different areas, and idenfied with labels |
| 1.4 | Is material that has been inspected properly identified?<br>• Material must be stamped as "passed" | 2 | Verified and OK | 1 | Identified and labelled |



go to summary

| 1.0 | Receiving | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 1.5 | Are FIFO practices used effectively?<br>• Procedure must be followed and in placed | 1 | Verified and need more | 1 | By Color label and ERP control |
| 1.6 | Are shelf lives properly defined and enforced?<br><br>• Expiration date and manufacturing date must be reviewed. | 1 | Verified and some IQC label don't have expiration date reflected | 1 | Yes, expired period defined in Store Management Work Instruction, and shown on the IQC label |
| 1.7 | Is access to storage area controlled? | 2 | Verified and OK | 2 | Locked and Controlled |
| 1.8 | Are there contractual quality targets requested to the suppliers?<br>(Max. level of DPPM's, Number of claims etc.)<br>Please refer.<br>Are the suppliers on target? (2 points).<br>Out of target (1 point) | 1 | No evidence showed. | 2 | Objectives defined for suppliers |

| Total max score possible | 16 |
|---|---|
| Score reached | 13 |
| Percentage achieved | 81% |

**Additional Notes:**

Overall in receiving area, need more improvement, implementation of the procedure and re-training of operators incharge





### 2.0 Inner Layers

| 2.1 | Pre-Clean | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|-----------|-------|---------------------|--------------|-------------------|
| 2.1.1 | Is the pre-clean loading systems capable of handling the thinnest cores the supplier quotes as capability?<br>• Are cores reworked extensively (>0.5%) | 2 | Verified and OK | 1 | Capable of handling thin core 0.2mm or above |
| 2.1.2 | Is the pH and conductivity of the rinse water monitored and controlled? | 2 | Verified and OK | 1 | They are monitored and controlled |

| | |
|---|---|
| Total max score possible | 4 |
| Score reached | 4 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 2.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 2.2.1 | Is imaging done in a min. class 10k clean room? | 2 | Verified and OK | 1 | 10K |
| 2.2.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts)<br>• Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis | 2 | Verified and OK | 1 | Tracked for Temp, RH, and Dust Count |
| 2.2.3 | Is the room equipped with positive pressure and is it regularly monitored? | 2 | Verified and OK | 1 | Positive and monitored regularly |
| 2.2.4 | Are first generation prints used for all imaging ? | 2 | Verified and OK | 1 | Yes |
| 2.2.5 | Is there appropriate verification of artworks before use to check for damage? e.g. AOI | 2 | Verified and OK | 1 | Yes, by AOI and 100X lens |
| 2.2.6 | Are artworks renewed after an appropriate number of prints ?<br>• Max. 800 exposures – manual units<br>• As appropriate for automated units. | 2 | Verified and OK | 1 | Replaced for every 800 times |
| 2.2.7 | Are artworks handled and stored appropriately?<br>• Should be hanging in totes to prevent damage to artworks | 2 | Verified and OK | 1 | Stored in controlled environment, and hanged in bag |
| 2.2.8 | Are artworks generated and stored in the same area as the imaging? (If not, are their set procedures to ensure that the artwork becomes acclimatized when moved into the room)<br>• Min. 4 hours in exposure area prior to usage | 2 | Verified and OK | 1 | Same |



go to summary

| 2.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 2.2.9 | Is imaging system capable of handling the thinnest core the supplier quotes as being capable of producing? | 2 | Verified and OK | 1 | Capable of handling thin core 0.2mm or above |
| 2.2.10 | Are artworks cleaned after each exposure?<br>• Using tacky roller – manual lines (2 points)<br>• If an automated line (2 points) | 2 | Verified and OK | 1 | Stick roller cleanning for every exposure |
| 2.2.11 | Is resist stored properly?<br>• Resist should not be sitting on end on the floor<br>• If liquid resist (2 points) | 2 | Verified and OK | 1 | Dry Artwork placed on shelf |
| 2.2.12 | Are appropriate controls in place with regard to maximum hold time after resist lamination?<br>• < 24 hours | 2 | Verified and OK | 1 | Within 24 hours |

| Total max score possible | 24 |
|---|---|
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 2.3 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | | | | |
| ■ | ETCH TYPE (Alkaline or Cupric Chloride) | | | | |
| ■ | EQUIPMENT MANUFACTURER | | | | |
| 2.3.1 | Are cores properly separated in racks or conveyors before and after DES?<br>• Slip sheeted tote baskets of controlled height or separate racks | 2 | Verified and OK | 1 | Yes, cores handled by plastic trays |
| 2.3.2 | Is developer filtration adequate?<br>• Is filter cleaning/changing covered by maintenance check sheet.<br>• Pressures are within acceptable operating range | 2 | Verified and OK | 1 | Yes, by regular cleaning and monitoring. |
| 2.3.3 | Is the conveyor system adequate for thin core material?<br>(please detail capability, i.e. Roller spacing, etc) | 2 | Verified and OK | 1 | Capable of handling 0.2mm or above thin core |
| 2.3.4 | Are line widths measured after etch on min. first, middle, and last panels in each lot?<br>• using equipment of adequate accuracy (e.g. scope has graduations < .0005") | 2 | Verified and OK | 1 | Yes, checked when First Article Inspection, outgoing QC |



go to summary

| 2.3 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|------------------------|-------|---------------------|--------------|-------------------|
| ■ | Are single ply cores used? | | OK | ■ | Yes |
| 2.3.5 | Are single ply cores 100% tested by either raw material manufacturer or by supplier before use? If by material manufacturer, evidence must be provided. | 2 | Verified and OK | I | Yes, 100% checked |
| 2.3.6 | Where single ply cores are used between power/ground planes, does the supplier carry out hi-pot test ? | 2 | Verified and OK | I | Yes, depending on the design |

| Total max score possible | 12 |
|--------------------------|-----|
| Score reached | 12 |
| Percentage achieved | 100% |

**Additional Notes:**



go to summary

| 2.4 | Automated Optical Inspection (inner layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | AOI EQUIPMENT SETS: | | | | |
| 2.4.1 | Is AOI performed on all signal layers? | 2 | Verified and OK | 1 | Yes, for all inner layers |
| 2.4.2 | Is appropriate inspection done on power and ground layers? (min 10%) | 2 | Verified and OK | 1 | Yes, for all inner layers |
| 2.4.3 | Is the resolution of the equipment automatically set by AOI programs from upfront engineering? | 2 | Verified and OK | 1 | Yes, set according to the work instruction |
| 2.4.4 | Are yields tracked regularly at AOI? (Refer the DPPM value and DPPM target at AOI.) | 2 | Verified and OK | 1 | Yes, defined and weekly review |
| 2.4.5 | Are first pass and final yield targets defined? (please detail first and final pass yields by technology) | 2 | Verified and OK | 1 | Yes, defined and weekly review |
| 2.4.6 | Is corrective action taken if yields fall below target? | 2 | Verified and OK | 1 | Yes, when fall below target |
| 2.4.7 | Is pareto analysis used to identify biggest defects? (please highlight the top 5 defects) | 2 | Verified and OK | 1 | Yes, in the weekly report |
| 2.4.8 | Is effective continuous improvement used to eliminate defects? | 2 | Verified and OK | 1 | Yes, discussed in the quality meetings |
| 2.4.9 | Are there controls in place regarding the number of welds allowed on an image ? | 2 | Verified and OK | 1 | Yes. It depends on customer requirements |



go to summary

| 2.4 | Automated Optical Inspection (inner layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | POST ETCH PUNCH EQUIPMENT SETS <br> • Number of cameras <br> • Top/bottom alignment | No evidence | | | |
| 2.4 10 | Is a post-etch punch used? | 2 | Verified and OK | 1 | Yes, for registration |
| 2.4.11 | Does post-etch punch have non-symmetrical holes to prevent Panel being laminated upside down | 2 | Verified and OK, not affecting the two layer PCB. | 1 | Yes, take into considation |
| 2.4.12 | How frequently is post etch punch calibrated? <br> • At minimum self calibration once/lot <br> • Regular Eqpt Mfr calibration. | 2 | Verified and OK, not affecting the two layer PCB. | 1 | Once per year |
| 2.4.13 | How frequently is post etch punch sharpened? <br> • Defined frequency based on DOE | 2 | Verified and OK | 1 | Depending on the qty punched |

| | |
|---|---|
| Total max score possible | 26 |
| Score reached | 26 |
| Percentage achieved | 100% |

*Additional Notes:*



| 3.0 | Pre-Lamination Surface Treatment | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | CHEMICAL SUPPLIER: | | | | |
| ▪ | Is horizontal alternative oxide available? | | | ▪ | |
| ▪ | Is Black Oxide available? | | | ▪ | |
| ▪ | If both oxide treatments are to be available what is the determining factor in deciding which to (Please detail) | This is not applicable. We don' t have this process in house | | | |
| 3.1 | Are cores handled in individually slotted racks or slip sheeted before and after oxide? | | This process was outsource by nearby supplier. | 1 | |
| 3.2 | Has the supplier performed a DOE to verify the optimum oxide thickness to ensure no delamination after thermal stress? | | | 2 | |
| 3.3 | Is microtech measured effectively? Weight loss coupons | | | 1 | |
| 3.4 | How frequently is board cleanliness measured? • Must be per Telcordia requirements (2 points) | | | 1 | |

go to summary



go to summary

| 3.0 | Pre-Lamination Surface Treatment | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| | **BLACK OXIDE** | | | | |
| 3.5 | If Black oxide is used,  is deposition measured in an effective way?<br>• Weight gain coupons | | | 1 | |
| 3.6 | If Black Oxide is used, is an appropriate frequency for measuring deposition employed? First, middle and last core in a lot | | | 1 | |
| | **ALTERNATIVE OXIDE** | | | | |
| 3.7 | If Alternative Oxide is used are critical chemical tanks on auto feed and bleed? | | | 1 | |
| 3.8 | If Alternative Oxide is used are there automatic board handling devices at the front and back of the lines? | | | 1 | |

| Total max score possible | !! | 16 | ◀ **ENTER 12 T0 16, DEPENDS IF MORE OF ONE SYSTEM IS AVAILABLE** |
|---|---|---|---|
| Score reached | | 0 | |
| Percentage achieved | | 0% | |

*Additional Notes:*

This process was outsource by nearby supplier.



go to summary

| 4.0 | Lamination | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | LAMINATION EQUIPMENT SET: | | This is not applicable. We don't have this process in house | | |
| 4.1 | Is lay-up done in a clean environment?<br>• Enclosed room with air filters<br>• Operators wearing protective clothing | | | 1 | |
| 4.2 | Are pre-preg types properly identified during lay-up?<br>• Labeled sheets or separate labeled shelves for each pre-preg type<br>• How many set?<br>• How many stacks? | | | 1 | |
| 4.3 | Are stack books handled on conveyors or carts between lay-up and press? | | | 2 | |
| 4.4 | Are press parameters set by DOE for given stack-ups?<br>Lead time | | | 1 | |
| 4.5 | Are accurate fixtures used to hold stacks?<br>• Rivets<br>• Pins (2 points) | | | 1 | |
| 4.6 | Are press parameters loaded automatically? | | | 3 | |
| 4.7 | Are caul and separator plates cleaned appropriately? | | | 2 | |



LEAR
CORPORATION

go to
summary

| 4.0 | Lamination | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 4.8 | Is flash routing done immediately after Lamination to prevent surface damage due to stacking? | | | 3 | |
| 4.9 | Is thickness measured after lamination on all panels or an appropriate sample size at a minimum of 3 locations on the panel? | | | 1 | |
| 4.10 | Is SPC used to track thickness? | | | 1 | |
| 4.11 | Are tooling holes drilled with x-ray drilling? | | | 2 | |
| 4.12 | Is there a ongoing feedback mechanism to use x-ray drill measurements to optimize artwork | | | 1 | |
| 4.13 | Is material movement measured on a shift basis? <br> • Cross sectioning <br> • PerfecTest <br> • Or equivalent | | | 1 | |

| Total max score possible | 26 |
|---|---|
| Score reached | 0 |
| Percentage achieved | 0% |

*Additional Notes:*

This process was outsource by nearby supplier



go to summary

| 5.0 | Drilling | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|----------|-------|---------------------|--------------|-------------------|
| ■ | EQUIPMENT SETS: | | | | |
| 5.1 | Are safety glasses worn by all operators or safety covers closed on all machines ? | 2 | Verified and OK | 3 | Yes, safety covers are always kept closed. |
| 5.2 | Have drill hits, number of re-sharpens, and stack heightsbeen defined by supplier recommendations and DOE? | 2 | Verified and OK | 2 | Yes, optimization done |
| 5.3 | Is drill to inner pad registration verified?<br>• Cross sectioning<br>• X-ray | 2 | Verified and OK | 1 | Both |
| 5.4 | How frequently is registration verified?<br>• 100% of panels in a lot (2 points)<br>• Bottom panel of each stack (2 points) | 2 | Verified and OK | 1 | 100% for every bottom panel |
| 5.5 | Are number of re-sharpens defined by drill flute | 2 | Verified and OK | 2 | Yes, defined in the work instruction |
| 5.6 | Are panels fixed with locked pins to drill | 2 | Verified and OK | 1 | Yes, fixed by guide pins |
| 5.7 | Are drill machines equipped with laser drill flute length and diameter verification? | 2 | Verified and OK | 1 | Equipped |
| 5.8 | Is the CPK in production, calculated for drilling lines?<br>- By spindle and by machine (2 points)<br>- Global of the drilling area (1point)<br>- < 1.33. (0 points) and action required<br>**Please refer the CPK target and current values**. | 2 | Verified and OK | 1 | CPK study for every spindle |



go to summary

| 5.0 | Drilling | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 5.9 | Is there an effective system in place to ensure the use of customer specified drill bit diameter or type? Please explain. | 2 | Verified and OK | 1 | The customer requirements are tranformed into the Manufacturing Instruction, which the shopfloor follows |

Defendants-00000488.xls

September 2007  User A Cervera





| 5.0 | Drilling | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 5.10 | Are hole counts checked using an appropriate method for the bottom panel in each stack? <br> • Automated hole counter or Mylar film check | 2 | Verified and OK | 1 | By Mylar and backlight |
| 5.11 | How is hole roughness evaluated on each lot? <br> • Random hole checked (1 points) <br> • Last hole per drill checked (2 points) <br> • Use of SPC (2 points) | 2 | Verified and OK | 1 | Yes, through microsection |
| 5.12 | Is there an effective process for removing debris from the surface and within the via after drilling? | 2 | Verified and OK | 1 | By deburring and demear processes |

| Total max score possible | 24 |
|---|---|
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 6.0 | Electroless Copper Plating | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | DESMEAR CHEMICAL SUPPLIER: | | | | |
| 6.1 | Is there an effective method for removing desmear from the hole wall after drilling? | 2 | Verified and OK | 1 | Demear process in house |
| 6.2 | Has the supplier completed a DOE to confirm that there is an effective desmear process? Including all material type e.g. HighTg | 2 | Verified and OK | | Yes, enginering test to confirm the effectiveness |
| ■ | ELECTROLESS CHEMICAL SUPPLIER: | | | | |
| 6.3 | Is rinse water temperature and composition controlled?<br>• De-Ionized water and/or cascading rinses | 2 | Verified and OK | 1 | Yes, they are controlled |
| 6.4 | Has DOE been performed to determine optimum rack configuration for plating distribution?<br>• Defined racking configurations for partially filled baths | 2 | Verified and OK | 1 | Yes, enginering test for optimization |
| 6.5 | Are panels checked after Electroless for adequate plating on a regular basis (min. every lot)?<br><br>• Cross sectioning after electrolytic (1 point)<br>• Backlight (2 points) | 2 | Verified and OK | 1 | By Backlight |

| Total max score possible | 10 |
|---|---|
| Score reached | 10 |
| Percentage achieved | 100% |

*Additional Notes:*

Defendants-00000488.xls   September 2007. User A.Cervera





### 7.0 Outer Layers

| 7.1 | Pre-Clean | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.1.1 | Is a pumice or a chemical treatment used?<br>• (Is it according to the design guidelines of the solder mask supplier?) | Pumice | | | |

| Total max score possible | 0 |
|---|---|
| Score reached | NA |
| Percentage achieved | NA |

*Additional Notes:*



go to summary

| 7.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.2.1 | Is imaging done in a min. class 10k clean room? | 2 | Verified and OK | 1 | 10K |
| 7.2.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts)<br>• Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis. | 2 | Verified and OK | 1 | Yes, they are monitored and controlled |
| 7.2.3 | Is the room equipped with positive pressure and is it regularly monitored? | 2 | Verified and OK | 1 | Positive, and regularly monitored |
| 7.2.4 | Are first generation prints used for all imaging ? | 2 | Verified and OK | 1 | Yes. |
| 7.2.5 | Is there appropriate verification of artworks before use to check for damage? e.g. AOI<br>• Print 1 and etch + AOI (2 points)<br>• Print all and check 1 at AOI (1 points)<br>• AOI of artwork at each use (2 points) | 2 | Verified and OK | 1 | Yes, artworks are checked prior to use for production |
| 7.2.6 | Are artworks renewed after an appropriate number of prints ?<br>• Max. 800 exposures – manual units<br>• As appropriate for automated units. | 2 | Verified and OK | 1 | for every 800 times |
| 7.2.7 | Are artworks handled and stored appropriately? Should be hanging in totes to prevent damage to artworks. | 2 | Verified and OK | 1 | Hanged in bag |
| 7.2.8 | Are artworks generated and stored in the same area as the imaging?  (If not, are their set procedures to ensure that the artwork becomes acclimatized when moved into the room)<br>• Min. 4 hours in exposure area prior to usage. | 2 | Verified and OK | 1 | Same |
| | | | | 1 | |
| 7.2.9 | Are artworks cleaned after each exposure?<br>• Using tacky roller – manual lines (2 | 2 | Verified and OK | 1 | Cleaned by sticked roller for each |



| 7.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| | • If an automated line **(2 points)** | | | | |
| 7.2.10 | Is resist stored properly?<br>• Resist should not be sitting on end on the floor. | 2 | Verified and OK | 1 | Placed on shelf |
| 7.2.11 | Are appropriate controls in place with regard to maximum hold time after resist lamination?<br>• < 24 hours. | 2 | Verified and OK | 1 | within 24 hours |

| Total max score possible | 22 |
|---|---|
| Score reached | 22 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 7.3 | Electrolytic Plating | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | | | | |
| ‼ | What is the plating strategy employed? (pattern, panel or both?) *If Pattern is not available, no business are allowed with Lear* | | | | |
| 7.3.1 | Is rinse water temperature  and composition controlled? De-Ionized water and/or cascading rinses | 2 | Verified and OK | 1 | Yes, they are controlled |
| 7.3.2 | Has DOE been performed to determine optimum rack configuration for plating distribution? • OR is horizontal plating used **(2 points)** | 2 | Verified and OK | 1 | Yes, Engineering test done for optimizations |
| 7.3.3 | Are panels cross sectioned to evaluate the following on each lot? • Electroless • Electrolytic • Hole wall roughness | 2 | Verified and OK | 1 | Yes, done by X-section |
| 7.3.4 | Are customer specific plating thickness requirements documented in work instructions? | 2 | Verified and OK | 1 | Defined in the Manufacturing Instructions |

Defendants-00000488.xls



| 7.3 | **Electrolytic Plating** | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.3.5 | How has the supplier evaluated their plating capabilities based on barrel reliability?  Detail the max. A.R. they are capable of plating. Evidence of a DOE must be demonstrated to define max. A.R. <br> • IST (2 points) <br> • Liquid/Liquid (2 points) <br> • Multiple solder floats (e.g. 10x - >6x) (2 points) | 2 | Verified and OK | 1 | Yes, Engineering test done for optimizations |
| ■ | How often is Cu elongation measured? (Please detail the value) | | | | |

| Total max score possible | 10 |
|---|---|
| Score reached | 10 |
| Percentage achieved | 100% |

*Additional Notes:*



| go to summary |

| 7.4 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | | | | |
| 7.4.1 | Are panels properly separated in racks or conveyors before and after SES? <br> • Slip sheeted tote baskets of controlled height or separate racks | 2 | Verified and OK | 1 | Rack before and DES, and buffer interle |
| 7.4.2 | Is developer filtration adequate? | 2 | Verified and OK | 1 | Yes |
| 7.4.3 | Are line widths measured after etch on min. first, middle, and last panels in each lot? Using equipment with appropriate accuracy. Is position specified i.e. top/bottom of trace ? | 2 | Verified and OK | 1 | Checked in First Article and IPQC sampl |
| ■ | Is impedance testing done on the board at this stage? (Y/N) | 2 | Verified and OK | ■ | Depending on the design. Date for rerference only. |

| Total max score possible | 6 |
|---|---|
| Score reached | 6 |
| Percentage achieved | 100% |

*Additional Notes:*



| go to summary |
| --- |

| 7.5 | Automated Optical Inspection (Outer layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
| --- | --- | --- | --- | --- | --- |
| ▪ | EQUIPMENT SET: | | | | |
| ‼ 7.5.1 | Is AOI performed on all outer layers? 100% *If AOI 100% is not available, no business are allowed with Lear* | 2 | Verified and OK | 1 | Yes, 100% for all automotive products |
| 7.5.2 | Are yields tracked regularly at AOI? (Refer the DPPM value and DPPM target at AOI.) | 2 | Verified and OK | 1 | Defined and tracked in the weekly report |
| 7.5.3 | Are first pass and final yield targets defined? (please detail first and final pass yields by technology) | 2 | Verified and OK | 1 | Defined and tracked in the weekly report |
| 7.5.4 | Is corrective action taken if yields fall below target? | 2 | Verified and OK | 1 | Defined and tracked in the weekly report |
| 7.5.5 | Is pareto analysis used to identify biggest defects? (please highlight the top 5 defects) | 2 | Verified and OK | 1 | Yes, in the weekly report |
| 7.5.6 | Is effective continuous improvement used to eliminate defects? • Please detail evidence of improvement | 2 | Verified and OK | 2 | Yes, discussed in the quality meetings |



go to
summary

| 7.5 | Automated Optical Inspection (Outer layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.5.7 | Are there controls in place regarding the number of welds allowed on an image? | 2 | Verified and OK | 1 | Yes, according to customer requirements |
| 7.5.8 | Is the resolution of the equipment automatically set by AOI programs from upfront engineering? | 2 | Verified and OK | 1 | Set acording to WI |

| Total max score possible | 16 |
|---|---|
| Score reached | 16 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 8.0 | Soldermask | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | SOLDERMASK CHEMICAL SUPPLIER (if there is more than 1 please detail how the | | | | |
| ▪ | EQUIPMENT SETS: | | | | |
| 8.1 | Is imaging done in a min. class 100k clean room? | 2 | Verified and OK | 1 | 100K |
| 8.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts) <br> • Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis | 2 | Verified and OK | 1 | They are monitored and controlled |
| 8.3 | Are panels individually racked after imaging? | 2 | Verified and OK | 1 | On rack |
| 8.4 | Are operators wearing gloves? | 2 | Verified and OK | 1 | Yes |
| 8 5 | Are rollers/belts cleaned regularly on conveyors? <br> • Frequency should be related to loading of line | 2 | Verified and OK | 2 | Cleaning every shift |
| 8.6 | Are pressures properly controlled on scrubbers to avoid damaging panels? <br> • Verified by cross sectioning a Cu feature covered by SM and examining the corner for proper coverage. (2 points) <br> • Verified by footprint check ? (2 points) | 2 | Verified and OK | 1 | Verified by footprint measurement |



| 8.0 | Soldermask | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 8.7 | Are panels inspected after developing? Describe in detail the inspection method, sampling and frequency. | 2 | Verified and OK | 1 | 100% checked after developping |
| 8.8 | Are panels inspected after curing? Describe in detail the inspection method, sampling and frequency. | 2 | Verified and OK | 1 | Full checked after curing |

| | |
|---|---|
| Total max score possible | 16 |
| Score reached | 16 |
| Percentage achieved | 100% |

**Additional Notes:**

**LEAR** CORPORATION

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **HASL** | HAL | | | |
| ▪ | Is vertical HASL available? | 2 | Vertical | ▪ | |
| ▪ | Is horizontal HASL available? | | Yes | ▪ | |
| ▪ | If both HASL equipment sets are available what is the determining factor in deciding which to use? (Please detail) | NA | | | |
| 9.1 | Are operators wearing safety glasses on HASL lines? | 2 | Verified and OK | 3 | Yes |
| 9.2 | Are panels processed through HASL on a 45 deg angle? | 2 | Verified and OK | 2 | Vertical |
| 9.3 | Is a pilot run to set solder thickness for HASL for every new part number?  • Set line speed, knife pressure and angle | 2 | Verified and OK | 1 | Yes, depending on customer requirements |
| 9.4 | Are panels washed right after HASL to prevent flux drying? | 2 | Verified and OK | 1 | Yes, post treatment line in process |
| 9.5 | Are panels placed in slotted racks after HASL? | 2 | Verified and OK | 1 | Stacked with interleave buffer sheets |
| 9.6 | Is solder thickness & composition checked on an appropriate number of panels after HASL?  • Thickness must be checked at various pad types in accordance with Required spec | 2 | Verified and OK | 1 | Checked depending on customer requirement |
| 9.7 | How frequently is the purity of the tin/lead monitored for metallic and organic contaminates? (min once/month) | 2 | Verified and OK | 1 | Monthly |
| 9.8 | How many reworks are permitted per standard operating procedure?  • Reworks should be in accordance with required specs | 2 | Verified and OK | 1 | Twice |



| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|----------|-------|---------------------|--------------|-------------------|
| ▪ | **Organic Surface Protection (OSP)** | | | | |
| ▪ | CHEMICAL SUPPLIER(S) | | | | |
| ▪ | OSP TYPES (i.e. Cu 56, 106A, 106AX) | | | | |
| 9.9 | Are the dwell times in the micro-etch bath controlled? <br> • Manual line with audible alarms <br> • Automated line | 2 | Verified and OK | 1 | Computerized control |
| 9.10 | Are panels handled in individually slotted racks or slip sheeted tote baskets of controlled height after OSP? | 2 | Verified and OK | 1 | Stacked with interleave buffer sheets |
| 9.11 | How many reworks are permitted per standard operating procedures? <br> • Reworks should be in accordance with Required specs | 2 | Verified and OK | 1 | Twice with Copper thickness verified |

**LEAR** CORPORATION

[go to summary]

