UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

0:18-CV-61550-ALTMAN/HUNT

SHENZHEN KINWONG ELECTRONIC
CO., LTD., *et al*.,

    Plaintiffs,

v.

RISHI KUKREJA, *et al*.,

    Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants, Rishi Kukreja, Kinwong LLC, and Circuitronix, LLC, hereby respectfully provide notice of the attached supplemental authority, the June 29, 2023 decision of the United States Supreme Court:

*Abitron Austria Gmbh et al. v. Hetronic International, Inc.*, 600 U. S. ____ (2023).

| | |
|---|---|
| Dated: June 29, 2023 | Respectfully submitted, |
| **CHAUNCEY COLE, PA** | **GRAY\|ROBINSON, P.A.** |
| 9100 South Dadeland Blvd., Suite 1553 | 333 S.E. 2nd Avenue, Suite 300 |
| Miami, Florida 33156 | Miami, FL 33131 |
| Tel.:   (786) 497-7053 | Tel:  305-416-6880 |
| | Fax: 305-416-6887 |
| Chauncey D. Cole, IV, Esq. | |
| Florida Bar No. 102184 | By: /s/ *Jorge Espinosa* |
| chauncey.cole@coletrial.com | Jorge Espinosa |
| | Fla. Bar No.  779032 |
| | Jorge.espinosa@gray-robinson.com |
| | Francesca Russo |
| | Francesca.russo@gray-robinson.com |
| | Fla. Bar No. 174912 |
| | *Counsel for Defendants* |