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Electroless Nickel Immersion Gold (ENIG)** | | | | |
| ▪ | CHEMICAL SUPPLIER(S) (nickel & gold) | | | | |
| 9.12 | Have open actions from recent supplier audits been actioned? (Please verify) | 2 | Verified and OK | 1 | Yes |
| 9.13 | Are all supplier recommendations for each bath parameters being followed (i.e. pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | Followed |
| 9.14 | Are nickel and gold thickness' measured on min. first, middle, and last panels after ENIG? | 2 | Verified and OK | 1 | Checked in first article, and outgoing QC |
| 9.15 | Are the baths equipped with auto controllers for Ni and Au concentrations? | 2 | Verified and OK | 1 | Auto replenishment system |
| 9.16 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | 2 | Verified and OK | 1 | Tape test done |
| 9.17 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | 2 | Verified and OK | 1 | Dry stage installed |
| 9.18 | What is the metal turn over rate for Nickel and Gold? (Please detail values) | 2 | Verified and OK | 1 | Defined in the work instruction |

Defendants-00000488.xls

September 2007  User A Cervera

**LEAR CORPORATION**

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | Silver | This is not appliable | | | |
| ▪ | CHEMICAL SUPPLIER | | | | |
| 9.19 | Have open actions from recent supplier audits been actioned?  (Please verify) | | No process in house | 1 | |
| 9.20 | Are all supplier recommendations for each bath parameters being followed (i e pH, temperature, dwell, etc.) | | No process in house | 1 | |
| 9.21 | Are silver thickness' measured on min  first, middle and last panel of each lot? | | No process in house | 1 | |
| 9.22 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | | No process in house | 1 | |
| 9.23 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | | No process in house | 2 | |

**LEAR**
CORPORATION

go to
summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | Tin | | | | |
| ■ | CHEMICAL SUPPLIER: | | | | |
| 9.24 | Have open actions from recent supplier audits been actioned? (Please verify) | 2 | Verified and OK | 1 | Yes |
| 9.25 | Are all supplier recommendations for each bath parameters being followed (i.e pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | Followed |
| 9.26 | Are tin thicknesses measured on min first, middle and last panel of each lot? | 2 | Verified and OK | 1 | Checked in first article, and outgoing QC |
| 9.27 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | 2 | Verified and OK | 1 | Tape test done |
| 9.28 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | 2 | Verified and OK | 2 | Drying installed |

**LEAR** CORPORATION

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Electrolytic Nickel / Gold (Deep tank)** | | | | |
| ▪ | **CHEMICAL SUPPLIER:** | | | | |
| 9.29 | Have open actions from recent supplier audits been actioned? (Please verify) | 2 | Verified and OK | 1 | Yes |
| 9.30 | Are all supplier recommendations for each bath parameters being followed (i e  pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | Followed |
| 9.31 | Are nickel and gold thickness' measured on min first, middle, and last panels after plating? | 2 | Verified and OK | 1 | Checked in first article, and outgoing QC |
| 9.32 | Is porosity testing done on an on-going basis? | 2 | Verified and OK | 1 | Yes, according to IPC TM 650 |
| 9.33 | Is tape testing completed on an adequate sample/lot?<br>• Should be in accordance with required spec | 2 | | 1 | Tape test done |
| 9.34 | How has the supplier evaluated the effectiveness of their Ni hole wall plating  and is it regularly monitored (on each lot)? | 2 | Verified and OK | 1 | Yes, monitored by X-section |
| 9.35 | What is the max  A.R  they are capable of plating? Evidence of a DOE must be demonstrated to define max  A.R  with capability being evaluated based on barrel reliability<br>• IST (2 points)<br>• Liquid/Liquid (2 points) | 2 | Verified and OK | 1 | Yes, engineering test for evaluations |
| ▪ | **Electrolytic Nickel/Gold (tab line)** | | | | |
| ▪ | **CHEMICAL SUPPLIER:** | | | | |
| 9.36 | Are nickel and gold thickness' measured on min first, middle, and last panels after plating? | 2 | Verified and OK | 1 | Check in First Article and Outgoing QC |
| 9.37 | Is porosity testing done on an on-going basis? | 2 | Verified and OK | 1 | Yes, according to IPC-TM-650 |
| 9.38 | Is tape testing completed on an adequate sample/lot?<br>• Should be in accordance with required spec | 2 | Verified and OK | 1 | Tape test done |
| 9.39 | Is the supplier doing hardness testing? Please detail the frequency | 2 | Verified and OK | 1 | Depending on customer requirements |

go to summary

 LEAR
CORPORATION


go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Solderability Testing** | | | | |
| 9.40 | To which standard is solderability testing being done? | 2 | Verified and OK | 1 | J-STD-003 |
| 9.41 | What is the sampling plan for solderability testing? Required specs | 2 | Verified and OK | 1 | for every shipment, and datecode |
| 9.42 | What is the supplier's solderability acceptance criteria. Evidence of understanding of the 95% criteria must be shown  (I.E. every pad must show evidence of 95% or more of the pad area wet; NOT 95% of the pads wet with solder ) Evidence of flat pad vs  domed pad evaluation must be shown. If a flat pad is observed, the supplier must justify why that is considered a pass (evidence of solder uptake must be demonstrated) | 2 | Verified and OK | 1 | 95%, defined in the Work Instruction |



| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Total max score possible | 84 | |
| Score applicable | 74 | ◀ Enter the correct applicable score |
| Total Score reached | 74 | |
| Total Percentage achieved | 100% | |
| Score reached  per sections: | | % Score reached  per sections: |

| | | | | |
|---|---|---|---|---|
| HASL | 16 | HASL | 100% |
| Organic Surface Protection (OSP) | 6 | Organic Surface Protection (OSP) | 100% |
| Electroless Nickel Immersion Gold (ENIG) | 14 | Electroless Nickel Immersion Gold (ENIG) | 100% |
| Silver | 0 | Silver | 0% |
| Tin | 10 | Tin | 100% |
| Electrolytic Nickel / Gold (Deep tank) | 14 | Electrolytic Nickel / Gold (Deep tank) | 100% |
| Electrolytic Nickel/Gold (tab line) | 8 | Electrolytic Nickel/Gold (tab line) | 100% |
| Solderability Testing | 6 | Solderability Testing | 100% |

| Aplicable score per sections: | |
|---|---|
| HASL | 16 |
| Organic Surface Protection (OSP) | 6 |
| Electroless Nickel Immersion Gold (ENIG) | 14 |
| Silver | 10 |
| Tin | 10 |
| Electrolytic Nickel / Gold (Deep tank) | 14 |
| Electrolytic Nickel/Gold (tab line) | 8 |
| Solderability Testing | 6 |

*Additional Notes:*

**L LEAR** CORPORATION

go to summary

| 10.0 | Routing | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 10.1 | Are panels fixed with locked pins during routing? | 2 | Verified and OK | 1 | Fixed by Guide pins |
| 10.2 | Are router brushes cleaned before each use to avoid collecting debris and scratching panels? | 2 | Verified and OK | 2 | Cleaned by brushes |
| 10.3 | Are routing programs generated from original prints? | 2 | Verified and OK | 1 | Yes, derived and processed from the gerber data |
| 10.4 | Is the routing program checked to original prints at the rout dept? | 2 | Verified and OK | 1 | Checked by QA |
| 10.5 | Are dimensions checked using a coordinate measurement machine? | 2 | Verified and OK | 2 | Yes, by 2D XY equipment |
| 10.6 | Are additional safe-guards in place to ensure presence and locations of critical features?<br>• Circuit in route path for critical slots | 2 | Verified and OK | 1 | Yes, depending on the design |
| 10.7 | Are safety guards used on routers during operation or are operators wearing safety glasses ?? | 2 | Verified and OK | 1 | Covers are always kept closed |
| 10.8 | Are a final cleaning after routing<br>Type<br>Ph / conduct. Controlled? | 2 | Verified and OK | 1 | by Final DI cleaning |

| Total max score possible | 16 |
|---|---|
| Score reached | 16 |
| Percentage achieved | 100% |

*Additional Notes:*



go to
summary

| 11.0 | Electrical Test | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|-----------------|-------|---------------------|--------------|-------------------|
| ▪ | ELECTRICAL TEST EQUIPMENT SET: | | | | |
| 11.1 | Are cards separated in a fool proof manner after test to avoid mixing passed and failed cards? test to avoid mixing passed and failed cards? (i.e. sensors for pile management, etc.) | 2 | Verified and OK | 1 | Yes, mistake proofing device installed an |
| 11.2 | Is de-bug performed in an isolated area to avoid mixing passed and failed cards? | 2 | Verified and OK | 1 | Yes, in particular room |
| 11.3 | Are cards re-tested after de-bug? | 2 | Verified and OK | 1 | Yes, re-tested |
| 11.4 | Is fallout tracked after electrical test? (Refer the DPPM value and DPPM target at Electrical test.) | 2 | Verified and OK | 1 | Yes, reference to the weekly report |
| 11.5 | Are detractors investigated by engineering? • Feedback detractor information to process section that caused them • Corrective action | 2 | Verified and OK | 1 | Yes |
| 11.6 | Is there evidence of improvement? | 2 | Verified and OK | 2 | Yes, according to the weekly report |
| 11.7 | Are lots quarantined if a systemic defect that could affect the rest of the lot is detected at test? | 2 | Verified and OK | 1 | Yes, defined in the work instruction |
| 11.8 | Are trigger points defined, for quarantining a systemic defect, using SPC? Is it defined by defect type? | 2 | Verified and OK | 1 | Yes, per P-chart |
| 11.9 | Is the customer notified for approval if the supplier intends to ship the quarantined material? | 2 | Verified and OK | 1 | Yes, whenever required |



go to summary

| 11.0 | Electrical Test | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | IMPEDANCE TEST EQUIPMENT SET: | | | | |
| 11.10 | Are controlled impedance cards/coupons tested in accordance with required spec | 2 | Verified and OK | 1 | Yes, 100% tested |
| 11.11 | Are TDR probes inspected regularly for wear and replaced as needed? • Regular calibration (2 points) | 2 | Verified and OK | 1 | Yes, calibrated |
| 11.12 | Is TDR testing surface and fixturing such that there is no influence on impedance from other nearby boards, or operator contact? | 2 | Verified and OK | 1 | Yes |

| | |
|---|---|
| Total max score possible | 24 |
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*

**LEAR** CORPORATION

go to summary

| 12.0 | Final Inspection | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 12 1 | Are customer specifications readily accessible, clearly legible, and understandable in inspection area and in use ? | 2 | Verified and OK | 1 | Yes, included in WI, and accessible in the PE for all origanal co |
| 12.2 | Are inspection stations equipped with microscopes (10X min.)? Are there adequate facilities for verification up to 40X | 2 | Verified and OK | 1 | 3X used for visual, and 40X for verfications |
| 12 3 | Are operators using the above equipment? | 2 | Verified and OK | 1 | Yes |
| 12.4 | Are previous quality issues highlighted in inspection records for a given part number? | 2 | Verified and OK | 1 | Yes, addressed in the shift meeting |
| 12 5 | Is inspection performed on 100% of the sample? (Refer the DPPM value and DPPM target at final inspection) | 2 | Verified and OK | 1 | Yes, 100% |
| 12 6 | Is ionic contamination testing done on each lot? | 2 | Verified and OK | 1 | Depends on customer requirments |
| 12.7 | Are cards handled appropriately in inspection so as not to damage boards? | 2 | Verified and OK | 2 | Yes, handling instruction defined and followed |
| 12 8 | Is there operator trace-ability in inspection? | 2 | Verified and OK | 1 | By edge marking |
| 12 9 | Is the inspection area well lit? | 2 | Verified and OK | 1 | Yes, by 5S program |
| 12 10 | Is rejected material properly isolated? | 2 | Verified and OK | 1 | Yes, in separate areas |

| | |
|---|---|
| Total max score possible | 20 |
| Score reached | 20 |
| Percentage achieved | 100% |

**Additional Notes:**



go to
summary

| 13.0 | Pack and ship | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 13.1 | Are lots properly separated by part number to avoid mixing parts during packaging?<br>• Separate tables or divided sections on tables for each part number | 2 | Verified and OK | 1 | Yes, packed in different tables |
| 13.2 | If slip sheets are used, is paper sulfur-free? | 2 | Verified and OK | 1 | Depends on customer requirement |
| 13.3 | Are parts vacuum packed or shrink wrapped?<br>If products have OSP, Silver or Sn finish they MUST be vacuum packed. | 2 | Verified and OK | 1 | All vacuum packed |
| 13.4 | Are proper methods used to prevent moisture absorption?<br>• Desiccants (properly separated from boards)<br>• Moisture sensitive paper to indicate humidity level in packages | 2 | Verified and OK | 1 | Yes, depending on customer requirement a |
| 13.5 | Are weight restrictions defined for boxes (35 lbs. max.)? | 2 | Verified and OK | 1 | 16kg or less |
| 13.6 | Does the supplier have bar code capability? | 2 | Verified and OK | 3 | Yes, capable |



go to summary

| 13,0 | Pack and ship | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 13.7 | Are cards in packaging area properly isolated from any MRB areas? | 2 | Verified and OK | 1 | Yes, isolated |
| 13.8 | Are boxes properly labeled on the side of the box with date code, qty, x-outs, inspection reports? (As per Required specs | 2 | Verified and OK | 1 | Yes, depending on customer requirements |

| Total max score possible | 17 |
|---|---|
| Score reached | 16 |
| Percentage achieved | 94% |

**Additional Notes:**

**DOCUMENT PRODUCED NATIVELY**

Defendants-00000489



## **Printed Wiring Board**

Supplier Assessment Questionnaire

| | |
|---|---|
| **Supplier:** | Circuitronix LLC (Kinwong facility) |
| **Date of Assessment:** | 8/11/2008 |
| **Contact:** | Wenwu Jiang |
| **Telef.** | (1) 786- 364-4475 |
| | |
| **Lear auditor:** | Ariel Abello Ramirez |
| **Telef.** | +6332 3499500  local 2099 |



## Applicability

This questionnaire applies to all new and existing LCC suppliers of single, double sided, and multi-layer printed wiring boards.
This audit is based on random process and quality management investigations, and not every aspect of the supplier's activities was necessarily covered. Non-conformities may exist which were not uncovered by this audit.

## Scoring

Scoring is based on the following:

0   No evidence exists
1 = Some or little evidence exists
2 · Meets the criteria referred in the question

## Pass Criteria

Excellent     90% - 100%

Satisfactory: 65% - 89%

Unacceptabl Below 65%

Unacceptabl Below 50% in any section

## Audit Requirements

expected during the audit:

1   A tour of the entire facility in sequential order  Tour guides should be able to answer general questions. Responsible engineers for each process should be available for detailed questions.

2   Operators must be able to answer questions related to their operation

3   If any operations are performed at other facilities, provisions must be made to visit these facilities with the same requirements as above

4   The supplier will be expected to produce supporting documentation for any audited procedures
These documents must be made available before the end of the day of the audit
These will include copies of audits performed by the supplier's chemical, maintenance, service, or hardware suppliers

5   The supplier will be expected to provide objective evidence of improvements based on corrective actions or continuous improvement efforts

**LEAR**
CORPORATION

6. The supplier should expect that any corrective actions since the time of the last audit will be verified by Auditor, including findings identified by other audits such as those listed in (4) above

7. The supplier must identify any processes that use Chloro-Fluoro-Carbons (CFC's)

8. Specific reference is made within this audit to International standards. Compliance to this specification may be audited in any applicable area

**Audit Response Requirements**

A response to any findings is required within a mutually agreed time upon publication of this report
The response must include an implementation plan to achieve a mutually agreed improvement level

A SCAR (Supplier Corrective Action Request) will be issued for all major non-conformances.

Guidelines for Priorities:

Priority 1:  A major quality/reliability exposure
                    (i.e. a non-compliance with a specification requirement)

Priority 2:  A quality or process control improvement needed to drive
                    a PPM reduction (i.e. a Cpk improvement plan)

Priority 3:  An overall improvement suggestion based on
                    knowledge of industry best practices

**Appendix B: Acronyms**

| | | | |
|---|---|---|---|
| AOI | Automated Optical Inspection | IST | Interconnect Stress Testing |
| AVL | Approved Vendor List | MPI | Manufacturing Process Instruction |
| CAD | Computer Aided Design | MRB | Material Review Board |
| CAT | Conductive Analysis Technology | NCM | Non-Conforming Material |
| CMM | Co-ordinate Measurement Machine | NPI | New Product Introduction |
| C of C | Certificate of Compliance | OSP | Organic Solderability Preservative |
| DES | Develop Etch Strip | PPM | Parts Per Million |
| DFM | Design for Manufacturing | SCAR | Supplier Corrective Action Request |
| DIMM | Dual In-Line Memory Module | SES | Strip Etch Strip |
| DOE | Design of Experiment | SIMM | Single In-Line Memory Module |
| ENIG | Electroless Nickel Immersion Gold | WIP | Work in Process |
| FIFO | First In First Out | | |
| FMEA | Failure Mode Effects Analysis | | |
| HASL | Hot Air Solder Level | | |



| Chapter number | Chapter description | Total max. score | Score reached | Percentage achieved |
|---|---|---|---|---|
| 1.0 | Receiving | 16 | 14 | 88% |
| **2.0  Inner Layers** | | | | |
| 2.1 | Pre-Clean | 4 | 4 | 100% |
| 2.2 | Imaging | 24 | 24 | 100% |
| 2.3 | Develop – Etch – Strip | 12 | 12 | 100% |
| 2.4 | A.O.I. (inner layers) | 26 | 18 | 69% |
| 3.0 | Pre-Lamination Surface Treatment | 12 | 10 | 83% |
| 4.0 | Lamination | 26 | 26 | 100% |
| 5.0 | Drilling | 24 | 24 | 100% |
| 6.0 | Electroless Copper Plating | 10 | 10 | 100% |
| **7.0  Outer Layers** | | | | |
| 7.1 | Pre-Clean | NA | | |
| 7.2 | Imaging | 22 | 22 | 100% |
| 7.3 | Electrolytic Plating | 10 | 10 | 100% |
| 7.4 | Develop – Etch – Strip | 6 | 6 | 100% |
| 7.5 | A.O.I. (Outer layers) | 16 | 15 | 94% |
| 8.0 | Soldermask | 16 | 15 | 94% |
| 9.0 | Finishes | 74 | 74 | 100% |
| 10.0 | Routing | 16 | 16 | 100% |
| 11.0 | Electrical Test | 24 | 24 | 100% |
| 12.0 | Final Inspection | 20 | 19 | 95% |
| 13.0 | Pack and ship | 17 | 15 | 88% |



SCORE CARD



| Summary | | | | |
|---|---|---|---|---|
| **Totals** | | **375** | **358** | **95%** |



Summary

95%

0%  20%  40%  60%  80%  100%



**EQUIPMENT LIST SUMMARY**

| | Quantity of machines / lines | Short description for the main equipment | Age average | Older | New one |
|---|---|---|---|---|---|
| **2.0  Inner Layers** | | | | | |
| 2.1  Pre-Clean | 1 | Min. finished board thickness is 0.1mm | 1/year | | |
| 2.2  Imaging | 4 | 3/3mil width/spacing | 2/year | 3/year | 1/year |
| 2.3  Develop – Etch – Strip | 1 | 3/3mil width/spacing | 2.5/year | 4/year | 1.5/year |
| 2.4  A.O.I. (inner layers) | 5 | \ | \ | \ | \ |
| 3.0  Pre-Lamination Surface Treatment | 1 | Horizontal Brown Oxide Line | 3/year | 3/year | 3/year |
| 4.0  Lamination | 17 | Lamination、Dissolves gathers machine、Lock seaming machine、X-Ray machine、CCD target hole machine、PP cutting machine、Rubs the steel trigger ans so on | 3/year | 5/year | 0.6/year |
| 5.0  Drilling | 35 | 9 sets HITACHI、9 sets schmoll、6 sets KLinglnberg、6 sets MANTAT、2 sets HANS、1 sets Zhu Nei | 3/year | 5/year | 1/year |
| 6.0  Electroless Copper Plating | 2 | HONG DE & GAINFORD | 6.1/year | 6.7/year | 5.5/year |
| **7.0  Outer Layers** | | | | | |
| 7.1  Pre-Clean | 2 | UNIVERSAL | 1.5/year | 2.5/year | 0.5/year |
| 7.2  Imaging | 6 | 1 set automatic Exposure .1 set semi-automatic Exposure | 3.6/year | 2.5/year | 0.8/year |
| 7.3  Electrolytic Plating | 2 | UNIVERSAL、Strip Tin process separateness | 4.5/year | 2.5/year | 1/year |
| 7.4  Develop – Etch – Strip | 3 | Two flat copper tin line goes against for the shallow trough clamps the type, clamps the bilateral type for the trench. | 3.5/year | 3/year | 2/year |
| 7.5  A.O.I. (Outer layers) | | \ | \ | \ | \ |
| 8.0  Soldermask | 7 | 5 sets Exposure ,2 sets Develop | 4/year | 5.5/year | 2.5/year |
| 9.0  Finishes | 4 | 1 set chemic Au Automatic line .1 set OSP line .1 set ENIG line,1 set imm Ag line | 3.8/year | 5.5/year | 1/month |
| 10.0  Routing | 22 | 8 sets routing .14 sets punching | 5/year | 15/year | |
| 11.0  Electrical Test | 20 | 2 sets Fly Probe Tester | 3/year | 8/year | 1/year |
| 12.0  Final Inspection | | \ | \ | \ | \ |
| 13.0  Pack and ship | | \ | \ | \ | \ |

| | |
|---|---|
| Plant Area in sqm. | 100,000m² |
| Floor Area in sqm. | 50,000m² |
| Plant ages | 6 years |
| Capacity Outer Layers, sqm/month | 64,000m²/month |
| Capacity Inner Layers, sqm/month | 42,000m²/month |
| Number of employees | 2,200 |
| Employees ratio direct / indirect | 1:20 |



| 1.0 | Receiving | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 1.1 | Are general storage conditions acceptable?<br>• Environment (appropriate temperature and humidity controls)<br>• Neat, sealed, controlled stacks of material | 2 | Verified and OK | 1 | Yes, they are controlled |
| 1.2 | Is incoming inspection performed with actual physical verification of material?<br>• If only collecting C of C's, evidence of supplier inspection plan and results must be shown | 2 | Verified and OK | 1 | Yes, CoC's are verified, and tests are conducted |
| 1.3 | Is inspected vs. non-inspected material properly segregated?<br>• Material awaiting inspection must be separated from inspected material, and labeled as such | 2 | Verified and OK | 1 | Yes, in separated areas |
| 1.4 | Is material that has been inspected properly identified?<br>• Material must be stamped as "passed" | 2 | Verified and OK | 1 | Yes, by IQC label |



go to
summary

| 1.0 | Receiving | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|-----------|-------|---------------------|--------------|-------------------|
| 1.5 | Are FIFO practices used effectively? <br><br> • Procedure must be followed and in placed | 1 | Verified and need more improvement | . 1 | Yes, color label system |
| 1.6 | Are shelf lives properly defined and enforced? <br><br> • Expiration date and manufacturing date must be reviewed. | 1 | Verified and some IQC label don't have expiration date reflected | 1 | Yes, by weekly stock take |
| 1.7 | Is access to storage area controlled? | 2 | Verified and OK | 2 | Yes, it is controlled |
| 1.8 | Are there contractual quality targets requested to the suppliers? <br>(Max. level of DPPM's, Number of claims etc.) Please refer. <br>Are the suppliers on target? (2 points). <br>Out of target (1 point) | 2 | Verified and OK | 2 | Yes, they are set |

| Total max score possible | 16 |
|--------------------------|----|
| Score reached | 14 |
| Percentage achieved | 88% |

*Additional Notes:*





### 2.0 Inner Layers

| 2.1 | Pre-Clean | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 2.1.1 | Is the pre-clean loading systems capable of handling the thinnest cores the supplier quotes as capability?<br>• Are cores reworked extensively (>0.5%) | 2 | Verified and OK | 1 | Yes, capable of handling thinnest core |
| 2.1.2 | Is the pH and conductivity of the rinse water monitored and controlled? | 2 | Verified and OK | 1 | Yes, they are monitored |

| Total max score possible | 4 |
|---|---|
| Score reached | 4 |
| Percentage achieved | 100% |

**Additional Notes:**



go to summary

| 2.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|---------|-------|---------------------|--------------|-------------------|
| 2.2.1 | Is imaging done in a min. class 10k clean room? | 2 | Verified and OK | 1 | 10K class clear room |
| 2.2.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts) <br> • Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis | 2 | Verified and OK | 1 | Temperature:18 22℃, Humidity:45 60%, Dust Count: 10K |
| 2.2.3 | Is the room equipped with positive pressure and is it regularly monitored? | 2 | Verified and OK | 1 | Yes |
| 2.2.4 | Are first generation prints used for all imaging ? | 2 | Verified and OK | 1 | Yes |
| 2.2.5 | Is there appropriate verification of artworks before use to check for damage? e.g. AOI | 2 | Verified and OK | 1 | Yes , deploy AOI for inspection |
| 2.2.6 | Are artworks renewed after an appropriate number of prints ? <br> • Max. 800 exposures – manual units <br> • As appropriate for automated units. | 2 | Verified and OK | 1 | Yes, replaced for every 2500 pnl |
| 2.2.7 | Are artworks handled and stored appropriately? <br> • Should be hanging in totes to prevent damage to artworks | 2 | Verified and OK | 1 | Yes, hanged |
| 2.2.8 | Are artworks generated and stored in the same area as the imaging? (If not, are their set procedures to ensure that the artwork becomes acclimatized when moved into the room) <br> • Min. 4 hours in exposure area prior to usage | 2 | Verified and OK | 1 | Yes, in a controlled environment |



go to summary

| 2.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|---------|-------|---------------------|--------------|-------------------|
| 2.2.9 | Is imaging system capable of handling the thinnest core the supplier quotes as being capable of producing? | 2 | Verified and OK | 1 | Yes, capble |
| 2.2.10 | Are artworks cleaned after each exposure?<br>• Using tacky roller – manual lines (2 points)<br>• If an automated line (2 points) | 2 | Verified and OK | 1 | Yes, they are cleaned |
| 2.2.11 | Is resist stored properly?<br>• Resist should not be sitting on end on the floor<br>• If liquid resist (2 points) | 2 | Verified and OK | 1 | Yes, in the cold store |
| 2.2.12 | Are appropriate controls in place with regard to maximum hold time after resist lamination?<br>• < 24 hours | 2 | Verified and OK | 1 | Yes |

| Total max score possible | 24 |
|---------------------------|-----|
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 2.3 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | Bai Yu | | | |
| ■ | ETCH TYPE (Alkaline or Cupric Chloride) | Acidic etching. | | | |
| ■ | EQUIPMENT MANUFACTURER | UNIVERSAL. | | | |
| 2.3.1 | Are cores properly separated in racks or conveyors before and after DES?<br>• Slip sheeted tote baskets of controlled height or separate racks | 2 | Verified and OK | 1 | Yes, separated by buffer plastic sheet |
| 2.3.2 | Is developer filtration adequate?<br>• Is filter cleaning/changing covered by maintenance check sheet.<br>• Pressures are within acceptable operating range | 2 | Verified and OK | 1 | Yes, regular clean and replacement |
| 2.3.3 | Is the conveyor system adequate for thin core material?<br>(please detail capability, i.e. Roller spacing, etc) | 2 | Verified and OK | 1 | Yes, special tool used for thin core |
| 2.3.4 | Are line widths measured after etch on min. first, middle, and last panels in each lot?<br>• using equipment of adequate accuracy (e.g. scope has graduations < .0005") | 2 | Verified and OK | 1 | Yes, in First Article, IPQC |



| 2.3 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | Are single ply cores used? | | | ■ | Yes. |
| 2.3.5 | Are single ply cores 100% tested by either raw material manufacturer or by supplier before use? If by material manufacturer, evidence must be provided. | 2 | Verified and OK | 1 | Yes. 《AOI inspection record 》 |
| 2.3.6 | Where single ply cores are used between power/ground planes, does the supplier carry out hi-pot test ? | 2 | Verified and OK | 1 | Yes. |

| | |
|---|---|
| Total max score possible | 12 |
| Score reached | 12 |
| Percentage achieved | 100% |

**Additional Notes:**



| 2.4 | Automated Optical Inspection (inner layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|------|------|------|------|------|
| ■ | AOI EQUIPMENT SETS: | | 5 stes AOI inspection machine ,6 sets AOI overhaul machine. | | |
| 2.4.1 | Is AOI performed on all signal layers? | 2 | Verified and OK | 1 | Yes, 100% |
| 2.4.2 | Is appropriate inspection done on power and ground layers? (min 10%) | 2 | Verified and OK | 1 | Yes., 100% |
| 2.4.3 | Is the resolution of the equipment automatically set by AOI programs from upfront engineering? | 2 | Verified and OK | 1 | Yes, by the Engineering |
| 2.4.4 | Are yields tracked regularly at AOI? (Refer the DPPM value and DPPM target at AOI.) | 2 | Verified and OK | 1 | Yes, tracked and feed back to the front-end processes |
| 2.4.5 | Are first pass and final yield targets defined? (please detail first and final pass yields by technology) | 2 | Verified and OK | 1 | Yes, the frrst pass target is set at 98%. |
| 2.4.6 | Is corrective action taken if yields fall below target? | 2 | Verified and OK | 1 | Yes, when they are below the target |
| 2.4.7 | Is pareto analysis used to identify biggest defects? (please highlight the top 5 defects) | 2 | Verified and OK | 1 | Yes, reference to the Weekly Reports |
| 2.4.8 | Is effective continuous improvement used to eliminate defects? | 2 | Verified and OK | 1 | Yes, discussed in the quality meeting |
| 2.4.9 | Are there controls in place regarding the number of welds allowed on an image ? | 2 | Verified and OK | 1 | Depending on customer requirement |

Defendants-00000489 xls

September 2007  User A.Cervera



| 2.4 | Automated Optical Inspection (inner layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | POST ETCH PUNCH EQUIPMENT SETS<br>• Number of cameras<br>• Top/bottom alignment | | | | |
| 2.4.10 | Is a post-etch punch used? | 0 | No post-etch punch processs | 1 | No. |
| 2.4.11 | Does post-etch punch have non-symmetrical holes to prevent Panel being laminated upside down | 0 | No post-etch punch processs | 1 | |
| 2.4.12 | How frequently is post etch punch calibrated?<br>• At minimum self calibration once/lot<br>• Regular Eqpt Mfr calibration. | 0 | No post-etch punch processs | 1 | |
| 2.4.13 | How frequently is post etch punch sharpened?<br>• Defined frequency based on DOE | 0 | No post-etch punch processs | 1 | |

| | |
|---|---|
| Total max score possible | 26 |
| Score reached | 18 |
| Percentage achieved | 69% |

*Additional Notes:*



go to summary

| 3.0 | Pre-Lamination Surface Treatment | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | | | | |
| ■ | Is horizontal alternative oxide available? | | | ■ | Yes. |
| ■ | Is Black Oxide available? | | | ■ | No. |
| ■ | If both oxide treatments are to be available what is the determining factor in deciding which to (Please detail) | NA | | | |
| 3.1 | Are cores handled in individually slotted racks or slip sheeted before and after oxide? | 2 | Verified and OK | 1 | 1) Pre-brown uses the film to separate; 2) Finish brown thin board uses Pearl cotton to separate, thick boards use frame to separate. |
| 3.2 | Has the supplier performed a DOE to verify the optimum oxide thickness to ensure no delamination after thermal stress? | 2 | Verified and OK | 2 | Yes, worked with suppliers for optimization test |
| 3.3 | Is microtech measured effectively? Weight loss coupons | 2 | Verified and OK | 1 | Yes |
| 3.4 | How frequently is board cleanliness measured? • Must be per Telcordia requirements (2 points) | 2 | Verified and OK | 1 | Ionic contamination Test |



| 3.0 | Pre-Lamination Surface Treatment | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| | **BLACK OXIDE** | | | | |
| 3.5 | If Black oxide is used, is deposition measured in an effective way?<br>• Weight gain coupons | NA | | 1 | |
| 3.6 | If Black Oxide is used, is an appropriate frequency for measuring deposition employed? First, middle and last core in a lot | NA | | 1 | |
| | **ALTERNATIVE OXIDE** | | | | |
| 3.7 | If Alternative Oxide is used are critical chemical tanks on auto feed and bleed? | 2 | Verified and OK | 1 | Yes |
| 3.8 | If Alternative Oxide is used are there automatic board handling devices at the front and back of the lines? | 0 | No evidence | 1 | No |

| | | |
|---|---|---|
| Total max score possible | 12 | ◄ ENTER 12 T0 16, DEPENDS IF MORE OF ONE SYSTEM IS AVAILABLE |
| Score reached | 10 | |
| Percentage achieved | 83% | |

*Additional Notes:*



| 4.0 | Lamination | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | LAMINATION EQUIPMENT SET: | | | | |
| 4.1 | Is lay-up done in a clean environment?<br>• Enclosed room with air filters<br>• Operators wearing protective clothing | 2 | Verified and OK | 1 | Yes, they are cleaned |
| 4.2 | Are pre-preg types properly identified during lay-up?<br>• Labeled sheets or separate labeled shelves for each pre-preg type<br>• How many set?<br>• How many stacks? | 2 | Verified and OK | 1 | Yes, they are identifed for the type |
| 4.3 | Are stack books handled on conveyors or carts between lay-up and press? | 2 | Verified and OK | 2 | By tray |
| 4.4 | Are press parameters set by DOE for given stack-ups?<br>Lead time | 2 | Verified and OK | 1 | Yes, conducted test |
| 4.5 | Are accurate fixtures used to hold stacks?<br>• Rivets<br>• Pins (2 points) | 2 | Verified and OK | 1 | Yes, by bonding |
| 4.6 | Are press parameters loaded automatically? | 2 | Verified and OK | 3 | Yes, controlled by computer automatically |
| 4.7 | Are caul and separator plates cleaned appropriately? | 2 | Verified and OK | 2 | Yes. |

Defendants-00000489.xls



go to summary

| 4.0 | Lamination | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 4.8 | Is flash routing done immediately after Lamination to prevent surface damage due to stacking? | 2 | Verified and OK | 3 | Yes, after lamination use kraft paper transport the boards |
| 4.9 | Is thickness measured after lamination on all panels or an appropriate sample size at a minimum of 3 locations on the panel? | 2 | Verified and OK | 1 | Samplig checks (5 points/pnl). |
| 4.10 | Is SPC used to track thickness? | 2 | Verified and OK | 1 | Yes. |
| 4.11 | Are tooling holes drilled with x-ray drilling? | 2 | Verified and OK | 2 | Yes. X-ray target drill |
| 4.12 | Is there a ongoing feedback mechanism to use x-ray drill measurements to optimize artwork | 2 | Verified and OK | 1 | Yes, controlled by compensation management system |
| 4.13 | Is material movement measured on a shift basis? <br> • Cross sectioning <br> • PerfecTest <br> • Or equivalent | 2 | Verified and OK | 1 | Yes, monitored during the X ray target drilling |

| Total max score possible | 26 |
|---|---|
| Score reached | 26 |
| Percentage achieved | 100% |

*Additional Notes:*



| 5.0 | Drilling | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | EQUIPMENT SETS: | | | | |
| 5.1 | Are safety glasses worn by all operators or safety covers closed on all machines ? | 2 | Verified and OK | 3 | All machines have the protection door that are kept closed during runing |
| 5.2 | Have drill hits, number of re-sharpens, and stack heightsbeen defined by supplier recommendations and DOE? | 2 | Verified and OK | 2 | Yes, worked with supplier for the tests. |
| 5.3 | Is drill to inner pad  registration verified?<br>• Cross sectioning<br>• X-ray | 2 | Verified and OK | 1 | Both |
| 5.4 | How frequently is registration verified?<br>• 100% of panels in a lot (2 points)<br>• Bottom panel of each stack (2 points) | 2 | Verified and OK | 1 | Bottom panel of each stack |
| 5.5 | Are number of re-sharpens defined by drill flute | 2 | Verified and OK | 2 | Yes . |
| 5.6 | Are panels fixed with locked pins to drill | 2 | Verified and OK | 1 | Yes . |
| 5.7 | Are drill machines equipped with laser drill flute length and diameter verification? | 2 | Verified and OK | 1 | Yes . |
| 5.8 | Is the CPK in production, calculated for drilling lines?<br>- By spindle and by machine (2 points)<br>- Global of the drilling area (1point)<br>- < 1.33. (0 points) and action required<br>**Please refer the CPK target and current values.** | 2 | Verified and OK | 1 | Yes, CPK for each spindle of each machine |
| 5.9 | Is there an effective system in place to ensure the use of customer specified drill bit diameter or type? Please explain. | 2 | Verified and OK | 1 | Defined in Manufacturing Instruction |

Defendants-00000489.xls

September 2007  User A Cervera



go to
summary

| 5.0 | Drilling | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 5.10 | Are hole counts checked using an appropriate method for the bottom panel in each stack?<br>• Automated hole counter or Mylar film check | 2 | Verified and OK | 1 | Mylar film |
| 5.11 | How is hole roughness evaluated on each lot?<br>• Random hole checked (1 points)<br>• Last hole per drill checked (2 points)<br>• Use of SPC (2 points) | 2 | Verified and OK | 1 | We use SPC. |
| 5.12 | Is there an effective process for removing debris from the surface and within the via after drilling? | 2 | Verified and OK | 1 | Yes . |

| Total max score possible | 24 |
|---|---|
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*



| 6.0 | Electroless Copper Plating | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | DESMEAR CHEMICAL SUPPLIER: | | | | |
| 6.1 | Is there an effective method for removing desmear from the hole wall after drilling? | 2 | Verified and OK | 1 | Potassium permanganate & Sodium hydroxide |
| 6.2 | Has the supplier completed a DOE to confirm that there is an effective desmear process? Including all material type e.g. HighTg | 2 | Verified and OK | | Before we use different material ,we will make test and confirm their rubber parameter |
| ■ | ELECTROLESS CHEMICAL SUPPLIER: | | | | |
| 6.3 | Is rinse water temperature and composition controlled?<br>• De-Ionized water and/or cascading rinses | 2 | Verified and OK | 1 | Yes, they are controlled |
| 6.4 | Has DOE been performed to determine optimum rack configuration for plating distribution?   -<br>• Defined racking configurations for partially filled baths | 2 | Verified and OK | 1 | Yes, we worked with the supplier to optimize the process parameters. |
| 6.5 | Are panels checked after Electroless for adequate plating on a regular basis (min. every lot)?<br><br>• Cross sectioning after electrolytic (1 point)<br>• Backlight (2 points) | 2 | Verified and OK | 1 | After boards finish PTH & panel plating we do the follow test: 1、PTH speed inspection; 2、Back light inspection; 3、Inner layer connect inspection. |

| | |
|---|---|
| Total max score possible | 10 |
| Score reached | 10 |
| Percentage achieved | 100% |

*Additional Notes:*





### 7.0 Outer Layers

| 7.1 | Pre-Clean | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.1.1 | Is a pumice or a chemical treatment used?<br>• (Is it according to the design guidelines of the solder mask supplier?) | Pumice | | | |

| | |
|---|---|
| Total max score possible | 0 |
| Score reached | NA |
| Percentage achieved | NA |

*Additional Notes:*



go to summary

| 7.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.2.1 | Is imaging done in a min. class 10k clean room? | 2 | Verified and OK | 1 | Yes, 10K |
| 7.2.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts) <br>• Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis. | 2 | Verified and OK | 1 | Temperature: 18℃--22℃; Humidity: 45%--60%; Dust Count: 10K |
| 7.2.3 | Is the room equipped with positive pressure and is it regularly monitored? | 2 | Verified and OK | 1 | Yes, positive pressure |
| 7.2.4 | Are first generation prints used for all imaging ? | 2 | Verified and OK | 1 | Yes |
| 7.2.5 | Is there appropriate verification of artworks before use to check for damage? e.g. AOI <br>• **Print 1 and etch + AOI (2 points)** <br>• Print all and check 1 at AOI (1 points) <br>• **AOI of artwork at each use (2 points)** | 2 | Verified and OK | 1 | Yes. Checked by QA |
| 7.2.6 | Are artworks renewed after an appropriate number of prints ? <br>• Max. 800 exposures – manual units <br>• As appropriate for automated units. | 2 | Verified and OK | 1 | Yes.Manual exposure use film without protective film can use 400 times and then make replacement;the film with protective film can use 800-1000 times and then make replacement.Auto-exposure use film with |
| 7.2.7 | Are artworks handled and stored appropriately? Should be hanging in totes to prevent damage to artworks. | 2 | Verified and OK | 1 | Yes,we have spec. film cabinet in controlled environment |
| 7.2.8 | Are artworks generated and stored in the same area as the imaging? (If not, are their set procedures to ensure that the artwork becomes acclimatized when moved into the room) <br>• Min. 4 hours in exposure area prior to usage. | 2 | Verified and OK | 1 | Yes, Diazonium piece can copy film condition is need take it to the dustlessness room & open the packing & 24 hours later. |
|  | Are artworks cleaned after each exposure? |  | Verified and OK |  | Yes, stick roller used for cleaning |



| 7.2 | Imaging | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.2.9 | • Using tacky roller – manual lines (2<br>• If an automated line (2 points) | 2 | | 1 | |
| 7.2 10 | Is resist stored properly?<br>• Resist should not be sitting on end on the floor. | 2 | Verified and OK | 1 | Yes |
| 7.2.11 | Are appropriate controls in place with regard to maximum hold time after resist lamination?<br>• < 24 hours. | 2 | Verified and OK | 1 | Yes, within 24 hours |

| | |
|---|---|
| Total max score possible | 22 |
| Score reached | 22 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 7.3 | Electrolytic Plating | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | | Atotech | | |
| ‼ | What is the plating strategy employed? (pattern, panel or both?) *If Pattern is not available, no business are allowed with Lear* | | Panel platting+pattern plating. | | |
| 7.3.1 | Is rinse water temperature and composition controlled? De-Ionized water and/or cascading rinses | 2 | Verified and OK | 1 | Yes, they are controlled accoridng to the work instruction. |
| 7.3.2 | Has DOE been performed to determine optimum rack configuration for plating distribution? • OR is horizontal plating used **(2 points)** | 2 | Verified and OK | 1 | Yes, First Article, and process finetuning to optimize the configuration for plating distribution |
| 7.3.3 | Are panels cross sectioned to evaluate the following on each lot? • Electroless • Electrolytic • Hole wall roughness | 2 | Verified and OK | 1 | Yes. They are checked |
| 7.3.4 | Are customer specific plating thickness requirements documented in work instructions? | 2 | Verified and OK | 1 | Yes, in the Manufacturing Instruction |



go to summary

| 7.3 | Electrolytic Plating | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.3.5 | How has the supplier evaluated their plating capabilities based on barrel reliability? Detail the max. A.R. they are capable of plating. Evidence of a DOE must be demonstrated to define max. A.R.<br>• IST (2 points)<br>• Liquid/Liquid (2 points)<br>• Multiple solder floats (e.g. 10x - >6x) (2 points) | 2 | Verified and OK | 1 | Yes, by thermal stress test and environmental test. |
| ■ | How often is Cu elongation measured? (Please detail the value) | | No evidence data shown by the supplier. | | |

| Total max score possible | 10 |
|---|---|
| Score reached | 10 |
| Percentage achieved | 100% |

*Additional Notes:*

Cu elongation measurement should be verified in the next site audit.



go to summary

| 7.4 | Develop – Etch – Strip | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | CHEMICAL SUPPLIER: | Yihuang(亿环) | | | |
| 7.4 1 | Are panels properly separated in racks or conveyors before and after SES?<br>• Slip sheeted tote baskets of controlled height or separate racks | 2 | Verified and OK | 1 | Yes, they are separately placed in racks |
| 7.4.2 | Is developer filtration adequate? | 2 | Verified and OK | 1 | Yes, regular check and replacement |
| 7.4 3 | Are line widths measured after etch on min. first, middle, and last panels in each lot? Using equipment with appropriate accuracy.<br>Is position specified i.e. top/bottom of trace ? | 2 | Verified and OK | 1 | Yes, checked for First Article, IPQC, and OQ |
| ■ | Is impedance testing done on the board at this stage? (Y/N) | 2 | Verified and OK | ■ | Yes, sammpling check to get data for reference |

| Total max score possible | 6 |
|---|---|
| Score reached | 6 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 7.5 | Automated Optical Inspection (Outer layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | EQUIPMENT SET: | | | | |
| ‼ 7.5.1 | Is AOI performed on all outer layers? 100% *If AOI 100% is not available, no business are allowed with Lear* | 2 | Verified and OK | 1 | Yes, AOI check for Automotive products |
| 7.5.2 | Are yields tracked regularly at AOI? (Refer the DPPM value and DPPM target at AOI.) | 1 | DPPM records and targets were presented during the audit not been posted in the AOI line | 1 | Yes, Regularly tracked and feed back to the fron-end process |
| 7.5.3 | Are first pass and final yield targets defined? (please detail first and final pass yields by technology) | 2 | Verified and OK | 1 | Yes, defined depending on product types |
| 7.5.4 | Is corrective action taken if yields fall below target? | 2 | Verified and OK | 1 | Yes, feed back to the front-end process for corrective action. |
| 7.5.5 | Is pareto analysis used to identify biggest defects? (please highlight the top 5 defects) | 2 | Verified and OK | 1 | Yes, in the weekly report |
| 7.5.6 | Is effective continuous improvement used to eliminate defects? • Please detail evidence of improvement | 2 | Verified and OK | 2 | Yes, discussed in the quality meeting |



go to summary

| 7.5 | Automated Optical Inspection (Outer layers) | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 7.5.7 | Are there controls in place regarding the number of welds allowed on an image? | 2 | Verified and OK | 1 | Depending on customer specification |
| 7.5.8 | Is the resolution of the equipment automatically set by AOI programs from upfront engineering? | 2 | Verified and OK | 1 | Yes, set by our Engineering |

| | |
|---|---|
| Total max score possible | 16 |
| Score reached | 15 |
| Percentage achieved | 94% |

*Additional Notes:*



| 8.0 | Soldermask | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | SOLDERMASK CHEMICAL SUPPLIER (if there is more than 1 please detail how the | | Ink type:TAMURA, Greencure, Taiyo; Printing ink selection principle: (1) Customer requirement ; (2) Surface decides the printing ink type | | |
| ■ | EQUIPMENT SETS: | | Scrubber 3 sets/Silkscreen printer 21 sets/ Tunnel pre-cure | | |
| 8.1 | Is imaging done in a min. class 100k clean room? | 2 | Verified and OK | 1 | Yes, 10K class |
| 8.2 | Are clean room parameters tracked effectively? (temperature, humidity and particulate counts) • Regular measurements of working surfaces that demonstrate that room meets above rating on an on-going basis | 2 | Verified and OK | 1 | Temperature: 18℃–24℃; Humidity: 45%–60%; Dust Count: 10K |
| 8.3 | Are panels individually racked after imaging? | 2 | Verified and OK | 1 | Yes, placed on rack |
| 8.4 | Are operators wearing gloves? | 2 | Verified and OK | 1 | Yes, they are |
| 8.5 | Are rollers/belts cleaned regularly on conveyors? • Frequency should be related to loading of line | 2 | Verified and OK | 2 | Yes, they are cleaned |
| 8.6 | Are pressures properly controlled on scrubbers to avoid damaging panels? • Verified by cross sectioning a Cu feature covered by SM and examining the corner for proper coverage. (2 points) • Verified by footprint check ? (2 points) | 2 | Verified and OK | 1 | Yes, verifed through footprint width |



| 8.0 | Soldermask | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 8.7 | Are panels inspected after developing? Describe in detail the inspection method, sampling and frequency. | 2 | Verified and OK | 1 | Yes. IPQC sampling and QA spot check. |
| 8.8 | Are panels inspected after curing? Describe in detail the inspection method, sampling and frequency. | 1 | Verified and sampling frequency must be improved | 1 | Yes, sampling check by QC. |

| | |
|---|---|
| Total max score possible | 16 |
| Score reached | 15 |
| Percentage achieved | 94% |

**Additional Notes:**

**LEAR** CORPORATION

<div style="text-align: right;">go to summary</div>

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | **HASL** | | | | |
| ■ | Is vertical HASL available? | 2 | | ■ | Yes, Vertical |
| ■ | Is horizontal HASL available? | | | ■ | Not |
| ■ | If both HASL equipment sets are available what is the determining factor in deciding which to use? (Please detail) | NA | | | |
| 9.1 | Are operators wearing safety glasses on HASL lines? | 2 | Verified and OK | 3 | Operators required to take ear plug and Mask |
| 9.2 | Are panels processed through HASL on a 45 deg. angle? | 2 | Verified and OK | 2 | 90 degree vertically |
| 9.3 | Is a pilot run to set solder thickness for HASL, for every new part number?<br>• Set line speed, knife pressure and angle | 2 | Verified and OK | 1 | Depending on the customer thickness requirement, and finetune the parameters when necessary |
| 9.4 | Are panels washed right after HASL to prevent flux drying? | 2 | Verified and OK | 1 | Yes, processed through the post-treatment process |
| 9.5 | Are panels placed in slotted racks after HASL? | 2 | Verified and OK | 1 | Yes |
| 9.6 | Is solder thickness & composition checked on an appropriate number of panels after HASL?<br>• Thickness must be checked at various pad types in accordance with Required spec | 2 | Verified and OK | 1 | The inspection as below :we check 1x 1 mm pad as default. Depends on customer requirements |
| 9.7 | How frequently is the purity of the tin/lead monitored for metallic and organic contaminates? (min once/month) | 2 | Verified and OK | 1 | Once/month |
| 9.8 | How many reworks are permitted per standard operating procedure?<br>• Reworks should be in accordance with required specs | 2 | Verified and OK | 1 | Depends on customer requirements |



**LEAR** CORPORATION

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Organic Surface Protection (OSP)** | | | | |
| ▪ | CHEMICAL SUPPLIER(S) | | SHIKOKU（四国化成） | | |
| ▪ | OSP TYPES (i.e. Cu 56, 106A, 106AX) | | Glicoat-SMD F2 | | |
| 9.9 | Are the dwell times in the micro-etch bath controlled?<br>• Manual line with audible alarms<br>• Automated line | 2 | Verified and OK | 1 | Yes, they are controlled according to t |
| 9.10 | Are panels handled in individually slotted racks or slip sheeted tote baskets of controlled height after OSP? | 2 | Verified and OK | 1 | No, they are stacked up |
| 9.11 | How many reworks are permitted per standard operating procedures?<br>• Reworks should be in accordance with Required specs | 2 | Verified and OK | 1 | Depends on customer requirements |

**LEAR** CORPORATION

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Electroless Nickel Immersion Gold (ENIG)** | | | | |
| ▪ | CHEMICAL SUPPLIER(S) (nickel & gold) | Zhu Hai Lian Ding (珠海联盈) | | | |
| 9.12 | Have open actions from recent supplier audits been actioned?  (Please verify) | 2 | Verified and OK | 1 | Supplier Actions done |
| 9.13 | Are all supplier recommendations for each bath parameters being followed (i.e  pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | Worked with the supplier to optimize the process parameters |
| 9.14 | Are nickel and gold thickness' measured on min first, middle, and last panels after ENIG? | 2 | Verified and OK | 1 | Ni/Au thickness control criterion: 1. Each PN make FA inspection control 2. Mass production make inspection 2 hours one time |
| 9.15 | Are the baths equipped with auto controllers for Ni and Au concentrations? | 2 | Verified and OK | 1 | Yes (We use automatic procedure software making control) |
| 9.16 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | 2 | Verified and OK | 1 | Yes, Tape test done in house for plating |
| 9.17 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | 2 | Verified and OK | 1 | After finish imm Gold we use level line make drying. |
| 9.18 | What is the metal turn over rate for Nickel and Gold? (Please detail values) | 2 | Verified and OK | 1 | Ni bath: 2.8-3.3MTO Gold bath: 5.5-6.5MTO |

**LEAR** CORPORATION


go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|----------|-------|---------------------|--------------|-------------------|
| ▪ | Silver | | | | |
| ▪ | CHEMICAL SUPPLIER: | [MacDermid] 友达天 | | | |
| 9.19 | Have open actions from recent supplier audits been actioned? (Please verify) | 2 | Verified and OK | 1 | Yes, Actions in SCAR are closed |
| 9.20 | Are all supplier recommendations for each bath parameters being followed (i.e. pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | According to the liquid condition which the supplier provides to find best parameter which suit our company make produce |
| 9.21 | Are silver thickness' measured on min. first, middle and last panel of each lot? | 2 | Verified and OK | 1 | Ag thickness control criterion: 1. Each PN make FA inspection control 2. Mass production make inspection 4 hours one time |
| 9.22 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | 2 | Verified and OK | 1 | Yes, Tape test done in house for plating |
| 9.23 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | 2 | Verified and OK | 2 | Board dried after final cleaning with DI water |

**LEAR** CORPORATION

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|-----|----------|-------|---------------------|--------------|-------------------|
| ▪ | Tin | This is not appliable. There is no Immersion Tin in house | | | |
| ▪ | CHEMICAL SUPPLIER: | | | | |
| 9.24 | Have open actions from recent supplier audits been actived? (Please verify) | NA | | 1 | |
| 9.25 | Are all supplier recommendations for each bath parameters being followed (i.e. pH, temperature, dwell, etc.) | NA | | 1 | |
| 9.26 | Are tin thicknesses measured on min, first, middle and last panel of each lot? | NA | | 1 | |
| 9.27 | Is tape testing completed on an adequate sample/lot? Should be in accordance with Required specs | NA | | 1 | |
| 9.28 | Is there a final di-wash with air knifes to blow off the water and are the boards dried? | NA | | 2 | |

Defendants-00000489.xls

September 2007  User A Cervera

**LEAR**
CORPORATION

go to
summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | **Electrolytic Nickel / Gold (Deep tank)** | | | | |
| ■ | CHEMICAL SUPPLIER: | | Robmhans(罗门哈斯) | | |
| 9 29 | Have open actions from recent supplier audits been actioned?  (Please verify) | 2 | Verified and OK | 1 | Yes, they are closed |
| 9 30 | Are all supplier recommendations for each bath parameters being followed (i.e. pH, temperature, dwell, etc.) | 2 | Verified and OK | 1 | Yes, we worked with our supplier for bath parameters optimization and followed the defined parameters |
| 9 31 | Are nickel and gold thickness' measured on min. first, middle, and last panels after plating? | 2 | Verified and OK | 1 | Checked by First Article, IPQC sampling, and outgoing QC |
| 9 32 | Is porosity testing done on an on-going basis? | 2 | Verified and OK | 1 | Depending on customer requirement |
| 9 33 | Is tape testing completed on an adequate sample/lot?<br>• Should be in accordance with required spec | 2 | Verified and OK | 1 | Yes, done for plating adhesion. |
| 9.34 | How has the supplier evaluated the effectiveness of their Ni hole wall plating  and is it regularly monitored (on each lot)? | 2 | Verified and OK | 1 | By X-sectioning. |
| 9.35 | What is the max  A R they are capable of plating? Evidence of a DOE must be demonstrated to define max A R with capability being evaluated based on barrel reliability<br>• IST (2 points)<br>• Liquid/Liquid (2 points) | 2 | Verified and OK | 1 | Thermal Stress, Environmental Test in m |
| ■ | **Electrolytic Nickel/Gold (tab line)** | | This process we need outer sourcing. | | |
| ■ | CHEMICAL SUPPLIER: | | | | |
| 9 36 | Are nickel and gold thickness' measured on min. first, middle, and last panels after plating? | 2 | Verified and OK | 1 | Measured for First Article, IPQC sampling, and Outgoing QC |
| 9.37 | Is porosity testing done on an on-going basis? | 2 | Verified and OK | 1 | Depends on customer requirement |
| 9 38 | Is tape testing completed on an adequate sample/lot?<br>• Should be in accordance with required spec | 2 | Verified and OK | 1 | Tape test conducted for plating adhesion in th |
| 9 39 | Is the supplier doing hardness testing? Please detail the frequency. | 2 | Verified and OK | 1 | Depends on customer requirement |

Defendants-00000489 xls

September 2007  User A.Cervera

**L LEAR** CORPORATION

go to summary

| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | **Solderability Testing** | | | | |
| 9.40 | To which standard is solderability testing being done? | 2 | Verified and OK | 1 | J-STD-003 |
| 9.41 | What is the sampling plan for solderability testing? Required specs | 2 | Verified and OK | 1 | for every shipment & datecode |
| 9.42 | What is the supplier's solderability acceptance criteria. Evidence of understanding of the 95% criteria must be shown. (I.E. every pad must show evidence of 95% or more of the pad area wet, NOT 95% of the pads wet with solder ) Evidence of flat pad vs. domed pad evaluation must be shown. If a flat pad is observed, the supplier must justify why that is considered a pass (evidence of solder uptake must be demonstrated) | 2 | Verified and OK | 1 | Same as J-STD-003, or follows customer specified requirements |



| 9.0 | Finishes | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Total max score possible | 84 | |
| Score applicable | 74 | ◄ Enter the correct applicable score |
| Total Score reached | 74 | |
| Total Percentage achieved | 100% | |
| Score reached per sections | | % Score reached per sections: |
| HASL | 16 | HASL | 100% |
| Organic Surface Protection (OSP) | 6 | Organic Surface Protection (OSP) | 100% |
| Electroless Nickel Immersion Gold (ENIG) | 14 | Electroless Nickel Immersion Gold (ENIG) | 100% |
| Silver | 10 | Silver | 100% |
| Tin | 0 | Tin | 0% |
| Electrolytic Nickel / Gold (Deep tank) | 14 | Electrolytic Nickel / Gold (Deep tank) | 100% |
| Electrolytic Nickel/Gold (tab line) | 8 | Electrolytic Nickel/Gold (tab line) | 100% |
| Solderability Testing | 6 | Solderability Testing | 100% |
| Aplicable score per sections | | |
| HASL | 16 | |
| Organic Surface Protection (OSP) | 6 | |
| Electroless Nickel Immersion Gold (ENIG) | 14 | |
| Silver | 10 | |
| Tin | 10 | |
| Electrolytic Nickel / Gold (Deep tank) | 14 | |
| Electrolytic Nickel/Gold (tab line) | 8 | |
| Solderability Testing | 6 | |

*Additional Notes:*



| 10.0 | Routing | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 10 1 | Are panels fixed with locked pins during routing? | 2 | Verified and OK | 1 | Yes, guideline pins are used |
| 10 2 | Are router brushes cleaned before each use to avoid collecting debris and scratching panels? | 2 | Verified and OK | 2 | Yes, according to the Routing work instruction |
| 10 3 | Are routing programs generated from original prints? | 2 | Verified and OK | 1 | Yes, originally the routing program is generated based on the Gerber data |
| 10 4 | Is the routing program checked to original prints at the rout dept? | 2 | Verified and OK | 1 | Yes |
| 10 5 | Are dimensions checked using a coordinate measurement machine? | 2 | Verified and OK | 2 | Yes, 2D XY coordinators are used |
| 10 6 | Are additional safe-guards in place to ensure presence and locations of critical features?  • Circuit in route path for critical slots | 2 | Verified and OK | 1 | Yes, depends on product design |
| 10.7 | Are safety guards used on routers during operation or are operators wearing safety glasses ?? | 2 | Verified and OK | 1 | The door of routing machine is required to keep closed when the machine is running |
| 10 8 | Are a final cleaning after routing  Type  Ph / conduct. Controlled? | 2 | Verified and OK | 1 | Yes, they are monitored |

| Total max score possible | 16 |
|---|---|
| Score reached | 16 |
| Percentage achieved | 100% |

*Additional Notes:*



go to summary

| 11.0 | Electrical Test | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ▪ | ELECTRICAL TEST EQUIPMENT SET: | MASON (Dedicated e-test) , MANiA (General e-teat) | | | |
| 11.1 | Are cards separated in a fool proof manner after test to avoid mixing passed and failed cards? test to avoid mixing passed and failed cards? (i.e. sensors for pile management, etc.) | 2 | Verified and OK | 1 | YES, mistake-proofing device installed for E-Testers. Alarm when the failed board go to PASS area |
| 11.2 | Is de-bug performed in an isolated area to avoid mixing passed and failed cards? | 2 | Verified and OK | 1 | YES, placed separately. Boards are to retested after debug |
| 11.3 | Are cards re-tested after de-bug? | 2 | Verified and OK | 1 | YES, all boards after debug must be re-tested |
| 11.4 | Is fallout tracked after electrical test? (Refer the DPPM value and DPPM target at Electrical test.) | 2 | Verified and OK | 1 | Yes. reference to the daily and weekly summary |
| 11.5 | Are detractors investigated by engineering? • Feedback detractor information to process section that caused them • Corrective action | 2 | Verified and OK | 1 | YES, get back the information to the related process and require Corrective Action |
| 11.6 | Is there evidence of improvement? | 2 | Verified and OK | 2 | YES |
| 11.7 | Are lots quarantined if a systemic defect that could affect the rest of the lot is detected at test? | 2 | Verified and OK | 1 | YES, applicable to problems, like open or short at a fixed location |
| 11.8 | Are trigger points defined, for quarantining a systemic defect, using SPC? Is it defined by defect type? | 2 | Verified and OK | 1 | P-Chart is used |
| 11.9 | Is the customer notified for approval if the supplier intends to ship the quarantined material? | 2 | Verified and OK | 1 | YES, definitely get green light before send them out |



go to summary

| 11.0 | Electrical Test | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| ■ | IMPEDANCE TEST EQUIPMENT SET: | 泰克（Tektronik） | | | |
| 11.10 | Are controlled impedance cards/coupons tested in accordance with required spec | 2 | Verified and OK | 1 | YES, according to customer requirements |
| 11.11 | Are TDR probes inspected regularly for wear and replaced as needed?<br>• Regular calibration (2 points) | , 2 | Verified and OK | 1 | YES, according to Calibration Master Plan |
| 11.12 | Is TDR testing surface and fixturing such that there is no influence on impedance from other nearby boards, or operator contact? | 2 | Verified and OK | 1 | Yes, defined in the Impedance Test work instruction |

| Total max score possible | 24 |
|---|---|
| Score reached | 24 |
| Percentage achieved | 100% |

*Additional Notes:*





| 12.0 | Final Inspection | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 12.1 | Are customer specifications readily accessible, clearly legible, and understandable in inspection area and in use ? | 2 | Verified and OK | 1 | YES, they are accessible |
| 12.2 | Are inspection stations equipped with microscopes (10X min.)? Are there adequate facilities for verification up to 40X | 2 | Verified and OK | 1 | YES, when necessary |
| 12.3 | Are operators using the above equipment? | 2 | Verified and OK | 1 | YES, when necessary |
| 12.4 | Are previous quality issues highlighted in inspection records for a given part number? | 2 | Verified and OK | 1 | YES, the previous quality issues are hightlighted in the daily meeting |
| 12.5 | Is inspection performed on 100% of the sample? (Refer the DPPM value and DPPM target at final inspection) | 2 | Verified and OK | 1 | Yes  For sample, 100% inspection is done |
| 12.6 | Is ionic contamination testing done on each lot? | 1 | Verified and must be discuss/reviewed again, Based on Lear requirement, ionic contamination should be 2.5 microgram, | 1 | Depends on customer requirement |
| 12.7 | Are cards handled appropriately in inspection so as not to damage boards? | 2 | Verified and OK | 2 | YES, handled by 2 handles, with container when necessary |
| 12.8 | Is there operator trace-ability in inspection? | 2 | Verified and OK | 1 | YES, identified with edge marking lines |
| 12.9 | Is the inspection area well lit? | 2 | Verified and OK | 1 | YES, adequate lighting |
| 12.10 | Is rejected material properly isolated? | 2 | Verified and OK | 1 | YES, separately placed in colored basket |

| | |
|---|---|
| Total max score possible | 20 |
| Score reached | 19 |
| Percentage achieved | 95% |

*Additional Notes:*

Ionic contamination should be reviewed.



go to summary

| 13.0 | Pack and ship | Score | Assessor's Comments | CAR Priority | Supplier Response |
|---|---|---|---|---|---|
| 13.1 | Are lots properly separated by part number to avoid mixing parts during packaging? <br> • Separate tables or divided sections on tables for each part number | 2 | Verified and OK | 1 | YES. Separately placed and identified |
| 13.2 | If slip sheets are used, is paper sulfur-free? | 2 | Verified and OK | 1 | YES, depends on the design and requirements |
| 13.3 | Are parts vacuum packed or shrink wrapped? If products have OSP, Silver or Sn finish they MUST be vacuum packed. | 2 | Verified and OK | 1 | YES. Vacuum pack applied to all types |
| 13.4 | Are proper methods used to prevent moisture absorption? <br> • Desiccants (properly separated from boards) <br> • Moisture sensitive paper to indicate humidity level in packages | 2 | Verified and OK | 1 | YES. Desiccants and/or Humidity Indication Card could be used for packaging, depending on the customer requirement |
| 13.5 | Are weight restrictions defined for boxes (35 lbs. max.)? | 2 | Verified and OK | 1 | YES. According to the Work Instruction # |
| 13.6 | Does the supplier have bar code capability? | 3 | Verified and OK | 3 | YES, depends on customer requirements |





go to summary

| 13.0 | Pack and ship | Score | Assessor's Comments | CAR Priority | Supplier Response |
|------|---------------|-------|---------------------|--------------|-------------------|
| 13.7 | Are cards in packaging area properly isolated from any MRB areas? | 0 | Verified and not isolated. | 1 | N/A |
| 13.8 | Are boxes properly labeled on the side of the box with date code, qty, x-outs, inspection reports? (As per Required specs | 2 | Verified and OK | 1 | YES. This depends on customer requirements |

| Total max score possible | 17 |
|---------------------------|-----|
| Score reached | 15 |
| Percentage achieved | 88% |

**Additional Notes:**

| From: | Wen Wu Jiang </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=WWJIANG> |
|---|---|
| To: | Mike Craven |
| CC: | Rishi Kukreja |
| Sent: | 3/26/2010 4:07:15 PM |
| Subject: | FW: 20091228 EHS Audit Report of Circuitronix (Kinwon) |

Dear Mike,

FYI

Regards!

Wenwu Jiang

**From:** Lu, Changping (UTCF5) [mailto:Changping.Lu@ge.com]
**Sent:** 2010 年 3 月 25 日 7:08
**To:** Leo Fong
**Cc:** Wen Wu Jiang
**Subject:** 答复: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Hi Leo:

Some of the findings have been closed, thank you for your support!

=2.7, 3.6 and 4.1 are easy to close, pls push Kinwong to fix them asap.

You need provide more supporting documents (such as OT summary report and some workers' daily attendance records) to me for reference.

I strong suggest we can have a conference call with Kinwong's persons to discuss the left items, pls let me know when you will be available.

Best Regards,
Paul

| Closure Due Date | Audit Name/Finding Category/Finding Description | Dept./Bldg./Workstation | Corrective Action | Responsible Person | Status | Finding Reference | Finding Date and ID |
|---|---|---|---|---|---|---|---|
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Conditions / 1 item* 整改完成的了... 2009 Compliance Assessment On Site EHS (China – Chinese Language)... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure Security | 建议尽快安装以使发生紧急状况时供员工使用。 | Donghong Li | Open | 2009 Compliance Assessment On Site EHS (China – Chinese Language) ID=2.7 | 28 Dec 2009 87 days old =18 |

Plaintiffs' Trial Exhibit

PX- 043

Defendants-00040179

| 26 Feb 2010 | Follow-up Audit / Red Flag *Dormitory Fire Prevention / 1 item* 部分宿舍未安装安全出口标识（例如RW 2栋宿舍）2009 Compliance Assessment On Site EHS – (China –... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure / Security | 建议尽快安装以便发生紧急状况时供员工使用 | Donghong Li | Open | 2009 Compliance Assessment On Site EHS (China Chinese Language) ID=3.6 | 28 Dec 2009 87 days old =19 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Age / 1 item* 工厂有使用数名未成年工人，但未办理未成年工登记。2009 Compliance Assessment On Site EHS – (China –... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure Security | 应到劳动局办理并根据 | Donghong Li | Open | 2009 Compliance Assessment On Site EHS (China Chinese Language) ID=1.1 | 28-Dec-2009 87 days old =20 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* 抽查发现，10、11月份均有相当多的员工加班超过36小时。2009 Compliance Assessment On Site EHS – (C... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure Security | 建议合理安排员工的加班，并应确保所有员工每周至少休息1天。如果存在明显的淡旺季，建议向劳动局申请综合计时批文。 | Donghong Li | Open | 2009 Compliance Assessment On Site EHS – (China – Chinese Language) ID=4.3 | 28-Dec-2009 87 days old =22 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* 2. 部分员工10月份连续上班超过7天无休息。（未提供综合计时批文）2009 Compliance Assessment On Site EHS –... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure Security | 建议合理安排员工的加班，并应确保所有员工每周至少休息1天。如果存在明显的淡旺季，建议向劳动局申请综合计时批文。 | Donghong Li | Open | 2009 Compliance Assessment On Site EHS – (China Chinese Language) ID=4.3 | 28-Dec-2009 87 days old =23 |

发件人：Leo Fong [mailto:Leo.Fong@circuitronix.com]
发送时间：2010年3月24日 22:58
收件人：Lu, Changping (UTCF5)
抄送：Wen Wu Jiang
主题：RE: 20091228 EHS Audit Report of Circuitronix (Kingwo)

Hi Paul,
Attached please find some updates on the corrective actions. We will be sending you more updates later.


Best Regards

Leo Fong
+86 1380 983 2813

**From:** Lu, Changping (UTCF5) [mailto:Changping.Lu@ge.com]
**Sent:** 2010年3月18日 9:43
**To:** Leo Fong
**Cc:** Wen Wu Jiang; Li, Donghong (UTCF5)

Defendants-00040180

**Subject:** 冷复: 20091228 EHS Audit Report of Circuitronix (Kinwon)
**Importance:** High

Hi Leo,

Is there any new progress for the left items? Pls note that all of them have been opened for 79 days, and I'm planning to set up a conference call with you and Kinwong, pls let me know when you will be available.

Best Regards,
Paul

| Closure Due Date | Audit Name/Finding Category/Finding Description | Dept./Bldg. /Workstation | Corrective Action | Responsible Person | Status | Finding Reference | Finding Date and ID |
|---|---|---|---|---|---|---|---|
| 26-Feb-2010 | Follow-up Audit / Red Flag *Health and Safety Permits / 1 item* 提供职业病危害项目申报登记: 2009 Compliance Assessment On-Site EHS - (China - Chinese La... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure / Security | 1、如果已经申报，建议问疾控中心索取回执； 2、特种作业上岗证应按时年审。 | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=1, 3 | 28-Dec-2009 79 days old =15 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Conditions / 1 item* 餐厅无应急灯   2009 Compliance Assessment On-Site EHS - (China - Chinese Language)... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure / Security | 建议尽快安装以便发生紧急状况时供员工使用. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=2, 7 | 28-Dec-2009 79 days old =18 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Dormitory Fire Prevention / 1 item* 部分宿舍未安装安全出口标识. (例如KW-2栋宿舍) 2009 Compliance Assessment On-Site EHS - (China -... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure / Security | 建议尽快安装以便发生紧急状况时供员工使用. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=3, 6 | 28-Dec-2009 79 days old =19 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Age / 1 item* 工厂有使用数名未成年工人，但未办理未成年工登记   2009 Compliance Assessment On-Site EHS - (China -... (Red Flag) *(Changping Lu) Repeat Finding* | Technology Infrastructure / Security | 应到劳动局办理上报根据 | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=4, 4 | 28-Dec-2009 79 days old =20 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* , 抽查发现, 10、11月份均有相 | Technology Infrastructure Security | 建议合理安排员工的加班, 并应确保所有员工每周至少休息1天. 如果存在明显的淡旺季, 建议向劳 | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - | 28-Dec-2009 79 days old =22 |

Defendants-00040181

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 当它的员工加班超过36小时。 2009 Compliance Assessment On-Site EHS - (C... (Red Flag) *(Changping Lu)* *Repeat Finding* | | 动局申请综合计时批文. | | | | (China - Chinese Language) ID=4.3 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* 2、部分员工10月份连续上班超过7 天无休息。（未提供综合计时批 文）2009 Compliance Assessment On-Site EHS -... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure - Security | 建议合理安排员工的加班，并确 保所有员工每周至少休息1天。如 果有在明显的淡旺季，建议向劳 动局申请综合计时批文 | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS (China - Chinese Language) ID=4.3 | 28-Dec-2009 79 days old =23 |
| 26 Feb 2010 | Follow-up Audit / Red Flag *Wages / 1 item* 10、11月的工资表显示，工厂未 付足加班工资给员工。2009 Compliance Assessment On-Site EHS (China... (Red Flag) *(Changping Lu)* | Technology Infrastructure - Security | 应依法支付足够的加班工资给所有 员工. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS (China - Chinese Language) ID=4.4 | 28-Dec-2009 79 days old =21 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Wages / 1 item* 抽查发现，工厂提供的工资表上 有加班时间少于其详细日考勤的加 班时间，存在明显的不一致现象 2009 Compliance Assessment On... (Red Flag) *(Changping Lu)* | Technology Infrastructure - Security | 工厂应采取有效措施，完善工 时、工资表管理，确保准确. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS (China - Chinese Language) ID=4.9 | 28-Dec-2009 79 days old =25 |

发件人: Leo Fong [mailto:Leo@circuitronix.com]
发送时间: 2009年2月25日 12:00
收件人: Lu, Changping (GE EntSol, Security)
抄送: Wen Wu Jiang
主题: RE: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Hello Paul,

Enclosed please find the improvement plan and some supporting doc. We need more time for some of the items.
Thanks.

Best Regards

Leo Fong
+86 1380 983 2813

**From:** Lu, Changping (GE EntSol, Security) [mailto:Changping.Lu@ge.com]
**Sent:** 2010年2月24日 15:32
**To:** Leo Fong
**Cc:** Wen Wu Jiang
**Subject:** 答复: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Defendants-00040182

**Importance:** High

Hi Leo,

Have you helped to push Kinwon to submit the related proof?  I didn't receive any further feedback from you yet, your great support is very important to close the pending issues, thank you in advance!

Best Regards,

## Paul Lu

EHS Auditor
GE Security
( Office  +86-0755-25882528 Ext.261
) Mobile: +86-13823261081
┤ E-mail: changping.lu@ge.com

---

发件人: Lu, Changping (GE EntSol, Security)
发送时间: 2010年2月11日 11:58
收件人: 'Leo Fong'
抄送: Wen Wu Jiang
主题: 答复: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Hi Leo,

As we talked, pls do your best to avoid the potential overdue, thank you for your attention!

Best Regards,
Paul

---

发件人: Leo Fong [mailto:LeoF@circuitronix.com]
发送时间: 2009年12月29日 15:12
收件人: Lu, Changping (GE EntSol, Security)
抄送: Li, Donghong (GE EntSol, Security); Wen Wu Jiang
主题: RE: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Hi Paul,
Thanks for the report. We will submit to you the CAP by Feb 27, 2010.

Best Regards

Leo Fong
+86 1380 983 2813

**From:** Lu, Changping (GE EntSol, Security) [mailto:Changping.Lu@ge.com]
**Sent:** 2009年12月29日 15:23
**To:** Leo Fong
**Cc:** Li, Donghong (GE EntSol, Security)
**Subject:** 20091228 EHS Audit Report of Circuitronix (Kinwon)

Defendants-00040183

**Importance:** High

Hi Leo,

Thank you for your cooperation!

According to GE's policy, all open findings of your plant should be closed before Feb 27, 2010, hope to receive your CAP with supporting documents soon

Pls push your supplier to take effective measures to avoid the repeat findings in the future.

Frankly, I don't think Kinwon has a good system to manage the attendance records and wage records of its employees, pls push it to resolve this major issue as soon as possible.

Best Regards,

## Paul Lu

EHS Auditor
GE Security
( Office: +86-20-83634828 Ext.497
) Mobile: +86-13823261081
J E-mail: changping.lu@ge.com

This email has been scanned by the MessageLabs Email Security System.

This email has been scanned by the MessageLabs Email Security System.

This email has been scanned by the MessageLabs Email Security System.

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the MessageLabs Email Security System.

This email has been scanned by the MessageLabs Email Security System.

Defendants-00040184



Miami-Dade: 660 NW 119 St, Suite G, Miami, FL 33168
Phone: (305) 653-4357      Fax: (305) 506-2149
Broward: 3440 Hollywood Blvd, Suite 415, Hollywood, FL 33021
Phone: (954) 860-4357
Palm Beach: 980 N Federal Hwy #110, Boca Raton, FL 33432
Phone: (561) 291-9580
Email: info@shileillc.com  www.shileillc.com  Toll-Free: (888) 653-8660

### Certificate of Translation

I, Xiaoling Richards, am a professional translator deemed competent in both CHINESE and ENGLISH. I hereby certify that I have translated the attached, which is attached to this Affidavit:

*Plaintiffs' Trial Exhibit PX-043 Page 1 to Page 5 (5 pages)*

I further certify that, to the best of my knowledge, the attached document written in ENGLISH is a true and accurate translation of the attached excerpt from Plaintiffs' Trial Exhibit PX-043 written in CHINESE.

Xiaoling Yu Richards
American Translators Association
Member ID: 232813
Federal Court Contracted Interpreter

=====================================================================

STATE OF FLORIDA
COUNTY OF Miami-Dade
This foregoing instrument was acknowledged before me this 11th day of April (month),
2023 (year), by Xiaoling Yu Richards (name of person acknowledging)

_____                    (Seal of Notary)
(Signature of Notary)

                                            ARACELIS A. CHAMORRO
Aracelis A. Chamorro                        Commission # HH 183782
(Name of Notary, printed, typed or stamped)  Expires October 18, 2025
                                            Bonded Thru Budget Notary Services

Personally known _____ OR produced identification
Type of Identification produced  FL DL _____

CAGE: 6SQR1 - WOSB, EDWOSB certified – E&O Insured

Member of
ata
American Translators Association

From:       Wen Wu Jiang </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=WWJIANG>
To:         Mike Craven
CC:         Rishi Kukreja
Sent:       3/26/2010 4:07:15 PM
Subject:    FW: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Dear Mike,

FYI.

Regards!

Wenwu Jiang

From: Lu, Changping (UTCFS) [mailto:Changping.Lu@ge.com]
Sent: March 25, 2010 7:08 AM
To: Leo Fong
Cc: Wen Wu Jiang
Subject:  RE: 20091228 EHS Audit Report of Circuitronix (Kinwon)

Hi Leo:

Some of the findings have been closed, thank you for your support!

#2.7, 3.6 and 4.1 are easy to close, pls push Kinwong to fix them asap.

You need provide more supporting documents (such as OT summary report and some workers' daily attendance records) to me for reference.

I strong suggest we can have a conference call with Kinwong's persons to discuss the left items, pls let me know when you will be available.

Best Regards,
Paul

| Closure Due Date | Audit Name/Finding Category/Finding Description | Dept./Bldg. /Workstation | Corrective Action | Responsible Person | Status | Finding Reference | Finding Date and ID |
|---|---|---|---|---|---|---|---|
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Conditions / 1 item* No emergency lights in the dining room. 2009 Compliance Assessment On-Site EHS – (China – Chinese Language)... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to install them as soon as possible for employees to use in case of emergency. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS – (China – Chinese Language) ID=2.7 | 28-Dec-2009 87 days old =18 |

Translated & Certified by
Shilei Interpreting and Translation
1(888)653-8660

Plaintiffs' Trial Exhibit
PX-043

Defendants-00040179

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 Feb 2010 | Follow-up Audit / Red Flag *Dormitory Fire Prevention / 1 item* Some dormitories are not equipped with exit signs. (i.e., KW-2 Dormitory) 2009 **Compliance Assessment On Site EHS – (China –...** (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to install them as soon as possible for employees to use in case of emergency. | Donghong Li | Open | 2009 Compliance Assessment On Site EHS (China Chinese Language) ID=3.6 | 28 Dec 2009 87 days old =19 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Age / 1 item* Factory utilizes several underage workers but they have not registered as underage workers.   2009 **Complime Assessment On-Site EHS – (China –...** (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | ḏlt should be processed in the labor bureau and according to | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS – (China – Chinese Language) ID=4.1 | 28-Dec-2009 87 days old =20 |
| 26-Feb-2010 | Follow up Audit / Red Flag *Working Hours / 1 item* Spot checks show that many employees have worked overtime for more than 36 hours in both October and November. 2009 **Compliance Assessment On-Site EHS – (C...** (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to arrange employees' overtime reasonably, and ensure that all employees have at least one day of every week. If there is an obvious off and peak season, it is recommended to apply to the labor bureau for comprehensive time calculating approval. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS – (China – Chinese Language) ID=4.3 | 28-Dec-2009 87 days old =22 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* 2. Some employees worked continuously for more than 7 days without rest in October. (No comprehensive time calculating approval provided) 2009 **Compliance Assessment On-Site EHS –...** (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to arrange employees' overtime reasonably, and ensure that all employees have at least one day of every week. If there is an obvious off and peak seasons, it is recommended to apply to the labor bureau for comprehensive time calculating approval. | Donghong Li | Open | 2009 Compliance Assessment On Site EHS – (China Chinese Language) ID=4.3 | 28-Dec-2009 87 days old =23 |

From:      Leo Fong [mailto:Leo.Fee@circuitronix.com]
Sent: March 24, 2010 10:58 PM
To:       Lu, Changping (UTCFS)
Cc:       Wen Wu Jiang
Subject: RE: 20091228 EHS Audit Report of Circuitronix (Kinson)

Hi Paul,
Attached please find some updates on the corrective actions. We will be sending you more updates later.


Best Regards

Leo Fong
+86 1380 983 2813

From: Lu, Changping (UTCFS) [mailto:Changping.Lu@ge.com]
Sent: March 18, 2010 9:43 AM
To: Leo Fong
Cc: Wen Wu Jiang; Li, Donghong (UTCFS)

Translated & Certified by
Shilei Interpreting and Translation
1(888)653-8660

Defendants-00040180

**Subject:** RE: 20091228 EHS Audit Report of Circuitronix (Kinwon)
**Importance:** High

Hi Leo,

Is there any new progress for the left items? Pls note that all of them have been opened for 79 days, and I'm planning to set up a conference call with you and Kinwong, pls let me know when you will be available.

Best Regards,
Paul

| Closure Due Date | Audit Name/Finding Category/Finding Description | Dept./Bldg. /Workstation | Corrective Action | Responsible Person | Status | Finding Reference | Finding Date and ID |
|---|---|---|---|---|---|---|---|
| 26-Feb-2010 | Follow-up Audit / Red Flag *Health and Safety Permits / 1 item* Provide declaration and registration of projects with occupational disease hazards: 2009 Compliance Assessment On-Site EHS - (China - Chinese La... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | 1 If they have been declared, it is suggested to ask the CDC for a receipt; 2. Annual review for special operations Work permits should be done on time | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=1.3 | 28-Dec-2009 79 days old =15 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Conditions / 1 item* No emergency lights in the dining room   2009 Compliance Assessment On-Site EHS - (China - Chinese Language)... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to install them as soon as possible for employees to use in case of emergency. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=2.7 | 28-Dec-2009 79 days old =18 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Dormitory Fire Prevention / 1 item* Some dormitories are not equipped with exit signs (i.e., KW-2 dormitory)  2009 Compliance Assessment On-Site EHS - (China -... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to install them as soon as possible for employees to use in case of emergency. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=3.6 | 28-Dec-2009 79 days old =19 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Age / 1 item* Factory utilizes several underage workers but they have not registered as underage workers.   2009 Compliance Assessment On-Site EHS - (China -... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It should be processed in the labor bureau and according to | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=4.1 | 28-Dec-2009 79 days old =20 |
| 26-Feb-2010 | Follow-up Audit / Red Flag *Working Hours / 1 item* Spot checks show that many employees have worked overtime for more than 36 hours in both October and November | Technology Infrastructure / Security | It is recommended to arrange employees' overtime reasonably, and ensure that all employees have at least one day off every week. If there is an obvious off and peak seasons, it is recommended to apply to the labor bureau for comprehensive time calculating approval. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - | 28-Dec-2009 79 days old =22 |

Translated & Certified by
Shilei Interpreting and Translation
1(888)653-8660

Defendants-00040181

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2009 Compliance Assessment On-Site EHS - (C... (Red Flag) *(Changping Lu)* *Repeat Finding* | | | | | (China - Chinese Language) ID=4.3 |
| 26-Feb-2010 | Follow-up Audit / Red Flag **Working Hours / 1 item** 2. Some employees worked continuously for more than 7 days without rest in October. (No comprehensive time calculating approval provided) 2009 Compliance Assessment On-Site EHS -... (Red Flag) *(Changping Lu)* *Repeat Finding* | Technology Infrastructure / Security | It is recommended to arrange employees' overtime reasonably, and ensure that all employees have at least one day off every week. If there is an obvious off-peak season, it is recommended to apply to the labor bureau for thorough overtime approval. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=4.3 | 28-Dec-2009 79 days old =23 |
| 26 Feb 2010 | Follow-up Audit / Red Flag **Wages / 1 item** The payroll in October and November shows that the factory has not paid enough overtime wages to its employees. 2009 Compliance Assessment On-Site EHS - (China... (Red Flag) *(Changping Lu)* | Technology Infrastructure / Security | Sufficient overtime wages shall be paid to all employees according to law. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=4.4 | 28-Dec-2009 79 days old =24 |
| 26-Feb-2010 | Follow-up Audit / Red Flag **Wages / 1 item** Spot checks found that the overtime hours on the payroll provided by the factory were less than the overtime hours on the detailed daily attendance, which was obviously inconsistent 2009 Compliance Assessment On... (Red Flag) *(Changping Lu)* | Technology Infrastructure / Security | The factory should take effective measures to improve the management of working hours and payroll to ensure accuracy. | Donghong Li | Open | 2009 Compliance Assessment On-Site EHS - (China - Chinese Language) ID=4.9 | 28-Dec-2009 79 days old =25 |

From:   Leo Fong [mailto:LeoF@circuitronix.com]
Sent: February 25, 2010 12:09 PM
To    Lu, Changping (GE EntSol, Security)
Cc:   Wen Wu Jiang
Subject  :E: 20091228 EHS Audit Report of Circuitronix (Kinwon)

**Hello Paul,**

Enclosed please find the improvement plan and some supporting doc. We need more time for some of the items.
Thanks.


Best Regards

Leo Fong
+86 1380 983 2813

**From:** Lu, Changping (GE EntSol, Security) [mailto:Changping.Lu@ge.com]
**Sent:** February 24, 2010 3:32 PM
**To:** Leo Fong
**Cc:** Wen Wu Jiang
**Subject:** RE  : 20091228 EHS Audit Report of Circuitronix (Kinwon)

Translated & Certified by
Shilei Interpreting and Translation
1(888)653-8660

Defendants-00040182

**Importance: High**

Hi Leo,

Have you helped to push Kinwon to submit the related proof? I didn't receive any further feedback from you yet, your great support is very important to close the pending issues, thank you in advance!

Best Regards,

**Paul Lu**

EHS Auditor
GE Security
( Office: +86-0755-25882528 Ext.261
) Mobile: +86-13823261081
◄ E-mail: changping.lu@ge.com

---

From:    Lu, Changping (GE EntSol, Security)
Sent: February 3, 2010 2:58 PM
To:      'Leo Fong'
Cc:    : Wen Wu Jiang
Subject: RE:  20091228 EHS Audit Report of Circuitronix (Kinwon)

Hi Leo,

As we talked, pls do your best to avoid the potential overdue, thank you for your attention!

Best Regards,
Paul

---

From:    Leo Fong [mailto:LeoF@circuitronix.com]
Sent: December 29, 2009 3:12 PM
To:      Lu, Changping (GE EntSol, Security)
Cc:    Li, Donghong (GE EntSol, Security); Wen Wu Jiang
Subject: RE: 20091228 EHS Audit Report of Circuitronix (Kinwon)

**Hi Paul,**
**Thanks for the report. We will submit to you the CAP by Feb 27, 2010.**

**Best Regards**

Leo Fong
+86 1380 983 2813

---

**From: Lu, Changping (GE EntSol, Security) [mailto:Changping.Lu@ge.com]**
**Sent:** December 29, 2009 3:23 PM
**To:** Leo Fong
**Cc:** Li, Donghong (GE EntSol, Security)
**Subject:** 20091228 EHS Audit Report of Circuitronix (Kinwon)

Translated & Certified by
Shilei Interpreting and Translation
1(888)653-8660

Defendants-00040183

**Message**

| From: | Victor Lawrence [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VLAWRENCE] |
|---|---|
| Sent: | 5/29/2013 4:07:01 PM |
| To: | Wen Wu Jiang [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=WWJIANG] |
| CC: | Michael Addeo [/O=01CIRCUITRONIX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael Addeoffd]; Rishi Kukreja [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=RKUKREJA] |
| Subject: | INTERNAL USE ONLY!!!!FW: Macon Rev 9 - INTERNAL USE ONLY!!!! |
| Attachments: | packing list to CIR office on 23 Nov |

**Importance:** High

Wen:

Per discussion with Mike this AM, customer is still expecting us to send them a PPAP from Longchaun and also 300 piece samples along with PPAP from Shenzhen.

At which KW plant location were the 304 pieces, P/N: 639323-09 built last year (see attachment)? – Please confirm

These parts are at our CTX HKG office – Please confirm if we can ship to customer immediately and confirm which PPAP we will need to send.

Please advise how to proceed.

Thanks.

Regards/Victor Lawrence

**From:** Mike Craven
**Sent:** Friday, May 24, 2013 8:19 AM
**To:** Rishi Kukreja; Wen Wu Jiang
**Cc:** Victor Lawrence
**Subject:** RE: Macon Rev 9
**Importance:** High

Per telecom with Annette:

*PPAP parts (and paperwork) are needed from Shenzhen ASAP for the rev 9. (And I did relay the 1 week LT.)
*The corrected PPAP from Longchuan is also needed.
*Heidi needs to schedule a build ASAP for the Shenzhen lot in MTY.

After Saturn finds the original PPAP lot from Longchuan, there WILL be an 8 week evaluation at Macom. If they pass, they will then need to get Ford's OK for the change.

All of this points to an extended support for the rev 9 out of Shenzhen with a longer term goal of getting Longchuan approved.

Please help to close the 1st 2 items. If a PO is needed, have Vic request one through Annette. The qty should be at least 300 pieces.

Regards,

Mike Craven
(256) 651 3644

Plaintiffs' Trial Exhibit
**PX- 044**

Confidential

CTX-0185728

**From:** Mike Craven
**Sent:** Thursday, May 23, 2013 11:01 AM
**To:** 'Annette Stevens'
**Cc:** 'Rishi Kukreja (RishiK@circuitronix.com)'; 'Wen Wu Jiang (WenWuJ@circuitronix.com)'; 'Victor Lawrence (VictorL@circuitronix.com)'
**Subject:** Macon Rev 9

Hi Annette.

I am consolidating mails from this AM with a cc to our folks so everyone is on the same page.

1) Can you start and PPAP Rev 09 at Shenzhen? I have asked and will let you know.
2) M/A-Com is requesting an 8D as to why you transferred to a new plant without express authorization from us? Acknowledged.
3) In Longchuan TS16949 qualified? Yes.
4) M/A-Com wants to audit the Longchuan facility. Acknowledged.
5) Please stop all production of Rev 09 pcb's until they are approved.   We cannot accept these pcb's without customer approval and scheduled PPAP builds. Acknowledged.

Regards,

Mike Craven
(256) 651 3644

Confidential

| Message | |
|---|---|
| **From:** | helen [helen@kinwong.com] |
| **Sent:** | 11/22/2012 6:35:26 AM |
| **To:** | G-md-贺春红 [helen@kinwong.com]; G-hk-黄智坚 [kin@kinwonghk.com] |
| **CC:** | Ryan Spivack [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=RSPIVACK]; Victor Lawrence [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=VLAWRENCE]; Victor Wong [/O=01CIRCUITRONIX/OU=First Administrative Group/cn=Recipients/cn=adminhk]; Xiao Yi [/O=01CIRCUITRONIX/OU=First Administrative Group/cn=Recipients/cn=xiaoy]; G-md-贺英 [cherry_he@kinwong.com]; G-md-黄香 [catherine@kinwong.com]; Ketan Sheth [/O=01CIRCUITRONIX/OU=First Administrative Group/cn=Recipients/cn=ketans]; Cindy Li [logistics@circuitronix.com]; accountingctxus [accountingctxus@circuitronix.com]; Janice So [/O=01CIRCUITRONIX/OU=First Administrative Group/cn=Recipients/cn=accountinghk]; Rafael Esteves [/O=01CIRCUITRONIX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rafael Esteves9dd]; Andy Lee [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=SHIPPING_CLERK]; G-fa-胡维花 [facc3@kinwong.com]; Kurt M. Gaensel [/O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=KMGAENSEL] |
| **Subject:** | packing list to CIR office on 23 Nov |
| **Attachments:** | 136客广走HK的packing list Kinwong to Circuitronix.xls 11-22.xls |

Dear kin

please arrange attached goods to CIR office tomorrow

thanks!


helen


发件人： helen
发送时间： 2012-11-21 14:45
收件人： G-md-贺春红; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花; KurtG
主题： packing list to CIR office on 22 Nov

Dear kin

please arrange attached goods to CIR office tomorrow

thanks!


helen


发件人： helen
发送时间： 2012-11-21 14:43
收件人： G-md-贺春红; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花; KurtG
主题： packing list to hellman on 22 Nov

Dear kin

please arrange attached goods to hellman ,the goods will be reached HK tomorrow morning

thanks!

Confidential

CTX-0185730

helen

发件人： helen
发送时间： 2012 11 19 09:04
收件人： G-md-贺春红； G-hk-黄智坚
抄送： Ryan Spivack； Victor Lawrence； Victor Wong； Xiao Yi； G md 贺英； G md 黄香； Ketan Sheth； Cindy Li；
accountingctxus； accountinghk； Rafael Esteves； Shipping Clerk； G fa 胡维花； KurtG
主题： packing list to CIR OFFICE on 17 Nov

Dear kin

please arrange attached goods to CIR office today

thanks!


helen

发件人： helen
发送时间： 2012-11-10 12:17
收件人： G-md-贺春红； G-hk-黄智坚
抄送： Ryan Spivack； Victor Lawrence； Victor Wong； Xiao Yi； G-md-贺英； G-md-黄香； Ketan Sheth； Cindy Li；
accountingctxus； accountinghk； Rafael Esteves； Shipping Clerk； G-fa-胡维花； KurtG
主题： packing list to CIR OFFICE on 12 Nov

Dear kin

please arrange attached goods to CIR office on next monday

thanks!

helen

发件人： helen
发送时间： 2012-11-10 09:10
收件人： G-md-贺春红； G-hk-黄智坚
抄送： Ryan Spivack； Victor Lawrence； Victor Wong； Xiao Yi； G-md-贺英； G-md-黄香； Ketan Sheth； Cindy
Li； accountingctxus； accountinghk； Rafael Esteves； Shipping Clerk； G-fa-胡维花； KurtG
主题： packing list to CIR OFFICE on 10 Nov

Dear kin

please arrange attached goods to CIR office today

thanks!

helen

发件人： helen
发送时间： 2012-11-08 18:07
收件人： G-md-贺春红， G-hk-黄智坚
抄送： Ryan Spivack； Victor Lawrence； Victor Wong； Xiao Yi； G-md-贺英； G-md-黄香； Ketan Sheth；
Cindy Li； accountingctxus； accountinghk； Rafael Esteves； Shipping Clerk； G-fa-胡维花； KurtG
主题： packing list to CIR OFFICE on 8 Nov

Dear kin

CTX-0185731

please arrange attached goods to CIR office tomorrow

thanks!


helen

发件人：helen
发送时间：2012-11-07 10:10
收件人：G-md-贺春红；G-hk-黄智坚
抄送：Ryan Spivack；Victor Lawrence；Victor Wong；Xiao Yi；G-md-贺英；G-md-黄香；Ketan Sheth；Cindy Li；accountingctxus；accountinghk；Rafael Esteves；Shipping Clerk；G-fa-胡维花；KurtG
主题：packing list to CIR OFFICE on 7 Nov

Dear kin

please arrange attached goods to CIR office today ,which had in our HK stock

thanks!


helen

发件人：helen
发送时间：2012-11-05 09:11
收件人：G-md-贺春红；G-hk-黄智坚
抄送：Ryan Spivack；Victor Lawrence；Victor Wong；Xiao Yi；G-md-贺英；G-md-黄香；Ketan Sheth；Cindy Li；accountingctxus；accountinghk；Rafael Esteves；Shipping Clerk；G-fa-胡维花；KurtG
主题：packing list to CIR OFFICE on 5 Nov

Dear kin

please arrange attached goods to CIR OFFICE today ,thanks!


helen

发件人：helen
发送时间：2012-11-01 09:35
收件人：G md 贺春红；G-hk-黄智坚
抄送：Ryan Spivack；Victor Lawrence；Victor Wong；Xiao Yi；G-md-贺英；G-md-黄香；Ketan Sheth；Cindy Li；accountingctxus；accountinghk；Rafael Esteves；Shipping Clerk；G-fa-胡维花
主题：packing list to CIR OFFICE on 1 Nov

Dear kin

please arrange attached goods to CIR OFFICE today ,thanks!


helen

发件人：helen
发送时间：2012-10-29 09:37

Confidential

CTX-0185732

收件人： G-md-贺春红; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香;
Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk;
G-fa-胡维花
主题： packing list to CIR OFFICE on 29 Oct

Dear kin

please arrange attached goods to CIR OFFICE today , thanks!

Dear victor and rafael
for PO#KIN-mu00266 , today we don't shipped fully qty , the
balance 222pcs will be shipped out of factory no later than 1
Nov , please kindly noted .
thanks!


helen

发件人： helen
发送时间： 2012-10-26 17:31
收件人： G-md-贺春红; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香;
Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping
Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 27 Oct

Dear kin

please arrange attached goods to CIR OFFICE tomorrow
, thanks!


helen

发件人： helen
发送时间： 2012-10-24 10:31
收件人： G-md-贺春红; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄
香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Andy
Lee; G-fa-胡维花
主题： packing list to CIR OFFICE on 23 Oct

Dear kin

please arrange attached goods to CIR OFFICE today , thanks!


helen

发件人： helen
发送时间： 2012-10-18 15:45
收件人： helen; G-hk-黄智坚

Confidential

抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 18 Oct

Dear kin

please arrange attached goods to CIR office tomorrow .thanks

发件人： helen
发送时间： 2012-10-15  09:59:02
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 15 Oct

Dear kin

please arrange attached goods to CIR office today .thanks

发件人： helen
发送时间： 2012-10-10  09:24:31
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 10 Oct
Dear kin

please arrange attached goods to CIR office today .thanks

发件人： helen
发送时间： 2012-10-06  12:04:05
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to Hellman on 6 Oct

Confidential

CTX-0185734

Dear kin

please arrange attached goods to hellman next monday .thanks

发件人：helen
发送时间：2012-09-29 09:13:14
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to CIR office on 28 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

发件人：helen
发送时间：2012-09-28 10:41:14
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to CIR office on 27 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

发件人：helen
发送时间：2012-09-26 10:02:22
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to CIR office on 25 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

Confidential

CTX-0185735

发件人：helen
发送时间：2012-09-25 09:06:19
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to CIR office on 24 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

发件人：helen
发送时间：2012-09-21 09:11:50
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to CIR office on 20 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

发件人：helen
发送时间：2012-09-10 18:14:47
收件人：helen; G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题：packing list to hellman on 10 Sep（2）

Dear kin

please arrange attached goods to hellman no later than tomorrow，you can send together with first packing which I sent to you this morning to hellman .thanks

发件人：helen
发送时间：2012-09-10 09:31:44

Confidential

CTX-0185736

收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to hellman on 10 Sep

Dear kin

please arrange attached goods to hellman no later than tomorrow .thanks

发件人： helen
发送时间： 2012-09-10  09:16:39
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 10 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

| Part Number | PO# | QTY | Ship |
|---|---|---|---|
| D-8794705NRP01+5 | KIM-KIN-PCB-5500014148_6 | 15,000 | Hell |
| D-8794705NRP01+5 | KIM-KIN-PCB-5500014148_5 | 14,130 | Hell |
| D-8794705NSP01+3_2 | HK-4500000007 | 2,144 | CT |
| D-8794705NSP01+3_2 | HK-4500000007 | 6,044 | CT |
| D-8794705NSP01+3_2 | HK-4500000008 | 11,772 | CT |

It is very important that **D-8794705NRP01+5** is delivered to Hellmann no later than Thursday. please ensure it ships as early as possible .

发件人： helen
发送时间： 2012-09-07  10:00:32
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 7 Sep

Dear kin

please arrange attached goods to CIR office today .thanks

Confidential

发件人： helen
发送时间：2012-09-06 09:01:03
收件人：helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 6 Sep
Dear kin

please arrange attached goods to CIR office today .thanks

发件人： helen
发送时间：2012-08-31 15:42:44
收件人：helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 31 Aug

Dear kin

please arrange attached goods to CIR office tomorrow .thanks

发件人： helen
发送时间：2012-08-20 15:48:33
收件人：helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 20 Aug
Dear kin

please arrange attached goods to CIR office tomorrow .thanks

发件人： helen
发送时间：2012-08-17 17:59:40

Confidential

CTX-0185738

收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 17 Aug

Dear kin

please arrange attached goods to CIR office tomorrow .thanks

发件人： helen
发送时间： 2012-08-16  08:54:37
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk; G-fa-胡维花
主题： packing list to CIR OFFICE on 16 Aug

Dear kin

please arrange attached goods to CIR office today .thanks

发件人： helen
发送时间： 2012-08-09  17:16:17
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; Shipping Clerk
主题： packing list to CIR OFFICE on 9 Aug

Dear kin

please arrange attached goods to CIR office tomorrow .thanks

发件人： helen
发送时间： 2012-07-28  09:49:07
收件人： helen; G-hk-黄智坚
抄送： Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves
主题： packing list to hellman on 28 Jul

Confidential

Dear kin

please arrange attached goods to hellman today .thanks

发件人：  helen
发送时间：  2012-07-28  09:13:46
收件人：  helen; G-hk-黄智坚
抄送：  Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves
主题：  packing list to cir office on 28 Jul

Dear kin

please arrange attached goods to CIR office today .thanks!

发件人：  helen
发送时间：  2012-07-27  09:57:33
收件人：  helen; G-hk-黄智坚
抄送：  Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves
主题：  packing list to cir office on 27 Jul

Dear kin

please arrange attached goods to CIR office today .thanks!

发件人：  helen
发送时间：  2012-07-23  13:26:53
收件人：  helen; G-hk-黄智坚
抄送：  Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves
主题：  packing list to cir office on 23 Jul

Dear kin

sorry，  change the total box to 2 ,not 33

please arrange attached goods to CIR office today .thanks!

Confidential

发件人：helen
发送时间：2012-07-19 09:38:29
收件人：G-hk-黄智坚
抄送：Ryan Spivack; Victor Lawrence; Victor Wong; Xiao Yi; G-md-贺英; G-md-黄香; Ketan Sheth; Cindy Li; accountingctxus; accountinghk; Rafael Esteves; G-md-贺春红
主题：packing list to cir office on 19 Jul
Dear kin

please arrange attached goods to CIR office today .thanks!

Circuitronix hong kong.

Ryan J. Spivack
Circuitronix LLC

**From:** helen [mailto:helen@kinwong.com]
**Sent:** Thursday, July 12, 2012 9:17 PM
**To:** Ketan Sheth; Ryan Spivack; Victor Lawrence
**Cc:** Victor Wong; Cindy Li; accountinghk; 'accountingctxus'; Xiao Yi; 'G-md-贺英'; 'G-md-黄香'; Rafael Esteves
**Subject:** Re: RE: WIP report

Dear ketan

total qty 4000pcs in our HK office ,please confirm how to arrange it soon

thanks!

发件人：Ketan Sheth
发送时间：2012-07-12 22:35:40
收件人：'helen'; Ryan Spivack; VictorLawrence
抄送：Victor Wong; Cindy Li; accountinghk; 'accountingctxus'; Xiao Yi; 'G-md-贺英'; 'G-md-黄香'; Rafael Esteves
主题：RE: WIP report
Helen,

I did not get your response on this question.

Best regards,

Confidential

CTX-0185741

Ketan Sheth
Office: (786)364-4423
Cell: (305)498-5352
Fax: (305)503-6750

**From:** Ketan Sheth
**Sent:** Wednesday, July 11, 2012 2:47 PM
**To:** helen; Ryan Spivack; Victor Lawrence
**Cc:** Victor Wong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; G-md-贺英; G-md-黄香; Rafael Esteves
**Subject:** RE: WIP report

Helen,

For 954069.0, when will all parts be completed?  WIP still shows there is a balance open for one PO.  We cannot ship incomplete.


Best regards,

Ketan Sheth
Office: (786)364-4423
Cell: (305)498-5352
Fax: (305)503-6750

**From:** helen [mailto:helen@kinwong.com]
**Sent:** Wednesday, July 11, 2012 5:56 AM
**To:** helen; Ryan Spivack; Victor Lawrence
**Cc:** Victor Wong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
**Subject:** WIP report


Dear all

please refer to attached wip report

thanks



发件人： helen
发送时间： 2012-07-09 18:08:25
收件人： helen; Ryan Spivack; Victor Lawrence
抄送： VictorWong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题： WIP report

Dear all

please refer to attached wip report

Confidential

CTX-0185742

thanks

发件人：helen
发送时间：2012-07-04 15:29:08
收件人：helen; Ryan Spivack; Victor Lawrence
抄送：VictorWong; Cindy Li; accountinghk; accountingctxus;
Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题：WIP report

Dear all

please refer to attached wip report

thanks

发件人：helen
发送时间：2012-06-29 15:59:44
收件人：helen; Ryan Spivack; Victor Lawrence
抄送：VictorWong; Cindy Li; accountinghk; accountingctxus;
Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题：WIP report
Dear all

please refer to attached wip report

thanks!

**Kinwong Electronic(Shenzhen)CO.,Ltd**
TEL:(0755)83892169
**Phone:15112511291**
**EMAIL:helen@kinwong.com**
**Skype:helen-he188**
**Web: http://www.kinwong.com**

发件人：helen
发送时间：2012-06-25 15:10:52
收件人：helen; Ryan Spivack; Victor Lawrence
抄送：VictorWong; Cindy Li; accountinghk; accountingctxus; Xiao Yi;
Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题：WIP report

Dear all

please refer to attached wip report

CTX-0185743

thanks!

**Kinwong Electronic(Shenzhen)CO.,Ltd**
TEL:(0755)83892169
**Phone:15112511291**
**EMAIL:helen@kinwong.com**
**Skype:helen-he188**
**Web:  http://www.kinwong.com**

发件人：helen
发送时间：2012-06-19 21:47:22
收件人：helen; Ryan Spivack; Victor Lawrence
抄送：VictorWong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题：WIP report

Dear all

sorry, i was out of office yesterday ,now updated the wip status as attached for your reference ,

thanks!

发件人：helen
发送时间：2012-06-06 15:36:32
收件人：helen; Ryan Spivack; Victor Lawrence
抄送：VictorWong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves
主题：WIP report

Dear all

please refer to attached wip status

thanks!

**Kinwong Electronic(Shenzhen)CO.,Ltd**
TEL:(0755)83892169
**Phone:15112511291**
**EMAIL:helen@kinwong.com**
**Skype:helen-he188**
**Web:  http://www.kinwong.com**

发件人：helen
发送时间：2012-06-04 13:47:25
收件人：Ryan Spivack; Victor Lawrence

Confidential

抄送： VictorWong; Cindy Li; accountinghk; accountingctxus; Xiao Yi; Ketan Sheth; G-md-贺英; G-md-黄香; Rafael Esteves; G-md-贺春红
主题： WIP report

Dear all

please refer to attached wip status

thanks!

---

**Kinwong Electronic(Shenzhen)CO.,Ltd**
TEL:(0755)83892169
**Phone:15112511291**
**EMAIL:helen@kinwong.com**
**Skype:helen-he188**
**Web: http://www.kinwong.com**

---

This email has been scanned by the Symantec Email Security.cloud service.

---

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

---

This email has been scanned by the Symantec Email Security.cloud service.

---

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited.

CTX-0185745

If you have received this email in error, please notify
Circuitronix, LLC

This email has been scanned by the Symantec Email
Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

Confidential

CTX-0185746

CTX-0185747

**This document was produced natively.**

**136???HK?packing list Kinwong to Circuitronix.xls 11-22.xls**

Confidential



景旺電子（香港）有限公司
KINWONG ELECTRONIC (HK)CO.,LTD.

TO:Circuitronix,LLC
ATTN: Daisy

FROM： KINWONG ELECTRONIC (HK)CO.,LTD.
DATE:2012-11-22

| Packing No | PO | Ship to/Date code | Description | Quantity | Net weight | gross weight | Remarks |
|---|---|---|---|---|---|---|---|
| CTN NO. | # | | Printed Circuit Board | (PCS) @ | (KGS)@ | (KGS)@ | Measure per carton: |
| 304*1 | | | | 1*304 | 2.16*1 | 3.56*1 | |
| | KIN-L039566 | 4512 | 639323-09 | 304 | 2.16 | 3.56 | 32*24*21 |
| TOTAL:  1 boxes | | | | 304 | 2 | 4 | |

FOB HongKong

KINWONG ELECTRONIC (HK)CO.,LTD.



香港火炭坳背灣街36號豐盛工業中心B座10樓1005-1006室
UNIT 1005-1006, 10/F., BLOCK B,VERISTRONG IND. CENTRE,36 AU PUI WAN
STREET,FO TANHONG KONG.
TEL:(852)2687 2088(3 Lines)      FAX:(852)2688 0309
中国深圳市宝安区西乡镇铁岗村水库路166号
NO.166 SHUIKU ROAD,TIEGANG VILLAGE,XIXIANG
TOWN,BAOAN,SHENZHEN,CHINA
TEL:(86-755)27697333      FAX: (86-755)27697618
E-MAIL:market@kinwong.com

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Thursday, February 21, 2019 9:04 AM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCER/PDF PDF |

Purchase Order PDF Generation for Requisition 0820835

1

**Plaintiffs' Trial Exhibit**

# PX- 045

CONFIDENTIAL

LEAR - 000295

# LEAR CORPORATION

## Production Tooling Purchase Order

| | | | |
|---|---|---|---|
| Corporate Basic PO# | Amendment # | Plant Release PO# | Issue Date |

Generated By: Wendy Hootenson
Required Date:

**Supplier**

**Ship to Address**
HOLD FOR PRODUCTION

**Bill to Address**
LEAR CORPORATION EED

**VAT Code**
Attn: NATIONAL MANAGER

**VAT Code**
Attn: Accounts Payable  EED

PART/Line Code

**Approval List**
Wendy Hootenson
Andrew Doyle
Jennifer Moyer
Wendy Hootenson
Jennifer Moyer

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 1111531

1

LEAR - 000297

# LEAR CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

**Generated By:**
**Required Date:**

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| | | |

**Supplier Shipping Point**

**Attn:**
**Phone:**

| PAR/Class Code | Delivery Terms/Payment | Ind. Proc. | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Added | | | | | | | | | | | |
| | Added | | | | | | | | | | | |
| | Approved | | | | | | | | | | | |

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFR7PDF.PDF |

Purchase Order PDF Generation for Requisition 1131948

1

CONFIDENTIAL

LEAR - 000299

**LEAR** CORPORATION

Page:

# Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

Generated By

Required Date:

| Supplier | Ship to Address | Bill to Address |
|---|---|---|

Supplier Shipping Point

Attn:
Phone:   Fax:

SOUTHFIELD
MI
UNITED STATES
VAT Code:
Registry:
Attn:   MATERIAL MANAGER
Phone:
Fax:

EL PASO
TX
UNITED STATES
VAT Code:
Registry:
Attn:
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment | Ind. Proc. | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| | | Yes | | | | | |

| Dimension/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 1139160

CONFIDENTIAL

LEAR - 000301

# LEAR
CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

Generated By:
Required Date:

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| Supplier Shipping Point | HOLD FOR PRODUCTION | LEAR CORPORATION - NORTH AMERICAN ETC<br>ATTN AP DEPARTMENT SHARED SERVICES<br><br>FI PASO<br>TX<br>UNITED STATES<br>VAT Code:<br>Registry:<br>Attn:   ACCOUNTS PAYABLE SHARED<br>Phone:<br>Fax: |
| | *N<br><br>VAT Code:<br>Registry:<br>Attn:   MATERIAL MANAGER<br>Phone:<br>Fax: | |
| Attn:<br>Phone: |

| PAR/Class Code | Delivery Terms/Payment | | Ind. Proc. | ECN Number | SA Number | RLQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | | | | USD | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA - R-SYSTEMS | | FORD F553/F150 100" INVERT MCA | | |

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Added | | | | | | EA | | | | | |
| | Added | | | | | | EA | | | | | |
| | | | | | | | | | | | | |
| | Approval List | | | | | | | | | | | |

The information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affiliated entities.

This Purchase Order or Purchase Order amendment is governed by the Merck's Corporation and affiliated Purchase Order Terms and Conditions.

Purchase order number and line number must appear on all correspondence, invoices, shipping documents and packages.

LEAR - 000302

| | |
|---|---|
| **From:** | Woodruff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodruff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOL FRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0989219

1

CONFIDENTIAL

LEAR - 000303

LEAR CORPORATION

Generated By: Sandra Law

Required Date: [illegible]

EE36

# Production Tooling Purchase Order

| Corporate Base PO# Amendment # | Plant Release PO# | Issue Date |
|---|---|---|
| 60806[illegible] | | [illegible] |

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| [illegible] ELECTRONIX LTD<br>Supplier Shipping Point<br>[illegible] CIRCUITRONIX HONG KONG LTD<br>[illegible]<br>KOWLOON HONG KONG HK[illegible]<br>Attn: MIKE PAZEN MIKE@CIRCUITRONIX<br>Phone: [illegible] 651 [illegible] Fax: [illegible] 675 082[illegible] | HOLD FOR PRODUCTION<br>VAT Code<br>Registry<br>Attn: MATERIAL MANAGER<br>Phone<br>Fax | LEAR CORPORATION EEI<br>P O BOX [illegible]<br>EL PASO<br>TX [illegible]<br>UNITED STATES<br>VAT Code<br>Registry<br>Attn: Accounts Payable [illegible]<br>Phone<br>Fax |

| PAPP Use Limit | Delivery Terms/Payment | Ind. Proc | ECN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| NONE NONE | From Factory at Supplier<br>See Terms & Conditions | Yes | | | [illegible] | USD | [illegible] |

| Division/Department | G/L Account Number | Program Application | Model Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA EPMS<br>Purchasing | [illegible] | CHRYS RU EVSE KUAN ELECTRONICS | | RUAW16CS[illegible]301<br>CHRYS RU EVSE PROD TOOL (SUPP) |

| Line | Status | Part Number/Description | From Date | Thru Date | Com. Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rec Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Added | [illegible]PNF0[illegible]<br>PCB EVSE Gen III [illegible] | | | 3835 | | EA | | | | | |
| | Added | [illegible] | | | | | EA | [illegible] | [illegible] | [illegible] | | [illegible] |
| 2 | Added | [illegible]<br>PCB EVSE Gen III [illegible] | | | [illegible] | | EA | | | | | |
| | Added | [illegible] | | | | | EA | [illegible] | [illegible] | [illegible] | | [illegible] |

Approval Level

Sandra Law [illegible]<br>
David [illegible]<br>
Alessandro [illegible]<br>
[illegible]

This information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affected affiliates.

This Purchase Order or Purchase Order Amendment is governed by the Lear Corporation [illegible] affected affiliates Purchase Order Terms and Conditions.

Purchase order number and part number must appear on the [illegible] invoice, shipping [illegible] and packing [illegible].

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 1065412

1

CONFIDENTIAL

LEAR - 000305

# LEAR CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

Page:

**Generated By:**
**Required Date:**

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| | LEAR CORPORATION SD. P O BOX 971043 | LEAR CORPORATION |
| **Supplier Shipping Point** | EL PASO TX UNITED STATES VAT Code: Registry: Attn: MATERIAL MANAGER Phone: Fax: | EL PASO TX UNITED STATES VAT Code: Registry: Attn: Accounts Payable Phone: Fax: |
| **Attn:** | | |
| **Phone:** Fax: | | |

| PAR/Class Code | Delivery Terms/Payment | Ind. Proc. | ECN Number 9334F43 | SA Number | Rt Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| | | | | | 1065413 | | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| Purchasing | | | | |

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ref Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

This information is confidential and shall not be shared with any 3rd party without the express consent of Lear Corporation or its affected affiliates

This Purchase Order is Purchase Order amendment is governed by the Article 1 2020 Lear Corporation and affiliated affiliates Purchase Order Terms and Conditions

Purchase order number and part number must appear on all correspondence, invoices, shipping documents and shown on invoice in duplicate

CONFIDENTIAL

LEAR - 000306

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0962332

1

CONFIDENTIAL                                                                    LEAR - 000307

LEAR CORPORATION

# Production Tooling Purchase Order

Page 1

Generated By Sandra Daw EE36

Required Date [illegible]

| Corporate Base PO# | Amendment # | Plant Release PO# | Issue Date |
|---|---|---|---|
| [illegible] | | | [illegible] |

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| [illegible] CIRCUITRONIX [illegible]<br>Supplier Shipping Point<br>[illegible] CIRCUITRONIX HONGKONG [illegible]<br>[illegible]<br>KOWLOON HONG KONG HKG<br>Attn [illegible]<br>Phone [illegible] Fax [illegible] | [illegible] FOR PRODUCTION<br>VAT Code<br>Registry<br>Attn MATERIAL MANAGER<br>Phone<br>Fax | [illegible]<br>UNITED STATES<br>Registry<br>Attn [illegible]<br>Phone<br>Fax |

| FOB/Fixed Point | Delivery Terms/Payment | Ind Prov | ECN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE *NONE | Free Carrier at Supplier<br>Ref Terms & Conditions | Yes | [illegible] | [illegible] | [illegible] | USD | [illegible] |

| Division/Department | G/L Account Number | Program Application | Model Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA [illegible]<br>PURCHASING | | GM K2XX FSM 3P BUILDING 2014 | [illegible] | [illegible]<br>GM K2XX FSM SUPP PROD TOOLING |

| Line | Status | Part Number/Description | From Date | Thru Date | Curr Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rec Pts | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Added | [illegible]<br>FCH GM K2XX FROM FSM PRODUCTIO[illegible] | | | [illegible] | | EA | | | | | |
| | Added | [illegible] | | | | | EA | | [illegible] | [illegible] | | 950.0000 |
| | | | | | | | | | | | *TTL | 950.0000 |
| | Approval | [illegible]<br>Sandra Daw EE36<br>Amanda [illegible]<br>Steve Cooke [illegible] | | | | | | | | | | |

[illegible] confidential [illegible] not be shared [illegible] 3rd parties without the [illegible] consent of Lear Corporation [illegible] affected affiliates.

[illegible] Purchase Order [illegible] governed by the March [illegible] Lear Corporation and affected [illegible] Purchase Order Terms and Conditions.

[illegible]

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0501598

1

CONFIDENTIAL

LEAR - 000309

# LEAR CORPORATION

## Production Tooling Purchase Order

Page:

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 261864 | | | 2008-11-18 |

Generated By: Jamie Pettigrew EE02
Required Date: 2008 11 14

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 6E9X05 400    CIRCUITRONIX  LLC | HOLD FOR PRODUCTION | LEAR CORP EEL    NORTH AMERICAN 22+ |

CONFIDENTIAL

# LEAR CORPORATION

## Production Tooling Purchase Order

Page: 2

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 261064 | | | 2008-11-18 |

Generated By: Jamie Pettigrew EEC3
Required Date: 2008-11-18

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 6FDXD5-000   CIRCUITRONIX LL | HOLD FOR PRODUCTION | LEAR CORP SED - NORTH AMERICAN DIV |
| Supplier Shipping Point | | ATTN  SHARED SERVICES |
| 6FDXD1-020   JIANGMEN BENLIDA PRINTED CIRCUIT CO | | 21557 TELEGRAPH ROAD |
| NO. 58 LONGXI RD  HIGH TECH | | SOUTHFIELD |
| JIANGMEN  GUANGDONG  CHINA  529000  CHN | | MI                          48034 |
| | VAT Code: | UNITED STATES |
| | Registry: | VAT Code: |
| | Attn   MATERIAL MANAGER | Registry: |
| Attn:  MIKE CRAVEN (CIRKUITRIONIX) | Phone | Attn :  Accounts Payable   DRU |
| Phone:  256 551 9668   Fax: 1 7205 672 0820 | Fas: | Phone: |
| | | Fax: |

| PAR/Class Code | Delivery Terms/Payment Terms | Ind Proc | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| NONE     NONE | Free Carrier At Supplier | Yes | 0127291 | | 501598 | USD | 1,398.0000 |
| Division/Department | G/L Account Number | Program Application | | | Model/Year | Work Order/Class Code |
| NORTH AMERICA  ESS | | MY INDAI MASSIVE 2D    2008 | | | 2010-00 | QABW080943902 |
| Purchasing | 14402 | | | | | HYUNDAI IS NON-REIMBURSABLE PP |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales
representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests
the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any
director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier)
who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information
to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not
part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the
Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this
paragraph must always be reported to Buyer even if such person is not involved in the business relationship with Buyer
and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which
can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President, Global Purchasing.

Approval List:

Jamie Pettigrew EEC3
Michael Schleiser PEEC
Mark Hughson EE41
Jennifer Rogers EEC3

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:36 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0976363

CONFIDENTIAL

LEAR - 000312

# Production Tooling Purchase Order

**LEAR CORPORATION**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0569580

1

CONFIDENTIAL

LEAR - 000314

**LEAR** CORPORATION

**Production Tooling Purchase Order**

Page:

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 273868 | | | 2010-02-16 |

Generated By: Scott Romine RE32
Required Date: 2010-02-17

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 6BJXAZ3-001   CIRCUITRONIX  LLC | (HOLD) SMP PRODUCTION | LEAR CORP EED   NORTH AMERICAN DIV<br>ATTN  SHARED SERVICES<br>2155? TELEGRAPH ROAD |

**Supplier Shipping Point**
6BJXC0-010    SINWONG ELECTRONIC (SHENZIEN) CO
NO. 186 SHJIBU ROAD
SHENZHEN GUANGDONG PROV   CHINA  518100  CHN

SOUTHFIELD
MI
UNITED STATES                    48034
VAT Code:
Registry:

TN
VAT Code:
Registry:
Attn:   MATERIAL MANAGER
Phone:
Fax:

Atm:   MIKE CRAVEN (MTKECROCIRCUITRON.
Phone: (256) 651-3644    Fax: (305) 675-0820

Attn    Account Payable - 1820
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE   NONE | Free Carrier at Supplier<br>NONE | Yes<br>Yes | 01574 66 | AZ5¢ 71 | 569583 | USD | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA   EEE<br>Purchasing | 15311 | (2% B12-17 PO- Earl   2019 | 2010-08 | 4K9429646900<br>F25 DXW HIFI ANFL PROD TOOLING |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | UM | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Added | GFX3350715DC<br>PCB B/A 127 TOP HIFI ANALOG | | | 0836 | | EA | | | | | |
| | Added | DIE  PIERCE | | | | | EA | | .0000 | 1 950 0000 | | 1 950 0000 |
| 2 | Added | GFX3350760HA<br>PCB B/7 PDF TOP HIFI DIGITAL | | | 0836 | | EA | | | | **TTL | 1 950 0000 |
| | Added | DIE  PIERCE | | | | | EA | | 0000 | 1 950 0000 | | 1 950 0000 |
| | | | | | | | | | | | **TTL | 1 950 0000 |

***********************************************************************
This Purchase Order  Purchase Order Amendment or Purchase Requisition incorporates by reference the Lear Corporation Purchase Order Terms and Conditions which are available through links provided on the Lear Corporation web site at http://lear.civisiat com.("Terms") The Terms apply to all purchases by Lear Corporation and its affiliates (including without limitation, the Lear Affiliates specifically identified at http://lear.civisiat com) under any Purchase Order.
Purchase Order Amendment or Purchase Requisition
***********************************************************************

***********************************************************************
Supplier's acceptance of this Purchase Order shall authorize Lear to make tooling or all Lear owner or bailed tools
assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to
manufacture parts under this Purchase Order.
***********************************************************************

LEAR - 000315

# LEAR CORPORATION

## Production Tooling Purchase Order

Page:

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 278866 | | | |

Generated By:
Requested Date:

**Supplier Headquarters**

**Supplier Shipping Point**
NO. 166 SHIJIKU ROAD
SHENZHEN GUANGDONG PROV  CHINA 5-0100  CHN

Atm:   MIKE CRAVEN
Phone:

**Ship To Address**

VAT Code:
Registry:
Atm:   MATERIAL MANAGER
Phone:
Fax:

**Bill To Address**
LEAR CORP EED    NORTH AMERICAN DIV
ATTN   SHARED SERVICES
TELEGRAPH ROAD

SOUTHFIELD
UNITED STATES
VAT Code:
Registry:
Atm:   Accounts Payable
Phone:
Fax:

| PAR/Class Code | | Delivery Terms/Payment Terms | | Ind. Proc | ECN Number | SA Number | HE Q Number | Currency | Total Value | |
|---|---|---|---|---|---|---|---|---|---|---|
| *NONE | *NONE | Free Carrier at Supplier NONE | | Yes | 0147434 | L-AZSW  /4 | 169580 | USD | | 3 900 0000 |

| Division/Department | | G/L Account Number | | Program Application | | | Model/Year | Work Order/Class Code | |
|---|---|---|---|---|---|---|---|---|---|
| NORTH AMERICA  EED Purchasing | | 1431 | | FZS HIFI / FCP HIFI  2009 | | | 2010-00 | ... AMPL PROD TOOLING | |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | Unit | Quantity | Prior Price | Current Price | Rel Ptg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer  sales
representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests
the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any
director or officer of the Buyer.  As to any employee of the Supplier (excluding an officer or director of the Supplier)
who has a family member serving as a director or officer of the Buyer  the Supplier only needs to report this information
to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not
part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the
Supplier's business relationship with Buyer  Any director, officer or sales representative of Supplier described in this
paragraph must always be reported to Buyer  even if such person is not involved in the business relationship with Buyer
and receives no benefit related thereto  Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which
can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President  Global Purchasing.

Approved List

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20 2019 4 34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF PDF |

Purchase Order PDF Generation for Requisition 0482859

1

CONFIDENTIAL

LEAR - 000317

# LEAR CORPORATION

## Production Tooling Purchase Order

Generated By: Janie Petitgrew EE04
Required Date: 2008-05-23

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 256307 | | | 2008 06 27 |

**Supplier Headquarters**
6E0K25-00C   CIRCUITPORTS  LLC
**Supplier Shipping Point**
6FIX00-010   KINWONG ELECTRONIC (SHENZHEN) CO
NO. 166 SHIIKU ROAD
SHENZHEN, GUANGDONG PROV   CHINA  518104  CHN

Attn: MIKE CRAVEN (MIKEC@CIRCUITPORTS)
Phone: (256) 651-3649   Fax: (305) 675-1820

**Ship To Address**
HOLD FOR PRODUCTION

VAT Code:
Registry:
Attn: MATERIAL MANAGER
Phone:
Fax:

**Bill To Address**
LEAR CORP EED   NORTH AMERICAN DIV
ATTN: SHARED SERVICES
21555 TELEGRAPH ROAD

SOUTHFIELD
MI   48034
UNITED STATES
VAT Code:
Registry:
Attn: Accounts Payable   LEE
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECH Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE | Free Carrier at Supplier NONE | Yes | | | 482859 | USD | 1 950.0000 |

| Division/Department | G/L Account Number | Program Application | | Model/Year |
|---|---|---|---|---|
| NORTH AMERICA  PSD | | GMT610 UBEC/BBEC  2010 | | QZAK10 (44320) |
| Purchasing | 14400 | | | GMT610 ELEC SEC PROTOTYPE |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Added | SBC950110 PCB D/L GMT610 BBEC OB K12010 | | | 0838 | | EA | | | 950.0000 | | 950.0000 |
| | Added | NRE for, setup & a test | | | | | EA | 1 | 0000 | 950.0000 | | 950.0000 |
| | | | | | | | | | | **Total** | | 1 950.0000 |

This Purchase Order, Purchase Order Amendment or Purchase Requisition incorporates by reference the Lear Corporation Purchase Order Terms and Conditions which are available through links provided on the Lear Corporation web site at http://lear.covisint.com "Terms". The Terms apply to all purchases by Lear Corporation and its affiliates (including without limitation the Lear Affiliates specifically identified at http://lear.covisint.com) under any Purchase Order, Purchase Order Amendment or Purchase Requisition.

Supplier's acceptance of this Purchase Order shall authorize Lear to make ECC filings on all Lear owned or builds tools assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

LEAR - 000318

**LEAR**
CORPORATION

## Production Tooling Purchase Order

Page: 2

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 256357 | | | 2008-06-27 |

Generated By: Jamie Petitpren ESC3
Required Date: 2008-06-27

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 850X25-C00   CIRCUITRONIX, LLC | HOLD FOR PRODUCTION | LEAR CORP EED - NORTH AMERICAN DIV<br>ATTN: SHARED SERVICES<br>21557 TELEGRAPH ROAD |
| **Supplier Shipping Point**<br>8FUXCO-010   XINWONG ELECTRONIC (SHENZHEN) CO<br>NO. 166 SHUIKU ROAD<br>SHENZHEN, GUANGDONG PROV    CHINA  518102   CBN | *N<br>VAT Code:<br>Registry:<br>Attn:   MATERIAL MANAGER<br>Phone:<br>Fax: | SOUTHFIELD<br>MI                                    48034<br>UNITED STATES<br>VAT Code:<br>Registry:<br>Attn:   Accounts Payable   LEE1<br>Phone:<br>Fax: |
| **Attn:** MIKE CRAVEN (MIKE@CIRCUITRONIX)<br>**Phone:** (206) 651-3694   **Fax:** (305) 675-0828 | | |

| PAH/Class Code | Delivery Terms/Payment Terms | Ind. Proc | FCN Number | SA Number | Blt'Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE   *NONE | Free Carrier at Supplier<br>NONE | Yes | | 462853 | *SD | | USD  USD00 |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA   EED | | SHTS OF EBEC/EBEC  2001 | | QEAH100543200 |
| Purchasing | 14400 | | | CMT610 ELEC PRC PROTOTYPE |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ref Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier, or a person who directly or owns more than 5% of the ownership interests the Supplier who is affiliated with or is also a director, officer or employee of the Buyer, or a family member of any director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer. The Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing. | | | | | | | | | | |
| | Approval List | Jamie Petitpren EEC3<br>Michael Schroeder EE01<br>Mark Hughson EER1<br>Jamie Petitpren EEC3<br>Michael Schroeder EE01<br>Mark Hughson EER1<br>Jennifer Moreci KEUC | | | | | | | | | | |

CONFIDENTIAL

LEAR - 000319

| From: | Woodliff, Nicole |
|---|---|
| **Sent:** | Wednesday, February 20, 2019 4:35 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0909317

CONFIDENTIAL

LEAR - 000320

**LEAR CORPORATION**

# Production Tooling Purchase Order

| | | |
|---|---|---|
| Corporate Base POR | Amendment # | Plant Release POR | Issue Date |

CONFIDENTIAL

LEAR - 000321

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:35 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0844919

1

CONFIDENTIAL

LEAR - 000322

# LEAR CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

Generated By: Nicole Woodliff
Required Date:

| Supplier | Ship to Address | Bill to Address |
|---|---|---|
| SPUX2S-99   TRI-T PHONIX  LLC | HOLD FOR PRODUCTION | LEAR CORPORATION ERI |
| Supplier Shipping Point | | P.O. BOX 98609 |
| SPUX00 019   ZIDDONG ELECTRONIC | | |
| NO. 166 SHUIRI ROAD | | EL PASO |
| SHENZHEN  GUANGDONG PROV  CHINA     HK | | TX |
| | VAT Code | VAT Code |
| | Registry | Registry |
| ADD   MIKE CRAVED  MIKE2@LRCII.COM.SI | Attn   MATERIAL MANAGER | Attn   ACCOUNTS PAYABLE |
| Phone   C266  663 | Phone | Phone |
| | Fax | Fax |

| PAR/Class Code | Delivery Terms/Payment | Ind Proc | FCN Number SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|
| -NONE      -NONE | Free Carrier at Supplier See Terms & Conditions | Yes | 0243675   1-AZSW 693 | 844913 | USD | 350 |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA - LPMS | | | 2014-00 | P552 |
| Purchasing | | | | P552  INVERTER PRO_ TOOLING PPR |

| Line  Sta | Part Number/Description | Need Date | Tran Date | Comm Code | Causal Code | UOM | Quantity | Unit Price | Extend Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Added | | | | It tr | -A | | | | | | |
| Award | | | | | 2A | | | | | | |
| Approval List | Nicole Woodliff Dana Onysa Adams Andrew Doyle Steve Cooke | | | | | | | | | | |

The information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affected affiliates

This Purchase Order or Purchase Order Amendment is incorporated by the terms of the Lear Corporation and affected affiliates Purchase Order Terms and Conditions

Purchase order number and Part number must appear on all correspondence, invoices, shipping documents and packages Invoice in duplicate

CONFIDENTIAL

| From: | Woodliff, Nicole |
|---|---|
| **Sent:** | Wednesday, February 20, 2019 4 34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF PDF |

Purchase Order PDF Generation for Requisition 0464654

CONFIDENTIAL

LEAR - 000324

# LEAR
CORPORATION

## Production Tooling Purchase Order

Page:

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By: Adam Gilreath
Required Date:

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| CIRCUITRONIX | ROLL FOR PRODUCTION | LEAR CORP SEE  NORTH AMERICAN DI... ATTN  SHARIF SEFTI... 21557 TELEGRAPH ROAD |
| Supplier Shipping Point | | |
| | | SOUTHFIELD MI UNITED STATES |
| | VAT Code: | VAT Code: |
| | Registry: | Registry: |
| Attn: | Attn:  MATERIAL MANAGER | Attn:  Accounts Payable - LEAR |
| Phone: | Phone: | Phone: |
| Fax: | Fax: | Fax: |

| PAH/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | HI Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| | Free Carrier at Supplier | Yes | | 404614 | USD | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA | | | | |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Class Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Added | | | | | | EA | | | | | |

This Purchase Order, Purchase Order Amendment or Purchase Requisition incorporates by reference the Lear Corporation Purchase Order Terms and Conditions which are available through links provided on the Lear Corporation web site at http://lear.covisint.com ("Terms"). The Terms apply to all purchases by Lear Corporation and its affiliates (including without limitation, the "Lear Affiliate" specifically identified at http://lear.covisint.com) under any Purchase Order, Purchase Order Amendment or Purchase Requisition.

Supplier's acceptance of this Purchase Order shall authorize Lear to make UCC filings on all Lear owned or funded tools, assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

LEAR - 000325

# LEAR

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By: Adam
Required Date:

**Supplier Headquarters**

Supplier Shipping Point

**Ship To Address**

VAT Code:
Registry:
Attn :  MATERIAL MANAGER
Phone :
Fax :

**Bill To Address**

VAT Code:
Registry:
Attn :
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | FCN Number | SA Number | Rt G Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA | | | | |
| Purchasing | | | | |

| Line | Status | Part Number / Description | From Date | Thru Date | Con Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director of officer of the Buyer, the Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related hereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing

 LEAR - 000326

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:33 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0443034

CONFIDENTIAL

LEAR - 000327

# LEAR CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By:
Required Date:

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|

| PA/R/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE* | | | | | | | |

| Division/Department | G/L Account Number | Program Application | Model/Year |
|---|---|---|---|

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg. | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Effective March 1, 2008, Lear Corporation and certain of its affiliates have changed the Terms and Conditions. These changed Terms and Conditions apply to all Purchase Orders, Purchase Order Amendments and Purchase Requisitions issued on or after that date. The Terms and Conditions and affected affiliates may be accessed via the internet at: http://lear.covisint.com

Supplier's acceptance of this Purchase Order shall authorize Lear to make UCC filings on all Lear owned or tooled tools, assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

# LEAR CORPORATION

## Production Tooling Purchase Order

Generated By: _____
Required Date: _____

| Corporate Base PO# | Amendment 6 | Plant Release / PO# | Issue Date |
|---|---|---|---|
| | | | |

**Supplier Headquarters**

**Supplier Shipping Point**

BENZNER TRANSPORT

**Ship To Address**

VAT Code:
Registry:
Attn :
Phone :
Fax :

**Bill To Address**

VAT Code:
Registry:
Attn :
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | | Ind. Proc | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| | | | | |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests in the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As in any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information to Buyer of such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing. | | | | | | | | | | |

CONFIDENTIAL

LEAR - 000329

**From:**          Woodliff, Nicole
**Sent:**          Wednesday, February 20, 2019 4:35 PM
**To:**            Woodliff, Nicole
**Subject:**       Purchase Order PDF Generation
**Attachments:**   DOCFRZPDF.PDF

Purchase Order PDF Generation for Requisition 0810090

CONFIDENTIAL                                                          LEAR - 000330

# LEAR CORPORATION

## Production Tooling Purchase Order

Generated By: Sandra Daw     RE36
Required Date:

| Corporate Base PO# | Amendment # | Plant Release PO# | Date Date |
|---|---|---|---|

**Supplier:**
Supplier Shipping Point
KINMONS ELECTRONIC (SHENZHEN) CO
NO. 166 SHUIKU ROAD
SHENZHEN, GUANGDONG PROV  CHINA  518  CHN

Attn:
Phone:

**Ship to Address:**
NOTE FOR PRODUCTION

VAT Code:
Account:
Attn:  MATERIAL MANAGER
Phone:
Fax:

**Bill to Address:**
LEAR CORPORATION NORTH AMERICAN
ATTN: SHAPES SERVICES
21907 FEDERACH ROAD

| PART/Class Code | Delivery Terms/Payment | Inc Pric | DUNS Number/SA Number | PUD Number | Currency | Total Value |
|---|---|---|---|---|---|---|
| NONE    NONE | | | | | | |

**Division/Department**
NORTH AMERICA    LPMS

| G/L Account Number | Program Application | Mold 1/Year | Work Order/Class Code |
|---|---|---|---|

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Price/Piece | Current Price | Rev Ptn | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Added | | | | 836 | | EA | | | | | |
| 2 | Added | DIE STRIKE | | | | | EA | | | | | |

Approval List:
Sandra Daw        EE36
Earl Bryia Adams EE07
Andrew Doyle EE11
Jennifer Mowery EE05

This information is confidential and should not be made available to any party without the expressed consent of Lear Corporation or its affected affiliates.

This Purchase Order is a Purchase Order Amendment and is subject to the Standard Terms and Conditions and referenced in the Purchase Order Terms and Conditions.

Customer order number and Lear number must appear on all acknowledgments, invoices, shipping documents and packages. Failure to duplicate.

CONFIDENTIAL

LEAR - 000331

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:35 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0827472

1

CONFIDENTIAL

LEAR - 000332

# LEAR CORPORATION

## Production Tooling Purchase Order

CONFIDENTIAL

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:35 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0738897

LEAR - 000334

# LEAR
CORPORATION

## Production Tooling Purchase Order

Generated By: Scott Roense <R>,
Required Date:

Supplier

Supplier Shipping Point

Ann
Phone                    Fax

Ship to Address

VAT Code
Registry
Ann          MATERIAL MANAGER
Phone
Tax

Bill to Address

LEAR CORPORATION NORTH AMERICAN DIV
ATTN: NRA-EC SERVICES

UNITED STATES
VAT Code
Registry
Ann          Accounts Payable   GERP
Phone
Fax

| PAB Line Code | Payment Terms/Payment | | Ind. Proc | PCN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|---|
| *NONE | *NONE* | | Yes | | | | USD | |

| Division/Department | GL Account Number | Program Application | Model Year | Week/Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA  BDMC | | | | |
| Purchasing | | | | |

| Line | Status | Purchase Description | Promi Date | Unit Price | Cost/Code | Code | U/M | Quantity | Base Price | Current Price | Ref No. | Expected Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Added | | | | | | | | | | | | |
| Added | | | | | | | | | | | | |
| Approved | | | | | | | | | | | | |

LEAR - 000335

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:33 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0383135

1

# Production Tooling Purchase Order

**LEAR CORPORATION**

Generated By: usanawa  Brown  EF14
Required Date: ...

The text on this form is largely illegible/faded.

Effective March 1, 2006, Lear Corporation and certain of its affiliates have changed the Terms and Conditions. These changed Terms and Conditions apply to all Purchase Orders, Purchase Order Amendments and Purchase Requisitions issued on or after that date. The Terms and Conditions and affected affiliates may be accessed via the internet at http://lear.covisint.com

Supplier's acceptance of this Purchase Order shall authorize Lear to make, use or obtain ownership of tools, dies, assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests in the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing.

CONFIDENTIAL

LEAR - 000337

**L LEAR**
CORPORATION

# Production Tooling Purchase Order

Page:

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

**Generated By:** Lashawn Brown-Ellis
**Required Date:** 2006-12-4

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| | Free Carrier at Supplier | Yes | | | | USD | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ref Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL

LEAR - 000338

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:33 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0433166

1

CONFIDENTIAL

LEAR - 000339

**LEAR CORPORATION**

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By:

Required Date:

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|

**Supplier Shipping Point**

XENNONS ELECTRONIC (SHENZHEN) CO

SHENZHEN GUANGDONG

Atm:

Phone:    Fax: 3151 675 7821

VAT Code:
Registry:
Atm:    MATERIAL MANAGER
Phone
Fax

UNITED STATES
VAT Code:
Registry:
Atm:
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | | Ind. Proc | ECN Number | SA Number | Rt Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|---|
| | Free Carrier at Supplier | | | | | | | |

| Division/Department | G/L Account Number | Program Application | | | Model/Year | Work Order/Class Code |
|---|---|---|---|---|---|---|
| | 1410 | | | | | |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | EA | | | | | |
| | | Net Charges | | | | | | | | | | |

Effective March 1, 2006, Lear Corporation and certain of its affiliates have changed the Terms and Conditions. These changed Terms and Conditions apply to all Purchase Orders, Purchase Order Amendments and Purchase Requisitions issued on or after that date. The Terms and Conditions and affected affiliates may be accessed via the internet at http://lear.covisint.com.

Suppliers acceptance of this Purchase Order shall authorize Lear to make UCC filings on all Lear owned or bailed tools, assembly fixtures or auxiliary equipment located at Suppliers facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

LEAR - 000340

# LEAR
CORPORATION

## Production Tooling Purchase Order

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By :

Required Date :

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|

Supplier Shipping Point

Attn :

Phone :

VAT Code:
Registry:
Attn :
Phone
Fax :

MATERIAL MANAGER

VAT Code:
Registry:
Attn :
Phone:
Fax:

| PAR/Class Code | Delivery Terms/Payment Terms | Inc. Proc | ECN Number | SA Number | Hi Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, seller representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4 34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0820511

1

CONFIDENTIAL

LEAR - 000342

# LEAR CORPORATION

## Production Tooling Purchase Order

Generated By: Sandra Daw
Requested Date:

| Corporate Base PO# | Amendment # | Plant Release/PO# | Issue Date |
|---|---|---|---|

**Supplier:**
SHENZHEN ELECTRONIC LTD

**Supplier Shipping Point:**

**Ship-to Address:**

**Bill-to Address:**
LEAR CORPORATION

Attn: MR. KE CHAVEN
Phone:

MATERIAL MANAGER

Accounts Payable

| PARU-based | Delivery Terms/Payment | Ind. Proc | ECN Number | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| NONE | NONE | | | | | USD | |

| Division/Department | G.L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number/Description | From Date | Thru Date | Com Code | Closal Code | U/M | Quantity | Prior Price | Current Price | Ref Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | EA | | | 1,490.0000 | | |
| | | DIE | | | | | EA | | | | | |

This information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affected affiliates.

This Purchase Order or Purchase Order Amendment is Governed by the March 1, 2006 Lear Corporation and affected States Purchase Order Terms and Conditions.

Purchase order number and Part number must appear on all correspondence, invoice, shipping document and packages Invoice in duplicate.

**CONFIDENTIAL**

LEAR - 000343

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:33 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0381460

1

CONFIDENTIAL

LEAR - 000344

# Production Tooling Purchase Order

**LEAR CORPORATION**

*Page:*

Generated By: Andrew Doyle EE
Required Date: 2006 12 01

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Effective March 1, 2006, Lear Corporation and certain of its affiliates have changed the Terms and Conditions. These changed Terms and Conditions apply to all Purchase Orders, Purchase Order Amendments and Purchase Requisitions issued on or after that date. The Terms and Conditions and affected affiliates may be accessed via the internet at http://lear.covisint.com.

Supplier's acceptance of this Purchase Order shall authorize Lear to make tool, gear owned or bailed tools, assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to manufacture parts under this Purchase Order.

CONFIDENTIAL

LEAR - 000345

**L LEAR**
CORPORATION

# Production Tooling Purchase Order

Page: 2

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|

Generated By: Andrew Doyle BED
Required Date:

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|

| PA R/Class Code | Delivery Terms/Payment Terms | | Inc. Proc | ECN Number | SA Number | RE Q Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|---|
| | Free Carrier at Supplier | | | | | | | |

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order /Class Code |
|---|---|---|---|---|

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier is a person who beneficially owns more than 5% of the ownership interests in the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As to any employee of the Supplier (including an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing

**From:** Woodliff, Nicole
**Sent:** Wednesday, February 20, 2019 4:34 PM
**To:** Woodliff, Nicole
**Subject:** Purchase Order PDF Generation
**Attachments:** DOCFRZPDF PDF

Purchase Order PDF Generation for Requisition 0820511

LEAR CORPORATION

# Production Tooling Purchase Order

Generated By Sandra Daw EE36
Required Date 2012 [illegible]

Page [illegible]

| Corporate Base PO# | Amendment # | Plant Release PO# | Issue Date |
|---|---|---|---|
| [illegible] | | | 2013 04 [illegible] |

**Supplier**
[illegible] CIRCUITRONIX LLC

**Supplier Shipping Point**
[illegible] KINWONG ELECTRONIC SHENZHEN [illegible]
NO [illegible] [illegible] ROAD
SHENZHEN GUANGDONG PROV CHINA [illegible] CHN

Attn MIKE TRAVEN [illegible]
Phone [illegible] Fax [illegible]

**Ship to Address**
HOLD FOR PRODUCTION

VAT Code
Registry
Attn MATERIAL MANAGER
Phone
Fax

**Bill to Address**
LEAR CORPORATION [illegible]
BOX [illegible]
EL PASO
TX [illegible]

VAT Code
Registry
Attn Accounts Payable LEEP
Phone
Fax

| [illegible] | Ker Terms/Payment | Incl Pkg | ECN Number | SA Number | RFQ Number/Currency | Total Value |
|---|---|---|---|---|---|---|
| NONE NONE | Free Carrier at Supplier; See Terms & Conditions | Yes | [illegible] | [illegible] | [illegible] | [illegible] |

| Division/Department | G/L Account Number | Program Application | Model Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA [illegible] PURCHASING | [illegible] | [illegible] | [illegible] | [illegible] |

| Line | Status | Part Number/Description | From Date | Thru Date | Cost Code | Cause Code | U/M | Quantity | Prior Price | Current Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EXIST[illegible] | [illegible] PCB [illegible] | | | [illegible] | | [illegible] | | | | | |
| | [illegible] | [illegible] | | | | | EA | [illegible] | [illegible] | [illegible] | | [illegible] |
| | [illegible] | Sandra Daw EE36<br>[illegible] Adams EE[illegible]<br>Andrew Doyle EE[illegible]<br>Jennifer Moceri [illegible] | | | | | | | | | | |

This statement is confidential and should not be shared with any third party without the expressed consent of Lear Corporation or its affected affiliates.

This Purchase Order or Purchase Order Amendment is governed by the [illegible] Lear Corporation and Affiliates Purchase Order Terms and Conditions.

Purchase Order number and Part number must appear on all correspondence, invoices, shipping documents and packages. Invoice in duplicate.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0820585

LEAR - 000349

# LEAR
CORPORATION

## Production Tooling Purchase Order

Generated By: Sandra Daw
Printed Date:

**Supplier**

**Ship to Address**

**Bill to Address**

LEAR CORPORATION PE

Attn: MATERIAL MANAGER

Accounts Payable   LEED

| PAR Class Code | Delivery Terms/Payment | Ind Proc | ECN Number 0267906 | SA Number | RFQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|

| Division/Department | G/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|

| Line | Status | Part Number/Description | From Date | Thru Date | Con. Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rev Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Exist # | | | | 0816 | | EA | | | | | |
| | Exist # | | | | | | EA | | | | | |

LEAR - 000350

| | |
|---|---|
| **From:** | Woodliff, Nicole |
| **Sent:** | Wednesday, February 20, 2019 4:34 PM |
| **To:** | Woodliff, Nicole |
| **Subject:** | Purchase Order PDF Generation |
| **Attachments:** | DOCFRZPDF.PDF |

Purchase Order PDF Generation for Requisition 0737979

1

CONFIDENTIAL                                                        LEAR - 000351

# LEAR CORPORATION

## Production Tooling Purchase Order

CONFIDENTIAL

LEAR - 000352

# LEAR CORPORATION

## Production Tooling Purchase Order

Page: 1

Generated By: Jamie Pehltpren RE03
Required Date: 2008-06-23

| Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|
| 256307 | | | 2008-06-27 |

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 6FUX25-000     CIRCUITRONIX, LLC | HOLD FOR PRODUCTION | LEAR CORP EED - NORTH AMERICAN DIV |
| **Supplier Shipping Point** | | ATTN: SHARED SERVICES |
| 6FUX00-010     KINWONG ELECTRONIC (SHENZHEN) CO. | | 21557 TELEGRAPH ROAD |
| NO. 166 SHUIKU ROAD | | |
| SHENZHEN, GUANGDONG PROV.  CHINA  518102  CHN | | SOUTHFIELD |
| | *N | MI                                  48033 |
| | VAT Code: | UNITED STATES |
| | Registry: | VAT Code: |
| | Atln : | Registry: |
| Atln:   MIKE CRAVEN (MIKEC@CIRCUITRONI | Phone:   MATERIAL MANAGER | Atln :         Accounts Payable - LEED |
| Phone: (256) 651-3644    Fax: (305) 675-0820 | Fax: | Phone: |
| | | Fax: |

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE       *NONE | Free Carrier at Supplier | Yes | | | 482859 | USD | 1,950.0000 |
| | NONE | | | | | | |

| Division/Department | G/L Account Number | Program Application | | Model/Year | Work Order/Class Code |
|---|---|---|---|---|---|
| NORTH AMERICA - ESD | | | | | QEAW100843200 |
| Purchasing | 14100 | GMT610 UBEC/BBEC   2010 | | | GMT610 ELEC BEC PROTOTYPE |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Rel Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Added | 3B0960110 | | | 0836 | | EA | | | | | |
| | | PCB D/L GMT610 UBEC CB MY2010 | | | | | | | | | | |
| | Added | NRE incl setup & e-test | | | | | EA | 1 | .0000 | 1,950.0000 | | 1,950.0000 |
| | | | | | | | | | | | **TTL | 1,950.0000 |

****************************************************************************************
This Purchase Order, Purchase Order Amendment or Purchase Requisition incorporates by reference the Lear Corporation
Purchase Order Terms and Conditions which are available through links provided on the Lear Corporation web site at
http://lear.covisint.com ("Terms"). The Terms apply to all purchases by Lear Corporation and its affiliates (including,
without limitation, the "Lear Affiliates" specifically identified at http://lear.covisint.com) under any Purchase Order,
Purchase Order Amendment or Purchase Requisition.
****************************************************************************************

****************************************************************************************
Supplier's acceptance of this Purchase Order shall authorize Lear to make UCC filings on all Lear owned or bailed tools,
assembly fixtures or auxiliary equipment located at Supplier's facility or its supplier's facility that are used to
manufacture parts under this Purchase Order.
****************************************************************************************

This information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affected affiliates

This Purchase Order or Purchase Order Amendment is Governed by the March 1 2006 Lear Corporation and affected affiliates Purchase Order Terms and Conditions.

Purchase order number and Part number must appear in all correspondence, invoices, shipping documents and packages

ATTORNEYS' EYES ONLY

Plaintiffs' Trial Exhibit

PX- 046

Defendants-00091344

ATTORNEYS' EYES ONLY

Defendants-00091345

# LEAR CORPORATION

## Production Tooling Purchase Order

Page: 2

| | Corporate Base PO# | Amendment # | Plant Release / PO# | Issue Date |
|---|---|---|---|---|
| | 256307 | | | 2008 06 27 |

Generated By: Jamie Petitpren  EE03
Required Date: 2008-06-23

| Supplier Headquarters | Ship To Address | Bill To Address |
|---|---|---|
| 6FUX25-000   CIRCUITRONIX, LLC | HOLD FOR PRODUCTION | LEAR CORP EED - NORTH AMERICAN DIV |
| Supplier Shipping Point | | ATTN: SHARED SERVICES |
| 6FUX00-010   KINWONG ELECTRONIC (SHENZHEN) CO. | | 21557 TELEGRAPH ROAD |
| NO. 166 SHUIKU ROAD | | |
| SHENZHEN, GUANGDONG PROV.  CHINA  518102  CHN | | SOUTHFIELD |
| | *N | MI             48033 |
| | VAT Code: | UNITED STATES |
| | Registry: | VAT Code: |
| | Attn:    MATERIAL MANAGER | Registry: |
| Attn:   MIKE CRAVEN (MIKRC@CIRCUITRONI | Phone: | Attn:    Accounts Payable - LEED |
| Phone: (256) 651-3644    Fax: (305) 675-0820 | Fax: | Phone: |
| | | Fax: |

| PAR/Class Code | Delivery Terms/Payment Terms | Ind. Proc | ECN Number | SA Number | REQ Number | Currency | Total Value |
|---|---|---|---|---|---|---|---|
| *NONE    *NONE | Free Carrier at Supplier    NONE | Yes | | | 482859 | USD | 1,953.0000 |

| Division/Department | Q/L Account Number | Program Application | Model/Year | Work Order/Class Code |
|---|---|---|---|---|
| NORTH AMERICA    ESD | | | | QEAW100843700 |
| Purchasing | 14400 | GMT610 UBEC/BBEC    2010 | | GMT610 ELEC EEC PROTOTYPE |

| Line | Status | Part Number / Description | From Date | Thru Date | Com Code | Causal Code | U/M | Quantity | Prior Price | Current Price | Ret Pkg | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Supplier shall provide Buyer written notice immediately upon becoming aware that any director, officer, sales representative or employee of the Supplier or a person who beneficially owns more than 5% of the ownership interests the Supplier who is affiliated with or is also a director, officer or employee of the Buyer or a family member of any director or officer of the Buyer. As to any employee of the Supplier (excluding an officer or director of the Supplier) who has a family member serving as a director or officer of the Buyer, the Supplier only needs to report this information to Buyer if such employee is involved in the Supplier's business relationship with Buyer (even if such involvement is not part of his or her customary responsibilities) or receives any direct or indirect compensation or benefit based on the Supplier's business relationship with Buyer. Any director, officer or sales representative of Supplier described in this paragraph must always be reported to Buyer, even if such person is not involved in the business relationship with Buyer and receives no benefit related thereto. Supplier agrees to comply with Buyer's Code of Business Conduct and Ethics which can be found at www.lear.com and to promptly report all violations thereof to Buyer's Vice President - Global Purchasing | | | | | | | | | | |
| | Approval List: | | | | | | | | | | | |
| | | Jamie Petitpren EE03 | | | | | | | | | | |
| | | Michael Schlenker EE01 | | | | | | | | | | |
| | | Mark Hughson EE21 | | | | | | | | | | |
| | | Jamie Petitpren EE03 | | | | | | | | | | |
| | | Michael Schlenker EE01 | | | | | | | | | | |
| | | Mark Hughson EE21 | | | | | | | | | | |
| | | Jennifer Moceri EE00 | | | | | | | | | | |

This information is confidential and should not be shared with any 3rd party without the expressed consent of Lear Corporation or its affected affiliates

This Purchase Order or Purchase Order Amendment is Governed by the March 1, 2006 Lear Corporation and affected affiliates Purchase Order Terms and Conditions.

Purchase order number and Part number must appear in all correspondence, invoices, shipping documents and packages Invoice in duplicate

| From: | wenwuj@circuitronix.com |
|---|---|
| To: | mikec@circuitronix.com |
| CC: | 'Juan Castano '; 'Rishi Kukreja' |
| Sent: | 5/15/2007 7:29:51 PM |
| Subject: | RE: Lear New QN Issued |
| Attachments: | QN_Summary_Report.pdf |

Dear Mike,

Please refer to enclosed customer reported that "GM LINE FAILUREParts failed due to severe warpage,causing placement issues on line" on part number 3E0070100 (C++) board. We need more information and sample for further evaluation.

We need to know the date code, quantity affectted, the actual wrapage on bare board as well as assembled boards and production condition(tempreture profile of each heating cycle. Pysical sample need to be shipped to Daisy's office.


Regards!

Wenwu Jiang

-----Original Message-----
From: Mike Craven [mailto:mikec@circuitronix.com]
Sent: Tuesday, May 15, 2007 6:58 PM
To: wenwuj@circuitronix.com
Cc: 'Juan Castano '; 'Rishi Kukreja'
Subject: Lear New QN Issued
Importance: High

Please review this ASAP and advise. (I'm not connected now and have no clue what the discrepancy is.)

Mike Craven
256 651 3644
FAX 305 675 0820
-----Original Message-----
From: Parks, Marvia [mailto:mparks@lear.com]
Sent: Tuesday, May 15, 2007 9:09 AM
To: MIKEC@CIRCUITRONIX.COM
Subject: New QN Issued
Importance: High


QN Number: 0059731
Issued To: KINWONG ELECTRONIC (SHENZHEN) CO.
Issued By: LEAR CORPORATION TAMPA
Initial Response Due: 5/16/2007 9:00:00 PM

Mike Craven:

https://sqts.lear.com

The Lear Quality Notice (QN) referenced above is newly issued, and corrective actions are required. Containment actions for the problem must be entered in the system no later than the Initial Response Due Date referenced above. To access and respond to this QN in the Lear Supplier Quality Tracking System, click on the above link, or copy it and paste it into your browser.

Lear reserves the right to charge back any expenses incurred as a result of this issue.

Plaintiffs' Trial Exhibit

PX- 047

Defendants-00099166

Lear SQTS Automated message

***********************
** LEGAL DISCLAIMER **
***********************

This E-mail message and any attachments may contain
legally privileged, confidential or proprietary
information. If you are not the intended recipient(s),
or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution
or copying of this E-mail message is strictly
prohibited. If you have received this message in
error, please immediately notify the sender and
delete this E-mail message from your computer.

ATTORNEYS' EYES ONLY

Defendants-00099167

## QN Corrective Action Report for 0059731

| Title :<br>GM LINE FAILURE<br>Parts failed due to severe warpage,<br>causing placement issues on line. | | | | Date Opened<br>15-May-2007 | Last Updated |
|---|---|---|---|---|---|

| Part Number | Part Description | Supplier | Supplier Ship Point | Lear Plant | |
|---|---|---|---|---|---|
| 3E0070100 | PCB M/L GMT201 RFAC++ RE | CIRCUITRONIX, LLC | KINWONG ELECTRONIC | LEAR CORPORATION TAMPA | |

| Team | | | | Problem Description: | |
|---|---|---|---|---|---|
| Role | Name | Phone | Email | | |

| Interim Containment Action(s) | Verification/Validation | Date Implemented |
|---|---|---|

| Root Cause(s) | Verification |
|---|---|

| Escape Point(s) |
|---|

| Implemented Permanent Corrective Action(s) | Verification/Validation | Date Implemented |
|---|---|---|

| Prevent Action(s) | | Date Implemented |
|---|---|---|

| Other Similar Application(s) |
|---|

Tuesday, May 15, 2007

ATTORNEYS' EYES ONLY

Defendants-00099168

| From: | Victor Lawrence </O=01CIRCUITRONIX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VLAWRENCE> |
|---|---|
| To: | Rishi Kukreja |
| Sent: | 12/2/2011 5:01:12 PM |
| Subject: | FW: Y4 Release -- VERY URGENT!!!!! |
| Importance: | High |
| Attachments: | 5.5.3.8 Schedule Print |

FYI

P/N: 3E0Y40200 (new visor) - 50K will be released today per authorization from customer. Authorization provided for us to secure material for an additional 30K.

(forecast & authorization outlined in the attached)

*Regards/Victor Lawrence*

Circuitronix LLC
One Biscayne Tower,
Suite # 3800
2 South Biscayne Blvd.,
Miami, FL 33131
Office: 786-364-4469
Cell: 305-342-4496

**From:** Mike Craven
**Sent:** Friday, December 02, 2011 4:12 PM
**To:** Castillo, Edgar; Victor Lawrence; Alvarez, Santiago
**Subject:** RE: Y4 Release -- VERY URGENT!!!!!
**Importance:** High

Hi Edgar,

Per our telecom, please extend the FAB and MAT CUMS for the 3E00D0100 (GM LAN) as you did for the Y4 board due to CNY closures.

We will release the 50K Y4's tonight.

Thanks for the help!

Mike Craven

**From:** Mike Craven
**Sent:** Friday, December 02, 2011 10:55 AM
**To:** Castillo, Edgar; Victor Lawrence; Alvarez, Santiago
**Subject:** RE: Y4 Release -- VERY URGENT!!!!!



Plaintiffs' Trial Exhibit

**PX- 048**

Hi Edgar,

Please see the attached. Which PN is released makes no difference to us. What does make a difference is that SOMETHING is released. Lear has failed to do this and the extension of the CUM windows has not been granted.

We're waiting on Lear. Please be advised and work with your team internally if appropriate.

ATTORNEYS' EYES ONLY

EXHIBIT
48
11/6/19 cw

Defendants-00093887

Thanks.


Mike Craven

**From:** Castillo, Edgar [mailto:ECastillo05@lear.com]
**Sent:** Friday, December 02, 2011 9:19 AM
**To:** Victor Lawrence; Alvarez, Santiago
**Cc:** Mike Craven
**Subject:** RE: Y4 Release -- VERY URGENT!!!!!

Our usage in this program is 22K per week,
How long will it take you to prduce at this rate?

Edgar Castillo
Procurement
Office +  52 (81) 11564300 ext 4400
Mobile  + 52 (81) 180 91366
Nextel 92*14*69722
Email ecastillo05@lear.com

**From:** Victor Lawrence [mailto:VictorL@circuitronix.com]
**Sent:** Friday, December 02, 2011 8:46 AM
**To:** Alvarez, Santiago
**Cc:** Mike Craven; Castillo, Edgar
**Subject:** RE: Y4 Release -- VERY URGENT!!!!!

Santiago:

In order to provide you with a firm answer we first need you to confirm the quantity which you will require and how far out that material will cover – Please advise.

Thank you.

*Regards/Victor Lawrence*

Circuitronix LLC
One Biscayne Tower,
Suite # 3800
2 South Biscayne Blvd.,
Miami, FL 33131
Office: 786-364-4469
Cell: 305-342-4496

**From:** Alvarez, Santiago [mailto:SAlvarez@lear.com]
**Sent:** Friday, December 02, 2011 9:37 AM
**To:** Victor Lawrence
**Cc:** Mike Craven; Castillo, Edgar
**Subject:** RE: Y4 Release -- VERY URGENT!!!!!
**Importance:** High

If we place an order next week, What's the best shipping date you can give me?

Keep in mind that this PCB is replacing your PCB PN 3E0150200, make sure you include any obsolescence cost,

Before we modify the FAB and RAW CUMs, need to have an idea of when you guys will be able to ship parts,

Thanks!

ATTORNEYS' EYES ONLY

Santiago Alvarez
Procurement Analyst | Ph: +52 81 1156 4300 X. 4415 | salvarez@lear.com | **Lear** Corporation ESD Apodaca Plant

**From:** Victor Lawrence [mailto:VictorL@circuitronix.com]
**Sent:** Thursday, December 01, 2011 4:05 PM
**To:** Alvarez, Santiago
**Cc:** Mike Craven
**Subject:** FW: Y4 Release -- VERY URGENT!!!!!
**Importance:** High

Santiago:

<u>VERY URGENT ATTENTION NEEDED!</u>

We received your attached forecast for P/N: 3E0Y40200

We have a few questions:
Why is your FAB CUM showing a 2 week window?
Why is your RAW CUM showing a 3 week window?
Please provide authorization TODAY for us to immediately release parts into production which covers the CUM up to 25,857 (wk of 1/16/12).
Please be reminded that CNY is coming up and we need additional LT due to the closures of the plants. – Please also provide feedback on this
Your "SHIP TO" address shows: Apodaca, Mexico – Please note follow our current routing instructions as we do for the LAN board – Please confirm

Waiting on your response.

Thank you.

*Regards/Victor Lawrence*

Circuitronix LLC
One Biscayne Tower,
Suite # 3800
2 South Biscayne Blvd.,
Miami, FL 33131
Office: 786-364-4469
Cell: 305-342-4496

**From:** Alvarez, Santiago [mailto:SAlvarez@lear.com]
**Sent:** Wednesday, November 30, 2011 6:29 PM
**To:** Mike Craven; Victor Lawrence
**Subject:** Y4 Release

Mike/Vic

Please check the release for this week of this part number , and let me know the SD for this PCB

Thanks

<<release Y4 11.28.pdf>>

Santiago Alvarez

ATTORNEYS' EYES ONLY                                                          Defendants-00093889

Procurement Analyst | Ph: +52 81 1156 4300 X, 4415 | salvarez@lear.com | **Lear** Corporation ESD Apodaca Plant

This email has been scanned by the Symantec Email Security.cloud service.

```
* * * * * * * * * * * * * * * * * * * *
** LEGAL DISCLAIMER **
* * * * * * * * * * * * * * * * * * * *

This E-mail message and any attachments may contain
legally privileged, confidential or proprietary
information. If you are not the intended recipient(s),
or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution
or copying of this E-mail message is strictly
prohibited. If you have received this message in
error, please immediately notify the sender and
delete this E-mail message from your computer.
```

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

```
* * * * * * * * * * * * * * * * * * * *
** LEGAL DISCLAIMER **
* * * * * * * * * * * * * * * * * * * *

This E-mail message and any attachments may contain
legally privileged, confidential or proprietary
information. If you are not the intended recipient(s),
or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution
or copying of this E-mail message is strictly
prohibited. If you have received this message in
error, please immediately notify the sender and
delete this E-mail message from your computer.
```

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

```
* * * * * * * * * * * * * * * * * * * * * *
* * LEGAL DISCLAIMER * *
* * * * * * * * * * * * * * * * * * * * * *
```

This E-mail message and any attachments may contain
legally privileged, confidential or proprietary
information. If you are not the intended recipient(s),
or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution
or copying of this E-mail message is strictly
prohibited. If you have received this message in
error, please immediately notify the sender and
delete this E-mail message from your computer.

ATTORNEYS' EYES ONLY

Defendants-00093891

| From: | Castillo, Edgar <ECastillo05@lear.com> |
|---|---|
| To: | Castillo, Edgar |
| Sent: | 12/2/2011 12:49:29 PM |
| Subject: | 5.5.3.8 Schedule Print |

SUPPLIER SCHEDULE / MATERIAL RELEASE

Supplier: 00006031                    Ship-To: MX01MRR2
KINWONG ELECTRONIC (SHENZHEN          LEAR CORPORATION
NO. 166 SHUIKU ROAD                   Via Mty - Matamoros #514
TIEGANG VILLAGE                       Parque Industrial Milenio
XIXIANG TOWN, BAOAN DISTRICT          66600 Apodaca, NL
SHENZHEN, GUANGDONG 51810             MEXICO
CHINA
Attention: MIKE CRAVEN               Attention:
Telephone: 256-651-3644              Telephone: 01152811156-4300
Fax/Telex: 305-675-0820              Fax/Telex:

Release ID: 20111128-005             Release Date: 11/28/11
Purchase Order: MR6031US             Buyer: 01
Item Number: 3E0Y40200    UM: EA     In Transit Qty: 0.0
     PCB VISOR UGDO, 4 LAYER,        Receipt Date:
     FR-4, Au plate          Receipt Qty: 0.0
Supplier Item:                       Revision:
                         Cum Received: 0.0
     Contact:

                    Packing Slip/Shipper:

Ship/Dlvy Pattern: D

| Interval | Deliver Date | Deliver Time | Reference | Q | Req Qty | Cum Req Qty | Net Req Qty |
|---|---|---|---|---|---|---|---|
| Prior | | | | | 0.0 | 0.0 | |
| Weekly | 11/28/11 | | F | | 0.0 | 0.0 | 0.0 |
| | 12/05/11 | | F | | 0.0 | 0.0 | 0.0 |
| | 12/12/11 | | P | | 0.0 | 0.0 | 0.0 |
| | 12/19/11 | | P | | 0.0 | 0.0 | 0.0 |
| | 12/26/11 | | P | | 0.0 | 0.0 | 0.0 |
| | 01/02/12 | | P | | 0.0 | 0.0 | 0.0 |
| | 01/09/12 | | P | | 12,861.0 | 12,861.0 | 12,861.0 |
| | 01/16/12 | | P | | 12,996.0 | 25,857.0 | 12,996.0 |
| | 01/23/12 | | P | | 13,005.0 | 38,862.0 | 13,005.0 |
| | 01/30/12 | | P | | 12,996.0 | 51,858.0 | 12,996.0 |
| | 02/06/12 | | P | | 13,005.0 | 64,863.0 | 13,005.0 |
| | 02/13/12 | | P | | 12,996.0 | 77,859.0 | 12,996.0 |
| | 02/20/12 | | P | | 12,996.0 | 90,855.0 | 12,996.0 |
| | 02/27/12 | | P | | 13,005.0 | 103,860.0 | 13,005.0 |
| | 03/05/12 | | P | | 12,996.0 | 116,856.0 | 12,996.0 |
| | 03/12/12 | | P | | 13,005.0 | 129,861.0 | 13,005.0 |
| | 03/19/12 | | P | | 12,996.0 | 142,857.0 | 12,996.0 |
| | 03/26/12 | | P | | 13,005.0 | 155,862.0 | 13,005.0 |
| Monthly | 04/02/12 | | P | | 64,998.0 | 220,860.0 | 64,998.0 |
| | 05/07/12 | | P | | 48,996.0 | 269,856.0 | 48,996.0 |
| | 06/04/12 | | P | | 40,005.0 | 309,861.0 | 40,005.0 |
| | 07/02/12 | | P | | 49,995.0 | 359,856.0 | 49,995.0 |

ATTORNEYS' EYES ONLY                                    Defendants-00093892

SUPPLIER SCHEDULE / MATERIAL RELEASE

Supplier: 00006031   Ship-To: MX01MRR2
KINWONG ELECTRONIC (SHENZHEN  LEAR CORPORATION
NO. 166 SHUIKU ROAD   Via Mty - Matamoros #514
TIEGANG VILLAGE   Parque Industrial Milenio
XIXIANG TOWN, BAOAN DISTRICT  66600 Apodaca, NL
SHENZHEN, GUANGDONG 51810  MEXICO
CHINA
Attention: MIKE CRAVEN  Attention:
Telephone: 256-651-3644  Telephone: 01152811156-4300
Fax/Telex: 305-675-0820  Fax/Telex:

Release ID: 20111128-005  Release Date: 11/28/11
Purchase Order: MR6031US  Buyer: 01
Item Number: 3E0Y40200 UM: EA In Transit Qty: 0.0
PCB VISOR UGDO, 4 LAYER. Receipt Date:
FR-4, Au plate  Receipt Qty: 0.0
Supplier Item:  Revision:
    Cum Received: 0.0
Contact:
   Packing Slip/Shipper:

| Interval | Deliver Date | Deliver Time | Reference | Q | Req Qty | Cum Req Qty | Net Req Qty |
|----------|--------------|--------------|-----------|---|---------|-------------|-------------|
| 08/06/12 | | | | P | 40,005.0 | 399,861.0 | 40,005.0 |
| 09/03/12 | | | | P | 39,996.0 | 439,857.0 | 39,996.0 |

Fab Authorization Cum Qty: 50,000.0 Thru: 01/30/12
Raw Authorization Cum Qty: 80,000.0 Thru: 02/20/12

Approved By:_____
   SUPPLIER SCHEDULE / MATERIAL RELEASE

ATTORNEYS' EYES ONLY

Supplier: 00006141            Ship-To: MX01MRR2
CMK GLOBAL BRANDS MANUFACTUR        LEAR CORPORATION
YUE YUEN INDUSTRIAL ESTATE     Via Mty - Matamoros #514
HUANG JIANG ZHEN            Parque Industrial Milenio
DONGGUAN, GUANGDONG 52375        66600 Apodaca, NL
CHINA                MEXICO

Attention: Roy Peters        Attention:
Telephone: 8676983633303        Telephone: 01152811156-4300
Fax/Telex: 8676983632680        Fax/Telex:

Release ID: 20111107-001        Release Date: 11/07/11
Purchase Order: MR6141US            Buyer: 17
Item Number: 3E0Y40200     UM: EA   In Transit Qty: 0.0
        PCB VISOR UGDO. 4 LAYER.    Receipt Date:
        FR-4. Au plate        Receipt Qty: 0.0
Supplier Item:                Revision:
            Cum Received: 0.0
    Contact:
            Packing Slip/Shipper:

Ship/Dlvy Pattern: D

        Deliver  Deliver
Interval Date    Time   Reference Q    Req Qty   Cum Req Qty  Net Req Qty
-------- -------- ------- ----------- - -------------- -------------- ------------
    Prior                    0.0       0.0

Weekly  11/07/11        F    0.0       0.0       0.0

Fab Authorization Cum Qty: 0.0     Thru: 11/25/11
Raw Authorization Cum Qty: 0.0     Thru: 12/04/11

Approved By:_____

This email has been scanned by the Symantec Email Security.cloud service.

ATTORNEYS' EYES ONLY                Defendants-00093894

| | |
|---|---|
| **From:** | Mike Craven <mikec@circuitronix.com> |
| **To:** | rishik@circuitronix.com |
| **Sent:** | 8/2/2006 7:10:03 AM |
| **Subject:** | GE Consumer |

Below is FYI.

I'll continue pursuit through the KY plant after their personnel issues are settled.

Mike Craven
256 651 3644
FAX 305 675 0820

**From:** OuYang, WanJun (GE Indust, ConsInd, consultant) [mailto:wanjun.ouyang@ge.com]
**Sent:** Tuesday, August 01, 2006 8:53 PM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix/Kinwong PCB's

Hi Mike,

Thanks for your explanation.
I know Kinwong is good. But I am afraid to say it is not a good time to get in GE C&I. We have two major suppliers now. And to find the third source is quite difficult to our procedure. Our R&D had difficulties getting fund to do all the tests. You know, our tests may last at least one year. That is the major difficult.

Anyway, I hope I can help you in other aspects because I know Chinese PWB factories very well. Thanks again!

Best regards,
OuYang
-----Original Message-----
**From:** Mike Craven [mailto:mikec@circuitronix.com]
**Sent:** 2006總？？？？？22:06
**To:** OuYang, WanJun (GE Indust, ConsInd, consultant)
**Subject:** RE: Circuitronix/Kinwong PCB's

Good evening,

Actually, my history is with suppliers in Korea, Thailand and Taiwan. I use to travel there (Taiwan in particular) rather frequently. My current job with Circuitronix is structured in a way that I provide domestic support and the boss handles the plant surveys. So he would most likely be the one to accompany you. And I honestly don't miss that transit at all, it get tougher the older I get!

We have been working with Security for over a year now (no PO's, just EHS audits and RFQ's/auctions) and with Fanuc for about a year (auctions and we have a qual lot in process for them). They have reported our pricing structures to be very aggressive. Basically one division referred us to another and that path has lead to GE Consumer. So I understand the 2 year period for sure. But I hope that some of the work/audits that have taken place can be used for your division.

For the EHS, the lady who conducted the audits was Tanya. I don't know if you knew her, but she left before inputting the results into the system. Security and Fanuc in the US have been asking MC Wong (her boss) to get the data input so the results of that long process are not in vain. I do not know if he has done this yet or not, it is the subject of several recent discussions since our qual lot is nearing completion and is becoming an important issue. FYI, we also had to submit to a 實徇 ax 3 inch unpierced？？sample to UL specifically for the Fanuc portion. Those samples have been approved by UL, we實決e just waiting on their official report and updated yellow cards.

I hope I have not given you too much info with the above, but better too much than too little. Please comment on the above and let me know if this helps our case with Consumer, thanks.

Plaintiffs' Trial Exhibit

**PX- 049**

Defendants-00048684

Mike Craven
256 651 3644
FAX 305 675 0820

**From:** OuYang, WanJun (GE Indust, ConsInd, consultant) [mailto:wanjun.ouyang@ge.com]
**Sent:** Tuesday, August 01, 2006 1:10 AM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix/Kinwong PCB's

Hi, Mike,

Yes, I can say I am more professional than others in PWB industry. But the point is we have already settled a major supplier. And the process of adding a new supplier may take two years and you don't know if you can be approved. You know it is GE's style. Since you are the agent of Kinwong, I guess you will visit China often. I plan to visit it with you together. What do you say?


Best regards,
OuYang
-----Original Message-----
**From:** Mike Craven [mailto:mikec@circuitronix.com]
**Sent:** 2006臑⁻潤€鏒€潤H鏒€潤H5:36
**To:** OuYang, WanJun (GE Indust, ConsInd, consultant)
**Subject:** Circuitronix/Kinwong PCB's

Good morning.

Wow, Atotech seems like they have a lot of advanced, specialized products. I guess that by working for them you are <u>very</u> familiar with the PCB industry.

I only know Greg through a few phone calls that we have had. Kinwong遜力蜀ア sweet spot seems to be double sided, so I think we are a good match. But we would like for you to visit the facility and see for yourself. When do you think you might be going over?

Thanks.

Mike Craven
256 651 3644
FAX 305 675 0820

**From:** OuYang, WanJun (GE Indust, ConsInd, consultant) [mailto:wanjun.ouyang@ge.com]
**Sent:** Sunday, July 30, 2006 8:50 PM
**To:** mikec@circuitronix.com
**Subject:** RE: Circuitronix/Kinwong PCB's

Hi, Mike,

Allow me to introduce myself a little bit. I worked with Atotech, the No. 1 in PWB service supplier. I know pretty well in PWB industry. I know KinWang in Shenzhen and it is a big company. But most of our products are single/double-side PWB. I don't know if KinWang is good at these low level products? The next step should be my visit to this PWB factory. I will evaluate in my professional view not in amateur way.

By the way, are you a friend of Greg?


Best regards,
OuYang
-----Original Message-----
**From:** Mike Craven [mailto:mikec@circuitronix.com]
**Sent:** 2006陜キ・エ7鏒€潤H/SPAN>28膿鯉ス・19:28

Defendants-00048685

**To:** OuYang, WanJun (GE Indust, ConsInd, consultant)
**Subject:** Circuitronix/Kinwong PCB's

Good evening.

Sorry, but I have had additional problems with my hard drive. I was able to do a partial recovery after the second issue, so my ?}增H/SPAN>istory?}增H/SPAN>files have large holes in them. I have tried to manually piece meal current status for all of my accounts from written record.

I see where I sent you the presentation and tax registration documents. Can you please tell me where we stand today and what the next step is in the process of being considered as a supplier to this division of GE?

Thank you for you help.


Mike Craven
256 651 3644
FAX 305 675 0820

---

**From:** Michael Craven [mailto:mikec@circuitronix.com]
**Sent:** Wednesday, June 21, 2006 9:37 AM
**To:** 'wanjun.ouyang@ge.com'
**Subject:** Circuitronix/Kinwong PCB's

Hello Wanjun.

I was referred to you by Mr. Greg Thomas. We build bare PCB驟椙スエ and have had an EHS audit conducted done a few online auctions for GE (Security, Fanuc and both with excellent results) over the past 10 months. I would like to expand my presence at GE by including the consumer division. Greg explained that he is doing another job at present and that KY is trying to hire a new person to take his old job. He said I should initiate dialog with you since you are part of the sourcing team and will be involved in the decision making process.

So can you please tell me the steps necessary to become a supplier to GE Consumer?

Many thanks in advance for your reply.

Mike Craven
256-651-3644
fax 305-675-0820

Defendants-00048686

| From: | Rishi Kukreja <rishik@circuitronix.com> |
|---|---|
| To: | 'mafio' |
| CC: | 'james'; 'NK Lai' |
| Sent: | 7/27/2006 11:06:09 PM |
| Subject: | FW: MEMO: ACS Expectations on Honeywell - Kinwong Business Relationship |
| Importance: | High |

**From:** Rishi Kukreja [mailto:rishik@circuitronix.com]
**Sent:** Thursday, July 27, 2006 8:50 AM
**To:** 'mafio'
**Cc:** 'james'; 'NK Lai'
**Subject:** FW: MEMO: ACS Expectations on Honeywell - Kinwong Business Relationship
**Importance:** High

Dear Mafio

I hope you are doing well. Based upon our conversation the last time we met over lunch may I please request you to write the following email to everyone in the attached email and copy me :

Quote

Dear Ron

Thank you for your email. Please be advised of our feedback :

A) Kinwong's Sales and Marketing Global  footprint has been setup to allow our customers throughout the world get the highest level of service at the most competitive prices.

B) We welcome the opportunity to work with Honeywell, ACS in Asia Pacific directly.

C) As advised to you in an earlier email Our subsidiary in North America, Circuitronix that is headquartered in Miami and has offices in Huntsville, AL; Lansing, MI; Long Island, NY; Montreal, Canada, Chicago, Illinois; Spokane, Washington and Orange County, California would attend  to Honeywell Business in all North Ameircan and South American. The contact person in Circuitronix is Mr. Rishi Kukreja and he can be reached at 305-331-8581.

D) Our Sales Agent in Europe would attend all European Business. The Person in charge is Mr. Denis Vigo.

E) It goes without saying that there will be uniformity and consistency in pricing of the actual bare PCB  for all regions. The only adders or cost differentiators would be freight costs and VMI costs. We are confident when compared on an "apple to apple" basis Honeywell would find our prices more competitive than your other suppliers.



Plaintiffs' Trial Exhibit
**PX- 050**

Defendants-00091512

We look forward to working closely with all Honeywell Divisions in the coming future.


Thank you.


Regards/Mafio Shum


---

**From:** Ng, Ron (MN10) [mailto:Ron.Ng@Honeywell.com]
**Sent:** Wednesday, July 26, 2006 2:36 PM
**To:** mafio@kinwong.com; cindy@kinwong.com; jamesc@circuitronix.com; rishik@circuitronix.com; denis.vigo@applegs.com; Wang, Cynthia (CH71); Qin, Lydia (CH71); Law, Echo (HK14); Dadda, Simone
**Cc:** Goedel, Dawn [S&FS]; Clearie, Robert ; Allen, Stuart; Leal, Leonel; Clearie, Robert ; Cottrell, Gary; Goedel, Dawn [S&FS]; Hunstad, Carla; Macarthur, Gram; Masters, Mike (IL14); Stark, Raymond ; Vickers, Gary; Wang, Cynthia (CH71); Wilkes, Christopher (MN10); Maranian, Brandy (MN10)
**Subject:** MEMO: ACS Expectations on Honeywell - Kinwong Business Relationship
**Importance:** High

To all concerned,

This memo is to state Honeywell Automation & Control Solutions (ACS) Group's expectation that all business relationships between Honeywell ACS in the Asia Pacific region and Kinwong Electronic (Shenzhen) Co. Ltd. will be conducted through direct channels. This covers all of ACS's Strategic Business Units (SBUs) – Security, Honeywell Life Safety, Environmental and Combustion Control (ECC), Honeywell Process Solutions (HPS) as well as Sensing & Control (S&C).

In North America and the EMEA regions, for purposes of localized technical and administrative support, we recognize that the need for 3rd party representatives MAY arise where key value added services are provided on behalf of Kinwong for the Honeywell ACS sites. In such circumstances, Kinwong may engage the services of a 3rd party representative – such is the case of Vycom Global Services in Italy.

However, it is Honeywell's expectation that any PCB supplier that intends to grow as a strategic partner will extend GLOBAL pricing on a per square inch basis that will be honored to all ACS sites. ACS approved contract manufacturers and 3rd party value-added service providers/representatives around the world. Honeywell will then negotiate a separate agreement with the 3rd party representatives on a markup that fairly compensates them for the value added services provided.

If you have any concerns or questions, please feel free to address them with me.

Thank you and best regards,

Ron Yin Ng

_____**Honeywell**
Ron Yin Ng
ACS PCB/CCA Global Commodity Team Leader
Global Commodities and Emerging Regions Team
1140 West Warner Road, M/S: 1233-P
Tempe, AZ 85284 USA
+ 1602 625 4535
Ron.ng@honeywell.com

ATTORNEYS' EYES ONLY